UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
IN ADMIRALTY

EXHIBIT "A" TO PLAINTIFF'S VERIFIED COMPLAINT

Civil Action
Docket No.:

| | |
|---|---|
| JJM, LLC, | ) |
|     Plaintiff | ) |
| v. | ) |
| ONE ABANDONED AND SUBMERGED VESSEL<br>    her engines,<br>    boilers, tackle,<br>    appurtenances,<br>    cargo, and her<br>    other equipment, etc.,<br><br>    in rem,<br><br>    Defendant. | ) |

**AFFIDAVIT OF JUSTIN SEAVEY**

I, Justin Seavey, being first duly sworn, do hereby depose and say the following:

1. My name is Justin Seavey. I am over eighteen and competent to make this affidavit.

2. I received my Open Water SCUBA diving certification in 2012. Since then, I have conducted over 1,000 dives – a majority of those being in Maine waters.

3. I use my scuba certification to conduct commercial work as a scallop fisherman and to provide cleaning services for gear and boats that cannot be removed from the water.

4. I was hired by Greg Johnston and Mike Mussetti, co-members of JJM, LLC (hereinafter, "JJM"), to conduct dives off the Maine coast for the purpose of searching for a shipwreck (the "Vessel").

1

5. I conducted my first dive for JJM on November 4, 2023, but was unable to find the Vessel.

6. We went out again the next day, November 5, 2023, to search a different area for the Vessel.

7. On November 5, 2023, at approximately 9:00 AM, JJM and I set off on a boat to the area in Maine's coastal waters where they suspected the Vessel to be located.

8. At approximately 10:45 A.M., after arriving at the target location and donning my scuba gear, I began my descent from the surface to the bottom of the ocean using the anchor as guideline.

9. The ocean floor at this location was about 120 feet deep. The silty conditions and lack of light from the surface made for zero visibility, but I brought a flashlight that allowed me to see about ten feet in front of me.

10. Because of the poor visibility, I used the anchor point as a tether and swam in expanding circles around the anchor to conduct my search operations.

11. At approximately 11:00 A.M., I made my first contact with the Vessel approximately thirty-two feet from the anchor point. I estimate that portions of the Vessel rose twenty to thirty feet above the ocean floor and that the hull was oriented in an approximately North/South direction. Due to the poor visibility, I was unable to get a sense of the size of the Vessel. My eye-line was limited to two arms lengths on either side of me.

12. My air supply was running low due to the depth of the Vessel so I was only able to stay on the bottom for approximately twelve minutes.

13. In the time I had remaining after I found the Vessel, I was able to put my hands on its Southern end and assess the condition of the ocean floor.

14. The Vessel was sitting on top of mud that was approximately elbow-deep. I could also feel wood and stone debris in the area immediately surrounding the Vessel.

15. Numerous stone pavers, which is what I was advised constituted the whole of the Vessel's cargo, were located among the debris that I was able to observe. I picked up a single stone paver, without the assistance of any tools, and brought it back to the surface to show JJM.

16. I also removed one piece of wood with drill hole marks that was attached to the Vessel and was protruding from the muddy sea floor. I was able to pick up and remove this piece of wood without the assistance of any tools.

17. When my air supply became low, I followed the tether back to the anchor line to slowly ascend to the surface. My ascension included one safety stop at fifteen feet below the surface for three to four minutes.

18. My total dive time was twenty minutes. I was back on the deck of JJM's ship, with the stone paver and piece of wood from the Vessel in hand, by 11:14 A.M.

19. I declare under penalties of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Dated: February 23, 2024

Justin Seavey

STATE OF MAINE

___Hancock___, ss.                           February ___23rd___, 2024

    Personally appeared the above-named JUSTIN SEAVEY, and made oath that the above stated facts are true based on his own personal knowledge, information, or belief; and, so far as upon information and belief, that he believes this information to be true.

*Beatrice D. Grinnell*
Notary Public/Attorney
My Commission Expires:

**Beatrice D. Grinnell**
Notary Public, State of Maine
My Commission Expires July 30, 2027