UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| JJM, LLC, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | 1:24-cv-00072-NT |
| *ONE ABANDONED AND SUBMERGED VESSEL* together with her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc., *in rem*, | ) | |
| Defendant | ) | |

**ORDER ON MOTION TO APPOINT SUBSTITUTE CUSTODIAN**

Plaintiff, JJM, LLC, having moved to appoint itself as substitute custodian for *ONE ABANDONED AND SUBMERGED VESSEL,* her constituent parts, appurtenances, and cargo, located on submerged lands within the State of Maine's territorial waters, whose precise location is subject to a pending Motion to Seal with this Court, and this Court being convinced after a review of Plaintiff's motion and supporting documents, and provided that Plaintiff obtains an adequate insurance policy, that a substitute custodian is appropriate under the existing facts, the Court grants the Motion to Appoint Substitute Custodian.

THEREFORE, IT IS HEREBY ORDERED that the United States Marshal for the District of Maine, be, and is hereby, authorized and directed upon the seizure of said defendant vessel, her constituent parts, appurtenances, and cargo, and all other necessaries thereunto appertaining and belonging, pursuant to said Warrant for Arrest, to surrender the possession thereof to the substitute custodian named herein, and that upon such surrender,

the Marshal shall be discharged from the duty and responsibility for the safekeeping of said vessel and held harmless from any and all claims arising whatsoever out of said substituted possession and safekeeping.

IT IS FURTHER ORDERED that JJM, LLC be, and is hereby, appointed the custodian of said vessel to retain the same in its custody for possession and safekeeping until further order of this Court. Provided however that JJM, LLC, shall not remove said vessel from its present location nor shall it otherwise tamper with, alter or examine said vessel or its cargo other than is necessary to serve this Court's process upon the defendant *in rem* in accordance with the procedure set forth in Plaintiff's Motion for Appointment of Special Process Server. Any further action in connection with this vessel or cargo in its role as substitute custodian shall only take place upon further order of this Court.

IT IS FURTHER ORDERED that Plaintiff's attorney will serve a copy of this Order on the owner of defendant vessel, if known, the Attorney General for the State of Maine, and the United States Attorney for the District of Maine.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 19th day of March, 2024.