**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JJM LLC | 1:24-cv-00072-NT |
| DEFENDANT | TYPE OF PROCESS |
| One Abandoned and Submerged Vessel, and all appurtenances and cargo, in rem | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Submerged vessel – *** PROTECTED BY ORDER UNDER SEAL ***
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*** PROTECTED BY ORDER UNDER SEAL *** See attached Exhibit A to Plaintiff's Motion to Seal

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Counsel for Plaintiff:
Twain Braden, Esq., Archipelago Law, LLP
1 Dana St., Fourth Floor
Portland, Maine 04101

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Substitute Custodian, JJM, LLC, has been ordered to serve the Warrant of Arrest upon the Abandoned and Submerged Vessel (Order for Special Process Server, dated March 19, 2024; ECF Doc. # 14). The location of the abandoned and submerged vessel is subject to a protective order. See Order on Plaintiff's Motion to Seal (ECF Doc. #16; and ECF Doc. # 7-1), attached hereto.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (207) 558-0102
DATE: 3/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 036
District to Serve No. 036
Signature of Authorized USMS Deputy or Clerk: Kathy Cherland
Date: 3/27/2024

I hereby certify and return that I ☑ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 4-2-2024
Time: 4:45 ☐ am ☒ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
ON 4-2-2024 at approximately 1645 hrs, Due to Safety Reasons a Third Party Custodian Served the Submerged Vessel. Please see attached Affidavit.

No DUSMS were used for this Service.

Name of Substitute Custodian: Gregory Johnson of JJM, LLC.

Form USM-285
Rev. 03/21

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**IN ADMIRALTY**

Civil Action
Docket No.: 1:24-cv-72

| | |
|---|---|
| JJM, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ONE ABANDONED AND SUBMERGED VESSEL, | ) |
| *her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc.,* | ) |
| *in rem,* | ) |
| Defendant. | ) |

## AFFIDAVIT OF GREGORY JOHNSTON REGARDING SERVICE OF PROCESS OF ABANDONED AND SUBMERGED VESSEL

Gregory Johnston, being duly sworn, deposes and says:

1. My name is Gregory Johnston. I am over 18 years old and competent to make this affidavit.

2. I am a Member and Co-Manager of JJM, LLC, the Plaintiff herein.

3. On April 2, 2024, I personally served the Defendant, One Abandoned and Submerged Vessel ("Vessel"), with the arrest documents as required by the Order For Appointment of Special Process Server (ECF Doc. # 14) as more fully described below.

4. The arrest documents were comprised of the Verified Complaint, the Order for Issuance of a Warrant for Maritime Arrest *In Rem,* the Warrant, the Order for Appointment of a

1

Special Process Server, the Order of Notice, four copies of the Notice (Exhibit A to the Motion for Order of Notice), and the Order on Plaintiff's Motion to Seal.

5. The documents were enclosed in a watertight pouch, which was then attached to a heavy weight (the "Packet").

6. On April 2, 2024, I, along with the other Co-Manager of JJM, LLC, took a boat out to area of the Vessel, utilizing GPS coordinates to confirm the exact location.

7. At approximately 4:45 PM, I dropped the Packet over the side of our boat so that it would sink and land on top of the Vessel. *See* photos contained in **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on _____4/4/2024_____

*[signature]*
Gregory Johnston

2