**EXHIBIT "A" TO AFFIDAVIT OF SERVICE OF GREGORY JOHNSTON, JJM, LLC**






