**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Civil Action
Docket No.: 1:24-cv-00072-NT

| | |
|---|---|
| JJM, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| *ONE ABANDONED AND SUBMERGED VESSEL* | ) |
| *her engines,* | ) |
| *boilers, tackle,* | ) |
| *appurtenances,* | ) |
| *cargo, and her* | ) |
| *other equipment, etc.,* | ) |
| | ) |
| *in rem,* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**VERIFIED STATEMENT OF RIGHT OR INTEREST OF THE STATE OF MAINE**

The State of Maine ("State"), including its Maine State Museum, hereby asserts on behalf of the State a right and interest in the *in rem* defendant as follows:

1. The State, without waiving its immunity to suit in federal court pursuant to the Eleventh Amendment of the United States Constitution or objections to the jurisdiction of this Court, makes this verified statement pursuant to Supplemental Admiralty Rule C(6)(a) to assert the State's rights of possession and ownership to the property that is the *in rem* defendant in this matter.

2. The *in rem* defendant was arrested on April 2, 2024, and the corresponding affidavit of service and process receipt and return were filed with this Court on April 12, 2024. (ECF No. 20-22.) Therefore, this statement of right or interest is timely pursuant to Supplemental Admiralty Rule C(6)(a)(i).

3.   The State is the owner of the property for the following reasons.

4.   JJM, LLC's verified complaint (ECF No. 1), ¶¶ 3, 6, describes the *in rem* defendant as one abandoned and submerged vessel within the State's coastal waters.

5.   The submerged lands of the State's coastal waters are the property of the State.

6.   Pursuant to 27 M.R.S. §§ 371-378 (2024), the State Museum, as trustee for the State, holds title to the *in rem* defendant because it is on or in the State's submerged lands.

7.   The State has never granted permission or authority to JJM, LLC, nor, so far as is known, to any other person or entity, to disturb or take custody of such property.

8.   Apart from, and as an alternative to the State's claim under 27 M.R.S. §§ 371-378, the State claims ownership of the *in rem* defendant pursuant to the Abandoned Shipwreck Act (the "Act"), 43 U.S.C. §§ 2101-2106.

9.   Pursuant to the Act the United States asserts title in any abandoned shipwreck if such shipwreck is "embedded in submerged lands of a State" or, if not so embedded, is "on submerged lands of a State and is included in or determined eligible for inclusion in the National Register." 43 U.S.C. § 2105(a)(1), (3).

10.   The *in rem* defendant sank in the nineteenth century (ECF No. 1, ¶ 3), and is thus more than fifty years old.  Accordingly, pursuant to the National Historic Preservation Act of 1966, the site of the *in rem* defendant and the defendant itself may be eligible for inclusion on the National Register of Historic Places, and so ownership of the *in rem* defendant would be determined by 43 U.S.C. § 2105(a)(3).

11.   Ownership rights acquired by the United States pursuant to the Act have been transferred to the States.  43 U.S.C. § 2105(c).

12.   Therefore, the *in rem* defendant is the property of the State of Maine.

Dated: Augusta, Maine
April 16, 2024

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine


/s/ Lauren E. Parker
Lauren E. Parker, AAG
lauren.parker@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
207-626-8878

Attorneys for Claimant the State of Maine,
including the Maine State Museum


**VERIFICATION**

I, Lauren E. Parker, am an Assistant Attorney General for the State of Maine and one of

the attorneys for claimant the State of Maine, including the Maine State Museum, in this matter.  I

have read the Verified Statement of Right or Interest and know the contents thereof, and the same

is true and correct based on the information furnished to me.

Subscribed to under penalty of perjury pursuant to 28 U.S.C. § 1746 and executed this 16th

day of April 2024 at Augusta, Maine.


/s/ Lauren E. Parker
Lauren E. Parker
Assistant Attorney General
Maine Bar No. 5073


3

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2024, the foregoing was electronically filed

with the Clerk of Court using the CMF/ECF system which will send notification of such filing to:

Benjamin E. Ford, Esq.
Grayson Szczepaniak, Esq.
Twain Braden, Esq.
Archipelago Law, LLP
One Dana Street
4th Floor
Portland, ME 04101
Email: bford@archipelago.com
         gszczepaniak@archipelago.com
         tbraden@archipelago.com

And that I have caused to be emailed and mailed via the United States Postal Service a

copy of the foregoing to the following:


Malinda R. Lawrence
U.S. Department of Justice
Civil Division, Aviation & Admiralty Litigation
P.O. Box 14271
Washington D.C. 20044-4271
Email: Malinda.R.Lawrence@usdoj.gov

Andrew Lizotte, Assistant U.S. Attorney
U.S. Attorney's Office, District of Maine
202 Harlow Street
Bangor, ME 04401
Email: Andrew.Lizotte@usdoj.gov


/s/ Lauren E. Parker
Lauren E. Parker
Assistant Attorney General
Maine Bar No. 5073

4