# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| JJM, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action |
| | ) Docket No.: 1:24-cv-00072-NT |
| ONE ABANDONED AND SUBMERGED VESSEL | ) |
| her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc., | ) |
| | ) |
| *in rem*, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE ON BEHALF OF THE STATE OF MAINE

The undersigned, Carey Gustanski, hereby enters his appearance in the above-captioned matter as counsel for the State of Maine.

Dated: Augusta, Maine
April 16, 2024

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine

/s/ Carey J. Gustanski
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8588

Attorney for Claimant the State of Maine, including the Maine State Museum

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2024, the foregoing was electronically filed with the Clerk of Court using the CMF/ECF system which will send notification of such filing to:

Benjamin E. Ford, Esq.
Grayson Szczepaniak, Esq.
Twain Braden, Esq.
Archipelago Law, LLP
One Dana Street
4th Floor
Portland, ME 04101
Email: bford@archipelago.com
　　　　gszczepaniak@archipelago.com
　　　　tbraden@archipelago.com

And that I have caused to be emailed and mailed via the United States Postal Service a copy of the foregoing to the following:

Malinda R. Lawrence
U.S. Department of Justice
Civil Division, Aviation & Admiralty Litigation Section
P.O. Box 14271
Washington, DC 20044-4271
Email: Malinda.R.Lawrence@usdoj.gov

Andrew Lizotte, Assistant U.S. Attorney
U.S. Attorney's Office, District of Maine
202 Harlow Street
Bangor, ME 04401
Email: Andrew.Lizotte@usdoj.gov

　　　　　　　　　　　　　　　　　　/s/ Carey J. Gustanski
　　　　　　　　　　　　　　　　　　Carey J. Gustanski
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Maine Bar No. 5982