UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
IN ADMIRALTY

| | | |
|---|---|---|
| JJM, LLC | ) | |
|     Plaintiff | ) ) ) | |
|     v. | ) ) ) | No. 1:24-CV-00072-NT |
| ONE ABANDONED AND SUBMERGED VESSEL     her engines, boilers,     tackle, appurtenances,     cargo, and her     other equipment, etc.     *In rem,*     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | |

**THE UNITED STATES OF AMERICA'S NOTICE TO THE COURT**

The United States received notice of JJM, LLC's in rem action against ONE ABANDONED AND SUBMERGED VESSEL, HER ENGINES, BOILERS, TACKLE, APPURTENANCES, CARGO, AND HER OTHER EQUIPMENT, ETC., located at a point within the coastal waters of the State of Maine, on or about March 21, 2024. Notice was provided by counsel for JJM, LLC at the Court's request.

To date, the United States has been provided access to the Complaint and other publicly filed pleadings in this matter, as well as with certain items filed under seal with the Court in this matter, specifically ECF Docket No. 7-1, Exhibit A to Plaintiff's Motion to Seal Name and Location of Defendant Vessel.

On April 16, 2024, the State of Maine filed a Verified Statement of Right or Interest, asserting an interest in the vessel and *in rem* defendant in this matter pursuant to the Abandoned Shipwreck Act, 43 U.S.C. §§ 2101-2106.

Undersigned counsel for the United States has consulted with relevant federal government agencies including the U.S. Navy, the U.S. Coast Guard, the U.S. Maritime Administration, the National Oceanic and Atmospheric Administration of the U.S. Department of Commerce, and the U.S. Department of Interior, in an effort to determine if the United States has an ownership or other interest in the vessel and *in rem* defendant. Based solely on the information available at present, as set forth above, the United States government does not appear to have an ownership or other interest in the vessel or her cargo, other than the interest asserted by the State of Maine pursuant to the Abandoned Shipwreck Act, 43 U.S.C. §§ 2101-2106.

Should different or additional information come to light during the pendency of this litigation, the United States reserves the right to re-evaluate its position accordingly.

Dated:  April 18, 2024

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    DARCIE N. McELWEE
    United States Attorney

    ANDREW LIZOTTE
    Assistant United States Attorney
    United States Attorney's Office
    District of Maine
    202 Harlow Street
    Bangor, Maine 04401
    (207) 262-4636

Andrew.Lizotte@usdoj.gov


 /s/ *Malinda R. Lawrence*
MALINDA R. LAWRENCE
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
(overnight courier)
175 N St., N.E., 11th Floor
Washington, D.C. 20002
(mailing)
P.O. Box 14271
Washington D.C. 20044-4271
Telephone: (202) 307-0033
Facsimile: (202) 616-4159
malinda.r.lawrence@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 18, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notifications of each filing(s) to all counsel of record, including the following:

Benjamin Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.
ARCHIPELAGO LAW, LLP
1 Dana Street, 4th Floor
Portland, Maine 04101
Tel. (207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

Lauren E. Parker
Carey Gustanski
Assistant Attorneys General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, Maine 04333
Tel. (207) 626-8800
lauren.parker@maine.gov

      /s/ Malinda R. Lawrence
     Malinda R. Lawrence
     U.S. Department of Justice