# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE
# IN ADMIRALTY

Civil Action
Docket No.: 1:24-cv-72

| | |
|---|---|
| JJM, LLC, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) |
| *ONE ABANDONED AND SUBMERGED VESSEL,*    *her engines,*    *boilers, tackle,*    *appurtenances,*    *cargo, and her*    *other equipment, etc.,*    *in rem,*    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **AFFIDAVIT OF GRAYSON SZCZEPANIAK**

Grayson P. Szczepaniak, Esq., first being duly sworn, deposes and says under penalties of perjury:

1. My name is Grayson Szczepaniak, and I am an attorney-at-law duly admitted to practice, and in good standing, in all the courts of the State of Maine, including the United States District Court for the District of Maine.

2. I am one of the attorneys of record for JJM, LLC, Plaintiff in the above-captioned matter.

1

3. On March 8, 2024, this office filed a complaint on behalf of Plaintiff against Defendant, One Abandoned and Submerged Vessel, and her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc. ("Vessel"). (ECF Doc. #1.)

4. On March 19, 2024, the Court issued an Order for a Warrant for Arrest of the Vessel (ECF Doc. #12 and #13) and subsequently required Notice of said arrest be published in the *Bangor Daily News* (ECF Doc. #15).

5. On April 2, 2024, Plaintiff – serving as the Substitute Custodian and pursuant to Order for Appointment of Substitute Process Server dated March 19, 2024 (ECF Doc. # 14) – served Defendant Vessel with Notice of this lawsuit by affixing to the Vessel copies of the Complaint (ECF Doc. #1), the Order for Issuance for Warrant of Arrest (ECF Doc. #12), the Warrant for Arrest (ECF Doc. #13), the Order for Special Process Server (ECF Doc. #14), the Order for Notice (ECF Doc. #15), and the Order to Seal (ECF Doc. #16). (*See* ECF Doc. #20.)

6. On April 2, 2024, the United State Marshals Service executed service of process form USM-285 as to the Vessel indicating service by the substitute custodian JJM (ECF Doc. # 22).

7. On April 10, 2024, I arranged for Notice to be published in the *Bangor Daily News* on April 16, 2024, said Notice giving potential parties two weeks to file their Statement of Interest with the Court and our office.

8. On April 16, 2024, the *Bangor Daily News* did in fact publish Notice in its newspaper. (*See* Affidavit of Publication, filed contemporaneously herewith.)

9. The United States Government has declared that it does not have an interest in the Vessel except the interest asserted by the State of Maine pursuant to the Abandoned Shipwreck

Act. (ECF Doc. #28.) The State of Maine has asserted title to the Vessel (ECF Doc. #24) and JJM, LLC, intends to defend against that claim.

10. The time period within which other potential parties were required to appear, answer, or otherwise respond to the Complaint in this matter has expired.

11. These other potential parties are in default pursuant to the terms of Rule 55(a) F.R. Civ. P.

Dated at Portland, Maine, this 3rd day of May, 2024.

_____
Grayson P. Szczepaniak, Esq.

Date: 5/3/24

STATE OF MAINE
CUMBERLAND

Personally appeared the above-named Grayson Szczepaniak and swore that the foregoing affidavit is true.

Before me,

_____
Notary Public

JANE H. PAGE
Notary Public, State of Maine
My Commission Expires February 07, 2031