UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| JJM, LLC, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) |
| ONE ABANDONED AND SUBMERGED VESSEL<br>    *her engines,*<br>    *boilers, tackle,*<br>    *appurtenances,*<br>    *cargo, and her*<br>    *other equipment, etc.,*<br>    *in rem*,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action
Docket No.: 1:24-cv-00072-NT

## ANSWER OF CLAIMANT STATE OF MAINE

Claimant, the State of Maine ("State"), including its Maine State Museum, pursuant to Rule C(6)(a)(iv), Supplemental Rules for Certain Admiralty and Maritime Claims, and without waiving any objections it may have to the jurisdiction of this Court, answers JJM, LLC's verified complaint in corresponding numbered paragraphs[1]:

### Jurisdiction and Parties

1. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 1.

2. The State denies knowledge or information sufficient to form a belief as to the

---

[1] The State of Maine ("State") filed a verified statement of right or interest as to the *in rem* defendant on April 16, 2024 (ECF No. 24). *See* Supplemental Admiralty Rule C(6)(a)(i).

allegations of paragraph 2.

3.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 3.

4.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 4.

5.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 5.

6.   Admitted.

7.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 7.

8.   The State denies knowledge or information sufficient to form a belief as to the allegations of the first sentence of paragraph 8.  The remainder of paragraph 8 contains legal assertions based on facts unknown to the State.  If an answer is deemed required, denied.

9.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 9.

10.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 10.

11.   The State denies that this Court has *in personam* jurisdiction over the State.  As to other claimants or potential salvors, the State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 11.

12.   The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 12.

13.   The State denies knowledge or information sufficient to form a belief as to the

allegations of paragraph 13.

14. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 14.

## Count I

### (Possessory and Ownership Claim Pursuant to the Law of Finds)

15. The State incorporates herein its responses to paragraphs 1 through 14 above.

16. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 16.

17. Paragraph 17 contains legal assertions based on facts unknown to the State. If an answer is deemed required, denied.

## Count II

### (Salvage Award Claim)

18. The State incorporates herein its responses to paragraphs 1 through 17 above.

19. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 19.

20. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 20.

21. The State denies knowledge or information sufficient to form a belief as to the allegations of paragraph 21.

22. Paragraph 22 contains legal assertions based on facts unknown to the State. If an answer is deemed required, denied.

### Count III

### (Salvage Operation and Injunctive Claim)

23. The State incorporates herein its responses to paragraphs 1 through 22 above.

24. Denied.

25. Denied.

26. Paragraph 26 contains legal assertions based on facts unknown to the State. If an answer is deemed required, denied.

### Claimant State of Maine's Affirmative Defenses

1. On information and belief, by virtue of the Abandoned Shipwreck Act of 1987, 43 U.S.C. §§ 2101-2106, and the Submerged Lands Act, 43 U.S.C. § 1301 et seq., the *in rem* defendant is the sole and exclusive property of the State, either by virtue of its being embedded in submerged lands of the State or by virtue of being on submerged lands of the State and being eligible for inclusion in the National Register of Historic Places, and so it cannot be appropriated, excavated, inured, or destroyed without permission of the State, and no such permission has been granted.

2. Pursuant to 27 M.R.S. §§ 371-378 (2023), the State, through the State Museum as trustee for the State, holds title to the *in rem* defendant, and it cannot be appropriated, excavated, injured, or destroyed without the State's permission, and no such permission has been granted.

3. The Eleventh Amendment to the United States Constitution bars any determination or adjudication that JJM, LLC is due a salvage award from the State.

WHEREFORE, claimant State of Maine respectfully requests that upon a showing, after discovery, by the State that it is the rightful owner of the *in rem* defendant, this Court enter judgment:

1. Denying in all respects relief sought by JJM, LLC;

2. Declaring the State of Maine to be the lawful owner of the *in rem* defendant; and

3. Enjoining JJM, LLC from any further disturbance of the *in rem* defendant, and to return forthwith to the State any objects, artifacts, or other items removed from the *in rem* defendant or its vicinity.

| | |
|---|---|
| Dated: Augusta, Maine<br>May 7, 2024 | Respectfully submitted,<br><br>AARON M. FREY<br>Attorney General of the State of Maine<br><br>*/s/ Lauren E. Parker*<br>Lauren E. Parker, AAG<br>lauren.parker@maine.gov<br>Carey J. Gustanski, AAG<br>carey.gustanski@maine.gov<br><br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>207-626-8878<br><br>Attorneys for Claimant the State of Maine, including the Maine State Museum |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of May 2024, the foregoing was electronically filed with the Clerk of Court using the CMF/ECF system which will send notification of such filing to:

Benjamin E. Ford, Esq.
Grayson Szczepaniak, Esq.
Twain Braden, Esq.
Archipelago Law, LLP
One Dana Street
4th Floor
Portland, ME 04101
Email: bford@archipelago.com
       gszczepaniak@archipelago.com
       tbraden@archipelago.com

Malinda R. Lawrence, Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
175 N Street NE, 11th Floor
Washington D.C. 20002
Email: Malinda.R.Lawrence@usdoj.gov

And that I have caused to be emailed a copy of the foregoing to the following:

Andrew Lizotte, Assistant U.S. Attorney
U.S. Attorney's Office, District of Maine
202 Harlow Street
Bangor, ME 04401
Email: Andrew.Lizotte@usdoj.gov

                                      /s/ *Lauren E. Parker*
                                      Lauren E. Parker
                                      Assistant Attorney General
                                      Maine Bar No. 5073