UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
IN ADMIRALTY

Civil Action
Docket No.: 1:24-cv-72

| | |
|---|---|
| JJM, LLC, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) |
| ONE ABANDONED AND SUBMERGED VESSEL, <br>     *her engines,* <br>     *boilers, tackle,* <br>     *appurtenances,* <br>     *cargo, and her* <br>     *other equipment, etc.,* <br>     *in rem,* <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW COMES Plaintiff, JJM, LLC ("JJM"), by and through undersigned counsel, and pursuant to F.R. Civ. P. 55(b), requests that Judgment by Default be entered against all potential parties asserting a claim in this matter, except for the State of Maine and the United States Government, as more fully provided below.

    1.    On April 2, 2024, Defendant, One Abandoned and Submerged Vessel, her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc. ("Vessel"), was arrested by the Substitute Custodian and Substitute Process Server by affixing to the Vessel copies of the Verified Complaint, the Order for Issuance for Warrant of Arrest, the Warrant for Arrest, the Order for

1

Special Process Server, the Order for Notice, and the Order to Seal, all as more fully appears in the Process Receipt and Return from the United States Marshal Service (ECF Doc. # 22).

2.  On April1 6, 2024, a copy of the Notice of Arrest, as required by the Order of Notice (ECF Doc. # 15), was published in the *Bangor Daily News*, as more fully appears in the Affidavit of Grayson P. Szczepaniak, Esq. (ECF Doc. # 30.1), and the Affidavit of Publication ECF Doc. # 30.2).

3.  The State of Maine has filed a statement of interest (ECF Doc. # 24) and timely answered the Complaint (ECF Doc. # 32).

4.  The United States Government has declared that it does not have an interest in the Vessel except any that may be asserted by the State of Maine pursuant to the Abandoned Shipwreck Act (ECF Doc. # 28).

5.  With the exception of the State of Maine and the United States Government, no one, acting on its or their own behalf, has appeared or timely pled in this action as required by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims.

6.  The time period within which any party with a claim of right or interest were required to appear, file a claim, answer, or otherwise respond to the Verified Complaint in this matter has expired, pursuant to the Order of Notice (ECF Doc. # 15) and Order for Issuance of Warrant for Arrest (ECF Doc. # 12).

7.  On May 6, 2024, an Entry of Default was entered by the Clerk pursuant to F.R. Civ. P. 55(a) with regard to all potential parties asserting a claim in this matter except for the State of Maine and the United States Government (ECF Doc. # 31).

8. Default judgment is not being requested against an infant or an incompetent person, nor against an individual in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 511 and 521(a).

9. JJM, LLC, is therefore entitled to default judgment against all other potential parties who have failed to appear in this matter, and hereby requests that default judgment be entered against all potential parties (other than the State of Maine and the United States Government) in the form of title to the Defendant Vessel and her engines, boilers, tackle, cargo, and all appurtenances, or a salvage award for services rendered by Plaintiff in an amount to be determined at trial.

WHEREFORE, Plaintiff JJM, LLC, respectfully moves that a Default Judgment be rendered in its favor and against all potential parties in this matter, except for the State of Maine and the United States Government, in the form of title to the Defendant Vessel and her engines, boilers, tackle, cargo, and all appurtenances, or in an amount to be determined at trial scheduled for a later date.

DATED at Portland, Maine, this 9th day of May, 2024.

       /s/ Grayson P. Szczepaniak
Benjamin E. Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.
Attorneys for Plaintiff JJM, LLC

**ARCHIPELAGO LAW, LLC**
1 Dana Street, 4th Floor
Portland, Maine 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

## CERTIFICATE OF SERVICE

      I, Grayson Szczepaniak, hereby certify that on May 9, 2024, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to all counsel of record.

                                                               */s/ Grayson P. Szczepaniak*
                                                        Grayson P. Szczepaniak, Esq.