**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

Civil Action
Docket No.: 1:24-cv-00072-NT

| | |
|---|---|
| JJM, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| *ONE ABANDONED AND SUBMERGED VESSEL* | ) |
| *her engines,* | ) |
| *boilers, tackle,* | ) |
| *appurtenances,* | ) |
| *cargo, and her* | ) |
| *other equipment, etc.,* | ) |
| | ) |
| *in rem,* | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STATE OF MAINE'S UNOPPOSED MOTION TO AMEND ORDER ON MOTION TO SEAL**

Pursuant to Fed. R. Civ. P. 7(b) and Local Rule 10, the State of Maine ("State"), including its Maine State Museum, moves this Court to modify its Order on Motion to Seal as follows. JJM and the United States do not object to the State's motion.

In its Order on Motion to Seal (ECF No. 16), this Court granted JJM's Motion to Seal the name and location of the in rem defendant (ECF No. 7), which information is contained in Exhibit A to JJM's Motion to Seal ("JJM's Exhibit A"). Specifically, the Court: "ORDERED that **Exhibit A** to Plaintiff's Motion to Seal shall be maintained with this Court as a sealed document, accessible only to the Parties in this action." (ECF No. 16.) Per the Parties' Joint Proposal to Govern the Future Course of the Case (ECF No. 34), the State has received proposals (currently, two) to

1

inspect the wreck site and vessel.  The proposed experts cannot further refine their respective proposals to the State, especially including proposed costs, without the information contained in JJM's Exhibit A.  Thus, the State moves this Court to amend its Order on Motion to Seal to allow the State to share JJM's Exhibit A with its proposed experts subject to the following conditions:

1.  The State will not release JJM's Exhibit A to a proposed expert until that proposed expert has executed the document attached to this motion as Attachment A, to which the State will attach a copy of the Court's Order on Motion to Seal and any pertinent modifications of that Order.

2.  The State will add the following heading to JJM's Exhibit A before releasing same to a proposed expert that has executed Attachment A: "**SUBJECT TO ORDER(S) ON MOTION TO SEAL**."

3.  For any proposed expert that executes the document attached to this motion as Attachment A, the State will not automatically file with the Court or provide to the parties the executed Attachment A.  The State will retain the executed Attachment A for at least two years after the expiration of the time for filing a timely appeal, *cf.* Local Rule 10 (retention period for documents signed under oath).  Production of any executed Attachment A in the State's possession will be subject to the rules of discovery and assertions of privilege, including work product privilege.

 Dated: Augusta, Maine
June 20, 2024

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine

2

/s/ *Lauren E Parker*
Lauren E. Parker, AAG
lauren.parker@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
207-626-8878

Attorneys for Claimant the State of Maine,
including the Maine State Museum

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2024, the foregoing was electronically filed

with the Clerk of Court using the CMF/ECF system which will send notification of such filing to:

Benjamin E. Ford, Esq.
Grayson Szczepaniak, Esq.
Twain Braden, Esq.
Archipelago Law, LLP
One Dana Street
4th Floor
Portland, ME 04101
Email: bford@archipelago.com
       gszczepaniak@archipelago.com
       tbraden@archipelago.com

Malinda R. Lawrence, Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
United States Department of Justice
175 N Street NE, 11th Floor
Washington D.C. 20002
Email: Malinda.R.Lawrence@usdoj.gov

And that I have caused to be emailed a copy of the foregoing to the following:

Andrew Lizotte, Assistant U.S. Attorney
U.S. Attorney's Office, District of Maine
202 Harlow Street
Bangor, ME 04401
Email: Andrew.Lizotte@usdoj.gov

*/s/ Lauren E Parker*
Lauren E. Parker
Assistant Attorney General
Maine Bar No. 5073