**ATTACHMENT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| JJM, LLC, ) | Civil Action |
| ) | Docket No.: 1:24-cv-00072-NT |
| Plaintiff ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| ONE ABANDONED AND SUBMERGED VESSEL ) |  |
| *her engines,* ) |  |
| *boilers, tackle,* ) |  |
| *appurtenances,* ) |  |
| *cargo, and her* ) |  |
| *other equipment, etc.,* ) |  |
| ) |  |
| *in rem*, ) |  |
| ) |  |
| Defendant. ) |  |

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

The undersigned hereby acknowledges that he/she/they has read the Court's Order on Motion to Seal and the Court's Order modifying same (collectively, "Orders Sealing Vessel's Identity and Location" or "Orders") in the above-captioned action and attached hereto. The undersigned understands that the Exhibit A to JJM's Motion to Seal and the information contained in that Exhibit A is under seal per the Court's Orders Sealing Vessel's Identity and Location and may not be disseminated, disclosed, or otherwise shared, nor used for personal gain unassociated with the proposal submitted to the State of Maine. The undersigned submits to the jurisdiction of the United States District Court for the District of Maine in matters relating to the Orders Sealing Vessel's Identity and Location and understands that the terms of those Orders obligate

him/her/them to use Exhibit A to JJM's Motion to Seal solely for the purposes of the above-captioned action, and not to disclose Exhibit A to JJM's Motion to Seal or information contained in that Exhibit A to any other person, firm, or concern unless the State of Maine's attorneys of record in the above-captioned matter otherwise inform the undersigned via email that the undersigned may discuss Exhibit A or information contained therein with a collaborator on my proposal who has also executed an Agreement and Acknowledgment to be Bound.

The undersigned acknowledges that violation of the Orders Sealing Vessel's Identity and Location may result in penalties for contempt of court.

Name:  _____

Job Title:  _____

Employer:  _____

Business Address:  _____

_____

_____

Date: _____  _____
                                                Signature