UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC, | ) |
|       Plaintiff | ) ) ) ) |
| v. | )   1:24-cv-00072-NT ) |
| *ONE ABANDONED AND SUBMERGED VESSEL* together with her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc., *in rem*, | ) ) ) ) ) ) ) |
|       Defendant | ) |

## SCHEDULING ORDER

Following a telephonic conference with counsel on November 13, 2024, the Court issues the following Scheduling Order:

Track Assignment: This case has been assigned to the Standard Track. Discovery is limited to not more than 30 interrogatories per opposing side (subparts not permitted); 30 requests for admission per opposing side; 2 sets of requests for production per opposing side; and 5 depositions per side.

Subject Matter Jurisdiction: Federal Question.

Jury Trial: Not Demanded.

Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P.26(a)(1): January 10, 2025.

Deadline for Amendment of the Pleadings and Joinder of Parties: February 28, 2025.

Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by: February 28, 2025.

Defendant/Claimants/Interested Parties shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by: April 4, 2025.

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B).  All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  May 1, 2025.

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h):  May 8, 2025.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda:  May 22, 2025.

Expected Trial Date:  This case shall be ready for trial by  August 6, 2025.

Further Matters in Aid of Disposition:  Plaintiff shall make a written settlement demand upon the Defendants by April 18, 2025.  Defendant/Claimants/Interested Parties shall respond in writing by May 1, 2025.

Consent to the Magistrate Judge:  The parties may consent to allow the Magistrate Judge to conduct all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.  The Magistrate Judges typically schedule the civil cases to which they are assigned for a specific trial date.  If the parties consent to Magistrate Judge John C. Nivison conducting all proceedings, the parties shall complete and file the consent form attached hereto, which form can also be found on the Courts website at [Forms | District of Maine | United States District Court (uscourts.gov)](#).

So ORDERED.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated: November 13, 2024.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) ) | |
| v. | ) | Civil no. |
| Defendant(s) | ) ) ) ) ) | |

CONSENT TO A MAGISTRATE JUDGE

Understanding the right to trial before a District Judge, the parties to the above captioned civil matter additionally consent, pursuant to Fed.R.Civ.P. 73(b), to allow Magistrate Judge John C. Nivison to conduct any and all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in the instant action.

Counsel for Plaintiff(s):

Date:

Counsel for Defendant(s):

Date:

**NOTE: Return this form to the Clerk of Court only if it has been executed by all parties in this case.**