UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| JJM, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>*ONE ABANDONED AND SUBMERGED VESSEL*<br>　　*her engines,*<br>　　*boilers, tackle,*<br>　　*appurtenances,*<br>　　*cargo, and her*<br>　　*other equipment, etc.,*<br><br>　　*in rem*,<br><br>　　　Defendant. | Civil Action<br>Docket No.: 1:24-cv-00072-NT |

**STATE OF MAINE AND JJM, LLC'S JOINT MOTION TO AMEND SCHEDULING ORDER**

Claimant the State of Maine ("State") and plaintiff JJM, LLC ("JJM") move this court pursuant to Fed. R. Civ. P. 7 and 10, and Local Rules 7 and 10 to amend the Scheduling Order (ECF No. 42) as set forth in the table below. The United States does not object to this motion.

On February 27, 2025, JJM notified the State that it has retained two experts to investigate the abandoned vessel and wreck site. Due to the location of the vessel, JJM's experts are scheduled to investigate the abandoned vessel and wreck site at the end of April 2025, weather conditions permitting. The State and JJM's proposed amendment to the Scheduling Order provides JJM's experts time to safely complete their investigation and prepare their report or full disclosure and

1

generally preserves the spacing established by the existing Scheduling Order,[1] which spacing affords the State adequate time to complete discovery after receipt of JJM's expert witness report or full disclosure. The State and JJM thus respectfully request that the Court grant this joint motion to amend the Scheduling Order using the Requested Deadlines in the table below. Existing deadlines are included for reference.

|  | **Requested Deadlines** | Existing Deadlines |
|---|---|---|
| Plaintiff Expert Witness Designation/Reports | May 16, 2025 | February 28, 2025 |
| Claimants/Interested Parties Expert Witness Reports | June 21, 2025 | April 4, 2025 |
| Deadline for Plaintiff to Make Written Settlement demand | July 3, 2025 | April 18, 2025 |
| Deadline for Claimants/Interested Parties to respond in writing | July 18, 2025 | May 1, 2025 |
| Deadline to Complete Discovery | July 18, 2025 | May 1, 2025 |
| Deadline to file Notice of Intent to file for Summary Judgement and Need for Pre-Filing Conference | July 25, 2025 | May 8, 2025 |
| Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumbo* Motions Challenging Expert Witnesses with Supporting Memoranda | August 29, 2025 | May 22, 2025 |
| Expected Trial Date | November 13, 2025 | August 6, 2025 |

---

[1] To accommodate planned vacation, this proposed amendment to the Scheduling Order provides more time than the existing Scheduling Order between the Deadline to file Notice of Intent to file for Summary Judgment and Need for Pre-Filing Conference and the Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumbo* Motions.

| | |
|---|---|
| Dated: Augusta, Maine<br>March 20, 2025 | Respectfully submitted,<br><br>AARON M. FREY<br>Attorney General of the State of Maine<br><br>/s/ *Lauren E Parker*<br>Lauren E. Parker, AAG<br>lauren.parker@maine.gov<br>Timothy E. Steigelman, AAG<br>timothy.steigelman@maine.gov<br>Carey J. Gustanski, AAG<br>carey.gustanski@maine.gov<br><br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>207-626-8878<br><br>Attorneys for Claimant the State of Maine, including the Maine State Museum |
| Dated: Portland, Maine<br>March 20, 2025 | */s/ Benjamin E Ford*<br>Benjamin E. Ford, Esq.<br>Twain Braden, Esq.<br>Grayson P. Szczepaniak, Esq.<br><br>ARCHIPELAGO LAW, LLP<br>1 Dana Street, Fourth Floor<br>Portland, ME 04101<br>(207) 558-0102<br>bford@archipelagona.com<br>tbraden@archipelagona.com<br>gszczepaniak@archipelagona.com<br><br>Attorneys for Plaintiff JJM, LLC |