UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  | Civil Action<br>Docket No.: 1:24-cv-00072-NT |
|---|---|

JJM, LLC,

    Plaintiff

v.

ONE ABANDONED AND SUBMERGED VESSEL
    *her engines,*
    *boilers, tackle,*
    *appurtenances,*
    *cargo, and her*
    *other equipment, etc.,*

    *in rem*,

    Defendant.

**STATE OF MAINE AND JJM, LLC'S REVISED JOINT MOTION TO AMEND SCHEDULING ORDER**

Claimant the State of Maine ("State") and plaintiff JJM, LLC ("JJM") submit this Revised Joint Motion to Amend Scheduling Order ("Revised Joint Motion"). *See* Fed. R. Civ. P. 7 & 10; Local Rules 7 & 10. The United States does not object to this motion.

After the State and JJM filed their Joint Motion to Amend Scheduling Order (ECF No. 46) ("Joint Motion"), the Court held a Conference of Counsel (ECF No. 47) and a Hearing (ECF No. 48) on JJM's Motion for Entry of Default Judgment (ECF No. 30) and the State's Motion to Unseal the *In Rem* Defendant's Name (ECF No. 43). The Court denied without prejudice JJM's Motion for Default Judgment (ECF No. 49) and granted the State's Motion to Unseal such that the *in rem* defendant's presumed name(s) will no longer be sealed effective May 2, 2025 (ECF No. 50). This

1

Revised Joint Motion incorporates the Joint Motion's rationale for extending the deadlines in the Scheduling Order.  Unlike the Joint Motion, this Revised Joint Motion includes deadlines related to filing for partial summary judgment on the issue of abandonment as discussed at the Conference of Counsel.

The State and JJM respectfully request that the Court grant this Revised Joint Motion using the Requested Deadlines in the table below.  Existing deadlines are included for reference.

|  | **Requested Deadlines** | Existing Deadlines |
|---|---|---|
| Plaintiff Expert Witness Designation/Reports | May 23, 2025 | February 28, 2025 |
| Deadline to file Notice of Intent to file for Partial Summary Judgment on the Issue of Abandonment and Need for Pre-Filing Conference | June 6, 2025 | N/A |
| Claimants/Interested Parties Expert Witness Reports | June 27, 2025 | April 4, 2025 |
| Deadline for Filing Partial Summary Judgment Motion on the Issue of Abandonment | June 27, 2025 | N/A |
| Deadline for Plaintiff to Make Written Settlement demand | July 3, 2025 | April 18, 2025 |
| Deadline for Claimants/Interested Parties to respond in writing | July 18, 2025 | May 1, 2025 |
| Deadline to Complete Discovery | July 18, 2025 | May 1, 2025 |
| Deadline to file Notice of Intent to file for Summary Judgment as to Vessel Ownership and for all other purposes and Need for Pre-Filing | October 3, 2025 | May 8, 2025 |

| | | |
|---|---|---|
| Conference[1] | | |
| Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions Challenging Expert Witnesses with Supporting Memoranda | October 24, 2025 | May 22, 2025 |
| Expected Trial Date | January 13, 2026 | August 6, 2025 |

Dated: Augusta, Maine
April 1, 2025

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine

/*s/ Lauren E Parker*
Lauren E. Parker, AAG
lauren.parker@maine.gov
Timothy E. Steigelman, AAG
timothy.steigelman@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
207-626-8878

Attorneys for Claimant the State of Maine, including the Maine State Museum

---

[1] Once the name of the *in rem* defendant is unsealed, it is the State's intention to pursue from the Keeper of the National Registry a determination that the *in rem* defendant is eligible for inclusion in the National Register.  *See* 43 U.S.C. § 2105(a)(3) & (c); 54 U.S.C. § 302103(2)(E); 36 CFR §§ 60.3-60.6.  The precise timeline for that administrative process is unknown.

Dated: Portland, Maine
April 1, 2025

_/s/ Benjamin E Ford_
Benjamin E. Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.

ARCHIPELAGO LAW, LLP
1 Dana Street, Fourth Floor
Portland, ME 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

Attorneys for Plaintiff JJM, LLC