UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Civil Action
Docket No.: 1:24-cv-00072-NT

| | |
|---|---|
| JJM, LLC, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) |
| ONE ABANDONED AND SUBMERGED VESSEL<br>    *her engines,*<br>    *boilers, tackle,*<br>    *appurtenances,*<br>    *cargo, and her*<br>    *other equipment, etc.,*<br>    *in rem*,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S PARTIALLY CONSENTED-TO MOTION TO ENLARGE THE DEADLINE TO UNSEAL THE NAME(S) OF DEFENDANT ABANDONED AND SUBMERGED VESSEL**

NOW COMES the Plaintiff, JJM, LLC, by and through its undersigned counsel, with the partial consent of the State of Maine, and moves this Court to enlarge the deadline to unseal the name(s) of Defendant Abandoned and Submerged Vessel (the "Wreck") until May 23, 2025, or May 9, 2025, for the following reasons. The State opposes enlarging the deadline to May 23, 2025, but consents to enlarging the deadline to May 9, 2025.

1. On March 21, 2025, the Court granted the State's Motion to Unseal Documents revealing the name(s) of the Wreck.

1

2. The Court's Order included an effective date of May 2, 2025, to ensure that Plaintiff's experts would have the opportunity to complete a dive survey and inventory of the Wreck without the risk of interference of third-parties.

3. The dive survey was scheduled for April 26 and 27, 2025.

4. Due to poor weather conditions, the dive survey by Plaintiff's experts had to be postponed.

5. The dive survey has been rescheduled for May 3 to May 5, 2025.

6. The rescheduled dive falls after the date the Court expects to unseal the name(s) of the Wreck.

7. Plaintiffs are requesting that the deadline to unseal the name(s) of the Wreck be enlarged to ensure the integrity of the Wreck prior to the dive survey.

8. Given that the dive survey has already been rescheduled once due to inclement weather, Plaintiff would prefer the deadline to unseal be enlarged to May 23, 2025, which aligns with the deadline for Plaintiff to share its experts' report (ECF #52 and #53) and will ensure Plaintiff has time to reschedule the dive a second time if necessary.

9. The State opposes enlarging the deadline to May 23, 2025.

10. The State has consented to an enlargement of the date to unseal the name of the Wreck to May 9, 2025.

11. The State has advised JJM that the State would agree to a further extension of the date to unseal the name of the Wreck if JJM is not able to conduct its dive survey before May 9, 2025.

12. The United States takes no position on this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge its Order on the State's Motion to Unseal the Name(s) of the Subject Abandoned and Submerged Vessel, until May 23, 2025, or in the alternative, until May 9, 2025.

DATED at Portland, Maine, this 28th day of April, 2025.

s/ Benjamin E. Ford, Esq.
Benjamin Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.
Attorneys for Plaintiff JJM, LLC

**ARCHIPELAGO LAW, LLP**
1 Dana Street
Portland, ME 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2025, the foregoing was electronically filed with the Clerk of Court using the CMF/ECF system which will send notification of such filing to:

Lauren E. Parker, lauren.parker@maine.gov
Timothy Steigelman, timothy.steigelman@maine.gov
Carey Gustanski, carey.gustanski@maine.gov
Attorneys for the State of Maine

Malinda R. Lawrence, malinda.r.lawrence@usdoj.gov
Attorney for the U.S. Government

And that I have caused to be emailed a copy of the foregoing to the following:

Andrew Lizotte, Andrew.lizotte@usdoj.gov
Assistant U.S. Attorney

*/s/ Benjamin Ford*
Benjamin Ford, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Civil Action
Docket No.: 1:24-cv-00072-NT

|  |  |
|---|---|
| JJM, LLC, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| *ONE ABANDONED AND SUMBERGED VESSEL* | ) |
|     *her engines,* | ) |
|     *boilers, tackle,* | ) |
|     *appurtenances,* | ) |
|     *cargo, and her* | ) |
|     *other equipment, etc.,* | ) |
| | ) |
|     *in rem*, | ) |
| | ) |
|     Defendant. | ) |

**ORDER ON PLAINTIFF'S PARTIALLY CONSENTED-TO MOTION TO ENLARGE THE DEADLINE TO UNSEAL THE NAME(S) OF DEFENDANT ABANDONED AND SUBMERGED VESSEL**

Plaintiff's Consented-To Motion to Unseal the Name(s) of the Subject Abandoned and Submerged Vessel, to and including May 9, 2025, is hereby **GRANTED / DENIED**. The name of the Defendant Abandoned and Submerged Vessel shall be unsealed on **May 9, 2025 / May 23, 2025**. The location of the Wreck will remain under seal unless otherwise ordered by this Court.

The Clerk is directed to incorporate this order into the docket.

_____                _____
Date                                                                                  Justice