UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC,<br><br>    Plaintiff<br><br>v.<br><br>*ONE SHIPWRECKED VESSEL*<br>*her engines,*<br>    *boilers, tackle,*<br>    *appurtenances,*<br>    *cargo, and her*<br>    *other equipment, etc.,*<br><br>    *in rem*,<br><br>    Defendant. | Civil Action<br>Docket No.: 1:24-cv-00072-NT |

**AMENDED NOTICE TO CORRECT SPELLING
AS TO NAME OF DEFENDANT VESSEL**

\*\*Plaintiff files this amended notice to correct the spelling of the name of the Defendant Vessel:

On February 21, 2025, the State of Maine moved the Court to unseal the name of the Defendant Vessel in the above captioned matter. On March 14, 2025 Plaintiff, JJM, LLC, objected to the State's motion. On March 21, 2025 the Court overruled Plaintiff's objections and ordered that the name of the Defendant Vessel be unsealed.

The parties agree that the name of the Defendant Vessel is the S/V Delhi. No further documents will be filed under seal for the purposes of concealing the name of the Defendant Vessel. However, the Court has not ordered the unsealing of the location of the Defendant Vessel. Any documents discussing that location will continue to be filed under seal or redacted as the Court directs.

DATED at Portland, Maine, this 23 day of May, 2025.

                                                                                                   s/ Benjamin E. Ford, Esq.
                                                                                                  Benjamin Ford, Esq.
                                                                                                  Twain Braden, Esq.
                                                                                                  Grayson P. Szczepaniak, Esq.
                                                                                                  Attorneys for Plaintiff JJM, LLC

**ARCHIPELAGO LAW, LLP**
1 Dana Street
Portland, ME 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com