UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
IN ADMIRALTY

Civil Action
Docket No.: 1:24-cv-72

| | |
|---|---|
| JJM, LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ONE ABANDONED AND | ) |
| SUBMERGED VESSEL, | ) |
|     her engines, | ) |
|     boilers, tackle, | ) |
|     appurtenances, | ) |
|     cargo, and her | ) |
|     other equipment, etc., | ) |
| | ) |
|     in rem, | ) |
| | ) |
| Defendant. | ) |

## JJM, LLC AND STATE OF MAINE'S JOINT MOTION TO ENLARGE DEADLINE

Plaintiff JJM, LLC ("JJM"), and Party-In-Interest State of Maine ("State") (collectively, the "Parties") hereby submit this Joint Motion ("Motion") to enlarge the deadline by which to file their Notice of Intent to File Summary Judgment on the issue of the Wreck's abandonment. *See* Fed. R. Civ. P. 7(b); Local Rule 7. In support thereof, the Parties state as follows:

1. On April 1, 2025, counsel for the State of Maine filed a Joint Motion to Amend the Court's Scheduling Order ("Motion to Amend").

2. The Motion to Amend provided a deadline of June 6, 2025, for the Parties to file their Notice of Intent to File Summary Judgment, solely as to the issue of

1

abandonment. (Future issues ripe for summary judgment remain preserved until after discovery.)

3. On April 2, 2025, the Court granted the Motion to Amend.

4. Since then, the Parties have entered settlement discussions.

5. More time is required for the Parties to discuss the details of settlement before proceeding with a Motion for Summary Judgment as to possible abandonment of the Defendant Vessel.

6. The Parties believe that an additional two weeks should provide enough time to explore settlement and / or determine how the litigation should proceed.

7. An additional two weeks from the current deadline would bring the new deadline to June 20, 2025.

8. Counsel for the United States has consented to this Motion.

WHEREFORE the Parties respectfully request this Court enlarge the deadline for the Parties to file a Notice of Intent to File Summary Judgment from June 6, 2025, to June 20, 2025.

Dated at Portland, Maine, this 5th day of June, 2025.

                                                                                     /s/ Benjamin Ford
Benjamin E. Ford, Esq.
Twain Braden, Esq.
Grayson P. Szczepaniak, Esq.
Attorneys for Plaintiff JJM, LLC

**ARCHIPELAGO**
1 Dana Street, 4th Floor
Portland, ME 04101
(207) 558-0102
bford@archipelagona.com
tbraden@archipelagona.com
gszczepaniak@archipelagona.com

AARON M. FREY
Attorney General of the State of Maine

*/s/ Lauren Parker*
Lauren E. Parker, AAG
lauren.parker@maine.gov
Timothy E. Steigelman, AAG
timothy.steigelman@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov
Attorneys for Claimant State of Maine,
including the Maine State Museum

**Office of the Attorney General**
6 State House Station
Augusta, ME 04333-0006
(207) 626-8878