UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC,<br><br>    Plaintiff<br><br>v.<br><br>*THE ABANDONED AND SUBMERGED VESSEL*, DELHI<br>    her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc.,<br><br>    *in rem*,<br><br>    Defendant. | Civil Action<br>Docket No.: 1:24-cv-00072-NT |

**STATE OF MAINE'S NOTICE OF INTENT TO MOVE FOR
PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF ABANDONMENT AND
REQUEST FOR PREFILING CONFERENCE WITH THE COURT**

Pursuant to D. Me. Local R. 56(h), and per ECF No. 52, 53, and 59, Claimant the State of Maine ("State") submits this Notice of Intent to Move for Partial Summary Judgment on the issue of abandonment and respectfully requests that the Court issue a procedural order setting a pre-filing conference with a judicial officer. *See* D. Me. Local R. 56(h)(3).

In regard to the need for a pre-filing conference, *see id.* at Rule 56(h)(3)(E), the State anticipates that its Motion for Partial Summary Judgment will be supported at least in part by stipulated facts.[1] The State also notes that the Maine Historic Preservation Commission has requested that the Keeper of the National Register of Historic Places ("Keeper") determine whether

---

[1] The State has been in contact with JJM about potential facts for stipulation, as discussed as the June 12 telephonic conference with the Court, but the parties have not yet agreed on those stipulations. The State anticipates requesting an extension to the summary judgment deadline during the requested pre-filing conference.

1

the defendant shipwreck is eligible for listing on the National Register of Historic Places.  *See* 43 U.S.C. § 2105(a)(3).  Maine Historic Preservation Commission anticipates that the Keeper will make an eligibility determination by approximately July 28, 2025.

Dated: Augusta, Maine
June 20, 2025

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine


*/s/ Lauren E Parker*
Lauren E. Parker, AAG
lauren.parker@maine.gov
Timothy E. Steigelman, AAG
timothy.steigelman@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
207-626-8878

Attorneys for Claimant the State of Maine, including the Maine State Museum