UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    1:24-cv-00072-JCN |
| | ) |
| S/V DELHI, | ) |
| | ) |
|     Defendant | ) |

**PROCEDURAL ORDER**

    A Notice of Intent to File Summary Judgment Motion and Request for Pre-Filing Conference having been filed in accordance with Local Rule 56(h), the Local Rule 56(h) Pre-Filing Conference is scheduled for October 14, 2025, at 10:00 a.m. before Magistrate Judge John C. Nivison.  Before the conference, the parties shall confer in good faith and determine whether any agreements can be reached that would narrow the legal issues or limit any factual disputes for purposes of summary judgment.  The parties shall specifically discuss whether it is possible to present a joint record and/or any stipulations in accordance with Local Rule 56(g).  The parties shall also discuss whether the related case, *JJM, LLC v. U.S. National Park Service*, 1:25-cv-00486-LEW, will impact the summary judgment briefing schedule.  The parties shall be prepared to discuss the outcome of their conference at the pre-filing conference.

    SO ORDERED.

                                                     /s/ John C. Nivison
                                                   U.S. Magistrate Judge

Dated:  September 30, 2025