UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JJM, LLC, | ) | |
|     Plaintiff | ) ) ) | |
| v. | ) ) | 1:24-cv-00072-JCN |
| S/V DELHI, | ) ) | |
|     Defendant | ) ) | |

**PROCEDURAL ORDER**

Following a telephonic conference during which the State of Maine (the State), through counsel, represented that it intended to move for summary judgment on its claim that it holds title to the *Delhi* pursuant to the Abandoned Shipwreck Act, the Court orders:

1. The State shall file its motion for summary judgment, the joint record, and its statement of material facts on or before November 21, 2025.

2. Plaintiff shall file its response to the motion for summary judgment and its opposing statement of material facts, including its statement of additional facts, on or before December 19, 2025.

3. The State shall file its reply memorandum and its response to Plaintiff and Defendant's statement of additional facts on or before, January 9, 2026.

4. The length of the parties' memoranda shall be governed by District of Maine Local Rule 7.

/s/ John C. Nivison
U. S. Magistrate Judge

Dated this 14th day of October, 2025.