**Page 1**

```
 1        UNITED STATES DISTRICT COURT
              DISTRICT OF MAINE
 2

 3          Civil Action:
            Docket No.: 1:24-cv-00072-LEW
 4

 5

 6

 7   * * * * * * * * * * * * * * * * * * * * * * * * *

 8   JJM, LLC,

 9     Plaintiff,

10     vs

11   THE ABANDONED AND SUBMERGED VESSEL, DELHI, her
     engines, boilers, tackle, appurtenances, cargo, and
12   her other equipment, etc.,
     in rem,

13

     Defendant.
14

15   * * * * * * * * * * * * * * * * * * * * * * * * *

16

17   DEPONENT:  JJM, LLC,
            BY GREG JOHNSTON AND MICHAEL MUSETTI
18

19

     Taken before Debra J. Fusco, a Notary Public in and
20   for the State of Maine, at the offices of the Maine
     Attorney General, 6 State House Station, Augusta,
21   Maine, on August 20, 2025, beginning at 9:31 a.m.,
     pursuant to notice given.
22

23
24
25
```

**Page 2**

```
 1   APPEARANCES:

 2   LAUREN E. PARKER, AAG
     SCOTT W. BOAK, AAG
 3   Office of the Attorney General
     6 State House Station
 4   Augusta, ME 04333-0006
     207-626-8878
 5   Attorneys for State of Maine,
     including the Maine State Museum

 6

 7   BENJAMIN E. FORD, ESQUIRE
     ARCHIPELAGO
 8   One Dana Street
     Portland, ME 04101
 9   207-558-0102
     bford@archipelagona.com
10   Attorney for JJM, LLC

11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1                I N D E X
     DEPONENT:
 2
         JJM, LLC
 3       BY GREG JOHNSTON
 4              P A G E
     EXAMINATION BY MS. PARKER     4, 70, 77
 5
     EXAMINATION BY MR. FORD        69
 6

 7
         JJM, LLC
 8       BY MICHAEL MUSETTI
 9
     EXAMINATION BY MS. PARKER      71
10

11

12

13           E X H I B I T S
14
                                Page
15   Exhibit 1   Deposition Notice        5

16   Exhibit 2   First Request for Production   6
                 of Documents
17
     Exhibit 3   JJM Response to RPD No. 1      8
18
     Exhibit 4   Affidavit in Support of Motions   17
19               to be Appointed Substitute Custodian
                 and Special Process Server
20
     Exhibit 5   Plaintiff's Motion for Appointment  26
21               of Substitute Custodian JJM, LLC
22   Exhibit 6   JJM's Answers to First Set of   57
                 Interrogatories
23
24
25
```

**Page 4**

```
 1       (This deposition was taken before Debra J. Fusco,

 2   Notary Public, at the offices of the Maine Attorney

 3   General, 6 State House Station, Augusta, Maine, on

 4   August 20, 2025, beginning at 9:31 a.m.)

 5       (The deponent was administered the oath by the Notary

 6   Public.)

 7            JJM, LLC, BY GREG JOHNSTON, after

 8            having been duly sworn by the

 9            Notary Public, was deposed and

10            testified as follows:

11            E X A M I N A T I O N

12   BY MS. PARKER:

13       Q.  Good morning.  My name is Lauren Parker.  I'm an

14   Assistant Attorney General for the State of Maine, and

15   counsel of record for the State in JJM versus The

16   Abandoned and Submerged Vessel, Delhi.

17           Would you please introduce yourself by name, and

18   spell your name?

19       A.  My name is Greg Johnston, G-R-E-G,

20   J-O-H-N-S-T-O-N, and I'm a managing partner of JJM.

21       Q.  Thank you.  Do you understand that you are here

22   for the corporate deposition of JJM in the matter of

23   JJM, LLC versus The Abandoned and Submerged Vessel,

24   Delhi?

25       A.  Understood.
```

7

1     Q. A few general instructions. The court reporter
2 is producing a written transcript of this deposition, so
3 please state your answers clearly and orally. So yes or
4 no is better than uh-huh or un-un. And please avoid
5 gestures like head shakes to answer questions. Please
6 wait until the question is fully asked before answering.
7 If you do not hear or understand the question, please
8 let me know. If you need a break at any point, let me
9 know so we can take one.
10     Is there any reason you can think of why you
11 cannot answer my questions today?
12     A. No.
13     Q. Okay. I'm going to show you what we will mark as
14 Exhibit 1.
15          (Exhibit 1 was introduced.)
16     Q. This is the State of Maine's notice to take the
17 oral deposition of JJM, LLC. Please turn to pages 3 and
18 4 of the document.
19     A. (Complying.)
20     Q. Has JJM designated you to address each subject
21 matter of examination listed on pages 3 and 4?
22     A. Yes.
23     Q. Okay. What did you do to prepare for this
24 deposition today?
25     A. We had a brief call with our counsel yesterday.

6

1 We read the subject matters of examination. That's been
2 the preparation.
3     Q. And when you say, "we," do you mean you and the
4 other -- and Mr. Musetti, the other managing partner?
5     A. Correct. "We," meaning me and Ben. I'm not sure
6 what Mike has read and what he has not read.
7     Q. Was Mike part of the meeting with you and Ben in
8 terms of preparing for the deposition today?
9     A. No, no.
10     Q. Okay. Did you review any documents other than
11 the 30(b)(6) notice which is marked as Exhibit 1?
12     A. Is this the 30(b) --
13     Q. Yes.
14     A. No.
15     Q. Did you bring any documents with you today?
16     A. No.
17     Q. Did you bring the objects listed in the Rule 34
18 Notice to inspect tangible objects?
19     A. Yes.
20     Q. Did you meet with anyone other than Ben to
21 prepare for the deposition?
22     A. Ben and Mike this morning.
23     Q. I'm going to hand you what we'll mark as
24 Exhibit 2.
25          (Exhibit 2 was introduced.)

7

1     Q. Exhibit 2 is the State of Maine's Rule 34 First
2 Request For Production of Documents by JJM, LLC. Please
3 describe what steps JJM took to respond to the State of
4 Maine's request for production of documents. Feel free
5 to take a minute to refresh your memory of the request.
6          MR. FORD: Lauren, if I might, you might
7 give the witness a little bit of background as to what
8 this is, because procedurally, he may not be familiar.
9          MS. PARKER: Sure, thank you.
10 BY MS. PARKER:
11     Q. So this is the State of Maine Rule 34 Request For
12 Production of Documents is part of discovery. So the
13 State of Maine served this on JJM, and it's basically a
14 request for documents in JJM's possession, or that are
15 reasonably available to JJM that relate to the
16 particular items numbered on pages 2 and 3. And so
17 documents, for example, related to the formation of JJM,
18 documents related to the defendant Delhi. And so just
19 to refresh your memory as to the question, the question
20 is: When you received this from your counsel, what did
21 you do, what did JJM do, to look for documents that were
22 responsive to the items listed on pages 2 and 3 of this
23 Exhibit 2?
24     A. In all fairness, looking at this list in this
25 short notice which we didn't have before to detail all

8

1 the efforts in producing these, I'm just not sure. I
2 can say that with the request, we scoured e-mails,
3 remembered phone calls, and gave what we had for the
4 record to our counsel. I'd say that's a general
5 response. All these specifics here, without previously
6 having this as a set, just by memory, is somewhat
7 difficult.
8     Q. And when you say you didn't have this before, do
9 you mean that you have not seen this document before?
10     A. No, we have seen it before. I just meant
11 refreshing to know the formation of each one of these
12 elements before this morning.
13     Q. Okay. So this was not -- this document is not
14 something that you reviewed recently to prepare for this
15 deposition?
16     A. Correct.
17     Q. When did JJM form?
18     A. I'd have to defer to come back to a particular
19 date for that. I could say it's somewhere in 2022 or
20 '23, but specific dates, I'd have to get back to you on.
21     Q. All right. I'll hand to you what we'll mark as
22 Exhibit 3.
23          (Exhibit 3 was introduced.)
24     Q. So this Exhibit 3 includes the Certificate of
25 Formation. Does this document look familiar to you? It

11

1  also includes the Operating Agreement for JJM.

2      A.  Yes.

3      Q.  And on the second page of the Certificate of

4  Formation, there is a date, December 11, 2023.  Is that

5  the date that JJM formed?

6      A.  I don't know that if -- the filing of this is the

7  registry, or the signature of it is the operative date

8  for that -- 12/11 was the document's formation.  It was

9  recorded at the registry on 12/13 so I just don't know

10  which of those would be the formation date.

11      Q.  Is it fair to say that it formed either on

12  December 11, 2023 or -- understanding your concern about

13  the -- which would be the operating date, or December

14  13, 2023?

15      A.  I think that's a question for legal, but we did

16  form it in and around those dates.

17      Q.  Okay.  So sometime in December of 2023?

18      A.  Fair.

19      Q.  Did you review the Certificate of Formation and

20  the Operating Agreement in preparation for today's

21  deposition?

22      A.  No.

23      Q.  Why did JJM form?

24      A.  JJM was formed so that we could logically track

25  our venture in the discovery of the ship, both in

10

1  organization, and sort of informational, and

2  transactional considerations.

3      Q.  And what kind of information are you tracking?

4      A.  Such as this case.

5      Q.  How would you describe JJM's business?  Like what

6  is JJM in the business of doing?

7      A.  Well, it's in the business of -- of managing the

8  discovery of the ship that we have found.

9      Q.  And what ship is that?

10      A.  That would be the schooner identified in the

11  documents, though I'm not sure the name has been

12  released, but I have never seen anything that defines

13  that name as part of it.  I think there's information on

14  either side.  So it's the schooner that's identified in

15  these documents.

16          MR. FORD:  I'll just interject here and

17  instruct the witness, you can go ahead and answer, and

18  discuss any of the sealed information.  If we need to

19  file a redacted version of the transcript, we'll take

20  care of that.

21          Agreed?

22          MS. PARKER:  Agreed.

23      A.  I'd say it's been released as the Delhi, but

24  reserved whether or not that is actually the name.

25  BY MS. PARKER:

11

1      Q.  Would you describe JJM's business as submarine

2  salvage and recovery?

3      A.  Sure.

4      Q.  Would you characterize JJM as an exploration

5  venture?

6      A.  Yes.

7      Q.  What does that mean, exploration venture?

8      A.  I'd say that is a -- it's a point of having

9  knowledge to investigate to understand if either

10  folklore or history are, in fact, actual elements.  I

11  believe that's what exploration is in terms of how we've

12  operated.

13      Q.  And elements of what?

14      A.  Exploration or did I say folklore?  I'm not sure

15  how --

16      Q.  I think both.

17      A.  The first time I might have said folklore, the

18  second time I might have said exploration.

19      Q.  Would you characterize JJM as shipwreck hunters?

20      A.  I guess I've never heard that term before so I

21  feel like applying a term for the first time to

22  ourselves when I've never heard that term -- I don't

23  have a good answer for that.  Shipwreck hunters seems --

24  an odd name for something so I'm not quite sure I would

25  define myself on a moment's notice of a nomenclature.

12

1      Q.  I ask because your experts, in their expert

2  report -- I ask because your experts, Shoreline Diving,

3  in their expert report on page 22 said that JJM is not

4  shipwreck hunters, and so I was trying to understand

5  what that term might mean to you all?

6      A.  I don't know.

7      Q.  Okay.

8      A.  Yeah, it wasn't a term I have delved into the

9  definition that would make me want to jump on claiming

10  to be a shipwreck hunter.

11      Q.  So I believe you said earlier that JJM is in the

12  business of managing the discovery of the ship which is

13  the schooner that's been identified as the Delhi.

14  Describe what that means, "managing the discovery."

15      A.  There are certain aspects of managing it to --

16  such as being here, raising -- raising funds to defend

17  the case we're here discussing.

18      Q.  Anything else?

19      A.  No.

20      Q.  What's your role within JJM?

21      A.  I'm 50 percent shareholder in the company.

22      Q.  And what are your responsibilities in that role?

23      A.  Communications and problem-solving with my

24  partner.

25      Q.  How many members does JJM have?

13

1    A.  One, two.

2    Q.  And who are the two members?

3    A.  Myself and Michael Musetti.

4    Q.  Does JJM have any employees?

5    A.  Not direct.  I'd say sub-consultants.

6    Q.  Who are the sub-consultants?

7    A.  It would be the folks that are listed in the

8  information as experts.

9    Q.  Are you referring to the folks identified in the

10  Shoreline Diving report?

11    A.  Correct.

12    Q.  Does JJM have a business location, physical

13  address?

14    A.  It may.  If you don't mind me pausing.  I'd have

15  to get back to you on that because of the agents versus

16  -- I would have to get back to you on the physical

17  address between the address we receive mail at and where

18  we're registered to.

19    Q.  What's the address that you receive mail at?

20    A.  We receive mail in Southwest Harbor, just a post

21  office box, and it's registered, I believe, under our

22  counsel's office at 1 Dana Street.

23    Q.  And is that the PO Box 197 that's listed in the

24  Operating Agreement?

25    A.  Correct.

14

1    Q.  Does JJM keep financial records?

2    A.  Yes.

3    Q.  What kinds?

4    A.  I'm not clear.

5    Q.  Do you have a balance sheet?

6    A.  Yes.

7    Q.  Keeps track of assets and liabilities?

8    A.  Yes.

9    Q.  Money spent, money coming in, money coming out?

10    A.  Yes.

11    Q.  And are those records stored electronically,

12  paper copies, both?

13    A.  Definitely paper copies.  Electronically, yes.

14    Q.  And is JJM's business to date related solely to

15  the particular shipwreck that we're here talking about,

16  the discovery of the Delhi?

17    A.  Yes.

18    Q.  Who's responsible for the recordkeeping?

19    A.  A sub-consultant.

20    Q.  Who?

21    A.  The -- Mike Musetti's partner, Heather Jones.

22  It's a small file.  It's getting longer.

23    Q.  And did JJM look through the records, the

24  financial records, kept by Heather for JJM when

25  responding to the State's Request For Production of

15

1  Documents?

2    A.  Could you repeat that question?

3    Q.  Yes.  When looking for documents that were

4  responsive to the State's Request For Production of

5  Documents, which is the exhibit marked as number 2, did

6  JJM talk to Heather and look through the records, the

7  financial records, that Heather keeps for JJM?

8    A.  I don't recall.

9    Q.  Does JJM hold corporate meetings?

10    A.  As necessary.

11    Q.  How many corporate meetings has JJM held since it

12  formed in December of 2023?

13    A.  I would be speculating, but I'd say between six

14  and 10.

15    Q.  Does JJM keep meeting minutes from those

16  corporate meetings?

17    A.  We do not.

18    Q.  Do you keep any -- does JJM keep any other

19  records from those meetings?

20    A.  We have not.

21    Q.  When did JJM become aware of the shipwreck?

22    A.  Collectively as we kind of mentioned in the

23  beginning, I think that's a question for my partner if

24  we could talk about that.  I think we've known about it

25  over a different time.  And the question first, he has

16

1  knowledge that is greater than mine in that area.

2        MS. PARKER:  So, Ben, the next series of

3  questions is related to JJM's interest in and efforts to

4  locate the Delhi.  Should we -- do we want to put a plug

5  in that and come back to it?  Is Mike the 30(b)(6)

6  designee for those topics?

7        MR. FORD:  I think so, yeah.

8        Could we go off record for a second?

9        MS. PARKER:  Yes.

10        (OFF RECORD)

11  BY MS. PARKER:

12    Q.  When did JJM become aware of the shipwreck?

13    A.  I'm going to defer that one to my partner.

14    Q.  When did JJM start looking for the shipwreck?

15    A.  Specific dates, I do not know.

16    Q.  Do you know what year?

17    A.  No, I don't.  I would speculate it's sometime in

18  2022, summer of 2022.

19    Q.  What research did JJM conduct before it started

20  to search for the Delhi, or the shipwreck that we now

21  understand to be the Delhi?

22    A.  Online records research of historical societies,

23  HABS/HAER, old newspaper articles, stuff that we could

24  read online.

25    Q.  The second thing that you listed, did you say

17

1  HABS/HAER?

2  A.  HABS/HAER.

3  Q.  What is that?

4  A.  It's the Library of Congress' historical

5  documents site.  And I would say also by verbal

6  discussions with folks that may have memories or

7  knowledge.

8  Q.  Who are those folks?

9  A.  My partner is one of them.

10  Q.  Anyone else?

11  A.  (Nodding.)

12  Q.  Can you answer the question aloud?

13  A.  I said no, sorry.

14  Q.  I didn't hear it.  Thank you.  All right.  I'm

15  going to hand you what we'll mark as Exhibit 4.

16      (Exhibit 4 was introduced.)

17  Q.  And this Exhibit 4 is the Exhibit A to JJM's

18  Motion For Issuance Of Warrant For Arrest.  It is an

19  affidavit in support of the motions to be appointed

20  substitute custodian and special process server.

21      Is that your signature on page 3 of this

22  document?

23  A.  Yes.

24  Q.  On page 2 of this document, number 6, it states

25  that, "I've examined images of the submerged and

18

1  abandoned vessel and historical records."

2      What's the source of the images that you're

3  referencing in number 6?

4  A.  Those images -- let me look at the date of this.

5  Those would be sonar images.

6  Q.  Any other images?

7  A.  I believe that's what that reference is to, the

8  images of submerged -- the only way to have an image of

9  something submerged would be the sonar.  That's how I

10  concluded it was the sonar images.

11  Q.  And who took those sonar images?

12  A.  We took them.

13  Q.  When?

14  A.  I don't recall.  It's got to be summer of 2023?

15  I would have to look at my phone for dates.

16  Q.  Do you have your phone with you?

17  A.  I do.  Yeah, I'm not going to have that

18  particular date, but I'm going to say it was sometime in

19  the early summer of '24.

20  Q.  Are these the images that have been filed with

21  the court?

22  A.  I don't recall all the images that have been

23  filed with the court to say that is it in its entirety.

24  I believe they have, and I think they were part of our

25  report.

19

1  Q.  Which report are you referring to?

2  A.  Maybe our initial filing of claim.

3  Q.  For the initial filing of the lawsuit -- and

4  there was a number of additional documents that you

5  filed at the time, including the motions to be appointed

6  substitute custodian, special process server and the

7  motion for arrest, there was a document filed under

8  seal, and that included the location of the vessel and

9  sonar images.  Were there sonar images that you had at

10  the beginning of filing this lawsuit in addition to what

11  was filed with the court?  So, for example, if the

12  document filed with the court had one sonar image, was

13  there -- were you picking from a set of four or five

14  sonar images, and you just chose one to file with the

15  court?

16  A.  I don't think so.  I think that was the clearest

17  one you could really see what it was.  The rest -- I

18  would have to look back, but I don't think there was

19  anything else discernable besides that one.  There's

20  certainly -- as you scan, you see a lot of different

21  stuff.  But the only one who we recognized as a

22  potential -- and I say "potential" because you've seen

23  the image.  The only one seen a potential of a boat was

24  that one, and so that was the one that we keyed in to

25  call it "the target."

20

1  Q.  Returning to this document which is marked as

2  Exhibit 4 -- so the affidavit in support of motions to

3  be appointed substitute custodian and special process

4  server, in item number 6, which is on page 2, it states

5  that, "I've examined images" -- which we just talked

6  about -- "and historical records of the vessel."  What

7  are the historical records that you're referring to in

8  number 6?

9  A.  I am referring to an article in a memoire that

10  was published.

11  Q.  Do you know the name of the article?

12  A.  No, I don't remember the name of the article.

13  Q.  Do you remember the author?

14  A.  I don't.

15  Q.  Do you remember the publication name?

16  A.  No.

17      MR. FORD:  Lauren, Mr. Musetti will have

18  further information on that if you want to circle back

19  to him on that one.

20      MS. PARKER:  Okay.

21  BY MS. PARKER:

22  Q.  The same document, number 7, also on page 2.

23  Number 7 states, "I'm familiar with other vessels

24  similar to the subject vessel."  What are the other

25  vessels that you're referring to in number 7?

23

1     A. Being in the general area of ▓▓▓▓ and in

2  sort of the research of finding this, there's a lot of

3  pictorials and images available online of the history of

4  schooners coming and going from ▓▓▓▓. And so in

5  living and growing up there, there's a lot of that both

6  in the historical society and maritime museum downtown.

7  That's what we're referring to, and I think even in the

8  post office there's photographs of these large vessels.

9     Q. And is this document that you have in front of

10  you, which we've marked as Exhibit 4, is this something

11  that you reviewed in preparation for today's deposition?

12     A. No.

13     Q. Describe JJM's efforts to locate the Delhi.

14     A. I would say that the first is investigatory which

15  we discussed, right? Records research, discussions with

16  knowledgeable parties. Then to -- I want to say general

17  boat rides. Then an effort for sonar one which was

18  inconclusive. Then there's the effort of sonar two

19  which gave better indication. Then there is dive one,

20  inconclusive. Dive two, conclusive. Then dive three,

21  further exploratory.

22     Q. What was the date of dive two?

23     A. November 4th, 2024.

24     Q. And what was the date of dive three?

25     A. Dive three -- was that the last dive in my

22

1  numbering sequence -- dive one, two, three? Dive three

2  would have been April of 2025, right? It was April 19th

3  or 20th this year.

4     Q. Who was on dive three?

5     A. Dive three would have been our experts which

6  helped generate the report, Rick and Mark.

7     Q. What are their last names?

8     A. I can't remember their names, their last names.

9  I could find it.

10     Q. They're the folks that are -- are they the folks

11  listed in Shoreline Diving's report that has been

12  provided to the State?

13     A. Yes.

14     Q. Was there a separate dive on May 4, 2025, on the

15  F/V Stonecutter?

16     MR. FORD: Sorry, Lauren, what was the date

17  that you just gave?

18     MS. PARKER: May 4, 2025.

19     A. No. I don't recall.

20  BY MS. PARKER:

21     Q. Was there only one trip out on the F/V

22  Stonecutter with JJM and the Shoreline Diving folks,

23  Mike and Rick?

24     A. I believe so.

25     Q. Are you certain?

23

1     A. I'm not a hundred percent certain.

2     Q. All right. So you've just described the efforts

3  to locate the Delhi as beginning with sonar one which

4  was inconclusive. When did those efforts begin?

5     A. Yeah, I think that they -- I don't know. I think

6  summer of '23 and '24, through those time periods.

7     MR. FORD: Lauren, can we take a quick break

8  for a second?

9     MS. PARKER: Yes.

10     (OFF RECORD)

11     MS. PARKER: So it sounds like -- so JJM has

12  only been interested in looking in the Delhi, and there

13  are other documents, like financial records, that

14  Heather Jones keeps, and that there may be more sonar

15  images that were produced when JJM was researching the

16  vessel back in 2023 that were not submitted to the

17  court. We don't have any of those documents, and we did

18  ask, in our request for production of documents, for --

19  which is Exhibit Number 2 -- or -- we did ask for all

20  documents related to the defendant. So when can we get

21  those documents?

22     MR. FORD: Sure. We'll be happy to

23  supplement. I think the witness testified that the

24  sonar images were meaningless. And so to the extent

25  that they saved them, we'll produce them.

24

1     MS. PARKER: Okay. And what about the

2  financial records that were referenced that Heather

3  Jones keeps?

4     MR. FORD: We can supplement that as well.

5     MS. PARKER: Okay. So we're asking for any

6  records related to the Delhi, understanding that JJM's

7  business, thus far, has been limited to the Delhi, and

8  that JJM does have financial records like balance

9  sheets, and keeping track of assets and liabilities and

10  money spent and money coming out, we are looking for all

11  of those.

12     MR. FORD: Yeah, I think they may include

13  our bills, so those will be withheld, to the extent they

14  can be withheld for privilege reasons, but everything

15  else we will supplement.

16     MS. PARKER: Thank you. How soon can you

17  supplement because I'm concerned that we're going to

18  have to keep the deposition open because we don't have

19  all of the documents we were looking for.

20     MR. FORD: We can get those to you by

21  Monday.

22     MS. PARKER: Okay.

23     (Whereupon, the court reporter asked for

24  clarification.)

25     MR. JOHNSTON: To clarify, though, we don't

25

1    -- I don't know that there are other ones.  I think I
2    testified to the fact that it was -- we had one that was
3    clear.  I don't know if there are any other ones, or if
4    there are any of use that we -- we did provide the ones
5    that we used to find the Delhi.
6        MS. PARKER:  Yes, thank you.  We do have
7    those.  And so the request is, if there are images that
8    you still have, that JJM has, but that were not
9    submitted to the court, even though they may seem
10   meaningless, we are still asking for those.
11       MR. FORD:  Understood.
12       MS. PARKER:  Okay, thank you.
13       Scott?
14       MR. BOAK:  Lauren, do you mind if I ask Ben
15   or the witness just a question or two on that?
16       I didn't see the actual production, but do
17   we have everything that JJM has?  Because I think if its
18   whole purpose is the Delhi, with these requests, is it
19   like everything?
20       MR. FORD:  Yeah, there are no -- there are
21   no -- we're not sitting on any sonar images.
22       MR. BOAK:  But research files, any pieces of
23   paper, electronic, anything else?  I guess that's --
24   that's kind of what we're wondering.
25       MR. FORD:  You should.  We will always take

26

1    a second look.  It could be that between when we got the
2    document production and now, that there would be
3    additional, sort of, run-of-the-mill corporate
4    documents, tax returns and things like that, that would
5    be generated that you don't have.  I think when we got
6    the document requests, it was fairly early in the case,
7    and so there wouldn't have been a large number of
8    corporate files generated at that point.
9        MR. BOAK:  Lauren has asked me to record
10   stuff that we may not have, and so I'm trying to cut
11   through it all, and maybe make that a shortcut.
12       MR. FORD:  Yeah.  We're not withholding
13   anything that was -- for any objections or anything like
14   that.  But we will go back and take another look.
15       MS. PARKER:  Okay, thank you.
16       MR. FORD:  Uh-huh.
17   BY MS. PARKER:
18   Q.  It looks like we are on Exhibit Number 5.
19       (Exhibit 5 was introduced.)
20   Q.  So Exhibit 5 is Plaintiff's Motion For
21   Appointment of Substitute Custodian, JJM.  On page 2 of
22   this document, number 5, the document states, "JJM
23   expended significant time and money to locate the
24   vessel."  Please quantify "significant time."
25   A.  Three years.

27

1    Q.  And number 5 continues on so, "JJM expended
2    significant time and money."  How much money, at that
3    point?
4    A.  I think ballpark estimates would put us at about
5    $100,000 to date.
6    Q.  So to date, being the date of the deposition, not
7    just the date that this document was filed which was --
8    this was filed on March 8, 2024.
9    A.  I still think it's a fairly close -- this is
10   March.  Yeah, plus or minus 20 percent.
11   Q.  So I'm not -- just to clarify, you spent $100,000
12   -- JJM spent $100,000 as of March 8, 2024?
13   A.  No, plus or minus 20 percent.  So maybe it was
14   more like 80,000 in March.
15   Q.  So 80,000 by March of 2024, and then an
16   additional 20,000 since then?
17   A.  Approximately.
18   Q.  Which gets you to $100,000 to date?
19   A.  All before today.
20   Q.  Today is different.  Today is different, yes,
21   understood.  Okay, same document, still on page 2,
22   number 5, JJM "has adequate equipment, expertise and
23   financial resources."  Please describe the adequate
24   equipment to continue its salvage operation that's
25   referenced in number 5.

28

1    A.  I think through both our access to sonar
2    equipment, our access to our professional dive teams
3    that we've already retained, I think we include those as
4    part of our resources and team to accomplish what we
5    need to.
6    Q.  And any other equipment that you're referencing
7    in that number 5?
8    A.  No.  I think that's --
9    Q.  Can you describe for me the expertise that you're
10   referencing in number 5?
11   A.  I would say collectively the team we could have
12   assembled to investigate that has brought us to where we
13   are today.
14   Q.  And is that team limited to the two members of
15   JJM, and the folks identified in the Shoreline Diving
16   expert report, or are there other people?
17   A.  I would say that's fair, yeah, and including our
18   team of counsel and experts.
19   Q.  And can you describe for me the financial
20   resources referenced in number 5?  So adequate financial
21   resources to continue its salvage operation?
22   A.  I'd say they're personal resources from my
23   partner and I.
24   Q.  Is JJM familiar with Justin Seavey?
25   A.  Yes.

29

1    Q.  Who is Justin Seavey?

2    A.  Justin Seavey is a certified diver who

3  accompanied us on two of our dives in November of '24.

4  I do know the dates are -- as you know, the dates are

5  going to be somewhat subjective of trying to put it in

6  context, but --

7    Q.  And the dives that Justin Seavey accompanied JJM

8  on, are those what you referred to earlier as dive one,

9  which you describe as inconclusive, and dive two, which

10  you describe as conclusive?

11    A.  Correct.

12    Q.  And what is -- did JJM employ Justin Seavey?

13    A.  We may have hired him, but I wouldn't say

14  employed.

15    Q.  Okay.

16    A.  Yup.

17    Q.  Independent contractor, other arrangement?

18    A.  I would say independent contractor.

19    Q.  How did JJM arrange for Justin Seavey to dive the

20  Delhi?

21    A.  I'd say we called him up, said we need a diver,

22  he said he could do it, and we dove one day, and we dove

23  another day.

24    Q.  Did JJM pay Justin Seavey to dive the Delhi?

25    A.  I think we probably gave him some cash.  I think

30

1  that's what we did.

2    Q.  Do you know approximately how much cash?

3    A.  Maybe 2 or 300 bucks.

4    Q.  Do you have any records of that transaction?

5    A.  I don't believe so.

6    Q.  Who is Joe Coffey?

7    A.  Joe Coffey is a professional surveyor.

8    Q.  Did JJM have any conversations with Joe Coffey

9  about the Delhi?

10    A.  Yes.

11    Q.  Can you describe those conversations with Joe

12  Coffey?

13    A.  Joe Coffey assisted in hooking GPS up to the

14  sonar we rented, that we used to scan with.

15    Q.  So was Joe Coffey -- we're going to go through

16  the boat rides that you described earlier.  Was Joe

17  Coffey on sonar one?

18    A.  Yes.

19    Q.  Was Joe Coffey on sonar two?

20    A.  Yes.

21    Q.  Was Joe Coffey on dive one?

22    A.  No.

23    Q.  Was Joe Coffey on dive two?

24    A.  No.

25    Q.  Did JJM pay Joe Coffey?

31

1    A.  I believe so.

2    Q.  Do you know approximately how much?

3    A.  I don't recall.

4    Q.  Do you know what form of payment?

5    A.  I don't recall.  I think -- I don't recall.

6    Q.  Did JJM obtain an insurance policy that covers

7  its interest as substitute custodian of the Delhi?

8    A.  Looked into it.  I don't know that we have a

9  policy.

10    Q.  But you're not certain whether you have a policy,

11  whether JJM has a policy?

12    A.  I'm not certain.

13    Q.  Do you know whether JJM as filed a Certificate of

14  Insurance with the court related to its substitute

15  custodianship?

16    A.  I don't know.

17    Q.  Has JJM obtained marine liability insurance for

18  the vessel, for the Delhi?

19    A.  I don't believe so.

20    Q.  We're going to talk about the November 5, 2023,

21  dive to the Delhi.  Was JJM present on the vessel when

22  Justin Seavey dove the wreck site on November 5, 2023?

23    MR. FORD:  Sorry, Lauren, can you ask that

24  question again?

25    MS. PARKER:  Yes.

32

1  BY MS. PARKER:

2    Q.  Was JJM present on the vessel when Justin Seavey

3  dove the wreck site on November 5, 2023?

4    A.  The 5th or the 4th?  I thought it was the 4th.

5  The 3rd and the 4th in November were dive dates, I

6  thought.  I didn't think there was a dive on the 5th.

7    Q.  Okay, 3rd and the 4th.

8    A.  The two dives in November, Justin Seavey was part

9  of.

10    Q.  And who else was present on the vessel in

11  addition to Justin Seavey on dive one and dive two?

12    A.  Michael Musetti, Heather Jones.

13    Q.  And so for each dive, it was only Justin Seavey,

14  Michael Musetti and Heather Jones --

15    A.  Corr -- oh, and me, yes.

16    Q.  What was each person -- so each person who was

17  present on the vessel, what was each person's role on

18  the vessel on dive one, and then on dive two?

19    A.  I would say Michael Musetti was captain.  I'd say

20  Justin Seavey was very safety conscious, and making sure

21  we had a dive plan.  He would organize the dive.  I

22  think Heather was there sort of helping us document what

23  we were doing, tying ropes and just generally helping us

24  on and off the boat.  The timing, timing bottom time.

25  My role was to help instruct the divers to their

33

1  location, and what we expected him to find.

2      Q.  Did Heather, in documenting what was happening

3  that day, produce any writings or other electronic

4  files?

5      A.  No.  And as I was saying, I think she was making

6  sure the top-side, we were timing how long he was, and

7  spotting bubbles as the diver was down, as we all were.

8      Q.  What did JJM learn from dive one and dive two

9  about the vessel, the Delhi?

10     A.  Dive one, we learned nothing about the Delhi.

11 And dive two, we learned that lying on the bottom were

12 parts of debris and pavers.

13     Q.  And was the debris, that you just referred to,

14 debris from the vessel, or other marine debris in the

15 area of the wreck?

16     A.  Debris of the vessel.

17     Q.  And how do you know it was debris of the vessel

18 versus other debris?

19     A.  Because we brought a piece up with us.

20     Q.  How did you know that the piece that was brought

21 up was from the vessel?

22     A.  By inspection, it had iron fasteners in it.  It

23 was obviously a timber from a vessel.

24     Q.  And when you say, "obviously" -- I'm not an

25 expert in vessels.

34

1      A.  It took us three years, and I am now.

2      Q.  Is the fasteners -- is that what leads you to use

3  the word "obviously"?

4      A.  Yeah, sure.  Just looking at it and saying it's

5  an old timber, it's got iron in it, and it's with --

6  it's with the pavers.  That information supported our

7  conclusion.

8      Q.  And was that -- was that piece of timber with the

9  fasteners in it, was it affixed to anything else?

10     A.  No.  It was lying on the bottom.

11     Q.  Detached?

12     A.  Yeah.  I mean it was -- yeah, it was on the

13 bottom because the diver carried it up with his hands.

14 He had no tools with him down there.  He just picked it

15 up.

16     Q.  Was -- were any other cargo or artifacts or other

17 materials from the Delhi or the wreck site brought up to

18 the vessel that the team -- that your team was on, on

19 dive one or dive -- or, excuse me, on dive two?

20     A.  No.

21     Q.  Is there any -- does JJM have any documentation

22 of the exact location from which the paver and that

23 piece of timber were taken from?

24     A.  No, no.

25     Q.  And where has JJM been storing the paver and the

35

1  piece of timber?

2      A.  In our partner's garage.

3      Q.  How much does the paver weigh, approximately?

4      A.  Thirty-five, 45?  I think it's 35, maybe

5  35 pounds.

6          MR. FORD:  I'll just state for the record

7  that both the paver that he's referencing and the debris

8  are here, present in the room.

9          MS. PARKER:  Shall we take a look?

10         MR. FORD:  Sure.  Do you want to stay on the

11 record while we do it?

12         MS. PARKER:  Sure.

13         MR. FORD:  Okay.

14 BY MS. PARKER:

15     Q.  So this is the piece of timber?

16     A.  Timber.

17     Q.  And this is one of the -- where the fasteners --

18     A.  This is a bolt hole as we saw -- there's some

19 rust here -- I don't think that's -- that's a knot, I

20 believe.

21     Q.  That's just the wood?

22     A.  Yeah.

23     Q.  May I pick it up?

24     A.  Yeah, let me give you some space.  I'm going to

25 heave the rock again so I can calibrate myself if I

36

1  don't think it's 35 pounds.  It's more like 25.

2      Q.  It's still wet.

3      A.  I don't think it's 30.  I think it's 25.

4      Q.  It's got some heft to it.

5      A.  It's got some heft.

6      Q.  What are the approximate dimensions of the paver?

7      A.  Can I measure it?

8          MR. FORD:  I have no objection if you

9  brought something to measure it with.

10         MS. PARKER:  Sure.

11         MR. JOHNSTON:  Let me see what I have in

12 here.

13     A.  It's 6 inches by 3 and a half inches by

14 10 inches; 6 by 3 and a half by 10.

15     Q.  Thank you.  Did JJM have a diver physically

16 attach, by cable, the arrest warrant on the Delhi?

17     A.  Yes.

18     Q.  And who was the diver?

19     A.  It would have been one of our -- dive number

20 three.

21     Q.  Dive three was the Shoreline Diving group?

22     A.  Correct.

23         MR. JOHNSTON:  I can speak to you during

24 this?  Can I ask a question?

25         MR. FORD:  Yeah, we can go off record for a

39

1    quick second.
2              (OFF RECORD)
3    BY MS. PARKER:
4        Q.   Will you describe for me how JJM attached the
5    arrest warrant to the Delhi?
6        A.   The first time it was noticed, we, myself, sank
7    six sealed notices with cinderblocks and waterproof --
8    tied containments to twine, and put it around where we
9    thought the wreck was.  And that was because the time of
10   year of doing that was not great for diving, and so the
11   subsequent trips of divers, we re-noticed it by clipping
12   the notices to the wreck.
13       Q.   The first time, when you say six sealed notices,
14   did you put six in one container, or were there sort of
15   six containers, each with a notice that surrounded the
16   wreck site?
17       A.   Six containers with separate notices in them.
18       Q.   And the second time when you re-noticed it -- so
19   what part of the vessel did the notice get clipped to?
20       A.   I'm not sure of that answer.
21       Q.   And so you understand the question, you just
22   don't know what the answer is?
23       A.   Correct, yup.
24       Q.   Okay.  So let's jump forward in time to when JJM
25   was out on the F/V Stonecutter with the Shoreline Diving

38

1    folks.  So who was present on the vessel that day?  And
2    this was -- the site visit -- I had the date as May 4,
3    2025.  You had suggested earlier, I think, that it might
4    have been in April.  But this is the dive that is the
5    subject of Shoreline Diving's expert report that JJM has
6    produced to the State of Maine.
7        A.   Okay.  It took place in May: is that what you
8    said?
9        Q.   I had the date as May 4, 2025.
10       A.   Okay.
11       Q.   So who was on the boat that day?
12       A.   Myself; the boat captain; Ronnie Musetti; Twain
13   Braden, our counsel; and the three dive experts from
14   Shoreline Diving which -- Rick, Mark and one other
15   fellow.
16       Q.   And what was JJM's role on the vessel that day in
17   relation to the site visit dive?
18       A.   Um, I think our role was to learn as much about
19   the wreck as possible.
20       Q.   And what did you learn?
21       A.   I think we learned that there was a lot of plates
22   scattered about, and there was lots of stones scattered
23   about.  I think that was one of the biggest takeaways.
24       Q.   Was there a video feed on the Stonecutter of what
25   folks were seeing on the bottom?

40

1        A.   I don't think so.  I think I saw a lot of still
2    images as we were coming up.  I don't remember a video
3    stream.
4        Q.   And approximately how much -- how many stones did
5    you become aware of as being on the wreck site?
6        A.   I don't think I -- through their dive because of
7    a camera and just how wide the view is, that did help
8    inform the number of stones.  I don't think that the
9    question relative to the number of stones was informed
10   by the dive as much as anything else that was
11   subsequently found about records.  So it was just too
12   small of a vision to say -- oh, there's this many or that
13   many.  It's like looking at the screen on a door.  If
14   you're too close, you just can't really tell how big the
15   door is.
16       Q.   Good analogy.  And so does JJM have sort of an
17   estimated number of how many stones they think are down
18   at the wreck site?
19       A.   I don't think we have a hard estimate that we
20   believe to this date.
21       Q.   Do you have a ballpark in terms of like more,
22   less than 10,000 individual pavers?
23       A.   30,000 or less.
24       Q.   30,000 or less.  And how many -- how many of
25   those pavers -- how many pavers have you seen from the

40

1    different data, whether it's sonar feed or still images?
2        A.   How many pavers have I seen?
3        Q.   Yes.  So you haven't -- when you were on the
4    vessel that day, you weren't like, hey, I can see all
5    the pavers because of the sort of visual limitations
6    that you described?  You have a sense that there's
7    30,000 or fewer pavers.  Have you seen large piles of
8    pavers?  How have you reached the approximate number of
9    30,000?
10       A.   So the question is how did we reach the
11   approximate number 30,000?
12       Q.   Yes.
13       A.   I think it's just through information that we
14   have found, both in some of the information back from
15   the State's report on the boat back from Saco, our own,
16   you know, interpretations of stories, but not based on
17   the dive itself just because of the limited view.
18       Q.   Okay, so not based on visual imagery?
19       A.   Correct, yeah.
20       Q.   Were any artifacts from the Delhi -- so whether
21   it's cargo or a plate or a piece of the ship brought up
22   to the F/V Stonecutter when you guys were out there?
23       A.   No.
24       Q.   Did JJM retain a maritime archeologist for the
25   site visit with the Shoreline Diving folks?

41

1    A.  Let's see.  So I may go back now that I'm
2  thinking about it.  We did have a sonar expert with us,
3  and three divers.  And retain a maritime archeologist?
4  I'm unsure.
5    Q.  Okay.
6    A.  Yeah.
7    Q.  And has JJM retained a maritime archeologist to
8  review any of the data from the site visit with the
9  Shoreline Diving folks?  So someone who was not on the
10  vessel?
11    A.  Yes, I believe our report back has somebody with
12  archeological knowledge.
13    Q.  Do you know who that person is?
14    A.  I don't off the top of my head.
15    Q.  Aside from the site visits we discussed to the
16  vessel which are sonar one, sonar two, dive one, dive
17  two, dive three, and the State's separate site visit
18  which you're aware of through the State's expert report,
19  is JJM aware of any other site visits to the Delhi by
20  anyone?
21    A.  I don't think we have conclusive evidence of
22  other visitors to the Delhi, other than the folks that
23  left the boat when it went down.
24    Q.  Okay.
25    A.  And that is through reading of the memoire we

42

1  mentioned in the beginning.
2    Q.  And JJM has not been out, other than the dives we
3  just listed?
4    A.  Correct, yeah.
5    Q.  And JJM as no knowledge of anyone that's not JJM,
6  affiliated with JJM, or the State of Maine, going out to
7  the wreck site since the start of this litigation?
8    A.  No.  However, I would say that since the name was
9  released, we are approached on a regular basis of folks
10  either at the gas store, or elsewhere, who know
11  generally where it is based on the name and the
12  folklore, and that there are people who are interested
13  in it and who can reach it from land who have asked us
14  about is it in ▮▮▮▮▮▮▮▮, and it was within six miles
15  of Bar Harbor.  And so whether anyone else has been out
16  there, I don't know.  But the proximity of discussion
17  and accessibility is certainly a factor in sort of a
18  local knowledge: no.
19    Q.  And has anyone -- in the course of having the
20  conversations that you just described, has anyone
21  represented to you that we're going to go out there?
22    A.  No one has represented that to me.
23    Q.  And when you've been approached by other people,
24  has JJM informed the folks that are enquiring that the
25  vessel is under arrest?

43

1    A.  We have shared very little, other than what is
2  being it's within six miles of Bar Harbor, and that is
3  all that is sort of public knowledge.  And even telling
4  them it's under arrest is not sort of what I feel is my
5  job in turning them off to something that now that they
6  are interested in.
7    Q.  Okay.  So you don't tell them, if approached,
8  that the vessel is under arrest?  It's the -- the
9  approach is to say as little as possible?
10    A.  Yeah, only what the first headline was, within 6
11  miles of Bar Harbor.
12    Q.  All right.  So in your -- the annual report,
13  which is document -- not the annual report, excuse me.
14  In the Operating Agreement, JJM's Operating Agreement,
15  which is included in what we've marked as Exhibit Number
16  3, there are -- you can take a minute to get there.  On
17  page 5 of the Operating Agreement, it identifies the
18  capital contributions made by two members.
19    A.  Let me pause so I can find the right -- can you
20  redirect?  Where am I headed?
21    Q.  Of course, yes.  Page 5 of the Operating
22  Agreement.  So number 9 identifies the capital
23  contributions made by each of the two members at the
24  time of the Operating Agreement -- the Operating
25  Agreement, at page 9, identifies the capital

44

1  contributions made by each of the members of JJM at the
2  time the Operating Agreement was entered into.  You
3  stated earlier that you spent about $100,000 to date.
4  And so have the members made additional capital
5  contributions to JJM?
6    A.  So if we -- yes is the answer to that.
7    Q.  Okay.
8    A.  But the term of $500 as capital into the account
9  is not -- that was cash injection to this point, and
10  there has certainly been other capital expenditures
11  since then.
12    Q.  And has all of the funding come from the two
13  members of JJM?
14    A.  Yes.
15    Q.  So you have not borrowed any money from anyone in
16  relation to the Delhi?
17    A.  Correct.  I've borrowed from Mike, and Mike
18  borrows from me.
19    Q.  You guys are married.
20    A.  Yeah, we are.
21    Q.  It's more complicated.  And those -- the
22  additional infusions of capital or cash to fund JJM's
23  endeavors, do you guys just do that as it comes -- as
24  sort of the need arises, as bills arise?
25    A.  Correct.

45

```
1    Q.  And do you have records of that?
2    A.  We do.
3    Q.  Are those records that Heather keeps?
4    A.  Correct.
5    Q.  Okay.
6         MS. PARKER:  And so we're asking for those
7    documents too.  Nothing related to paying counsel.
8         MR. FORD:  Agreed.  We will produce them.
9         MS. PARKER:  Okay, thank you.
10   BY MS. PARKER:
11   Q.  Okay, so no borrowing.  How much money has JJM
12   paid Shoreline Diving for the work in the matter?
13   A.  I don't know the answer to that.
14   Q.  Okay.
15   A.  I mean I can guess, but I don't know the specific
16   dollar amount.
17   Q.  Okay.
18        MS. PARKER:  And so that's something else
19   we're looking for.  I think the expert designation
20   estimated $7,750 plus a "to be determined" hourly rate,
21   and I didn't see the compensation in Shoreline Diving.
22   So either let me know that I've missed that, or please
23   produce that too.
24        MR. FORD:  Yeah --
25        MS. PARKER:  Unless you are able to answer.
```

46

```
1         MR. FORD:  I can't answer it.
2         MS. PARKER:  Okay.
3         MR. FORD:  But I know you guys are deposing
4    them next week --
5         MS. PARKER:  It's next week, the Friday
6    before Labor Day.
7         MR. FORD:  So we'll make sure -- I'll either
8    try to get you an answer and supplement, or we'll make
9    sure they're prepared to discuss it.
10        MS. PARKER:  Okay.
11        MR. FORD:  And when I say "supplement," you
12   guys just want a supplemental response to your
13   interrogatories.  We'll just find an interrogatory that
14   was close to what you're asking, and then we'll just
15   file a supplemental answer.
16        MS. PARKER:  So I don't think it was a
17   question that we posed in the rogs, so much as I think
18   that the rules related to expert reports require the
19   statement of compensation.  So you -- at the time that
20   JJM filed its expert witness designation, you had not,
21   as I understand it -- you had the estimated work, but
22   they hadn't actually done the work so just the sort of
23   update piece related to the rules governing --
24        MR. FORD:  So we'll file a supplemental Rule
25   26 disclosure --
```

47

```
1         MS. PARKER:  Okay, yes, that would work.
2    Thank you.
3    BY MS. PARKER:
4    Q.  All right, so we talked about pavers.  So
5    estimating maybe 30,000 or fewer pavers.  Within the
6    wreck site, does JJM know the location of most of those
7    pavers?  Or would it take further exploration to figure
8    out where all 30,000 are?
9    A.  I guess my answer is, considering we know where
10   the boat is, and we know the outline of the boat, and we
11   know the shape and size of the pavers and the boat, that
12   they're wholly the same location.  So that's -- would we
13   need more exploration to determine pavers?  No.
14   Q.  Are you familiar -- is JJM familiar with the
15   sediments that comprise the seafloor at the location of
16   the wreck site?
17   A.  Yes.
18   Q.  And describe what you know about the sediments
19   that comprise the seafloor.
20   A.  Understanding they're marine sediments of time,
21   of pollen and debris in the ocean over time.
22   Q.  Do you -- does JJM have any sense of whether it's
23   sort of soft, silty, muddy versus gravel, versus sand?
24   A.  I guess I would defer to our expert's reports and
25   their characterization, not to contradict what they have
```

48

```
1    done in the thorough report.  So however they've
2    characterized it, I would defer to.  However, I do
3    believe it's more mud than ledge.
4    Q.  And given the weight of each individual paver,
5    does JJM understand all pavers to be sort of sitting on
6    the surface of the seafloor versus, you know, some might
7    be buried under the mud or whatever the bottom sediments
8    are in that location?
9    A.  Yeah, I think that our understanding is that
10   these ones -- that paver was sitting on the seafloor as
11   evidenced by barnacles growing on it which wouldn't
12   happen if it was below the surface.  And so by what our
13   diver, and the only items that have been brought up from
14   there, were sitting on there, there certainly is mud
15   sitting there.  But to the degree of how much might be
16   below what is filtered on the top, that's only
17   speculation, other than that a number of them are
18   at-grade from both our expert reports and what came up
19   there.  So I'm only judging that by evidence we found
20   through our dives.
21   Q.  Uh-huh.
22   A.  And so to gauge how much may be above and on the
23   mud, it seems quite a bit is sitting on the floor.
24   Q.  And does JJM think that any of the 30,000 or
25   fewer pavers could be under the mud or covered in mud?
```

49

51

1    A.   I would have a hard time estimating how much
2    would be above or below the mud line, yup.
3    Q.   So if JJM prevails in this lawsuit, how many
4    pavers does JJM plan to salvage?
5    A.   I think there's a lot of questions in the process
6    in how that would happen for me to say how many we would
7    salvage.  So I don't know the answer.  I think the
8    logistics of getting it up and how we would go about it
9    would influence both how hard we would work and the
10   process.  So I think that there's a lot to be determined
11   on how many we would bring up based on that particular
12   task, and what we would do to plan to make sure that
13   that happens.  So I don't have a clear answer on that
14   because I haven't thought that quantity versus process
15   to a definitive answer.
16   Q.   And so are there -- is JJM thinking that, you
17   know, some pavers may be -- some amount of the pavers,
18   it may be logistically easier to bring up versus others?
19   And so there's a universe where JJM may not be
20   interested in bringing up all of the pavers?
21   A.   No.  You've said that.  I -- that's not how I
22   describe -- no, so I don't subscribe to that narrative.
23   I subscribe to the fact that we have this -- a process
24   of getting it up that would define how they would come
25   up and how many.  And until we get to that point, I

1    considered different types of salvage operations in
2    relation to the pavers at this point in time?
3    A.   I would not say seriously considered, no.
4    Q.   What has JJM, perhaps not seriously, considered?
5    So just, you know, the big --
6    A.   I think I just said what we have mostly talked
7    about is diving and bringing up by hand.
8    Q.   Okay.
9    A.   Yup.
10   Q.   How much would it cost, do you think, to bring up
11   pavers by hand?
12   A.   Don't have an estimate.
13   Q.   Where would JJM store the pavers that it brings
14   up?
15   A.   I don't know.
16   Q.   That's not something that JJM has considered at
17   this point in time?
18   A.   Storing them, no.
19   Q.   Okay.  What would JJM do with the pavers?
20   A.   What would we do with the pavers?  I think we
21   would, as we approach now, is try to keep some of the
22   heritage in the storyline that is local to the granite
23   museum, which is there, and the maritime museum, which
24   is in Northeast Harbor.  And a lot of people know of it,
25   that we would want to make sure that people who are

50

52

1    haven't really characterized it, just as you have
2    spoken, to be fair.
3    Q.   No, no, that's good.  I'm just trying to
4    understand your earlier answer.  And so what is the
5    process that JJM has considered to date in terms of
6    bringing up any of the pavers?
7    A.   I don't know, collectively, we have a conclusive
8    answer on that.
9    Q.   Has JJM considered any processes in terms of
10   continued salvage operations?
11   A.   I think the -- in fairness, the only thing we
12   have discussed is being by hand.  Meaning diver, by
13   hand, nets, and up.
14   Q.   How long do you think that would take?
15   A.   Not to go back, but I haven't fully executed that
16   because it's difficult to spend resources and time in
17   that, when we're spending resources and time in
18   litigation.  So to keep focused on what we have to do,
19   haven't fully scaled that out to make it a reality until
20   we have some sort of permission to do so.
21   Q.   And so is it fair to say that JJM has not
22   considered different types of salvage operations in
23   relation to the pavers at this point in time?
24   A.   Say that one more time.
25   Q.   Would it be fair to say that JJM has not

1    interested in having parts of that history to the story
2    that is well known have it, and I think some of the
3    pavers would be sold.
4    Q.   Does JJM have any idea of who might be interested
5    buyers or possible buyers of these pavers?
6    A.   The public.
7    Q.   When you say, "the public," do you mean like a
8    residential homeowner versus a buyer of reclaimed
9    granite?
10   A.   No.  That's what I was saying, it could be, like,
11   the museum who wants a piece of it, and any other people
12   that have sort of a sentiment to the history behind it.
13   I think you can get a paver at Lowe's, but this is a
14   different kind of paver with a different storyline.  So
15   that could be multiple folks based on that sort of
16   generality.
17   Q.   And has JJM had any conversations with anyone in
18   the public to gauge interest with respect to purchasing
19   salvage pavers?
20   A.   Not -- not yet.
21   Q.   Why is JJM interested in the pavers?
22   A.   I think it's part of a storyline that's
23   interested us for a while, and that sort of -- we -- we
24   found them, and we feel that the law provides us some
25   salvage to it under -- you know, under the laws that are

53

1  here.  And so that's really part of our interest in the
2  pavers.
3      Q.  And what would JJM be asking for in terms of a
4  salvage award?
5      A.  I would have to understand what that meant before
6  I would put a value to it.
7      Q.  So Count II of JJM's verified complaint is
8  salvage.  And so it's not fines.  Fines is you get a
9  declaration of ownership.  Salvage is you're not the
10  owner, you have found it, and so you're going to bring
11  up some of the pavers, and you're asking for, as I
12  understand the verified complaint, some monetary award
13  for doing that salvage work.  And so has JJM given any
14  thought to what they would be asking for with respect to
15  their Count II, salvage award, in terms of money and how
16  much money, and what would justify the award?
17      A.  I think in being transparent at the point of
18  where we are now and costing out salvage benefit
19  returns, you kind of know what you need -- the costs are
20  -- to figure out what those things are.  We haven't
21  really gotten there to run the metrics to say -- the
22  numbers that you're asking me for now need to be
23  calibrated in for everything that has worked up to that
24  point.  And so we haven't seriously done the numbers to
25  come up with the salvage value now because it's a moving

54

1  target.
2      Q.  Has JJM given any thought to what it could sell
3  the pavers for, what an individual paver is worth?
4      A.  No, no.
5      Q.  Is JJM going to make profit on the salvage
6  operation?
7      A.  I don't know the answer to that.
8      Q.  Does it hope to?
9      A.  It would hope to.
10      Q.  What would the pavers be used for?  So putting
11  aside, maybe there is some historical interest by Maine
12  Maritime or historical societies, in terms of possible
13  sales to the public, are these something -- what would
14  the public use them for if the public were interested in
15  purchasing the pavers?
16      A.  I mean I think that could be the individual's
17  choice, almost like what any other paver you could
18  purchase is used for.  You would like to think that
19  folks want a piece of the story, and the timeline behind
20  it, but I think that buying a rock is -- you own it.  So
21  I would say it would be almost anything that a paver is
22  used for now, other than people who want to have a piece
23  of the story in some sort of fashion.  So I don't think
24  I can conclusively say what they would all be used for
25  other than what pavers are used for now.

55

1      Q.  Pavers are used for things like landscaping?
2      A.  Yeah, you would say landscaping or a piece on a
3  mantel, anything that you would ever see a paver now
4  used for.
5      Q.  Does Justin Seavey know the Delhi's location?
6      A.  Generally, maybe.  Specifically, no.
7      Q.  Did Justin Seavey find the vessel?
8      A.  Yes, under what we described as our direction in
9  how to get there and being with him.
10      Q.  And so as a result of that direction from JJM,
11  does Justin Seavey know the location of the Delhi?
12      A.  I'd say generally.  I'm thinking he does.
13  Specifically, I'm not sure.  I don't know that he has
14  the coordinates, but he can generally find himself
15  there.
16      Q.  And he -- Justin Seavey is the person that JJM
17  hired for dive two that was the conclusive dive?
18      A.  Yes.
19      Q.  Okay.  And so Justin Seavey, on the conclusive
20  dive, did find the vessel?
21      A.  Yes.
22      Q.  Okay.  And has he signed any sort of written
23  agreement to keep the location of the vessel secret?
24      A.  I don't know if he has.
25      Q.  Do you know whether Joe Coffey has signed any

56

1  agreement to keep the location of the vessel secret?
2      A.  No, but could we break for a second?
3      Q.  Yes.
4          MS. PARKER:  We can go off the record for a
5  moment.
6              (OFF RECORD)
7  BY MS. PARKER:
8      Q.  Has Justin Seavey signed a written agreement to
9  keep the location secret?
10      A.  I believe so.
11      Q.  And have you told him orally to keep the location
12  secret?
13      A.  Yes.
14      Q.  And has Joe Coffey signed a written agreement to
15  keep the location secret?
16      A.  I believe so.
17      Q.  And have you otherwise told Joe Coffey orally to
18  keep the location secret?
19      A.  Yes.
20          MR. BOAK:  I'm just, again, keeping track of
21  materials.
22          MR. FORD:  Yeah.
23          MR. BOAK:  Are these written agreements
24  things we don't have?
25          MS. PARKER:  Any written agreements that

59

1 Seavey and Coffey signed to keep the location secret are
2 not documents that we have.
3 　　　　MR. FORD:  All right.  We will produce.
4 　　　　MR. BOAK:  Okay.
5 BY MS. PARKER:
6 　　Q.  We are going to mark the next exhibit as 6.
7 　　　　(Exhibit 6 was introduced.)
8 　　Q.  And this is JJM, LLC's answers to the State of
9 Maine's first set of interrogatories.
10 　　　　On page 2 of this document, the State asked that
11 JJM "identify all persons, natural or corporate, with
12 whom or to whom JJM has discussed or otherwise mentioned
13 the defendant and the captioned litigation."  And in its
14 answer, JJM answered that it has "discussed certain,
15 limited aspects of the litigation with immediate family
16 members, Justin Seavey and Joe Coffey."
17 　　　　So who are the immediate family members with whom
18 JJM has discussed the litigation?
19 　　A.  Can I -- I was trying to get there.  Page 3,
20 answer number 2?
21 　　Q.  Yes.
22 　　A.  Could you repeat the question?
23 　　Q.  Of course.  Who are the immediate family members
24 with whom JJM has discussed certain limited aspects of
25 the litigation?

58

1 　　A.  It doesn't say -- it says we've been asked about
2 it.  I don't know that it says we've been -- discussed.
3 I just want to read the particular words there.  It
4 says, "we have been asked about litigation by friends,"
5 but it doesn't say we've discussed.
6 　　Q.  Keep reading.
7 　　　　MR. FORD:  Read silently.
8 　　A.  I would say "immediate family" as being my wife.
9 BY MS. PARKER:
10 　　Q.  Okay.
11 　　A.  Yup.
12 　　Q.  So JJM has not discussed the litigation with any
13 family members who are not spouses; is that correct?
14 　　A.  Correct.
15 　　Q.  Has JJM discussed the location of the Delhi with
16 anyone else that we haven't talked about today?
17 　　A.  Not that we haven't talked about today.
18 　　Q.  Has JJM discussed, with anyone, the Delhi -- so
19 outside -- let me restart.  Outside of JJM's family
20 members, counsel and expert witness team, has JJM
21 discussed the Delhi's cargo with anyone?
22 　　A.  I would say -- and I'm being repetitive, but at
23 times, people will come up to us in public and ask about
24 articles they have had in the paper.  And so to limit
25 those off-the-cuff discussions, gas station, food store,

60

1 to this specific group, I think is, you know, unfair
2 catheterization because people do ask us about it often.
3 And the -- particularly once the name was issued and
4 talking about pavers, that people ask.  So I just wanted
5 to reiterate that prior statement.
6 　　Q.  Has JJM discussed with any folks who would work
7 on salvaging the Delhi's cargo?  Have you talked with
8 anyone about that?  People that you might hire to do the
9 salvage work?
10 　　A.  I only recall talking to our experts on the boat.
11 They had knowledge, and they have done these dives
12 before, but I don't have knowledge of approaching any
13 other folks, and the people while they were on the boat
14 and we were diving.
15 　　Q.  And outside of the universe of people that we've
16 discussed today, so JJM's counsel team, JJM's expert
17 team, spouses and not members of the public that
18 approach you -- I understand that to be a different
19 category of people --
20 　　A.  Right.
21 　　Q.  -- has JJM discussed, generally, the Delhi with
22 anyone else?
23 　　A.  Not that I recall.
24 　　Q.  Has JJM discussed the Delhi with anyone at G.F.
25 Johnston & Associates?

60

1 　　A.  I think there's general knowledge of it based on
2 taking phone calls and -- so I think there is a general
3 knowledge, but nothing that has not been in the papers,
4 yup.
5 　　Q.  Has JJM had any conversations with buyers of
6 reclaimed granite?  For example, Old New England
7 Granite?
8 　　A.  Not to my knowledge, no.
9 　　Q.  And JJM has not entered into any contracts or
10 other agreements, written or oral, related to the Delhi
11 and its cargo?
12 　　A.  No.
13 　　Q.  Has JJM identified any other possible owners of
14 the Delhi or its cargo?
15 　　A.  Have we identified any -- excuse me.  I don't
16 know.  Could we break for a second?
17 　　Q.  Yes.
18 　　　　MS. PARKER:  We can go off the record.
19 　　　　(OFF RECORD)
20 BY MS. PARKER:
21 　　Q.  Has JJM identified any other possible owners of
22 the Delhi or its cargo?
23 　　A.  Through reading of the memoire that we mentioned,
24 it did say a gentleman had insured it the day before its
25 travel.  We think the beneficiaries of that insurance

61

1 company, from that memoire in the 1890s, carries forward
2 to a company named Intact Insurance Company. So as far
3 as we've identified to date, they may be -- may have an
4 interest. What interest, undetermined, but we have
5 identified that.
6    Q. And has Intact Insurance told JJM affirmatively
7 that Intact Insurance has an interest in the Delhi or
8 its cargo?
9    A. I don't know the answer to that.
10    Q. Has Intact Insurance provided to JJM an insurance
11 policy that purports to cover the Delhi or its cargo?
12    A. Not to my knowledge, no.
13    Q. Has Intact Insurance provided to JJM any evidence
14 of a payout related to the Delhi or its cargo?
15    A. Not to my knowledge, no.
16    Q. And so when you say not to your knowledge, is it
17 fair to say that JJM doesn't have any documents in its
18 possession from Intact Insurance that demonstrate a
19 possible ownership interest?
20    A. I'm not sure of that answer.
21    Q. Okay. Is JJM's knowledge related to Intact
22 Insurance being a possible owner based solely on the
23 accounting in the memoire that you referenced?
24    A. Correct, yup.
25    Q. Okay. Is there -- are there any other insurance

62

1 companies that JJM thinks may own the Delhi or the cargo
2 or have a claim to the Delhi or the cargo?
3    A. None that we've identified.
4    Q. And is there anyone else in the universe, aside
5 from JJM, aside from the State, aside from Intact
6 Insurance, that JJM thinks may have a claim to the Delhi
7 or the Delhi's cargo?
8    A. Sorry, "in the universe" was hard, and I was
9 trying to figure out if I could legally respond to the
10 universe. I don't -- we haven't identified any other
11 parties of interest other than what we responded to in
12 the first question.
13    Q. Does JJM consider the Delhi to be abandoned?
14    A. In the technical sense, I don't believe so. I
15 think people have always looked for it. I don't know
16 that being abandoned because nobody cares and you're
17 forgotten, so I don't know that it's been abandoned.
18    Q. And so when you say, "in the technical sense,"
19 what does that mean to you?
20    A. People of interest who have released their
21 interest, and I don't know that that's been exhausted.
22    Q. So JJM thinks it's possible that there may be
23 other parties out there that have a legal interest?
24    A. I don't think that we have exhausted whether it's
25 been abandoned to date.

63

1    Q. And what documents or information does JJM have
2 in its possession that would suggest other folks -- so
3 not the State, not Intact Insurance, not JJM, may have
4 an interest, an ownership interest, in the Delhi or its
5 cargo?
6    A. I would say nothing in our possession. I would
7 say the first statement in that we haven't exhausted all
8 efforts to find if it's been abandoned. The evidence of
9 people who have always potentially looked through it,
10 just through community folklore and no specific
11 individuals, just what we have learned. I don't know if
12 that technically qualifies for abandonment, but I don't
13 think we've exhausted the search for any other rightful
14 owners. I think we've had a very limited effort in
15 doing so.
16    Q. And what has that -- what has JJM's effort
17 consisted of to date?
18    A. I believe it's reaching out to the -- to date, I
19 believe it's reaching out to the insurance company that
20 may have a claim.
21    Q. And does JJM plan to make any additional efforts
22 to identify other possible owners?
23    A. Yes.
24    Q. And what efforts?
25    A. I think it would be continued communication with

64

1 that entity, and then any other investigations that
2 might lead us to somebody else that might have interest.
3    Q. And when you say, "that entity," are you
4 referring to Intact Insurance or another entity?
5    A. Yes, Intact Insurance.
6    Q. And then the second part of what you just said --
7 can you repeat the second part of what you just said?
8    A. I think the second part was then on any other
9 investigation to determine that it's lawfully, you know,
10 abandoned or not. That's --
11    Q. So does JJM plan to undertake additional
12 investigation to that end?
13    A. Yes.
14    Q. And what will that include?
15    A. I'm not sure. I think until we're satisfied that
16 all claims are rectified.
17    Q. And what will it take to satisfy JJM to that end?
18    A. I would have to discuss that process with our
19 counsel. I think that --
20    Q. Okay.
21    A. Yup.
22    MS. PARKER: We would ask that our request
23 for discovery continue to be supplemented with any
24 additional communications or efforts or documents
25 related to JJM's investigations in attempt to find any

65

1  other owners of the Delhi or its cargo, or the folks who
2  have claims to the Delhi or its cargo.
3          MR. FORD:  We will agree to do that.
4          MS. PARKER:  Okay.
5          MR. BOAK:  And just for my list, which I'm
6  keeping --
7          MR. FORD:  Thank you for keeping a list.
8          MR. BOAK:  Is there existing written
9  materials with the insurance company that's going to be
10  part of this?
11          MR. FORD:  Let's go off the record for a
12  moment.
13              (OFF RECORD)
14  BY MS. PARKER:
15    Q.  I just want to revisit a couple of things we've
16  talked about in terms of -- we had an exchange earlier
17  about whether JJM had hired a maritime archeologist or
18  spoken with a maritime archeologist, and my recollection
19  of the answer was that JJM understands that someone on
20  their Shoreline Diving expert team has some maritime
21  archeology experience; is that understanding correct?
22    A.  Yeah, that was my understanding, yup.
23    Q.  Is there anyone else, not on the Shoreline Diving
24  team, that JJM has talked to in terms of maritime
25  archeology in relation to JJM?

66

1    A.  No.
2    Q.  Okay, so it's just the Shoreline Diving folks,
3  okay.  And for the pavers -- so JJM understands that
4  there are maybe 30,000 or fewer pavers.  Some of these
5  pavers, JJM understands to be sitting on the surface of
6  the seafloor, including the one that was brought up by
7  Mr. Seavey.  Can JJM say definitively that there are
8  none beneath the seafloor, that are buried in the mud?
9    A.  I don't think we can say that definitively.
10    Q.  And is JJM's understanding, with respect to
11  whether the Delhi is imbedded, based entirely on the
12  expert report produced by Shoreline Diving?
13    A.  Say that question one more time, sorry.
14    Q.  Is JJM's understanding as to whether the vessel,
15  the Delhi, is imbedded, based entirely on the expert
16  report produced for JJM by Shoreline Diving?
17          MR. FORD:  I'm just going to throw in an
18  objection to the form of the question, to the extent
19  that it seeks a legal conclusion.
20          You can go ahead and answer.
21    A.  The answer to that is no, based on my earlier
22  response of we've had dive -- we've had two sonars and
23  three dives.  And so I think the conglomerate of all the
24  information that we've talked about, including the
25  report you just referenced, is broader than what your

67

1  question suggests, so the answer is no.
2  BY MS. PARKER:
3    Q.  Okay.  And so is -- the universe of information
4  that gives rise to JJM's understanding of imbedded is
5  based on the Shoreline Diving expert report, and the
6  dives that JJM or folks have undertaken for JJM, and the
7  information obtained from those dives?
8          MR. FORD:  Same objection.  Go ahead.
9    A.  Yeah, I would say our opinions, based on the
10  information that you described.
11  BY MS. PARKER:
12    Q.  Okay.  And what is JJM seeing when it looks at
13  those sonar images?  What information does the sonar
14  image provide to JJM about the vessel?
15    A.  I think it provides an outline impression of what
16  is on the seafloor.
17    Q.  And does it show what is on the seafloor versus
18  what may be beneath the seafloor?
19    A.  No.
20    Q.  Okay.
21    A.  Yup.
22    Q.  Does JJM have any particular training in maritime
23  archeology?
24    A.  Yes.
25    Q.  Can you describe that for me, please?

68

1    A.  Three years of work to find a vessel is our
2  training in maritime archeology.  It's true.
3    Q.  Did you go to school for maritime archeology?
4    A.  No.
5    Q.  Okay.  And have you worked with someone who is a
6  maritime archeologist?
7    A.  As part of JJM?  No, I don't think so.
8    Q.  Okay.  And what about sonar analysis?  Does JJM
9  and its members have any particular training in sonar
10  analysis?
11    A.  Yes.
12    Q.  And can you describe that for me, please?
13    A.  I would say including the experts we hired, we
14  had a sonar expert on the dive number three.
15    Q.  And so did JJM have any experience or training in
16  maritime archeology or sonar analysis prior to the work
17  with this particular vessel, the Delhi?
18    A.  I would say training in the form of tutorials on
19  how to use sonar equipment.
20    Q.  And was that done in preparation for, or as part
21  of looking for this vessel?
22    A.  Correct.
23    Q.  And so the rest of it has been the sort of
24  boots-on-the-ground education, while looking for the
25  Delhi?

69

1    A.  Correct.

2         MS. PARKER:  I think we are all set.  Thank

3    you.

4         MR. JOHNSTON:  Great, thank you.

5         MS. PARKER:  Then we're going to follow up

6    with a couple of questions for Mr. Musetti.

7         MR. FORD:  Let me just ask one question of

8    Greg before we let him go, and then that might open up

9    some follow-ups for you.

10        MS. PARKER:  Understood.

11           EXAMINATION

12   BY MR. FORD:

13   Q.  Greg, you had mentioned you discussed that it's

14   your understanding that some of these pavers are below

15   the mud line; is that correct?

16   A.  I would say I just -- I don't know.  I know that

17   the pavers we can see on the sonar, and the pavers that

18   came up, have evidence of being open to organisms, and

19   not below the surface.

20   Q.  Okay.

21   A.  So I think -- what's below the surface, even what

22   we were talking about before, is speculation, and I

23   don't think I could answer to fact to that, for the

24   record.

25   Q.  From what you understand of the consistency of

70

1    the bottom, would a diver need to use any other

2    mechanical means of extracting a paver from the mud,

3    other than their hands?

4    A.  I don't have any evidence to say they need

5    anything else, based on how they've been recovered to

6    present.  So the answer to that is, no, I don't think

7    it's necessary.

8         MR. FORD:  No further questions.

9           RE-EXAMINATION

10   BY MS. PARKER:

11   Q.  Is your answer to that question, it is based

12   solely on the one paver that has been removed by Justin

13   Seavey and brought to the surface?

14   A.  No.  I think it's also based on the dive number

15   three which is in the reports of the photographs that

16   are in there.

17   Q.  And I think we talked about this earlier, but JJM

18   has not seen all of the pavers on the surface of the

19   seafloor sitting there?

20   A.  We have not seen all of them.

21   Q.  Okay.

22        MS. PARKER:  That's it.

23        MR. FORD:  Okay, great.

24        Thanks, Greg.  Appreciate it.

25        MR. JOHNSTON:  Great.  Thank you.

71

1         MR. FORD:  You're off the hot seat.

2         MR. BOAK:  I guess just -- with the

3    deposition open, right?  I think you're keeping it open

4    for the --

5         MS. PARKER:  Yes.  We're going to ask Mike a

6    couple of questions, and then we'll keep it open -- so

7    Greg is all done.

8         Thank you, Greg.

9         We're going to ask Mike a few questions, and

10   then we're going to keep JJM's 30(b)(6) deposition open

11   until we've received the additional documents that we

12   requested earlier, and had a chance to review those

13   documents.  There may not be a need for more questions,

14   but we'll just keep it open in case.

15        MR. FORD:  Okay.

16           (OFF RECORD)

17        **JJM, LLC, BY MICHAEL MUSETTI**, after

18           having been duly sworn by the

19           Notary Public, was deposed and

20           testified as follows:

21           EXAMINATION

22   BY MS. PARKER:

23   Q.  Will you please state and spell your name for the

24   record?

25   A.  Michael Charles Musetti, M-U-S-E-T-T-I.

72

1    Q.  Thank you.  So we're going to return to some line

2    of questions about JJM's interest in, and efforts, to

3    locate the Delhi.

4         And so when did JJM become aware of the

5    shipwreck?

6    A.  Can I ask to go off the record?

7         MR. FORD:  Wait, hold on.  There's a

8    question pending.  Do your best to answer the question,

9    and then if you need to clarify, we can talk, and then

10   you can clarify it.

11   A.  I can't answer that question.

12        MR. MUSETTI:  I don't -- I don't know how to

13   answer that question.

14   A.  I don't know how to answer that question.

15   BY MS. PARKER:

16   Q.  Let me reask the question slightly differently.

17   A.  Okay, sorry.

18   Q.  That's okay.  Do you know approximately when JJM

19   became aware of the shipwreck?

20   A.  Four years ago.

21   Q.  Okay.

22   A.  That's not the right answer.

23   Q.  How did JJM become aware of the shipwreck?

24   A.  I'm not going to answer these questions correctly

25   because I have a question.  I'm sorry.  I haven't done

73

75

1  this before but --
2      Q.  That's okay.  Do you understand --
3      A.  JJM was just formed recently, but I've known
4  about it for many years.  So when you say "JJM," I'm
5  considering Greg and I.  But I've known -- me
6  personally, I've known it for many years.  So I don't
7  want to answer a question wrong.
8          MR. FORD:  Okay, hold on.  Let me just see
9  if I can maybe help with the process.  I think there's
10 some confusion about whether he's testifying for himself
11 or JJM.  To the extent that you want to ask him
12 questions about what his own experience is as a member
13 of JJM, I'm fine with that.  I think it would help the
14 process.
15         MS. PARKER:  Okay.
16         MR. FORD:  Yeah.
17         MR. MUSETTI:  I'm sorry.
18         MR. FORD:  Do you understand what I just
19 said?
20         MR. MUSETTI:  No, I don't.
21         MR. FORD:  Okay.  So Lauren is going to ask
22 you questions, and you can go ahead and draw on your own
23 personal experience, having lived in the area, and
24 having been aware of --
25         MR. MUSETTI:  Okay.

1  full-time jobs.  We're not salvage hunters yet.  Maybe
2  in our next career.
3      Q.  So you had personal knowledge in your capacity as
4  Mike Musetti, individual --
5      A.  Correct.
6      Q.  -- interest, and part of that is what led to the
7  formation of JJM?
8      A.  Correct.  That's what I was trying to say, yeah.
9      Q.  Okay.  And so are there -- you heard Greg answer
10 a lot of questions today about JJM, and JJM's interest
11 in efforts to locate the Delhi, and plans for JJM.  Is
12 there anything that you have to add?  So questions that
13 I asked and Greg answered on behalf of JJM that you
14 would clarify or provide additional information?
15         MR. FORD:  I will object to the form of that
16 question, but go ahead and instruct the witness to
17 answer.
18     A.  No.
19 BY MS. PARKER:
20     Q.  It seems like you had some information about the
21 -- JJM's attempts to secure the arrest warrant to the
22 vessel?
23     A.  I don't understand the question.
24     Q.  When we were sitting here earlier, your body
25 language suggested to me that you -- I had asked JJM a

74

76

1          MR. FORD:  Things that you are aware of.  So
2  you can go ahead and answer those questions to the best
3  of your own recollection, okay?
4          MR. MUSETTI:  Okay, all right.
5  BY MS. PARKER:
6      Q.  So you are a member of JJM?
7      A.  I am.
8      Q.  And why were you involved in the formation of
9  JJM?  What was your interest in --
10     A.  I have always known about the shipwreck growing
11 up in ███████.  My ancestors were all stonecutters,
12 so I knew about it as a young child, and of attempts of
13 people to find it, and my uncles showing some divers
14 where they thought it was.  And then I was on the board
15 that the -- the Mount Desert Island Historical Society,
16 and the curator gave me an article about ███████.
17 So -- and it was written by a guy that I knew as a
18 child.  So I had knowledge of the boat from the article
19 and just ancestry.  Then Greg and I had to go look at a
20 job on an island.  We were coming back in my boat, and I
21 said, "There's a shipwreck in this area right here."
22 And he looked and he said, "Do you want to find it?"  I
23 said, "Sure."  So it kind of went on and off for about a
24 year.  We'd have a conversation, and then it went many
25 months, we wouldn't even talk.  Like I say, we have

1  question, through Greg, about JJM's attempts to attach
2  the arrest warrant to the vessel, and it struck me that
3  you had more information.  And so is there anything that
4  you would clarify about how JJM went about attaching the
5  arrest warrant to the vessel --
6      A.  I wasn't even in the State of Maine.  I was in
7  New York.
8      Q.  Okay.
9      A.  I wasn't on the boat so I did not, no.
10     Q.  Okay.  Did you do any research, in your
11 individual capacity, that you brought with you to JJM as
12 a member about the Delhi, beyond what has been discussed
13 today?
14     A.  No.
15     Q.  Have you consulted any sources, whether images,
16 historical records, about the vessel beyond what Greg
17 identified today?
18     A.  No.
19     Q.  Do you know which individual attached the warrant
20 to the vessel the second time when it was re-noticed?
21     A.  I do not.
22     Q.  Was it someone from Shoreline Diving?
23     A.  I believe so.  I wasn't on the boat.
24     Q.  You were not on the vessel, on the Shoreline
25 Diving day?

77

1    A.  Correct, yeah.

2        MS. PARKER:  You are all set, Mike.  We have

3    one last question for Greg.

4            JJM, LLC, BY GREG JOHNSTON,

5            after having been previously duly

6            sworn by the Notary Public, was

7            re-examined and testified as

8            follows:

9            RE-EXAMINATION

10   BY MS. PARKER:

11   Q.  Greg, do you know who the individual was who

12   attached the arrest warrant or who's responsible for

13   attaching the arrest warrant the day that it was -- I

14   believe you guys called it the re-noticing?  So not the

15   six-canister day, but the second time?

16   A.  I don't know for certain.  What I do know is that

17   we had it on the boat, and Twain was there, the divers

18   were there.  They were getting their gear on, they had

19   their gear on their head, they had the notice.  I didn't

20   know which one, with their face masks and stuff on,

21   which was going down to attach it, other than we had the

22   notice, and they were going down.  So I'm not sure which

23   one of them individually did it.  I just know it was the

24   mission of being there.  Our counsel was like, "Hey,

25   it's been some time.  We've got to make sure this

78

1    physically gets attached because of the weather."  It's

2    going down, and by the time they all had their gear on,

3    I didn't see which one had it.

4    Q.  So it was one of the two divers, not Twain,

5    that's identified in the Shoreline Diving expert report?

6    A.  No, I think there were three divers.  It's one of

7    the three.

8    Q.  One of the divers, but a diver that was not

9    Twain?

10   A.  Correct, yes, that is correct, yup.

11   Q.  Okay.  And when the divers came back up to the

12   Stonecutter that day, did they describe to you -- did

13   they tell you that they had re-noticed the vessel?

14   A.  I don't recall if they told us.  I do recognize

15   that the notice was no longer on the dash of the boat,

16   and we weren't talking about making sure it happened

17   again.  But physically having one of them come up to

18   say, "Greg, we re-attached it," I didn't have that

19   conversation.

20   Q.  So JJM does not know definitively whether it was

21   re-noticed?

22       MR. FORD:  Object to the form of the

23   question.

24       Go ahead and answer.

25   A.  I do know it was re-noticed, because that was our

79

1    mission that day, and I saw the notice, and I saw the

2    divers, and I saw it on the dash, and they were going

3    down.  I just don't know which one attached it.

4    BY MS. PARKER:

5    Q.  Okay, and no one -- none of the divers came up

6    and said, "it is attached, it has been re-noticed"?

7    A.  They didn't say it to me.  It's a 44-foot boat,

8    diesel engines, moving.  There was a lot of

9    conversations on the directives of what needs to legally

10   be there, and counsel was there.  So they didn't say it

11   directly to me, but the conclusion that it wasn't said I

12   don't think can be drawn from that.

13   Q.  So it's your assumption that it was re-noticed?

14       MR. FORD:  Object to the form of the

15   question.  Go ahead and answer.

16   A.  No, it's not my assumption.  I saw the notice, I

17   saw the boat, I saw the divers with it.  I just don't

18   know which one did it.

19   Q.  And you have not -- has JJM seen evidence of the

20   arrest warrant on the Delhi?

21   A.  I have not seen.

22   Q.  Okay.

23       MR. BOAK:  May I ask Ben a question?

24       MS. PARKER:  Yes.

25       MR. BOAK:  Twain is a lawyer in your firm?

80

1        MR. FORD:  Yeah.

2        MR. BOAK:  He was on the boat?

3        MR. FORD:  Yes.

4        MR. BOAK:  Just from a 30(b)(6) standpoint,

5    does he have knowledge about how this was done, from the

6    standpoint of providing -- like if --

7        MR. FORD:  Actually, I think the better way

8    -- from a 30(b)(6) standpoint, the better witnesses will

9    be the divers themselves, and you guys are gonna --

10       MR. BOAK:  The Shoreline Diving folks?

11       MR. FORD:  Yeah, and you guys are going to

12   be deposing them.

13       MS. PARKER:  We'll talk to them, yes.

14       MR. FORD:  And so they will be able to --

15   and Twain will be there as well, so you'll be able to

16   get all of that information from him.

17       MR. BOAK:  Got it.

18       MS. PARKER:  Do you have any questions, Ben?

19       MR. FORD:  No, no further questions.

20       MS. PARKER:  We are all set.  Thank you very

21   much for your time.

22   (Whereupon, the above-named deposition was concluded at

23   12:09 p.m.)

24   (The deponent does not waive reading and signing.)

25

83

1   THE ORIGINAL DEPOSITION OF JJM, LLC, BY GREG JOHNSTON

2   AND MICHAEL MUSETTI SHOULD INCLUDE THE FOLLOWING

3   CORRECTIONS:

4

5

6

7   Page  Line    Change from this  To this

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

81

1           CERTIFICATE

2

3       I, Debra J. Fusco, a Notary Public in and for the

4   State of Maine, hereby certify that on the 20th day of

5   August, 2025, the herein identified deponent was sworn

6   to testify to the truth, the whole truth, and nothing

7   but the truth in the aforementioned cause of action and

8   that the foregoing is a true and accurate record as

9   taken by me by means of computer-aided machine

10  shorthand.

11

12      I further certify that I am a disinterested person in

13  the event or outcome of the aforementioned cause of

14  action.

15

16      IN WITNESS WHEREOF, I have hereunto set my hand this

17  5th day of September, 2025.

18

19          _____

20          Debra J. Fusco

21          Court Reporter/Notary Public

22

23  My Commission expires:  February 23, 2030

24

25

---

84

1   TO BE COMPLETED BY THE DEPONENT:

2

3       I, _____, have read the foregoing

4   pages and have noted any stenographic errors of my

5   testimony together with their respective corrections and

6   the reasons therefore on the following Errata Sheet.

7

8       (SIGNATURE)_____

9       (DATE)_____

10      * * * * * * * * * * * * * * *

11  TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12      I, _____, a Notary Public/Attorney in

13  and for the State of Maine, hereby acknowledge that the

14  above-named deponent personally appeared before me and

15  affixed his/her signature as his/her own true act and

16  deed.

17

18      (SIGNATURE)_____

19      (DATE)_____

20

21  TITLE:  JJM v The Abandoned and Submerged Vessel, Delhi

22  DEPOSITION OF:  JJM, LLC, by Johnston and Musetti

23  DATE OF DEPOSITION:  August 20, 2025

24  NOTICING PARTY:  Lauren E. Parker, AAG

25  REPORTER:  Debra J. Fusco

---

82

1       ALLEY & MORRISETTE REPORTING SERVICE

2           1203 Augusta Road

3           Belgrade, ME 04917

4               September 5, 2025

5

6   JJM, LLC, By Greg Johnston and Michael Musetti

7   c/o Benjamin E. Ford, Esq.

8   One Dana Street

9   Portland, ME 04101

10

11  RE:  JJM, LLC, v The Abandoned and Submerged Delhi

12  Enclosed please find a copy of your deposition taken in

13  the above-mentioned action.  Also enclosed is the

14  original signature page and a sheet for corrections.

15

16  Please read the copy of the deposition and sign the

17  original signature page before a Notary Public.  If

18  there are any corrections you wish to make, they should

19  be made on the enclosed correction sheet.  Do not mark

20  on the deposition.

21

22  Please return the signed original signature page and

23  correction sheet to Alley & Morrisette at the above

24  address within 30 days.

25  Thank you.

1 **CERTIFICATE**

2

3      I, Debra J. Fusco, a Notary Public in and for the

4   State of Maine, hereby certify that on the 20th day of

5   August, 2025, the herein identified deponent was sworn

6   to testify to the truth, the whole truth, and nothing

7   but the truth in the aforementioned cause of action and

8   that the foregoing is a true and accurate record as

9   taken by me by means of computer-aided machine

10   shorthand.

11

12      I further certify that I am a disinterested person in

13   the event or outcome of the aforementioned cause of

14   action.

15

16      IN WITNESS WHEREOF, I have hereunto set my hand this

17   5th day of September, 2025.

18

19

20              Debra J. Fusco

21              Court Reporter/Notary Public

22

23   My Commission expires:   February 23, 2030

24

25

## $

**$100,000** [5] - 27:5,
27:11, 27:12, 27:18,
44:3
**$500** [1] - 44:8
**$7,750** [1] - 45:20

## '

**'23** [2] - 8:20, 23:6
**'24** [3] - 18:19, 23:6,
29:3

## 0

**04101** [2] - 2:8, 82:9
**04333-0006** [1] - 2:4
**04917** [1] - 82:3

## 1

**1** [6] - 3:15, 3:17, 5:14,
5:15, 6:11, 13:22
**10** [3] - 15:14, 36:14
**10,000** [1] - 39:22
**11** [2] - 9:4, 9:12
**12/11** [1] - 9:8
**12/13** [1] - 9:9
**1203** [1] - 82:2
**12:09** [1] - 80:23
**13** [1] - 9:14
**17** [1] - 3:18
**1890s** [1] - 61:1
**197** [1] - 13:23
**19th** [1] - 22:2

## 2

**2** [17] - 3:16, 6:24,
6:25, 7:1, 7:16, 7:22,
7:23, 15:5, 17:24,
20:4, 20:22, 23:19,
26:21, 27:21, 30:3,
57:10, 57:20
**20** [5] - 1:21, 4:4,
27:10, 27:13, 84:23
**20,000** [1] - 27:16
**2022** [3] - 8:19, 16:18
**2023** [10] - 9:4, 9:12,
9:14, 9:17, 15:12,
18:14, 23:16, 31:20,
31:22, 32:3
**2024** [4] - 21:23, 27:8,
27:12, 27:15
**2025** [11] - 1:21, 4:4,
22:2, 22:14, 22:18,

38:3, 38:9, 81:5,
81:17, 82:4, 84:23
**2030** [1] - 81:23
**207-558-0102** [1] - 2:9
**207-626-8878** [1] - 2:4
**20th** [2] - 22:3, 81:4
**22** [1] - 12:3
**23** [1] - 81:23
**25** [2] - 36:1, 36:3
**26** [2] - 3:20, 46:25

## 3

**3** [13] - 3:17, 5:17,
5:21, 7:16, 7:22,
8:22, 8:23, 8:24,
17:21, 36:13, 36:14,
43:16, 57:19
**30** [2] - 36:3, 82:24
**30(b** [1] - 6:12
**30(b)(6** [5] - 6:11,
16:5, 71:10, 80:4,
80:8
**30,000** [9] - 39:23,
39:24, 40:7, 40:9,
40:11, 47:5, 47:8,
48:24, 66:4
**300** [1] - 30:3
**34** [3] - 6:17, 7:1, 7:11
**35** [3] - 35:4, 35:5,
36:1
**3rd** [2] - 32:5, 32:7

## 4

**4** [13] - 3:4, 3:18, 5:18,
5:21, 17:15, 17:16,
17:17, 20:2, 21:10,
22:14, 22:18, 38:2,
38:9
**44-foot** [1] - 79:7
**45** [1] - 35:4
**4th** [5] - 21:23, 32:4,
32:5, 32:7

## 5

**5** [18] - 3:15, 3:20,
26:18, 26:19, 26:20,
26:22, 27:1, 27:22,
27:25, 28:7, 28:10,
28:20, 31:20, 31:22,
32:3, 43:17, 43:21,
82:4
**50** [1] - 12:21
**57** [1] - 3:22
**5th** [2] - 32:4, 32:6,
81:17

## 6

**6** [14] - 1:20, 2:3, 3:16,
3:22, 4:3, 17:24,
18:3, 20:4, 20:8,
36:13, 36:14, 43:10,
57:6, 57:7
**69** [1] - 3:5

## 7

**7** [3] - 20:22, 20:23,
20:25
**70** [1] - 3:4
**71** [1] - 3:9
**77** [1] - 3:4

## 8

**8** [3] - 3:17, 27:8,
27:12
**80,000** [2] - 27:14,
27:15

## 9

**9** [2] - 43:22, 43:25
**9:31** [2] - 1:21, 4:4

## A

**a.m** [2] - 1:21, 4:4
**AAG** [3] - 2:2, 2:2,
84:24
**abandoned** [7] - 18:1,
62:13, 62:16, 62:17,
62:25, 63:8, 64:10
**ABANDONED** [1] -
1:11
**Abandoned** [4] - 4:16,
4:23, 82:11, 84:21
**abandonment** [1] -
63:12
**able** [3] - 45:25, 80:14,
80:15
**above-mentioned** [1]
- 82:13
**above-named** [2] -
80:22, 84:14
**access** [2] - 28:1, 28:2
**accessibility** [1] -
42:17
**accompanied** [2] -
29:3, 29:7
**accomplish** [1] - 28:4
**account** [1] - 44:8
**accounting** [1] - 61:23

**accurate** [1] - 81:8
**acknowledge** [1] -
84:13
**act** [1] - 84:15
**Action** [1] - 1:3
**action** [3] - 81:7,
81:14, 82:13
**actual** [2] - 11:10,
25:16
**add** [1] - 75:12
**addition** [2] - 19:10,
32:11
**additional** [10] - 19:4,
26:3, 27:16, 44:4,
44:22, 63:21, 64:11,
64:24, 71:11, 75:14
**address** [6] - 5:20,
13:13, 13:17, 13:19,
82:24
**adequate** [3] - 27:22,
27:23, 28:20
**administered** [1] - 4:5
**Affidavit** [1] - 3:18
**affidavit** [2] - 17:19,
20:2
**affiliated** [1] - 42:6
**affirmatively** [1] - 61:6
**affixed** [2] - 34:9,
84:15
**aforementioned** [2] -
81:7, 81:13
**agents** [1] - 13:15
**ago** [1] - 72:20
**agree** [1] - 65:3
**agreed** [3] - 10:21,
10:22, 45:8
**Agreement** [10] - 9:1,
9:20, 13:24, 43:14,
43:17, 43:22, 43:24,
43:25, 44:2
**agreement** [4] - 55:23,
56:1, 56:8, 56:14
**agreements** [3] -
56:23, 56:25, 60:10
**ahead** [5] - 10:17,
66:20, 67:8, 73:22,
74:2, 75:16, 78:24,
79:15
**aided** [1] - 81:9
**ALLEY** [1] - 82:1
**Alley** [1] - 82:23
**almost** [2] - 54:17,
54:21
**aloud** [1] - 17:12
**amount** [2] - 45:16,
49:17
**analogy** [1] - 39:16
**analysis** [3] - 68:8,
68:10, 68:16
**ancestors** [1] - 74:11

**ancestry** [1] - 74:19
**AND** [3] - 1:11, 1:17,
83:2
**annual** [2] - 43:12,
43:13
**answer** [43] - 5:5,
5:11, 10:17, 11:23,
17:12, 37:20, 37:22,
44:6, 45:13, 45:25,
46:1, 46:8, 46:15,
47:9, 49:7, 49:13,
49:15, 50:4, 50:8,
54:7, 57:14, 57:20,
61:9, 61:20, 65:19,
66:20, 66:21, 67:1,
69:23, 70:6, 70:11,
72:8, 72:11, 72:13,
72:14, 72:22, 72:24,
73:7, 74:2, 75:9,
75:17, 78:24, 79:15
**answered** [2] - 57:14,
75:13
**answering** [1] - 5:6
**Answers** [1] - 3:22
**answers** [2] - 5:3, 57:8
**APPEARANCES** [1] -
2:1
**appeared** [1] - 84:14
**applying** [1] - 11:21
**appointed** [3] - 17:19,
19:5, 20:3
**Appointed** [1] - 3:19
**Appointment** [2] -
3:20, 26:21
**appreciate** [1] - 70:24
**approach** [2] - 43:9,
51:21, 59:18
**approached** [3] - 42:9,
42:23, 43:7
**approaching** [1] -
59:12
**approximate** [3] -
36:6, 40:8, 40:11
**appurtenances** [1] -
1:11
**April** [3] - 22:2, 38:4
**archeological** [1] -
41:12
**archeologist** [6] -
40:24, 41:3, 41:7,
65:17, 65:18, 68:6
**archeology** [6] -
65:21, 65:25, 67:23,
68:2, 68:3, 68:16
**ARCHIPELAGO** [1] -
2:7
**area** [5] - 16:1, 21:1,
33:15, 73:23, 74:21
**arise** [1] - 44:24
**arises** [1] - 44:24

**arrange** [1] - 29:19
**arrangement** [1] - 29:17
**Arrest** [1] - 17:18
**arrest** [12] - 19:7, 36:16, 37:5, 42:25, 43:4, 43:8, 75:21, 76:2, 76:5, 77:12, 77:13, 79:20
**article** [5] - 20:9, 20:11, 20:12, 74:16, 74:18
**articles** [2] - 16:23, 58:24
**artifacts** [2] - 34:16, 40:20
**aside** [5] - 41:15, 54:11, 62:4, 62:5
**aspects** [3] - 12:15, 57:15, 57:24
**assembled** [1] - 28:12
**assets** [2] - 14:7, 24:9
**Assistant** [1] - 4:14
**assisted** [1] - 30:13
**Associates** [1] - 59:25
**assumption** [2] - 79:13, 79:16
**at-grade** [1] - 48:18
**attach** [3] - 36:16, 76:1, 77:21
**attached** [7] - 37:4, 76:19, 77:12, 78:1, 78:18, 79:3, 79:6
**attaching** [2] - 76:4, 77:13
**attempt** [1] - 64:25
**attempts** [3] - 74:12, 75:21, 76:1
**Attorney** [5] - 1:20, 2:3, 2:10, 4:2, 4:14
**Attorneys** [1] - 2:5
**August** [4] - 1:21, 4:4, 81:5, 84:23
**Augusta** [4] - 1:20, 2:4, 4:3, 82:2
**author** [1] - 20:13
**available** [2] - 7:15, 21:3
**avoid** [1] - 5:4
**award** [4] - 53:4, 53:12, 53:15, 53:16
**aware** [10] - 15:21, 16:12, 39:5, 41:18, 41:19, 72:4, 72:19, 72:23, 73:24, 74:1

**B**

**background** [1] - 7:7
**balance** [2] - 14:5,
24:8
**ballpark** [2] - 27:4, 39:21
**Bar** [3] - 42:15, 43:2, 43:11
**barnacles** [1] - 48:11
**based** [15] - 40:16, 40:18, 42:11, 49:11, 52:15, 60:1, 61:22, 66:11, 66:15, 66:21, 67:5, 67:9, 70:5, 70:11, 70:14
**basis** [1] - 42:9
**BE** [2] - 84:1, 84:11
**became** [1] - 72:19
**become** [5] - 15:21, 16:12, 39:5, 72:4, 72:23
**begin** [1] - 23:4
**beginning** [6] - 1:21, 4:4, 15:23, 19:10, 23:3, 42:1
**behalf** [1] - 75:13
**behind** [2] - 52:12, 54:19
**Belgrade** [1] - 82:3
**below** [6] - 48:12, 48:16, 49:2, 69:14, 69:19, 69:21
**Ben** [8] - 6:5, 6:7, 6:20, 6:22, 16:2, 25:14, 79:23, 80:18
**beneath** [2] - 66:8, 67:18
**beneficiaries** [1] - 60:25
**benefit** [1] - 53:18
**BENJAMIN** [1] - 2:7
**Benjamin** [1] - 82:7
**best** [2] - 72:8, 74:2
**better** [4] - 5:4, 21:19, 80:7, 80:8
**between** [3] - 13:17, 15:13, 26:1
**beyond** [2] - 76:12, 76:16
**bford@ archipelagoma.com** [1] - 2:9
**big** [2] - 39:14, 51:5
**biggest** [1] - 38:23
**bills** [2] - 24:13, 44:24
**bit** [2] - 7:7, 48:23
**BOAK** [16] - 2:2, 25:14, 25:22, 26:9, 56:20, 56:23, 57:4, 65:5, 65:8, 71:2, 79:23, 79:25, 80:2, 80:4, 80:10, 80:17
**board** [1] - 74:14

**boat** [22] - 19:23, 21:17, 30:16, 32:24, 38:11, 38:12, 40:15, 41:23, 47:10, 47:11, 59:10, 59:13, 74:18, 74:20, 76:9, 76:23, 77:17, 78:15, 79:7, 79:17, 80:2
**body** [1] - 75:24
**boilers** [1] - 1:11
**bolt** [1] - 35:18
**boots** [1] - 68:24
**boots-on-the-ground** [1] - 68:24
**borrowed** [2] - 44:15, 44:17
**borrowing** [1] - 45:11
**borrows** [1] - 44:18
**bottom** [7] - 32:24, 33:11, 34:10, 34:13, 38:25, 48:7, 70:1
**box** [1] - 13:21
**Box** [1] - 13:23
**Braden** [1] - 38:13
**break** [4] - 5:8, 23:7, 56:2, 60:16
**brief** [1] - 5:25
**bring** [6] - 6:15, 6:17, 49:11, 49:18, 51:10, 53:10
**bringing** [3] - 49:20, 50:6, 51:7
**brings** [1] - 51:13
**broader** [1] - 66:25
**brought** [10] - 28:12, 33:19, 33:20, 34:17, 36:9, 40:21, 48:13, 66:6, 70:13, 76:11
**bubbles** [1] - 33:7
**bucks** [1] - 30:3
**buried** [2] - 48:7, 66:8
**business** [8] - 10:5, 10:6, 10:7, 11:1, 12:12, 13:12, 14:14, 24:7
**buyer** [1] - 52:8
**buyers** [3] - 52:5, 60:5
**buying** [1] - 54:20
**BY** [39] - 1:17, 3:3, 3:4, 3:5, 3:8, 3:9, 4:7, 4:12, 7:10, 10:25, 16:11, 20:21, 22:20, 26:17, 32:1, 35:14, 37:3, 45:10, 47:3, 56:7, 57:5, 58:9, 60:20, 65:14, 67:2, 67:11, 69:12, 70:10, 71:7, 71:22, 72:15, 74:5, 75:19, 77:4, 77:10, 79:4, 83:1,

84:1, 84:11

**C**

**c/o** [1] - 82:7
**cable** [1] - 36:16
**calibrate** [1] - 35:25
**calibrated** [1] - 53:23
**camera** [1] - 39:7
**canister** [1] - 77:15
**cannot** [1] - 5:11
**capacity** [2] - 75:3, 76:11
**capital** [7] - 43:18, 43:22, 43:25, 44:4, 44:8, 44:10, 44:22
**captain** [2] - 32:19, 38:12
**captioned** [1] - 57:13
**care** [1] - 10:20
**career** [1] - 75:2
**cares** [1] - 62:16
**cargo** [17] - 1:11, 34:16, 40:21, 58:21, 59:7, 60:11, 60:14, 60:22, 61:8, 61:11, 61:14, 62:1, 62:2, 62:7, 63:5, 65:1, 65:2
**carried** [1] - 34:13
**carries** [1] - 61:1
**case** [4] - 10:4, 12:17, 26:6, 71:14
**cash** [4] - 29:25, 30:2, 44:9, 44:22
**category** [1] - 59:19
**catheterization** [1] - 59:2
**certain** [8] - 12:15, 22:25, 23:1, 31:10, 31:12, 57:14, 57:24, 77:16
**certainly** [4] - 19:20, 42:17, 44:10, 48:14
**CERTIFICATE** [1] - 81:1
**Certificate** [4] - 8:24, 9:3, 9:19, 31:13
**certified** [1] - 29:2
**certify** [2] - 81:4, 81:12
**chance** [1] - 71:12
**Change** [1] - 83:7
**characterization** [1] - 47:25
**characterize** [2] - 11:4, 11:19
**characterized** [2] - 48:2, 50:1
**Charles** [1] - 71:25

**child** [2] - 74:12, 74:18
**choice** [1] - 54:17
**chose** [1] - 19:14
**cinderblocks** [1] - 37:7
**circle** [1] - 20:18
**Civil** [1] - 1:3
**claim** [4] - 19:2, 62:2, 62:6, 63:20
**claiming** [1] - 12:9
**claims** [2] - 64:16, 65:2
**clarification** [1] - 24:24
**clarify** [6] - 24:25, 27:11, 72:9, 72:10, 75:14, 76:4
**clear** [3] - 14:4, 25:3, 49:13
**clearest** [1] - 19:16
**clearly** [1] - 5:3
**clipped** [1] - 37:19
**clipping** [1] - 37:11
**close** [3] - 27:9, 39:14, 46:14
**Coffey** [16] - 30:6, 30:7, 30:8, 30:12, 30:13, 30:15, 30:17, 30:19, 30:21, 30:23, 30:25, 55:25, 56:14, 56:17, 57:1, 57:16
**collectively** [3] - 15:22, 28:11, 50:7
**coming** [4] - 14:9, 21:4, 24:10, 39:2, 74:20
**Commission** [1] - 81:23
**communication** [1] - 63:25
**communications** [2] - 12:23, 64:24
**community** [1] - 63:10
**companies** [1] - 62:1
**company** [5] - 12:21, 61:1, 61:2, 63:19, 65:9
**Company** [1] - 61:2
**compensation** [2] - 45:21, 46:19
**complaint** [2] - 53:7, 53:12
**COMPLETED** [2] - 84:1, 84:11
**complicated** [1] - 44:21
**complying** [1] - 5:19
**comprise** [2] - 47:15, 47:19
**computer** [1] - 81:9

**computer-aided** [1] - 81:9

**concern** [1] - 9:12

**concerned** [1] - 24:17

**concluded** [2] - 18:10, 80:22

**conclusion** [3] - 34:7, 66:19, 79:11

**conclusive** [6] - 21:20, 29:10, 41:21, 50:7, 55:17, 55:19

**conclusively** [1] - 54:24

**conduct** [1] - 16:19

**confusion** [1] - 73:10

**conglomerate** [1] - 66:23

**Congress'** [1] - 17:4

**conscious** [1] - 32:20

**consider** [1] - 62:13

**considerations** [1] - 10:2

**considered** [7] - 50:5, 50:9, 50:22, 51:1, 51:3, 51:4, 51:16

**considering** [2] - 47:9, 73:5

**consisted** [1] - 63:17

**consistency** [1] - 69:25

**consultant** [1] - 14:19

**consultants** [2] - 13:5, 13:6

**consulted** [1] - 76:15

**container** [1] - 37:14

**containers** [2] - 37:15, 37:17

**containments** [1] - 37:8

**context** [1] - 29:6

**continue** [3] - 27:24, 28:21, 64:23

**continued** [2] - 50:10, 63:25

**continues** [1] - 27:1

**contractor** [2] - 29:17, 29:18

**contracts** [1] - 60:9

**contradict** [1] - 47:25

**contributions** [4] - 43:18, 43:23, 44:1, 44:5

**conversation** [2] - 74:24, 78:19

**conversations** [6] - 30:8, 30:11, 42:20, 52:17, 60:5, 79:9

**coordinates** [1] - 55:14

**copies** [2] - 14:12,

14:13

**copy** [2] - 82:12, 82:16

**corporate** [7] - 4:22, 15:9, 15:11, 15:16, 26:3, 26:8, 57:11

**corr** [1] - 32:15

**correct** [24] - 6:5, 8:16, 13:11, 13:25, 29:11, 36:22, 37:23, 40:19, 42:4, 44:17, 44:25, 45:4, 58:13, 58:14, 61:24, 65:21, 68:22, 69:1, 69:15, 75:5, 75:8, 77:1, 78:10

**correction** [2] - 82:19, 82:23

**corrections** [3] - 82:14, 82:18, 84:5

**CORRECTIONS** [1] - 83:3

**correctly** [1] - 72:24

**cost** [1] - 51:10

**costing** [1] - 53:18

**costs** [1] - 53:19

**counsel** [12] - 4:15, 5:25, 7:20, 8:4, 28:18, 38:13, 45:7, 58:20, 59:16, 64:19, 77:24, 79:10

**counsel's** [1] - 13:22

**Count** [2] - 53:7, 53:15

**couple** [3] - 65:15, 69:6, 71:6

**course** [3] - 42:19, 43:21, 57:23

**Court** [1] - 81:21

**court** [10] - 5:1, 18:21, 18:23, 19:11, 19:12, 19:15, 23:17, 24:23, 25:9, 31:14

**COURT** [1] - 1:1

**cover** [1] - 61:11

**covered** [1] - 48:25

**covers** [1] - 31:6

**cuff** [1] - 58:25

**curator** [1] - 74:16

**Custodian** [3] - 3:19, 3:21, 26:21

**custodian** [4] - 17:20, 19:6, 20:3, 31:7

**custodianship** [1] - 31:15

**cut** [1] - 26:10

## D

**Dana** [3] - 2:8, 13:22, 82:8

**dash** [1] - 78:15, 79:2

**data** [2] - 40:1, 41:8

**DATE** [3] - 84:9, 84:19, 84:23

**date** [26] - 8:19, 9:4, 9:5, 9:7, 9:10, 9:13, 14:14, 18:4, 18:18, 21:22, 21:24, 22:16, 27:5, 27:6, 27:7, 27:18, 38:2, 38:9, 39:20, 44:3, 50:5, 61:3, 62:25, 63:17, 63:18

**dates** [7] - 8:20, 9:16, 16:15, 18:15, 29:4, 32:5

**days** [1] - 82:24

**Debra** [5] - 1:19, 4:1, 81:3, 81:20, 84:25

**debris** [9] - 33:12, 33:13, 33:14, 33:16, 33:17, 33:18, 35:7, 47:21

**December** [5] - 9:4, 9:12, 9:13, 9:17, 15:12

**declaration** [1] - 53:9

**deed** [1] - 84:16

**defend** [1] - 12:16

**Defendant** [1] - 1:13

**defendant** [3] - 7:18, 23:20, 57:13

**defer** [4] - 8:18, 16:13, 47:24, 48:2

**define** [2] - 11:25, 49:24

**defines** [1] - 10:12

**definitely** [1] - 14:13

**definition** [1] - 12:9

**definitive** [1] - 49:15

**definitively** [3] - 66:7, 66:9, 78:20

**degree** [1] - 48:15

**Delhi** [59] - 4:16, 4:24, 7:18, 10:23, 12:13, 14:16, 16:4, 16:20, 16:21, 21:13, 23:3, 23:12, 24:6, 24:7, 25:5, 25:18, 29:20, 29:24, 30:9, 31:7, 31:18, 31:21, 33:9, 33:10, 34:17, 36:16, 37:5, 40:20, 41:19, 41:22, 44:16, 55:11, 58:15, 58:18, 59:21, 59:24, 60:10, 60:14, 60:22, 61:7, 61:11, 61:14, 62:1, 62:2, 62:6, 62:13, 63:4, 65:1, 65:2, 66:11, 66:15, 68:17, 68:25, 72:3, 75:11, 76:12,

79:20, 82:11, 84:21

**DELHI** [1] - 1:11

**Delhi's** [4] - 55:5, 58:21, 59:7, 62:7

**delved** [1] - 12:8

**demonstrate** [1] - 61:18

**DEPONENT** [3] - 1:17, 3:1, 84:1

**deponent** [4] - 4:5, 80:24, 81:5, 84:14

**deposed** [2] - 4:9, 71:19

**deposing** [2] - 46:3, 80:12

**DEPOSITION** [3] - 83:1, 84:22, 84:23

**Deposition** [1] - 3:15

**deposition** [18] - 4:1, 4:22, 5:2, 5:17, 5:24, 6:8, 6:21, 8:15, 9:21, 21:11, 24:18, 27:6, 71:3, 71:10, 80:22, 82:12, 82:16, 82:20

**describe** [17] - 7:3, 10:5, 11:1, 12:14, 21:13, 27:23, 28:9, 28:19, 29:9, 29:10, 30:11, 37:4, 47:18, 49:22, 67:25, 68:12, 78:12

**described** [6] - 23:2, 30:16, 40:6, 42:20, 55:8, 67:10

**Desert** [1] - 74:15

**designated** [1] - 5:20

**designation** [2] - 45:19, 46:20

**designee** [1] - 16:6

**detached** [1] - 34:11

**detail** [1] - 7:25

**determine** [2] - 47:13, 64:9

**determined** [2] - 45:20, 49:10

**diesel** [1] - 79:8

**different** [10] - 15:25, 19:20, 27:20, 40:1, 50:22, 51:1, 52:14, 59:18

**differently** [1] - 72:16

**difficult** [2] - 8:7, 50:16

**dimensions** [1] - 36:6

**direct** [1] - 13:5

**direction** [2] - 55:8, 55:10

**directives** [1] - 79:9

**directly** [1] - 79:11

**discernable** [1] -

19:19

**disclosure** [1] - 46:25

**discovery** [7] - 7:12, 9:25, 10:8, 12:12, 12:14, 14:16, 64:23

**discuss** [3] - 10:18, 46:9, 64:18

**discussed** [19] - 21:15, 41:15, 50:12, 57:12, 57:14, 57:18, 57:24, 58:2, 58:5, 58:12, 58:15, 58:18, 58:21, 59:6, 59:16, 59:21, 59:24, 69:13, 76:12

**discussing** [1] - 12:17

**discussion** [1] - 42:16

**discussions** [3] - 17:6, 21:15, 58:25

**disinterested** [1] - 81:12

**DISTRICT** [2] - 1:1, 1:1

**dive** [53] - 21:19, 21:20, 21:22, 21:24, 21:25, 22:1, 22:4, 22:5, 22:14, 28:2, 29:8, 29:9, 29:19, 29:24, 30:21, 30:23, 31:21, 32:5, 32:6, 32:11, 32:13, 32:18, 32:21, 33:8, 33:10, 33:11, 34:19, 36:19, 36:21, 38:4, 38:13, 38:17, 39:6, 39:10, 40:17, 41:16, 41:17, 55:17, 55:20, 66:22, 68:14, 70:14

**diver** [10] - 29:2, 29:21, 33:7, 34:13, 36:15, 36:18, 48:13, 50:12, 70:1, 78:8

**divers** [13] - 32:25, 37:11, 41:3, 74:13, 77:17, 78:4, 78:6, 78:8, 78:11, 79:2, 79:5, 79:17, 80:9

**dives** [9] - 29:3, 29:7, 32:8, 42:2, 48:20, 59:11, 66:23, 67:6, 67:7

**diving** [3] - 37:10, 51:7, 59:14

**Diving** [21] - 12:2, 13:10, 22:22, 28:15, 36:21, 37:25, 38:14, 40:25, 41:9, 45:12, 45:21, 65:20, 65:23, 66:2, 66:12, 66:16, 67:5, 76:22, 76:25, 78:5, 80:10

**Diving's** [2] - 22:11,

38:5

**Docket** [1] - 1:3
**document** [20] - 5:18, 8:9, 8:13, 8:25, 17:22, 17:24, 19:7, 19:12, 20:1, 20:22, 21:9, 26:2, 26:6, 26:22, 27:7, 27:21, 32:22, 43:13, 57:10
**document's** [1] - 9:8
**documentation** [1] - 34:21
**documenting** [1] - 33:2
**Documents** [5] - 3:16, 7:2, 7:12, 15:1, 15:5
**documents** [26] - 6:10, 6:15, 7:4, 7:14, 7:17, 7:18, 7:21, 10:11, 10:15, 15:3, 17:5, 19:4, 23:13, 23:17, 23:18, 23:20, 23:21, 24:19, 26:4, 45:7, 57:2, 61:17, 63:1, 64:24, 71:11, 71:13
**dollar** [1] - 45:16
**done** [8] - 46:22, 48:1, 53:24, 59:11, 68:20, 71:7, 72:25, 80:5
**door** [2] - 39:13, 39:15
**dove** [4] - 29:22, 31:22, 32:3
**down** [8] - 33:7, 34:14, 39:17, 41:23, 77:21, 77:22, 78:2, 79:3
**downtown** [1] - 21:6
**draw** [1] - 73:22
**drawn** [1] - 79:12
**duly** [3] - 4:8, 71:18, 77:5
**during** [1] - 36:23

**E**

**e-mails** [1] - 8:2
**early** [2] - 18:19, 26:6
**easier** [1] - 49:18
**education** [1] - 68:24
**effort** [4] - 21:17, 21:18, 63:14, 63:16
**efforts** [11] - 8:1, 16:3, 21:13, 23:2, 23:4, 63:8, 63:21, 63:24, 64:24, 72:2, 75:11
**either** [6] - 9:11, 10:14, 11:9, 42:10, 45:22, 46:7
**electronic** [2] - 25:23, 33:3

**electronically** [2] - 14:11, 14:13
**elements** [3] - 8:12, 11:10, 11:13
**elsewhere** [1] - 42:10
**employ** [1] - 29:12
**employed** [1] - 29:14
**employees** [1] - 13:4
**Enclosed** [1] - 82:12
**enclosed** [2] - 82:13, 82:19
**end** [2] - 64:12, 64:17
**endeavors** [1] - 44:23
**engines** [2] - 1:11, 79:8
**England** [1] - 60:6
**enquiring** [1] - 42:24
**entered** [2] - 44:2, 60:9
**entirely** [2] - 66:11, 66:15
**entirety** [1] - 18:23
**entity** [3] - 64:1, 64:3, 64:4
**equipment** [6] - 1:12, 27:22, 27:24, 28:2, 28:6, 68:19
**Errata** [1] - 84:6
**errors** [1] - 84:4
**Esq** [1] - 82:7
**ESQUIRE** [1] - 2:7
**estimate** [2] - 39:19, 51:12
**estimated** [3] - 39:17, 45:20, 46:21
**estimates** [1] - 27:4
**estimating** [2] - 47:5, 49:1
**etc** [1] - 1:12
**event** [1] - 81:13
**evidence** [7] - 41:21, 48:19, 61:13, 63:8, 69:18, 70:4, 79:19
**evidenced** [1] - 48:11
**exact** [1] - 34:22
**examination** [4] - 4:11, 5:21, 6:1, 71:21
**EXAMINATION** [6] - 3:4, 3:5, 3:9, 69:11, 70:9, 77:9
**examined** [3] - 17:25, 20:5, 77:7
**example** [3] - 7:17, 19:11, 60:6
**exchange** [1] - 65:16
**excuse** [3] - 34:19, 43:13, 60:15
**executed** [1] - 50:15
**exhausted** [4] - 62:21,

62:24, 63:7, 63:13
**exhibit** [2] - 15:5, 57:6
**Exhibit** [28] - 3:15, 3:16, 3:17, 3:18, 3:20, 3:22, 5:14, 5:15, 6:11, 6:24, 6:25, 7:1, 7:23, 8:22, 8:23, 8:24, 17:15, 17:16, 17:17, 20:2, 21:10, 23:19, 26:18, 26:19, 26:20, 43:15, 57:7
**EXHIBITS** [1] - 3:13
**existing** [1] - 65:8
**expected** [1] - 33:1
**expended** [2] - 26:23, 27:1
**expenditures** [1] - 44:10
**experience** [4] - 65:21, 68:15, 73:12, 73:23
**expert** [19] - 12:1, 12:3, 28:16, 33:25, 38:5, 41:2, 41:18, 45:19, 46:18, 46:20, 48:18, 58:20, 59:16, 65:20, 66:12, 66:15, 67:5, 68:14, 78:5
**expert's** [1] - 47:24
**expertise** [2] - 27:22, 28:9
**experts** [8] - 12:1, 12:2, 13:8, 22:5, 28:18, 38:13, 59:10, 68:13
**expires** [1] - 81:23
**exploration** [7] - 11:4, 11:7, 11:11, 11:14, 11:18, 47:7, 47:13
**exploratory** [1] - 21:21
**extent** [4] - 23:24, 24:13, 66:18, 73:11
**extracting** [1] - 70:2

**F**

**F/V** [4] - 22:15, 22:21, 37:25, 40:22
**face** [1] - 77:20
**fact** [4] - 11:10, 25:2, 49:23, 69:23
**factor** [1] - 42:17
**fair** [7] - 9:11, 9:18, 28:17, 50:2, 50:21, 50:25, 61:17
**fairly** [2] - 26:6, 27:9
**fairness** [2] - 7:24, 50:11
**familiar** [6] - 7:8, 8:25,

20:23, 28:24, 47:14
**family** [6] - 57:15, 57:17, 57:23, 58:8, 58:13, 58:19
**far** [2] - 24:7, 61:2
**fashion** [1] - 24:12
**fasteners** [4] - 33:22, 34:2, 34:9, 35:17
**February** [1] - 81:23
**feed** [2] - 38:24, 40:1
**fellow** [1] - 38:15
**few** [2] - 5:1, 71:9
**fewer** [4] - 40:7, 47:5, 48:25, 66:4
**figure** [3] - 47:7, 53:20, 62:9
**file** [5] - 10:19, 14:22, 19:14, 46:15, 46:24
**filed** [10] - 18:20, 18:23, 19:5, 19:7, 19:11, 19:12, 27:7, 27:8, 31:13, 46:20
**files** [3] - 25:22, 26:8, 33:4
**filing** [4] - 9:6, 19:2, 19:3, 19:10
**filtered** [1] - 48:16
**financial** [9] - 14:1, 14:24, 15:7, 23:13, 24:2, 24:8, 27:23, 28:19, 28:20
**fine** [1] - 73:13
**fines** [2] - 53:8
**firm** [1] - 79:25
**first** [10] - 11:17, 11:21, 15:25, 21:14, 37:6, 37:13, 43:10, 57:9, 62:12, 63:7
**First** [3] - 3:16, 3:22, 7:1
**five** [2] - 19:13, 35:4
**floor** [1] - 48:23
**focused** [1] - 50:18
**folklore** [5] - 11:10, 11:14, 11:17, 42:12, 63:10
**folks** [24] - 13:7, 13:9, 17:6, 17:8, 22:10, 22:22, 28:15, 38:1, 38:25, 40:25, 41:9, 41:22, 42:9, 42:24, 52:15, 54:19, 59:6, 59:13, 63:2, 65:1, 66:2, 67:6, 80:10
**follow** [2] - 69:5, 69:9
**follow-ups** [1] - 69:9
**FOLLOWING** [1] - 83:2
**following** [1] - 84:6
**follows** [3] - 4:10,

71:20, 77:8
**food** [1] - 58:25
**FORD** [59] - 2:7, 3:5, 7:6, 10:16, 16:7, 20:17, 22:16, 23:7, 23:22, 24:4, 24:12, 24:20, 25:11, 25:20, 25:25, 26:12, 26:16, 31:23, 35:6, 35:10, 35:13, 36:8, 36:25, 45:8, 45:24, 46:1, 46:3, 46:7, 46:11, 46:24, 56:22, 57:3, 58:7, 65:3, 65:7, 65:11, 66:17, 67:8, 69:7, 69:12, 70:8, 70:23, 71:1, 71:15, 72:7, 73:8, 73:16, 73:18, 73:21, 74:1, 75:15, 78:22, 79:14, 80:1, 80:3, 80:7, 80:11, 80:14, 80:19
**Ford** [1] - 82:7
**foregoing** [2] - 81:8, 84:3
**forgotten** [1] - 62:17
**form** [9] - 8:17, 9:16, 9:23, 31:4, 66:18, 68:18, 75:15, 78:22, 79:14
**formation** [6] - 7:17, 8:11, 9:8, 9:10, 74:8, 75:7
**Formation** [3] - 8:25, 9:4, 9:19
**formed** [5] - 9:5, 9:11, 9:24, 15:12, 73:3
**forward** [2] - 37:24, 61:1
**four** [2] - 19:13, 72:20
**free** [1] - 7:4
**Friday** [1] - 46:5
**friends** [1] - 58:4
**front** [1] - 21:9
**full** [1] - 75:1
**full-time** [1] - 75:1
**fully** [3] - 5:6, 50:15, 50:19
**fund** [1] - 44:22
**funding** [1] - 44:12
**funds** [1] - 12:16
**Fusco** [5] - 1:19, 4:1, 81:3, 81:20, 84:25

**G**

**G.F** [1] - 59:24
**garage** [1] - 35:2
**gas** [2] - 42:10, 58:25
**gauge** [2] - 48:22,

52:18
**gear** [3] - 77:18, 77:19, 78:2
**general** [6] - 5:1, 8:4, 21:1, 21:16, 60:1, 60:2
**General** [4] - 1:20, 2:3, 4:3, 4:14
**generality** [1] - 52:16
**generally** [6] - 32:23, 42:11, 55:6, 55:12, 55:14, 59:21
**generate** [1] - 22:6
**generated** [2] - 26:5, 26:8
**gentleman** [1] - 60:24
**gestures** [1] - 5:5
**given** [4] - 1:21, 48:4, 53:13, 54:2
**gonna** [1] - 80:9
**governing** [1] - 46:23
**GPS** [1] - 30:13
**grade** [1] - 48:18
**granite** [3] - 51:22, 52:9, 60:6
**Granite** [1] - 60:7
**gravel** [1] - 47:23
**great** [4] - 37:10, 69:4, 70:23, 70:25
**greater** [1] - 16:1
**Greg** [5] - 4:19, 69:8, 69:13, 70:24, 71:7, 71:8, 73:5, 74:19, 75:9, 75:13, 76:1, 76:16, 77:3, 77:11, 78:18, 82:6
**GREG** [6] - 1:17, 3:3, 4:7, 4:19, 77:4, 83:1
**ground** [1] - 68:24
**group** [2] - 36:21, 59:1
**growing** [3] - 21:5, 48:11, 74:10
**guess** [6] - 11:20, 25:23, 45:15, 47:9, 47:24, 71:2
**guy** [1] - 74:17
**guys** [8] - 40:22, 44:19, 44:23, 46:3, 46:12, 77:14, 80:9, 80:11

## H

**HABS/HAER** [3] - 16:23, 17:1, 17:2
**half** [2] - 36:13, 36:14



**hand** [8] - 6:23, 8:21, 17:15, 50:12, 50:13,

51:7, 51:11, 81:16
**hands** [2] - 34:13, 70:3
**happy** [1] - 23:22
**Harbor** [5] - 13:20, 42:15, 43:2, 43:11, 51:24
**hard** [4] - 39:19, 49:1, 49:9, 62:8
**head** [3] - 5:5, 41:14, 77:19
**headed** [1] - 43:20
**headline** [1] - 43:10
**hear** [2] - 5:7, 17:14
**heard** [3] - 11:20, 11:22, 75:9
**Heather** [11] - 14:21, 14:24, 15:6, 15:7, 23:14, 24:2, 32:12, 32:14, 32:22, 33:2, 45:3
**heave** [1] - 35:25
**heft** [2] - 36:4, 36:5
**held** [1] - 15:11
**help** [4] - 32:25, 39:7, 73:9, 73:13
**helped** [1] - 22:6
**helping** [2] - 32:22, 32:23
**hereby** [2] - 81:4, 84:13
**herein** [1] - 81:5
**hereunto** [1] - 81:16
**heritage** [1] - 51:22
**himself** [2] - 55:14, 73:10
**hire** [1] - 59:8
**hired** [4] - 29:13, 55:17, 65:17, 68:13
**his/her** [1] - 84:15
**historical** [9] - 16:22, 17:4, 18:1, 20:6, 20:7, 21:6, 54:11, 54:12, 76:16
**Historical** [1] - 74:15
**history** [4] - 11:10, 21:3, 52:1, 52:12
**hold** [3] - 15:9, 72:7, 73:8
**hole** [1] - 35:18
**homeowner** [1] - 52:8
**hooking** [1] - 30:13
**hope** [2] - 54:8, 54:9
**hot** [1] - 71:1
**hourly** [1] - 45:20
**House** [3] - 1:20, 2:3, 4:3
**hundred** [1] - 23:1
**hunter** [1] - 12:10
**hunters** [4] - 11:19,

11:23, 12:4, 75:1

## I

**idea** [1] - 52:4
**identified** [15] - 10:10, 10:14, 12:13, 13:9, 28:15, 60:13, 60:15, 60:21, 61:3, 61:5, 62:3, 62:10, 76:17, 78:5, 81:5
**identifies** [3] - 43:17, 43:22, 43:25
**identify** [2] - 57:11, 63:22
**II** [2] - 53:7, 53:15
**image** [4] - 18:8, 19:12, 19:23, 67:14
**imagery** [1] - 40:18
**images** [23] - 17:25, 18:2, 18:4, 18:5, 18:6, 18:8, 18:10, 18:11, 18:20, 18:22, 19:9, 19:14, 20:5, 21:3, 23:15, 23:24, 25:7, 25:21, 39:2, 40:1, 67:13, 76:15
**imbedded** [3] - 66:11, 66:15, 67:4
**immediate** [4] - 57:15, 57:17, 57:23, 58:8
**impression** [1] - 67:15
**IN** [1] - 81:16
**inches** [3] - 36:13, 36:14
**include** [3] - 24:12, 28:3, 64:14
**INCLUDE** [1] - 83:2
**included** [2] - 19:8, 43:15
**includes** [2] - 8:24, 9:1
**including** [6] - 2:5, 19:5, 28:17, 66:6, 66:24, 68:13
**inconclusive** [4] - 21:18, 21:20, 23:4, 29:9
**independent** [2] - 29:17, 29:18
**INDEX** [1] - 3:1
**indication** [1] - 21:19
**individual** [7] - 39:22, 48:4, 54:3, 75:4, 76:11, 76:19, 77:11
**individual's** [1] - 54:16
**individually** [1] - 77:23
**individuals** [1] - 63:11

**influence** [1] - 49:9
**inform** [1] - 39:8
**information** [18] - 10:3, 10:13, 10:18, 13:8, 20:18, 34:6, 40:13, 40:14, 63:1, 66:24, 67:3, 67:7, 67:10, 67:13, 75:14, 75:20, 76:3, 80:16
**informational** [1] - 10:1
**informed** [2] - 39:9, 42:24
**infusions** [1] - 44:22
**initial** [2] - 19:2, 19:3
**injection** [1] - 44:9
**inspect** [1] - 6:18
**inspection** [1] - 33:22
**instruct** [3] - 10:17, 32:25, 75:16
**instructions** [1] - 5:1
**insurance** [7] - 31:6, 31:17, 60:25, 61:10, 61:25, 63:19, 65:9
**Insurance** [12] - 31:14, 61:2, 61:6, 61:7, 61:10, 61:13, 61:18, 61:22, 62:6, 63:3, 64:4, 64:5
**insured** [1] - 60:24
**Intact** [11] - 61:2, 61:6, 61:7, 61:10, 61:13, 61:18, 61:21, 62:5, 63:3, 64:4, 64:5
**interest** [20] - 16:3, 31:7, 52:18, 53:1, 54:11, 61:4, 61:7, 61:19, 62:11, 62:20, 62:21, 62:23, 63:4, 64:2, 72:2, 74:9, 75:6, 75:10
**interested** [9] - 23:12, 42:12, 43:6, 49:20, 52:1, 52:4, 52:21, 52:23, 54:14
**interject** [1] - 10:16
**interpretations** [1] - 40:16
**interrogatories** [2] - 46:13, 57:9
**Interrogatories** [1] - 3:22
**interrogatory** [1] - 46:13
**introduce** [1] - 4:17
**introduced** [6] - 5:15, 6:25, 8:23, 17:16, 26:19, 57:7
**investigate** [2] - 11:9, 28:12
**investigation** [2] -

64:9, 64:12
**investigations** [2] - 64:1, 64:25
**investigatory** [1] - 21:14
**involved** [1] - 74:8
**iron** [2] - 33:22, 34:5
**Island** [1] - 74:15
**island** [1] - 74:20
**Issuance** [1] - 17:18
**issued** [1] - 59:3
**item** [1] - 20:4
**items** [3] - 7:16, 7:22, 48:13
**itself** [1] - 40:17

## J

**JJM** [192] - 1:8, 1:17, 2:10, 3:2, 3:7, 3:17, 3:21, 4:7, 4:15, 4:20, 4:22, 4:23, 5:17, 5:20, 7:2, 7:3, 7:13, 7:15, 7:17, 7:21, 8:17, 9:1, 9:5, 9:23, 9:24, 10:6, 11:4, 11:19, 12:3, 12:11, 12:20, 12:25, 13:4, 13:12, 14:1, 14:23, 14:24, 15:6, 15:7, 15:9, 15:11, 15:15, 15:18, 15:21, 16:12, 16:14, 16:19, 22:22, 23:11, 23:15, 24:8, 25:8, 25:17, 26:21, 26:22, 27:1, 27:12, 27:22, 28:15, 28:24, 29:7, 29:12, 29:19, 29:24, 30:8, 30:25, 31:6, 31:11, 31:13, 31:17, 31:21, 32:2, 33:8, 34:21, 34:25, 36:15, 37:4, 37:24, 38:5, 39:16, 40:24, 41:7, 41:19, 42:2, 42:5, 42:6, 42:24, 44:1, 44:5, 44:13, 45:11, 46:20, 47:6, 47:14, 47:22, 48:5, 48:24, 49:3, 49:4, 49:16, 49:19, 50:5, 50:9, 50:21, 50:25, 51:4, 51:13, 51:16, 51:19, 52:4, 52:17, 52:21, 53:3, 53:13, 54:2, 54:5, 55:10, 55:16, 57:8, 57:11, 57:12, 57:14, 57:18, 57:24, 58:12, 58:15, 58:18, 58:20, 59:6,

59:21, 59:24, 60:5, 60:9, 60:13, 60:21, 61:6, 61:10, 61:13, 61:17, 62:1, 62:5, 62:6, 62:13, 62:22, 63:1, 63:3, 63:21, 64:11, 64:17, 65:17, 65:19, 65:24, 65:25, 66:3, 66:5, 66:7, 66:16, 67:6, 67:12, 67:14, 67:22, 68:7, 68:8, 68:15, 70:17, 71:17, 72:4, 72:18, 72:23, 73:3, 73:4, 73:11, 73:13, 74:6, 74:9, 75:7, 75:10, 75:11, 75:13, 75:25, 76:4, 76:11, 77:4, 78:20, 79:19, 82:6, 82:11, 83:1, 84:21, 84:22

**JJM's** [27] - 3:22, 7:14, 10:5, 11:1, 14:14, 16:3, 17:17, 21:13, 24:6, 38:16, 43:14, 44:22, 53:7, 58:19, 59:16, 61:21, 63:16, 64:25, 66:10, 66:14, 67:4, 71:10, 72:2, 75:10, 75:21, 76:1
**job** [2] - 43:5, 74:20
**jobs** [1] - 75:1
**Joe** [15] - 30:6, 30:7, 30:8, 30:11, 30:13, 30:15, 30:16, 30:19, 30:21, 30:23, 30:25, 55:25, 56:14, 56:17, 57:16
**Johnston** [4] - 4:19, 59:25, 82:6, 84:22
**JOHNSTON** [11] - 1:17, 3:3, 4:7, 4:20, 24:25, 36:11, 36:23, 69:4, 70:25, 77:4, 83:1
**Jones** [3] - 14:21, 23:14, 24:3, 32:12, 32:14
**judging** [1] - 48:19
**jump** [2] - 12:9, 37:24
**justify** [1] - 53:16
**Justin** [21] - 28:24, 29:1, 29:2, 29:7, 29:12, 29:19, 29:24, 31:22, 32:2, 32:8, 32:11, 32:13, 32:20, 55:5, 55:7, 55:11, 55:16, 55:19, 56:8, 57:16, 70:12

## K

**keep** [18] - 14:1, 15:15, 15:18, 24:18, 50:18, 51:21, 55:23, 56:1, 56:9, 56:11, 56:15, 56:18, 57:1, 58:6, 71:6, 71:10, 71:14
**keeping** [5] - 24:9, 56:20, 65:6, 65:7, 71:3
**keeps** [5] - 14:7, 15:7, 23:14, 24:3, 45:3
**kept** [1] - 14:24
**keyed** [1] - 19:24
**kind** [6] - 10:3, 15:22, 25:24, 52:14, 53:19, 74:23
**kinds** [1] - 14:3
**knot** [1] - 35:19
**knowledge** [19] - 11:9, 16:1, 17:7, 41:12, 42:5, 42:18, 43:3, 59:11, 59:12, 60:1, 60:3, 60:8, 61:12, 61:15, 61:16, 61:21, 74:18, 75:3, 80:5
**knowledgeable** [1] - 21:16
**known** [6] - 15:24, 52:2, 73:3, 73:5, 73:6, 74:10

## L

**Labor** [1] - 46:6
**land** [1] - 42:13
**landscaping** [2] - 55:1, 55:2
**language** [1] - 75:25
**large** [3] - 21:8, 26:7, 40:7
**last** [4] - 21:25, 22:7, 22:8, 77:3
**Lauren** [10] - 4:13, 7:6, 20:17, 22:16, 23:7, 25:14, 26:9, 31:23, 73:21, 84:24
**LAUREN** [1] - 2:2
**law** [1] - 52:24
**lawfully** [1] - 64:9
**laws** [1] - 52:25
**lawsuit** [3] - 19:3, 19:10, 49:3
**lawyer** [1] - 79:25
**lead** [1] - 64:2
**leads** [1] - 34:2
**learn** [3] - 33:8, 38:18,

38:20
**learned** [4] - 33:10, 33:11, 38:21, 63:11
**led** [1] - 75:6
**ledge** [1] - 48:3
**left** [1] - 41:23
**legal** [3] - 9:15, 62:23, 66:19
**legally** [2] - 62:9, 79:9
**less** [3] - 39:22, 39:23, 39:24
**liabilities** [2] - 14:7, 24:9
**liability** [1] - 31:17
**Library** [1] - 17:4
**limit** [1] - 58:24
**limitations** [1] - 40:5
**limited** [6] - 24:7, 28:14, 40:17, 57:15, 57:24, 63:14
**Line** [1] - 83:7
**line** [3] - 49:2, 69:15, 72:1
**list** [3] - 7:24, 65:5, 65:7
**listed** [8] - 5:21, 6:17, 7:22, 13:7, 13:23, 16:25, 22:11, 42:3
**litigation** [8] - 42:7, 50:18, 57:13, 57:15, 57:18, 57:25, 58:4, 58:12
**lived** [1] - 73:23
**living** [1] - 21:5
**LLC** [16] - 1:8, 1:17, 2:10, 3:2, 3:7, 3:21, 4:7, 4:23, 5:17, 7:2, 71:17, 77:4, 82:6, 82:11, 83:1, 84:22
**LLC's** [1] - 57:8
**local** [2] - 42:18, 51:22
**locate** [6] - 16:4, 21:13, 23:3, 26:23, 72:3, 75:11
**location** [18] - 13:12, 19:8, 33:1, 34:22, 47:6, 47:12, 47:15, 48:8, 55:5, 55:11, 55:23, 56:1, 56:9, 56:11, 56:15, 56:18, 57:1, 58:15
**logically** [1] - 9:24
**logistically** [1] - 49:18
**logistics** [1] - 49:8
**look** [11] - 7:21, 8:25, 14:23, 15:6, 18:4, 18:15, 19:18, 26:1, 26:14, 35:9, 74:19
**looked** [4] - 31:8, 62:15, 63:9, 74:22

**looking** [11] - 7:24, 15:3, 16:14, 23:12, 24:10, 24:19, 34:4, 39:13, 45:19, 68:21, 68:24
**looks** [2] - 26:18, 67:12
**Lowe's** [1] - 52:13
**lying** [2] - 33:11, 34:10

## M

**M-U-S-E-T-T-I** [1] - 71:25
**machine** [1] - 81:9
**mail** [3] - 13:17, 13:19, 13:20
**mails** [1] - 8:2
**MAINE** [1] - 1:1
**Maine** [16] - 1:20, 1:21, 2:5, 2:5, 4:2, 4:3, 4:14, 7:11, 7:13, 38:6, 42:6, 54:11, 76:6, 81:4, 84:13
**Maine's** [4] - 5:16, 7:1, 7:4, 57:9
**managing** [6] - 4:20, 6:4, 10:7, 12:12, 12:14, 12:15
**mantel** [1] - 55:3
**March** [5] - 27:8, 27:10, 27:12, 27:14, 27:15
**marine** [3] - 31:17, 33:14, 47:20
**Maritime** [1] - 54:12
**maritime** [14] - 21:6, 40:24, 41:3, 41:7, 51:23, 65:17, 65:18, 65:20, 65:24, 67:22, 68:2, 68:3, 68:6, 68:16
**mark** [6] - 5:13, 6:23, 8:21, 17:15, 57:6, 82:19
**Mark** [2] - 22:6, 38:14
**marked** [5] - 6:11, 15:5, 20:1, 21:10, 43:15
**married** [1] - 44:19
**masks** [1] - 77:20
**materials** [3] - 34:17, 56:21, 65:9
**matter** [3] - 4:22, 5:21, 45:12
**matters** [1] - 6:1
**ME** [4] - 2:4, 2:8, 82:3, 82:9
**mean** [9] - 6:3, 8:9, 11:7, 12:5, 34:12,

45:15, 52:7, 54:16, 62:19
**meaning** [2] - 6:5, 50:12
**meaningless** [2] - 23:24, 25:10
**means** [3] - 12:14, 70:2, 81:9
**meant** [2] - 8:10, 53:5
**measure** [2] - 36:7, 36:9
**mechanical** [1] - 70:2
**meet** [1] - 6:20
**meeting** [2] - 6:7, 15:15
**meetings** [4] - 15:9, 15:11, 15:16, 15:19
**member** [3] - 73:12, 74:6, 76:12
**members** [11] - 12:25, 13:2, 28:14, 43:18, 43:23, 44:1, 44:4, 44:13, 57:16, 57:17, 57:23, 58:13, 58:20, 59:17, 68:9
**memoire** [5] - 20:9, 41:25, 60:23, 61:1, 61:23
**memories** [1] - 17:6
**memory** [3] - 7:5, 7:19, 8:6
**mentioned** [6] - 15:22, 42:1, 57:12, 60:23, 69:13, 82:13
**metrics** [1] - 53:21
**MICHAEL** [4] - 1:17, 3:8, 71:17, 83:2
**Michael** [6] - 13:3, 32:12, 32:14, 32:19, 71:25, 82:6
**might** [13] - 7:6, 11:17, 11:18, 12:5, 38:3, 48:6, 48:15, 52:4, 59:8, 64:2, 69:8
**Mike** [12] - 6:6, 6:7, 6:22, 14:21, 16:5, 22:23, 44:17, 71:5, 71:9, 75:4, 77:2
**miles** [3] - 42:14, 43:2, 43:11
**mill** [1] - 26:3
**mind** [2] - 13:14, 25:14
**mine** [1] - 16:1
**minus** [2] - 27:10, 27:13
**minute** [2] - 7:5, 43:16
**minutes** [1] - 15:15
**missed** [1] - 45:22
**mission** [2] - 77:24,

79:1
**moment** [2] - 56:5, 65:12
**moment's** [1] - 11:25
**Monday** [1] - 24:21
**monetary** [1] - 53:12
**money** [12] - 14:9, 24:10, 26:23, 27:2, 44:15, 45:11, 53:15, 53:16
**months** [1] - 74:25
**morning** [3] - 4:13, 6:22, 8:12
**MORRISETTE** [1] - 82:1
**Morrisette** [1] - 82:23
**most** [1] - 47:6
**mostly** [1] - 51:6
**motion** [1] - 19:7
**Motion** [3] - 3:20, 17:18, 26:20
**motions** [3] - 17:19, 19:5, 20:2
**Motions** [1] - 3:18
**Mount** [1] - 74:15
**moving** [2] - 53:25, 79:8
**MR** [83] - 3:5, 7:6, 10:16, 16:7, 20:17, 22:16, 23:7, 23:22, 24:4, 24:12, 24:20, 24:25, 25:11, 25:14, 25:20, 25:22, 25:25, 26:9, 26:12, 26:16, 31:23, 35:6, 35:10, 35:13, 36:8, 36:11, 36:23, 36:25, 45:8, 45:24, 46:1, 46:3, 46:7, 46:11, 46:24, 56:20, 56:22, 56:23, 57:3, 57:4, 58:7, 65:3, 65:5, 65:7, 65:8, 65:11, 66:17, 67:8, 69:4, 69:7, 69:12, 70:8, 70:23, 70:25, 71:1, 71:2, 71:15, 72:7, 72:12, 73:8, 73:16, 73:17, 73:18, 73:20, 73:21, 73:25, 74:1, 74:4, 75:15, 78:22, 79:14, 79:23, 79:25, 80:1, 80:2, 80:3, 80:4, 80:7, 80:10, 80:11, 80:14, 80:17, 80:19
**MS** [72] - 3:4, 3:9, 4:12, 7:9, 7:10, 10:22, 10:25, 16:2, 16:9, 16:11, 20:20, 20:21, 22:18, 22:20, 23:9, 23:11, 24:1,

24:5, 24:16, 24:22, 25:6, 25:12, 26:15, 26:17, 31:25, 32:1, 35:9, 35:12, 35:14, 36:10, 37:3, 45:6, 45:9, 45:10, 45:18, 45:25, 46:2, 46:5, 46:10, 46:16, 47:1, 47:3, 56:4, 56:7, 56:25, 57:5, 58:9, 60:18, 60:20, 64:22, 65:4, 65:14, 67:2, 67:11, 69:2, 69:5, 69:10, 70:10, 70:22, 71:5, 71:22, 72:15, 73:15, 74:5, 75:19, 77:2, 77:10, 79:4, 79:24, 80:13, 80:18, 80:20
**mud** [10] - 48:3, 48:7, 48:14, 48:23, 48:25, 49:2, 66:8, 69:15, 70:2
**muddy** [1] - 47:23
**multiple** [1] - 52:15
**MUSETTI** [9] - 1:17, 3:8, 71:17, 72:12, 73:17, 73:20, 73:25, 74:4, 83:2
**Musetti** [12] - 6:4, 13:3, 20:17, 32:12, 32:14, 32:19, 38:12, 69:6, 71:25, 75:4, 82:6, 84:22
**Musetti's** [1] - 14:21
**Museum** [1] - 2:5
**museum** [4] - 21:6, 51:23, 52:11

## N

**name** [15] - 4:13, 4:17, 4:18, 4:19, 10:11, 10:13, 10:24, 11:24, 20:11, 20:12, 20:15, 42:8, 42:11, 59:3, 71:23
**named** [3] - 61:2, 80:22, 84:14
**names** [3] - 22:7, 22:8
**narrative** [1] - 49:22
**natural** [1] - 57:11
**necessary** [2] - 15:10, 70:7
**need** [12] - 5:8, 10:18, 28:5, 29:21, 44:24, 47:13, 53:19, 53:22, 70:1, 70:4, 71:13, 72:9
**needs** [1] - 79:9

**nets** [1] - 50:13
**never** [3] - 10:12, 11:20, 11:22
**New** [2] - 60:6, 76:7
**newspaper** [1] - 16:23
**next** [5] - 16:2, 46:4, 46:5, 57:6, 75:2
**No.:1:24-cv-00072-LEW** [1] - 1:3
**nobody** [1] - 62:16
**nomenclature** [1] - 11:25
**none** [3] - 62:3, 66:8, 79:5
**Northeast** [1] - 51:24
**NOTARY** [1] - 84:11
**Notary** [9] - 1:19, 4:2, 4:5, 4:9, 71:19, 77:6, 81:3, 82:17, 84:12
**noted** [1] - 84:4
**nothing** [5] - 33:10, 45:7, 60:3, 63:6, 81:6
**notice** [12] - 1:21, 5:16, 6:11, 7:25, 11:25, 37:15, 37:19, 77:19, 77:22, 78:15, 79:1, 79:16
**Notice** [3] - 3:15, 6:18
**noticed** [9] - 37:6, 37:11, 37:18, 76:20, 78:13, 78:21, 78:25, 79:6, 79:13
**notices** [4] - 37:7, 37:12, 37:13, 37:17
**noticing** [1] - 77:14
**NOTICING** [1] - 84:24
**November** [7] - 21:23, 29:3, 31:20, 31:22, 32:3, 32:5, 32:8
**number** [27] - 15:5, 17:24, 18:3, 19:4, 20:4, 20:8, 20:22, 20:25, 26:7, 26:22, 27:1, 27:22, 27:25, 28:7, 28:10, 28:20, 36:19, 39:8, 39:9, 39:17, 40:8, 40:11, 43:22, 48:17, 57:20, 68:14, 70:14
**Number** [4] - 20:23, 23:19, 26:18, 43:15
**numbered** [1] - 7:16
**numbering** [1] - 22:1
**numbers** [2] - 53:22, 53:24

## O

**oath** [1] - 4:5

**object** [3] - 75:15, 78:22, 79:14
**objection** [3] - 36:8, 66:18, 67:8
**objections** [1] - 26:13
**objects** [2] - 6:17, 6:18
**obtain** [1] - 31:6
**obtained** [2] - 31:17, 67:7
**obviously** [3] - 33:23, 33:24, 34:3
**ocean** [1] - 47:21
**odd** [1] - 11:24
**OF** [4] - 1:1, 83:1, 84:22, 84:23
**OFF** [7] - 16:10, 23:10, 37:2, 56:6, 60:19, 65:13, 71:16
**off-the-cuff** [1] - 58:25
**Office** [1] - 2:3
**office** [3] - 13:21, 13:22, 21:8
**offices** [2] - 1:20, 4:2
**often** [1] - 59:2
**old** [2] - 16:23, 34:5
**Old** [1] - 60:6
**once** [1] - 59:3
**one** [53] - 5:9, 8:11, 13:1, 16:13, 17:9, 19:12, 19:14, 19:17, 19:19, 19:21, 19:23, 19:24, 20:19, 21:17, 21:19, 22:1, 22:21, 23:3, 25:2, 29:8, 29:22, 30:17, 30:21, 32:11, 32:18, 33:8, 33:10, 34:19, 35:17, 36:19, 37:14, 38:14, 38:23, 41:16, 42:22, 50:24, 66:6, 66:13, 69:7, 70:12, 77:3, 77:20, 77:23, 78:3, 78:4, 78:6, 78:8, 78:17, 79:3, 79:5, 79:18
**One** [2] - 2:8, 82:8
**ones** [4] - 25:1, 25:3, 25:4, 48:10
**online** [4] - 16:22, 16:24, 21:3
**open** [3] - 24:18, 69:8, 69:18, 71:3, 71:6, 71:10, 71:14
**operated** [1] - 11:12
**Operating** [10] - 9:1, 9:20, 13:24, 43:14, 43:17, 43:21, 43:24, 44:2
**operating** [1] - 9:13
**operation** [3] - 27:24,

28:21, 54:6
**operations** [3] - 50:10, 50:22, 51:1
**operative** [1] - 9:7
**opinions** [1] - 67:9
**oral** [2] - 5:17, 60:10
**orally** [3] - 5:3, 56:11, 56:17
**organisms** [1] - 69:18
**organization** [1] - 10:1
**organize** [1] - 32:21
**original** [3] - 82:14, 82:17, 82:22
**ORIGINAL** [1] - 83:1
**otherwise** [2] - 56:17, 57:12
**ourselves** [1] - 11:22
**outcome** [1] - 81:13
**outline** [2] - 47:10, 67:15
**outside** [2] - 58:19, 59:15
**own** [7] - 40:15, 54:20, 62:1, 73:12, 73:22, 74:3, 84:15
**owner** [2] - 53:10, 61:22
**owners** [5] - 60:13, 60:21, 63:14, 63:22, 65:1
**ownership** [3] - 53:9, 61:19, 63:4

## P

**p.m** [1] - 80:23
**page** [16] - 9:3, 12:3, 17:21, 17:24, 20:4, 20:22, 26:21, 27:21, 43:17, 43:21, 43:25, 57:10, 57:19, 82:14, 82:17, 82:22
**PAGE** [1] - 3:4
**Page** [2] - 3:14, 83:7
**pages** [5] - 5:17, 5:21, 7:16, 7:22, 84:4
**paid** [1] - 45:12
**paper** [4] - 14:12, 14:13, 25:23, 58:24
**papers** [1] - 60:3
**PARKER** [73] - 2:2, 3:4, 3:9, 4:12, 7:9, 7:10, 10:22, 10:25, 16:2, 16:9, 16:11, 20:20, 20:21, 22:18, 22:20, 23:9, 23:11, 24:1, 24:16, 24:22, 25:6, 25:12, 26:15, 26:17, 31:25, 32:1, 35:9, 35:12,

35:14, 36:10, 37:3, 45:6, 45:9, 45:10, 45:18, 45:25, 46:2, 46:5, 46:10, 46:16, 47:1, 47:3, 56:4, 56:7, 56:25, 57:5, 58:9, 60:18, 60:20, 64:22, 65:4, 65:14, 67:2, 67:11, 69:2, 69:5, 69:10, 70:10, 70:22, 71:5, 71:22, 72:15, 73:15, 74:5, 75:19, 77:2, 77:10, 79:4, 79:24, 80:13, 80:18, 80:20
**Parker** [2] - 4:13, 84:24
**part** [16] - 6:7, 7:12, 10:13, 18:24, 28:4, 32:8, 37:19, 52:22, 53:1, 64:6, 64:7, 64:8, 65:10, 68:7, 68:20, 75:6
**particular** [9] - 7:16, 8:18, 14:15, 18:18, 49:11, 58:3, 67:22, 68:9, 68:17
**particularly** [1] - 59:3
**parties** [3] - 21:16, 62:11, 62:23
**partner** [8] - 4:20, 6:4, 12:24, 14:21, 15:23, 16:13, 17:9, 28:23
**partner's** [1] - 35:2
**parts** [2] - 33:12, 52:1
**PARTY** [1] - 84:24
**pause** [1] - 43:19
**pausing** [1] - 13:14
**paver** [15] - 34:22, 34:25, 35:3, 35:7, 36:6, 48:4, 48:10, 52:13, 52:14, 54:3, 54:17, 54:21, 55:3, 70:2, 70:12
**pavers** [46] - 33:12, 34:6, 39:22, 39:25, 40:2, 40:5, 40:7, 40:8, 47:4, 47:5, 47:7, 47:11, 47:13, 48:5, 48:25, 49:4, 49:17, 49:20, 50:6, 50:23, 51:2, 51:11, 51:13, 51:19, 51:20, 52:3, 52:5, 52:19, 52:21, 53:2, 53:11, 54:3, 54:10, 54:15, 54:25, 55:1, 59:4, 66:3, 66:4, 66:5, 69:14, 69:17, 70:18
**pay** [2] - 29:24, 30:25
**paying** [1] - 45:7

**payment** [1] - 31:4
**payout** [1] - 61:14
**pending** [1] - 72:8
**people** [18] - 28:16, 42:12, 42:23, 51:24, 51:25, 52:11, 54:22, 58:23, 59:2, 59:4, 59:8, 59:13, 59:15, 59:19, 62:15, 62:20, 63:9, 74:13
**percent** [4] - 12:21, 23:1, 27:10, 27:13
**perhaps** [1] - 51:4
**periods** [1] - 23:6
**permission** [1] - 50:20
**person** [5] - 32:16, 41:13, 55:16, 81:12
**person's** [1] - 32:17
**personal** [3] - 28:22, 72:23, 75:3
**personally** [2] - 73:6, 84:14
**persons** [1] - 57:11
**phone** [4] - 8:3, 18:15, 18:16, 60:2
**photographs** [2] - 21:8, 70:15
**physical** [2] - 13:12, 13:16
**physically** [3] - 36:15, 78:1, 78:17
**pick** [1] - 35:23
**picked** [1] - 34:14
**picking** [1] - 19:13
**pictorials** [1] - 21:3
**piece** [12] - 33:19, 33:20, 34:8, 34:23, 35:1, 35:15, 40:21, 46:23, 52:11, 54:19, 54:22, 55:2
**pieces** [1] - 25:22
**piles** [1] - 40:7
**place** [1] - 38:7
**Plaintiff** [1] - 1:9
**Plaintiff's** [2] - 3:20, 26:20
**plan** [5] - 32:21, 49:4, 49:12, 63:21, 64:11
**plans** [1] - 75:11
**plate** [1] - 40:21
**plates** [1] - 38:21
**plug** [1] - 16:4
**plus** [3] - 27:10, 27:13, 45:20
**PO** [1] - 13:23
**point** [11] - 5:8, 11:8, 26:8, 27:3, 44:9, 49:25, 50:23, 51:2, 51:17, 53:17, 53:24
**policy** [5] - 31:6, 31:9,

31:10, 31:11, 61:11
**pollen** [1] - 47:21
**Portland** [2] - 2:8, 82:9
**posed** [1] - 46:17
**possession** [4] - 7:14, 61:18, 63:2, 63:6
**possible** [10] - 38:19, 43:9, 52:5, 54:12, 60:13, 60:21, 61:19, 61:22, 62:22, 63:22
**post** [2] - 13:20, 21:8
**potential** [3] - 19:22, 19:23
**potentially** [1] - 63:9
**pounds** [2] - 35:5, 36:1
**preparation** [4] - 6:2, 9:20, 21:11, 68:20
**prepare** [5] - 5:23, 6:21, 8:14
**prepared** [1] - 46:9
**preparing** [1] - 6:8
**present** [7] - 31:21, 32:2, 32:10, 32:17, 35:8, 38:1, 70:6
**prevails** [1] - 49:3
**previously** [2] - 8:5, 77:5
**privilege** [1] - 24:14
**problem** [1] - 12:23
**problem-solving** [1] - 12:23
**procedurally** [1] - 7:8
**process** [11] - 17:20, 19:6, 20:3, 49:5, 49:10, 49:14, 49:23, 50:5, 64:18, 73:9, 73:14
**Process** [1] - 3:19
**processes** [1] - 50:9
**produce** [5] - 23:25, 33:3, 45:8, 45:23, 57:3
**produced** [4] - 23:15, 38:6, 66:12, 66:16
**producing** [2] - 5:2, 8:1
**production** [4] - 7:4, 23:18, 25:16, 26:2
**Production** [3] - 3:16, 7:2, 7:12, 14:25, 15:4
**professional** [2] - 28:2, 30:7
**profit** [1] - 54:5
**provide** [3] - 25:4, 67:14, 75:14
**provided** [3] - 22:12, 61:10, 61:13

**provides** [2] - 52:24, 67:15
**providing** [1] - 80:6
**proximity** [1] - 42:16
**public** [9] - 43:3, 52:6, 52:7, 52:18, 54:13, 54:14, 58:23, 59:17
**Public** [9] - 1:19, 4:2, 4:6, 4:9, 71:19, 77:6, 81:3, 81:21, 82:17
**PUBLIC/ATTORNEY** [1] - 84:11
**Public/Attorney** [1] - 84:12
**publication** [1] - 20:15
**published** [1] - 20:10
**purchase** [1] - 54:18
**purchasing** [2] - 52:18, 54:15
**purports** [1] - 61:11
**purpose** [1] - 25:18
**pursuant** [1] - 1:21
**put** [6] - 16:4, 27:4, 29:5, 37:8, 37:14, 53:6
**putting** [1] - 54:10

**Q**

**qualifies** [1] - 63:12
**quantify** [1] - 26:24
**quantity** [1] - 49:14
**Quarry** [4] - 21:1, 21:4, 74:11, 74:16
**questions** [18] - 5:5, 5:11, 16:3, 49:5, 69:6, 70:8, 71:6, 71:9, 71:13, 72:2, 72:24, 73:12, 73:22, 74:2, 75:10, 75:12, 80:18, 80:19
**quick** [2] - 23:7, 37:1
**quite** [2] - 11:24, 48:23

**R**

**raising** [2] - 12:16
**rate** [1] - 45:20
**RE** [3] - 70:9, 77:9, 82:11
**re** [11] - 37:11, 37:18, 76:20, 77:7, 77:14, 78:13, 78:18, 78:21, 78:25, 79:6, 79:13
**re-attached** [1] - 78:18
**RE-EXAMINATION** [1] - 70:9, 77:9
**re-examined** [1] - 77:7

**re-noticed** [8] - 37:11, 37:18, 76:20, 78:13, 78:21, 78:25, 79:6, 79:13
**re-noticing** [1] - 77:14
**reach** [2] - 40:10, 42:13
**reached** [1] - 40:8
**reaching** [2] - 63:18, 63:19
**read** [8] - 6:1, 6:6, 16:24, 58:3, 58:7, 82:16, 84:3
**reading** [4] - 41:25, 58:6, 60:23, 80:24
**reality** [1] - 50:19
**really** [5] - 19:17, 39:14, 50:1, 53:1, 53:21
**reask** [1] - 72:16
**reason** [1] - 5:10
**reasonably** [1] - 7:15
**reasons** [2] - 24:14, 84:6
**receive** [3] - 13:17, 13:19, 13:20
**received** [2] - 7:20, 71:11
**recently** [2] - 8:14, 73:3
**reclaimed** [2] - 52:8, 60:6
**recognize** [1] - 78:14
**recognized** [1] - 19:21
**recollection** [2] - 65:18, 74:3
**RECORD** [7] - 16:10, 23:10, 37:2, 56:6, 60:19, 65:13, 71:16
**record** [14] - 4:15, 8:4, 16:8, 26:9, 35:6, 35:11, 36:25, 56:4, 60:18, 65:11, 69:24, 71:24, 72:6, 81:8
**recorded** [1] - 9:9
**recordkeeping** [1] - 14:18
**records** [21] - 14:1, 14:11, 14:23, 14:24, 15:6, 15:7, 15:19, 16:22, 18:1, 20:6, 20:7, 21:15, 23:13, 24:2, 24:6, 24:8, 30:4, 39:11, 45:1, 45:3, 76:16
**recovered** [1] - 70:5
**recovery** [1] - 11:2
**rectified** [1] - 64:16
**redacted** [1] - 10:19
**redirect** [1] - 43:20

**reference** [1] - 18:7
**referenced** [5] - 24:2, 27:25, 28:20, 61:23, 66:25
**referencing** [4] - 18:3, 28:6, 28:10, 35:7
**referred** [2] - 29:8, 33:13
**referring** [7] - 13:9, 19:1, 20:7, 20:9, 20:25, 21:7, 64:4
**refresh** [2] - 7:5, 7:19
**refreshing** [1] - 8:11
**registered** [2] - 13:18, 13:21
**registry** [2] - 9:7, 9:9
**regular** [1] - 42:9
**reiterate** [1] - 59:5
**relate** [1] - 7:15
**related** [14] - 7:17, 7:18, 14:14, 16:3, 23:20, 24:6, 31:14, 45:7, 46:18, 46:23, 60:10, 61:14, 61:21, 64:25
**relation** [5] - 38:17, 44:16, 50:23, 51:2, 65:25
**relative** [1] - 39:9
**released** [4] - 10:12, 10:23, 42:9, 62:20
**rem** [1] - 1:12
**remember** [5] - 20:12, 20:13, 20:15, 22:8, 39:2
**remembered** [1] - 8:3
**removed** [1] - 70:12
**rented** [1] - 30:14
**repeat** [3] - 15:2, 57:22, 64:7
**repetitive** [1] - 58:22
**report** [20] - 12:2, 12:3, 13:10, 18:25, 19:1, 22:6, 22:11, 28:16, 38:5, 40:15, 41:11, 41:18, 43:12, 43:13, 48:1, 66:12, 66:16, 66:25, 67:5, 78:5
**reporter** [2] - 5:1, 24:23
**REPORTER** [1] - 84:25
**Reporter/Notary** [1] - 81:21
**REPORTING** [1] - 82:1
**reports** [4] - 46:18, 47:24, 48:18, 70:15
**represented** [2] - 42:21, 42:22

**request** [7] - 7:4, 7:5, 7:14, 8:2, 23:18, 25:7, 64:22
**Request** [5] - 3:16, 7:2, 7:11, 14:25, 15:4
**requested** [1] - 71:12
**requests** [2] - 25:18, 26:6
**require** [1] - 46:18
**research** [6] - 16:19, 16:22, 21:2, 21:15, 25:22, 76:10
**researching** [1] - 23:15
**reserved** [1] - 10:24
**residential** [1] - 42:9
**resources** [7] - 27:23, 28:4, 28:20, 28:21, 28:22, 50:16, 50:17
**respect** [3] - 52:18, 53:14, 66:10
**respective** [1] - 84:5
**respond** [2] - 7:3, 62:9
**responded** [1] - 62:11
**responding** [1] - 14:25
**Response** [1] - 3:17
**response** [3] - 8:5, 46:12, 66:22
**responsibilities** [1] - 12:22
**responsible** [2] - 14:18, 77:12
**responsive** [2] - 7:22, 15:4
**rest** [2] - 19:17, 68:23
**restart** [1] - 58:19
**result** [1] - 55:10
**retain** [2] - 40:24, 41:3
**retained** [2] - 28:3, 41:7
**return** [2] - 72:1, 82:22
**returning** [1] - 20:1
**returns** [2] - 26:4, 53:19
**review** [4] - 6:10, 9:19, 41:8, 71:12
**reviewed** [2] - 8:14, 21:11
**revisit** [1] - 65:15
**Rick** [3] - 22:6, 22:23, 38:14
**rides** [2] - 21:17, 30:16
**rightful** [1] - 63:13
**rise** [1] - 67:4
**Road** [1] - 82:2
**rock** [2] - 35:25, 54:20
**rogs** [1] - 46:17

**role** [6] - 12:20, 12:22, 32:17, 32:25, 38:16, 38:18
**Ronnie** [1] - 38:12
**room** [1] - 35:8
**ropes** [1] - 32:23
**RPD** [1] - 3:17
**Rule** [4] - 6:17, 7:1, 7:11, 46:24
**rules** [2] - 46:18, 46:23
**run** [2] - 26:3, 53:21
**run-of-the-mill** [1] - 26:3
**rust** [1] - 35:19

## S

**Saco** [1] - 40:15
**safety** [1] - 32:20
**sales** [1] - 54:13
**salvage** [20] - 11:2, 27:24, 28:21, 49:4, 49:7, 50:10, 50:22, 51:1, 52:19, 52:25, 53:4, 53:8, 53:9, 53:13, 53:15, 53:18, 53:25, 54:5, 59:9, 75:1
**salvaging** [1] - 59:7
**sand** [1] - 47:23
**sank** [1] - 37:6
**satisfied** [1] - 64:15
**satisfy** [1] - 64:17
**saved** [1] - 23:25
**saw** [8] - 35:18, 39:1, 79:1, 79:2, 79:16, 79:17
**scaled** [1] - 50:19
**scan** [2] - 19:20, 30:14
**scattered** [1] - 38:22
**school** [1] - 68:3
**schooner** [3] - 10:10, 10:14, 12:13
**schooners** [1] - 21:4
**Scott** [1] - 25:13
**SCOTT** [1] - 2:2
**scoured** [1] - 8:2
**screen** [1] - 39:13
**seafloor** [10] - 47:15, 47:19, 48:6, 48:10, 66:6, 66:8, 67:16, 67:17, 67:18, 70:19
**seal** [1] - 19:8
**sealed** [3] - 10:18, 37:7, 37:13
**search** [2] - 16:20, 63:13
**seat** [1] - 71:1
**Seavey** [23] - 28:24,

29:1, 29:2, 29:7, 29:12, 29:19, 29:24, 31:22, 32:2, 32:8, 32:11, 32:13, 32:20, 55:5, 55:7, 55:11, 55:16, 55:19, 56:8, 57:1, 57:16, 66:7, 70:13
**second** [15] - 9:3, 11:18, 16:8, 16:25, 23:8, 26:1, 37:1, 37:18, 56:2, 60:16, 64:6, 64:7, 64:8, 76:20, 77:15
**secret** [7] - 55:23, 56:1, 56:9, 56:12, 56:15, 56:18, 57:1
**secure** [1] - 75:21
**sediments** [4] - 47:15, 47:18, 47:20, 48:7
**see** [19] - 19:17, 19:20, 25:16, 36:11, 40:4, 41:1, 45:21, 55:3, 69:17, 73:8, 78:3
**seeing** [2] - 38:25, 67:12
**seeks** [1] - 66:19
**seem** [1] - 25:9
**sell** [1] - 54:2
**sense** [4] - 40:6, 47:22, 62:14, 62:18
**sentiment** [1] - 52:12
**separate** [3] - 22:14, 37:17, 41:17
**September** [2] - 81:17, 82:4
**sequence** [1] - 22:1
**series** [1] - 16:2
**seriously** [3] - 51:3, 51:4, 53:24
**served** [1] - 7:13
**Server** [1] - 3:19
**server** [3] - 17:20, 19:6, 20:4
**SERVICE** [1] - 82:1
**set** [7] - 8:6, 19:13, 57:9, 69:2, 77:2, 80:20, 81:16
**Set** [1] - 3:22
**shakes** [1] - 5:5
**shall** [1] - 35:9
**shape** [1] - 47:11
**shared** [1] - 43:1
**shareholder** [1] - 12:21
**Sheet** [1] - 84:6
**sheet** [4] - 14:5, 82:14, 82:19, 82:23
**sheets** [1] - 24:9
**ship** [5] - 9:25, 10:8,

10:9, 12:12, 40:21
**shipwreck** [14] - 11:19, 11:23, 12:4, 12:10, 14:15, 15:21, 16:12, 16:14, 16:20, 72:5, 72:19, 72:23, 74:10, 74:21
**Shoreline** [23] - 12:2, 13:10, 22:11, 22:22, 28:15, 36:21, 37:25, 38:5, 38:14, 40:25, 41:9, 45:12, 45:21, 65:20, 65:23, 66:2, 66:12, 66:16, 67:5, 76:22, 76:24, 78:5, 80:10
**short** [1] - 7:25
**shortcut** [1] - 26:11
**shorthand** [1] - 81:10
**SHOULD** [1] - 83:2
**show** [2] - 5:13, 67:17
**showing** [1] - 74:13
**side** [2] - 10:14, 33:6
**sign** [1] - 82:16
**SIGNATURE** [2] - 84:8, 84:18
**signature** [6] - 9:7, 17:21, 82:14, 82:17, 82:22, 84:15
**signed** [6] - 55:22, 55:25, 56:8, 56:14, 57:1, 82:22
**significant** [3] - 26:23, 26:24, 27:2
**signing** [1] - 80:24
**silently** [1] - 58:7
**silty** [1] - 47:23
**similar** [1] - 20:24
**site** [17] - 17:5, 31:22, 32:3, 34:17, 37:16, 38:2, 38:17, 39:5, 39:18, 40:25, 41:8, 41:15, 41:17, 41:19, 42:7, 47:6, 47:16
**sitting** [5] - 25:21, 48:5, 48:10, 48:14, 48:15, 48:23, 66:5, 70:19, 75:24
**six** [9] - 15:13, 37:7, 37:13, 37:14, 37:15, 37:17, 42:14, 43:2, 77:15
**six-canister** [1] - 77:15
**size** [1] - 47:11
**slightly** [1] - 72:16
**small** [2] - 14:22, 39:12
**societies** [2] - 16:22, 54:12
**society** [1] - 21:6

**Society** [1] - 74:15
**soft** [1] - 47:23
**sold** [1] - 52:3
**solely** [3] - 14:14, 61:22, 70:12
**solving** [1] - 12:23
**someone** [4] - 41:9, 65:19, 68:5, 76:22
**sometime** [3] - 9:17, 16:17, 18:18
**somewhat** [2] - 8:6, 29:5
**somewhere** [1] - 8:19
**sonar** [30] - 18:5, 18:9, 18:10, 18:11, 19:9, 19:12, 19:14, 21:17, 21:18, 23:3, 23:14, 23:24, 25:21, 28:1, 30:14, 30:17, 30:19, 40:1, 41:2, 41:16, 67:13, 68:8, 68:9, 68:14, 68:16, 68:19, 69:17
**sonars** [1] - 66:22
**soon** [1] - 24:16
**sorry** [8] - 17:13, 22:16, 31:23, 62:8, 66:13, 72:17, 72:25, 73:17
**sort** [21] - 10:1, 21:2, 26:3, 32:22, 37:14, 39:16, 40:5, 42:17, 43:3, 43:4, 44:24, 46:22, 47:23, 48:5, 50:20, 52:12, 52:15, 52:23, 54:23, 55:22, 68:23
**sounds** [1] - 23:11
**source** [1] - 18:2
**sources** [1] - 76:15
**Southwest** [1] - 13:20
**space** [1] - 35:24
**special** [3] - 17:20, 19:6, 20:3
**Special** [1] - 3:19
**specific** [5] - 8:20, 16:15, 45:15, 59:1, 63:10
**specifically** [2] - 55:6, 55:13
**specifics** [1] - 8:5
**speculate** [1] - 16:17
**speculating** [1] - 15:13
**speculation** [2] - 48:17, 69:22
**spell** [2] - 4:18, 71:23
**spend** [1] - 50:16
**spending** [1] - 50:17
**spent** [5] - 14:9, 24:10, 27:11, 27:12, 44:3
**spoken** [2] - 50:2, 65:18
**spotting** [1] - 33:7
**spouses** [2] - 58:13, 59:17
**standpoint** [3] - 80:4, 80:6, 80:8
**start** [2] - 16:14, 42:7
**started** [1] - 16:19
**State** [23] - 1:20, 1:20, 2:3, 2:5, 2:5, 4:3, 4:14, 4:15, 5:16, 7:1, 7:3, 7:11, 7:13, 22:12, 38:6, 42:6, 57:8, 57:10, 62:5, 63:3, 76:6, 81:4, 84:13
**state** [3] - 5:3, 35:6, 71:23
**State's** [5] - 14:25, 15:4, 40:15, 41:17, 41:18
**statement** [3] - 46:19, 59:5, 63:7
**STATES** [1] - 1:1
**states** [4] - 17:24, 20:4, 20:23, 26:22
**station** [1] - 58:25
**Station** [3] - 1:20, 2:3, 4:3
**stay** [1] - 35:10
**stenographic** [1] - 84:4
**steps** [1] - 7:3
**still** [7] - 25:8, 25:10, 27:9, 27:21, 36:2, 39:1, 40:1
**Stonecutter** [6] - 22:15, 22:22, 37:25, 38:24, 40:22, 78:12
**stonecutters** [1] - 74:11
**stones** [5] - 38:22, 39:4, 39:8, 39:9, 39:17
**store** [3] - 42:10, 51:13, 58:25
**stored** [1] - 14:11
**stories** [1] - 40:16
**storing** [2] - 34:25, 51:18
**story** [3] - 52:1, 54:19, 54:23
**storyline** [3] - 51:22, 52:14, 52:22
**stream** [1] - 39:3
**Street** [3] - 2:8, 13:22,

82:8
**struck** [1] - 76:2
**stuff** [4] - 16:23, 19:21, 26:10, 77:20
**sub** [3] - 13:5, 13:6, 14:19
**sub-consultant** [1] - 14:19
**sub-consultants** [2] - 13:5, 13:6
**subject** [4] - 5:20, 6:1, 20:24, 38:5
**subjective** [1] - 29:5
**submarine** [1] - 11:1
**submerged** [3] - 17:25, 18:8, 18:9
**Submerged** [4] - 4:16, 4:23, 82:11, 84:21
**SUBMERGED** [1] - 1:11
**submitted** [2] - 23:16, 25:9
**subscribe** [2] - 49:22, 49:23
**subsequent** [1] - 37:11
**subsequently** [1] - 39:11
**Substitute** [3] - 3:19, 3:21, 26:21
**substitute** [5] - 17:20, 19:6, 20:3, 31:7, 31:14
**suggest** [1] - 63:2
**suggested** [2] - 38:3, 75:25
**suggests** [1] - 67:1
**summer** [4] - 16:18, 18:14, 18:19, 23:6
**supplement** [6] - 23:23, 24:4, 24:15, 24:17, 46:8, 46:11
**supplemental** [3] - 46:12, 46:15, 46:24
**supplemented** [1] - 64:23
**support** [2] - 17:19, 20:2
**Support** [1] - 3:18
**supported** [1] - 34:6
**surface** [7] - 48:6, 48:12, 66:5, 69:19, 69:21, 70:13, 70:18
**surrounded** [1] - 37:15
**surveyor** [1] - 30:7
**sworn** [4] - 4:8, 71:18, 77:6, 81:5

**T**

**tackle** [1] - 1:11
**takeaways** [1] - 38:23
**tangible** [1] - 6:18
**target** [2] - 19:25, 54:1
**task** [1] - 49:12
**tax** [1] - 26:4
**team** [11] - 28:4, 28:11, 28:14, 28:18, 34:18, 58:20, 59:16, 59:17, 65:20, 65:24
**teams** [1] - 28:2
**technical** [2] - 62:14, 62:18
**technically** [1] - 63:12
**term** [6] - 11:20, 11:21, 11:22, 12:5, 12:8, 44:8
**terms** [10] - 6:8, 11:11, 39:21, 50:9, 50:9, 53:3, 53:15, 54:12, 65:16, 65:24
**testified** [5] - 4:10, 23:23, 25:2, 71:20, 77:7
**testify** [1] - 81:6
**testifying** [1] - 73:10
**testimony** [1] - 84:5
**THE** [5] - 1:11, 83:1, 83:2, 84:1, 84:11
**themselves** [1] - 80:9
**therefore** [1] - 84:6
**they've** [2] - 48:1, 70:5
**thinking** [2] - 41:2, 49:16, 55:12
**thinks** [3] - 62:1, 62:6, 62:22
**thirty** [1] - 35:4
**thirty-five** [1] - 35:4
**thorough** [1] - 48:1
**three** [20] - 21:20, 21:24, 21:25, 22:1, 22:4, 22:5, 26:25, 34:1, 36:20, 36:21, 38:13, 41:3, 41:17, 66:23, 68:1, 68:14, 70:15, 78:6, 78:7
**throw** [1] - 66:17
**tied** [1] - 37:8
**timber** [7] - 33:23, 34:5, 34:8, 34:22, 35:1, 35:15, 35:16
**timeline** [1] - 54:19
**timing** [3] - 32:24, 33:6

**TITLE** [1] - 84:21
**TO** [2] - 84:1, 84:11
**today** [14] - 5:11, 5:24, 6:8, 6:15, 27:19,

27:20, 28:13, 58:16, 58:17, 59:16, 75:10, 76:13, 76:17
**today's** [2] - 9:20, 21:11
**together** [1] - 84:5
**took** [5] - 7:3, 18:11, 18:12, 34:1, 38:7
**tools** [1] - 34:14
**top** [3] - 33:6, 41:14, 48:16
**top-side** [1] - 33:6
**topics** [1] - 16:6
**track** [4] - 9:24, 14:7, 24:9, 56:20
**tracking** [1] - 10:3
**training** [5] - 67:22, 68:2, 68:9, 68:15, 68:18
**transaction** [1] - 30:4
**transactional** [1] - 10:2
**transcript** [2] - 5:2, 10:19
**transparent** [1] - 53:17
**travel** [1] - 60:25
**trip** [1] - 22:21
**trips** [1] - 37:11
**true** [3] - 68:2, 81:8, 84:15
**truth** [3] - 81:6, 81:7
**try** [2] - 46:8, 51:21
**trying** [7] - 12:4, 26:10, 29:5, 50:3, 57:19, 62:9, 75:8
**turn** [1] - 5:17
**turning** [1] - 43:5
**tutorials** [1] - 68:18
**Twain** [6] - 38:12, 77:17, 78:4, 78:9, 79:25, 80:15
**twine** [1] - 37:8
**two** [26] - 13:1, 13:2, 21:18, 21:20, 21:22, 22:1, 25:15, 28:14, 29:3, 29:9, 30:19, 30:23, 32:8, 32:11, 32:18, 33:8, 33:11, 34:19, 41:16, 41:17, 43:18, 43:23, 44:12, 55:17, 66:22, 78:4
**tying** [1] - 32:23
**types** [2] - 50:22, 51:1

**U**

**un-un** [1] - 5:4
**uncles** [1] - 74:13
**under** [10] - 13:21,



19:7, 42:25, 43:4, 43:8, 48:7, 48:25, 52:25, 55:8
**understood** [4] - 4:25, 25:11, 27:21, 69:10
**undertake** [1] - 64:11
**undertaken** [1] - 67:6
**undetermined** [1] - 61:4
**unfair** [1] - 59:1
**UNITED** [1] - 1:1
**universe** [6] - 49:19, 59:15, 62:4, 62:8, 62:10, 67:3
**unless** [1] - 45:25
**unsure** [1] - 41:4
**up** [36] - 21:5, 29:21, 30:13, 33:19, 33:21, 34:13, 34:15, 34:17, 35:23, 39:2, 40:21, 48:13, 48:18, 49:8, 49:11, 49:18, 49:20, 49:24, 49:25, 50:6, 50:13, 51:7, 51:10, 51:14, 53:11, 53:23, 53:25, 58:23, 66:6, 69:5, 69:8, 69:18, 74:11, 78:11, 78:17, 79:5
**update** [1] - 46:23
**ups** [1] - 69:9

## V

**value** [2] - 53:6, 53:25
**venture** [3] - 9:25, 11:5, 11:7
**verbal** [1] - 17:5
**verified** [2] - 53:7, 53:12
**version** [1] - 10:19
**versus** [11] - 4:15, 4:23, 13:15, 33:18, 47:23, 48:6, 49:14, 49:18, 52:8, 67:17
**VESSEL** [1] - 1:11
**vessel** [43] - 18:1, 19:8, 20:6, 20:24, 23:16, 26:24, 31:18, 31:21, 32:2, 32:10, 32:17, 32:18, 33:9, 33:14, 33:16, 33:17, 33:21, 33:23, 34:18, 37:19, 38:1, 38:16, 40:4, 41:10, 41:16, 42:25, 43:8, 55:7, 55:20, 55:23, 56:1, 66:14, 67:14, 68:1, 68:17, 68:21, 75:22, 76:2, 76:5, 76:16,

76:20, 76:24, 78:13
**Vessel** [3] - 4:16, 4:23, 84:21
**vessels** [4] - 20:23, 20:25, 21:8, 33:25
**video** [2] - 38:24, 39:2
**view** [2] - 39:7, 40:17
**vision** [1] - 39:12
**visit** [5] - 38:2, 38:17, 40:25, 41:8, 41:17
**visitors** [1] - 41:22
**visits** [2] - 41:15, 41:19
**visual** [2] - 40:5, 40:18
**vs** [1] - 1:10

## W

**wait** [2] - 5:6, 72:7
**waive** [1] - 80:24
**wants** [1] - 52:11
**Warrant** [1] - 17:18
**warrant** [9] - 36:16, 37:5, 75:21, 76:2, 76:5, 76:19, 77:12, 77:13, 79:20
**waterproof** [1] - 37:7
**weather** [1] - 78:1
**week** [2] - 46:4, 46:5
**weigh** [1] - 35:3
**weight** [1] - 48:4
**wet** [1] - 36:2
**WHEREOF** [1] - 81:16
**whole** [2] - 25:18, 81:6
**wholly** [1] - 47:12
**wide** [1] - 39:7
**wife** [1] - 58:8
**wish** [1] - 82:18
**withheld** [2] - 24:13, 24:14
**withholding** [1] - 26:12
**witness** [7] - 7:7, 10:17, 23:23, 25:15, 46:20, 58:20, 75:16
**WITNESS** [1] - 81:16
**witnesses** [1] - 80:8
**wondering** [1] - 25:24
**wood** [1] - 35:21
**word** [1] - 34:3
**words** [1] - 58:3
**worth** [1] - 54:3
**wreck** [13] - 31:22, 32:3, 33:15, 34:17, 37:9, 37:12, 37:16, 38:19, 39:5, 39:18, 42:7, 47:6, 47:16
**writings** [1] - 33:3
**written** [9] - 5:2, 55:22, 56:8, 56:14,

56:23, 56:25, 60:10, 65:8, 74:17

## Y

**year** [4] - 16:16, 22:3, 37:10, 74:24
**years** [6] - 26:25, 34:1, 68:1, 72:20, 73:4, 73:6
**yesterday** [1] - 5:25
**York** [1] - 76:7
**young** [1] - 74:12
**yourself** [1] - 4:17
**yup** [11] - 29:16, 37:23, 49:2, 51:9, 58:11, 60:4, 61:24, 64:21, 65:22, 67:21, 78:10