

UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY -MARINE CONSTRUCTION & SALVAGE

# Mount Desert Island Shipwreck Investigation and Identification
## CONFIDENTIAL: UNDER SEAL



EXHIBIT
4



████████ , Maine
May 23, 2025

Report for JJM LLC By Shoreline Diving Service INC.

PO BOX 600, COVENTRY, CT 06238    (860) 916-8430
SHORELINEDIVINGCT@GMAIL.COM

1

DEFENDANT'S DEPOSITION
EXHIBIT
4
SIMON
8/28/25

UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

CONFIDENTIAL: UNDER SEAL PURSUANT TO COURT ORDER

## Summary

On February 14th 2025 Shoreline Diving was retained by JJM,LLC to answer the following questions:

1. The State, through Mr. McBrian's report, claims that the Vessel is historically significant, eligible for inclusion in the National Register of Historic Places, and therefore should remain undisturbed where it lies on the bottom. Do you agree? Please refer to the attached report, "Mount Desert Island Shipwreck Investigation," by Connor McBrian dated November 11, 2024.

2. Should the State prevail on its claim, and the Vessel remains where it is on the bottom, what is your understanding of what would happen to it and its artifacts?

3. The Abandoned Shipwreck Act of 1987 (43 U.S.C. § 2105) (the "Act") defines "embedded" as "firmly affixed in the submerged lands or in coralline formations such that the use of tools of excavation is required in order to move the bottom sediments to gain access to the shipwreck, its cargo, and any part thereof." The outcome of the litigation will depend in large part on this definition as it pertains to the Vessel and its cargo. In your opinion, is the Vessel and its cargo embedded as described in the Act?

Our first task was to research the vessel and see what historical documents we could locate. We were initially informed of possible names for the vessel that included; *Delia Hinds, Delphin*i and *Delhi*. Our focus for research material is primary source data, such as government publications, reports and eyewitness accounts. Additionally secondary source data including books and local newspaper articles were consulted. Bruce D. Berman's *Encyclopedia of American Shipwrecks*, The Mariners Press, 1972, lists, the *Delia Hinds* sinking on October 9th,1889, with a location of Mount Desert, ME. *List of Merchant Vessels of The United States*, Bureau of Navigation, Treasury Department, MVUS for the year 1885, lists a schooner named *Delia Hinds*. This vessel is listed as being 78.4' in length, 22.9' in beam and 8.1' in depth of hold. Tonnage for this vessel is listed as 98.47 gross and 93.55 net. She is listed as having been built in Calais Maine in 1863. Newspaper articles revealed a schooner named *Delia Hinds* as going ashore at Schoodic Island and not sinking in ███████. This is a vessel of similar size and type; however, given the reported location of the loss, we eliminated this vessel as a possible match for the ███████ wreck.

PO BOX 600, COVENTRY, CT 06238   (860) 916-8430
SHORELINEDIVINGCT@GMAIL.COM

UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

A search was conducted on the website Newspapers.com utilizing the keyword Delhi. This search revealed numerous local newspaper articles attributed to the loss of the schooner *Delhi*. These articles noted the sinking of the schooner *Delhi* on April 14th

1893 in ▓▓▓▓▓▓, ME. Many of these articles describe the circumstances surrounding the loss of the vessel, its cargo and actions of the ship's crew. An additional search was conducted utilizing the keyword *Delphini*. Only one newspaper article referring to the *Delphini* was located. "No One Knows How Deep The ▓▓▓▓▓ Granite Is," Spiker, Ellsworth American, Thursday November 24th, 1977, page 25. This article is a general history account of ▓▓▓▓▓, which included a paragraph on the loss of a schooner named *Delphini* in ▓▓▓▓▓ based on recollections of former employees. It is our belief that the *Delhi* and the *Delphini* are one and the same.

MVUS, for the year 1885, lists the schooner *Delhi* as 113.1' in length, 28.0' in beam and a depth of hull of 12.5'. It also lists the ship as having been built in 1872 in Saco, ME. Tonnage is listed as 266.0 gross, and 252.70 net. Her homeport in 1885 was also listed as Saco.

John F. Leavitt's *Wake of the Coasters*, Wesleyan University Press, 1970, describes the loss of the schooner *Delhi* in ▓▓▓▓▓ thus: "A wharf at ▓▓▓▓▓, well up toward Somesville on the Westerly side of the sound. Here, vessels loaded granite for New York and other points to the Westward. Not far off the wharf the water is so deep that the big schooner *Delhi*, deep loaded with granite, opened up and sank in minutes, her topmasts disappearing far below the surface."

Our job, along with answering the above questions, was to also positively identify the wreck. The month of May was chosen as the optimal time to dive this site due to optimal weather conditions and the best chances for improved visibility.

On May 4th 2025, a team made up of the following individuals went out to document the wreck in ▓▓▓▓▓: Robert Foster, Gregory Johnston, Mark Munro, Capt. Ronald Mussetti, Richard Simon and Capt. Eric Takakjian



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

**Team Roles and Bios**:

*Team Leader*: Richard Simon has over 20 years of shipwreck diving experience and is Vice President of Shoreline Diving Services. Richard has participated in expeditions to numerous shipwrecks worldwide, including the passenger ships SS *Andria Doria*, south of Nantucket in 250' of water, SS *Britannic* in the Aegean Sea in 425' of water, and RMS *Lusitania* off of Kinsale Ireland in 330' of water. Richard also led the expedition to find the submarine *Defender* in 2023, which had been lost for over 80 years.

*Diver & Historical Expert*: Captain Eric J. Takakjian has located and documented hundreds of historic ship wrecks and has written numerous publications including: *Dangerous Shallows - In Search of the Ghost Ships of Cape Cod*, co-authored with Randall Peffer, Globe Pequot - Lyons Press, 2020, *SS Newcastle City - A Nineteenth Century Time Capsule*, Steamship Historical Society of America, Warwick R.I., Power Ships #28, Spring 2012, *New York Central No - 14 II, The Final Chapter*, Steamship Historical Society of America, Warwick R.I., Steamboat Bill #264, Winter 2007, *Yarmouth Castle Burning - The Deadliest Passenger Ship Disaster off the Coast of The United States Since 1934*, co authored with Randall Peffer, Schiffer Publishing, Atglen PA, to be released on September 28th, 2025. Takakjian has been diving on shipwrecks since 1975.

*Diver*: Robert Foster has located and documented shipwrecks for over 20 years. Foster was a part of the team to document and discover the USS Eagle 56, lost with all hands off Portland, Maine, in May of 1945. In doing so, Foster's team corrected the US Navy's record of the ship's loss, positively identifying it as a combat loss and not an accident. Foster was also one of the first divers to dive the shipwreck of the steamship *Portland* in 465 feet of water, within Stelwagen Bank National Marine Sanctuary.

*Side Scan Sonar Expert*: Mark Munro is a side scan sonar operator and owner of Sound Underwater Surveys LLC. Mark has also located and dove hundreds of historic shipwrecks in his career. Munro has been a professional sonar technician specializing in the location of shipwrecks and other submerged objects for 20 years. Munro has conducted side scan sonar operations worldwide.

*Boat Captain*: Captain Ronnie Musetti- vessel Stonecutter- 44ft Calvin Beal

*Legal Counsel*: Twain Braden

*Client*: JJM, LLC



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

### Wreck Site Location and Diving Operations, Dive 1

On May 4th 2025, the team got underway at 7:32 AM from Northeast Harbor, aboard the fishing vessel *Stonecutter*, to what we believed to be the site of the *Delhi*. The team arrived over the site at 8:10 AM. The site sits just 492 ft East of the Western shoreline of          , with a water depth of 120' (depending on tide) and a surrounding depth of approximately 70 to 90'. The wreck site lies in an oval shaped depression in the bottom of          . The team first used the on board WASSP sonar to identify the site. The dive team established a shot line just off the wreck as not to damage any part of the wreck. Dive 1 was started at 8:55 AM with divers Richard, Bob and Eric planning a maximum run time of 1hr and a max depth of 130ft. As the divers descended visibility was fair at approximately 10ft. Upon reaching the bottom visibility was 2 to 3ft in light suspended sediment. Suspended sediment is described by the USGS as "sediment, particularly mud, to fine particles of soil and other materials carried within a body of water, like a river or lake, that are kept afloat by water movement and turbulence." With          being a fjord and the position of the shipwreck being in a bowl-shaped depression in the bottom, this presents the perfect scenario for this type of bottom condition. It is very difficult to determine the actual transition point between where the suspended sediment ends and the actual sea floor begins.

The shot line landed 10ft off the wreck to the starboard side at mid-ship. Divers first came across a large pile of cobble stones; this pile comes off the ocean floor roughly two feet and the visible pile is approximately 12 feet by 12 feet, disappearing into the suspended sediment and could be felt by divers over a larger area. Divers were able to easily pick up stones by hand out of the silt. Divers Takakjian and Simon were able to make their way to the stern and observed very little wood remaining of the ship's structure, just a few scattered timbers here and there. In the stern, on the starboard side, was a large amount of porcelain china and stoneware. We counted over 12 pieces with some being just under the fine silt. Stoneware pitchers, large mixing bowls, platters, bowls and a plate were observed. Modern debris and ghost commercial fishing gear, including lobster trap line was observed around the wreck. Diver Foster went to the stern of the wreck and observed the stern post rising vertically from the bottom, scattered wooden timbers, and a head (marine toilet). Dive one ended at 9:42 am. Visibility averaged from near zero to three feet, max depth of 115 feet, and a combined bottom time for all of the divers was 117 minutes. Please see images below.



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



Stoneware jugs



Jugs and ceramics



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



Jugs and large mixing bowl



Anchor Pottery platter



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



Cobblestones



Modern debris



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



Modern debris believed to be plastic snow fencing



Marine Head

During the divers' surface interval, sonar operations were conducted; below is the report.



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

## Side Scan Sonar Survey Operations and Resulting Data

Mark Munro
Sound Underwater Survey
189 Glenwood Ave
New London, CT 06320
860-885-8350

Side scan sonar survey ▮▮▮▮▮▮▮ 05/04/2025:

Conducted detailed survey of designated shipwreck and the immediate area for other possible targets and/or debris from the targeted shipwreck.

The survey was conducted with a Klein 3000, recording both 100kHz and 500kHz data. Surrounding area was surveyed with a 100-meter range and then subsequent detailed passes of the shipwreck at 75-meter and 50-meter ranges.

The bottom of the sound is very muddy with areas of exposed ledge making for a very large dynamic range of backscatter data.

During the survey seven passes were made on the shipwreck at various distances.

The table below shows the measurements for each target and the average acquired data for the shipwreck.

Target windows from SonarPro with measurements data on the proceding pages followed by survey area covered and target locations

| | Description | Latitude Degrees | Latitude Minutes | Longitude Degrees | Longitude Minutes | Range Meters | Frequency Hz | Length Meters | Width Meters | Height Meters | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Target 0001 | Unknown | | | | | 100 | 500 | 10.8 | 2.1 | 7.1 | |
| Target 0005 | Unknown | | | | | 100 | 500 | 9.1 | 4.7 | | Low probibilty target to look at in the future. |
| Target 0002 | Wreck 1 | | | | | 100 | 500 | 16.6 | 8.1 | | |
| Target 0003 | Wreck 1 | | | | | 100 | 500 | 17.5 | 8.5 | 0.3 | |
| Target 0004 | Wreck 1 | | | | | 100 | 500 | 18.1 | 7.8 | | |
| Target 0006 | Wreck 1 | | | | | 100 | 500 | 16.5 | 7.6 | 0.3 | |
| Target 0007 | Wreck 1 | | | | | 100 | 500 | 17.1 | 8.1 | 0.4 | |
| Target 0008 | Wreck 1 | | | | | 75 | 500 | 18.4 | 9 | 0.2 | |
| Target 0009 | Wreck 1 | | | | | 50 | 500 | 15.8 | 7.5 | 0.3 | |
| Target 0010 | Wreck 1 | | | | | | 100 | | | | Same as Target 0009 but at 100kHz |
| | Wreck 1, Ave. | | | | | | | 17.2 | 8.1 | 9.3 | |
| | | | | | | | | Feet | Feet | Feet | |
| | | | | | | | | 56.32 | 26.52 | 0.98 | |



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE





UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

## Diving Operations Dive 2

Dive Two was started at 12:40 PM with divers, Foster, Simon and Takakjian. The goal on this dive was to see if the divers could locate additional identifying logos on the china to help identify the wreck and time period in which the vessel sank, as well as to further understand the layout of the wreck site. This dive was conducted on an incoming tide and the water contained considerably more particulate in the water column as the divers descended. On the bottom visibility was zero to two feet. Divers followed the line that they had previously laid down the centerline of the wreck. The divers were able to find one more piece of china with a logo. The logo was that of Charles Meakin Royal Ironstone England; see image below. The divers then explored more of the stern of the wreck, before moving towards the bow to better understand how the wreck is laid out. The dive was ended at 13:15 PM and diving operations were completed for the day.



Royal Ironstone China, Charles Meakin England



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

### Findings

The overall condition of the wreck is poor. The wreck has been heavily damaged from four primary factors, these include the following:

1. The passage of time;
2. Impacts from commercial fishing gear;
3. Impacts from storm affected debris and refuse transiting the sound bottom with tidal flow. This includes remains of docks and piers, trees and branches and de-facto refuse of all kinds, including plastics discarded by the local population; and
4. Environmental conditions, including the effects of marine boring organisms and decomposition of organic material, namely wood, cloth and natural fiber rope, due to prolonged submersion in salt water.

  The wreck, having sunk over 132 years ago, has been ravaged by time and the sea. Impacts from commercial fishing gear and mobile debris, such as tree trunks and sections of old docks and piers, has physically disarticulated the wreck site. The ocean is an inhospitable place for a wooden shipwreck in shallow salt water. Even though the wreck is in poor condition, with side scan data we were able to measure a width of 26ft and an overall length of the site of 133 feet. These dimensions correspond with the dimensions listed for the *Delhi* in *MVUS*, taking into account the degradation of the hull. Please refer to side scan sonar images above. The cargo being cobblestones also matches the listed cargo of the *Delhi*. The most useful piece of evidence are the two pieces of china, exhibiting logos. The anchor logo china dates from 1884-1926 and was produced in Trenton, NJ. The plate bearing the logo of The Royal Ironstone China, Charles Meakin England, was manufactured between 1870-1882.

  Combining the facts of the size, shape, type and location of the wreck with the cobblestone cargo and the china would date this wreck to the late 1800s. The only vessel found in historical records, sinking in ▮▮▮▮▮▮▮, within this time frame would be the schooner *Delhi*. The *Delhi* is now just an incomplete skeleton of a few deteriorated timbers at the bottom of ▮▮▮▮▮▮. Parts of the skeleton remain but most if not all of her hull above the waterline, decks, spars, rigging, ship's fittings and super structure have long since been consumed by marine boring organisms and the effects of prolonged submersion in salt water. What's now left sits within a layer of suspended sediment on the bottom. While reaching into this layer of suspended sediment, none of her hull remains that could felt by the divers. She is now covered by ghost fishing gear, timber and pier debris, and transient refuse that has collected in the sea floor depression that she lies in. Commercial fishing gear and larger debris such as tree trunks and modern timbers continue to impact the wreck site, and will continue to do so in the future. Beside her stern post, the underwater body of the hull below the waterline, dead eyes, china and cobblestones, there is not much left of this schooner. The china and stone are scattered



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

around the stern area, having been moved over time by fishing gear and the ocean
currents.

The artifacts that now remain on the site are of little historical significance in
their current condition and location and have little monetary value. See image below. The
image is of the same bowl found on the wreck site for sale on Ebay this month for
$29.00. See image below. The wreck has some sugar kelp growing on the exposed
cobblestones but is easily picked up and is not concreted together. The bottom where the
wreck lies in this bowl of            collects garbage, trees and other debris. Due to
the shape of the bottom- this bowl- also allows the sediment to stay in suspension. The
ocean is much different than fresh water; fresh water  helps to preserve wrecks, while the
ocean destroys them. If this wreck is not salvaged soon there will soon be nothing left
except the pile of cobblestones.



**Royal Ironstone China Alfred Meakin
England 7.5" Soup Bowl Scalloped
Edge Set 3**

TJ Tchotchkes (1711)
100% positive feedback

**$29.00**
or Best Offer

$10.00 shipping
Est. delivery Fri, May 16 - Thu, May 22

Or free local pickup from Santa Cruz, California,
United States 95065

Condition    Used ⓘ



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

Answers to Questions from Legal Counsel:

**Question One**

1.      The State, through Mr. McBrian's report, claims that the Vessel is historically significant, eligible for inclusion in the National Register of Historic Places, and therefore should remain undisturbed where it lies on the bottom. Do you agree? Please refer to the attached report, "Mount Desert Island Shipwreck Investigation," by Connor McBrian dated November 11, 2024.

These types of coastal schooners were very common and numbered in the thousands in the late 19th century. They were not unique then, and they are not unique now. Examples of similar vessels can be found all over New England, including at Mystic Seaport and other Maritime museums around the country. Many are still sailing, such as the passenger schooner fleet in Maine and elsewhere in New England and the mid-Atlantic states: The *Ernestina* in New Bedford, which is the Commonwealth of Massachusetts' tall ship, a two masted wooden schooner; the schooner *Bowdoin,* flagship of the State of Maine and the training ship at Maine Maritime Academy; and the dozens of "coasting schooners" sailing out of Penobscot Bay, many of which are identical in size and design as the *Delhi,* and have a Coast Guard certificate of inspection to carry passengers for hire. For anyone interested in schooner construction, Mystic Seaport Shipyards is currently rebuilding the historic fishing schooner *LA Dunton*. This vessel is hauled out ashore and partially disassembled. These vessels are historically significant; the few disparate, worm-eaten pieces of the *Delhi* lying on the seafloor are not. While the argument could be made that a cobblestone wreck *in situ* might be historically significant, this would only be true if it were still complete and intact.

In the case of the *Delhi,* as noted above, the vessel itself no longer exists, marine borers have eaten away all of the organic material that was once there. All that remains is the cargo, some personal effects of the ship's crew, and a few wasted timbers. This being a common condition of wooden wrecks sunk in saltwater environments, this is also not unusual. The timber visible at the site ranges from tree limbs and debris from docks and piers damaged by ice, which has been swept down the sound by the tide. This debris is mixed in with modern discarded refuse including plastics, metals and packaging material as well as ghost commercial fishing gear. Impacts from fishing gear have further impacted the site, disarticulating what may have remained in its original position on the ship. Basically, there is no longer a ship left to protect. The cargo remains and is partially covered by suspended sediment.

As stated above the china that remains on the wreck can be purchased on eBay as shown above for $29.00 and has no real monetary value. The china is interesting and has some historical value if retrieved and displayed in context, but in its current condition and



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

location is threatened by commercial fishing gear and impacts from transient debris. The cobblestones have commercial value.

In our opinion, the *Delhi* and her cargo are not associated with any events that have made a significant contribution to the broad patterns of history. The *Delhi* and her cargo are not associated with the lives of persons significant in the past. This vessel does not embody the distinctive characteristics of a type, period, or method of construction. To the extent those characteristics existed in the past, those features have been lost to nature and man-made wear from fishing. Finally, because the hull no longer exits, and the cargo and personal effects are very common, the wreck site is unlikely to yield and information important in prehistory or history.

**Question Two**

2. Should the State prevail on its claim, and the Vessel remains where it is on the bottom, what is your understanding of what would happen to it and its artifacts?

The wreck lies 492 feet from shore, in a protected fjord, in shallow water of less than 130 feet in depth. This dive is relatively easy to make and a recreational diver could do this type of dive. The only challenge being that of poor visibility and cold water. If this wreck location and name are not kept secret it would be relatively easy to locate and dive from shore, since, as stated previously, the exact location is readily determined once someone knows the name through a quick Google search. This is illustrated by the fact JJM, LLC, are not shipwreck hunters and were able to find the wreck. This would be an easy wreck to find for experienced and amateur wreck hunters. Please see the electronic chart image of the wreck's location in relation to the shoreline below and a view of the wreck on a recording video echo sounder.

Although the artifacts have no appreciable value monetarily, they are prized by wreck divers. I can say without a shadow of doubt that an enterprising diver will strip this wreck of all china, dead eyes and anything else they can take as souvenirs. We have seen this time and time again on shipwrecks. An example would be on the arrested shipwreck-SS Carolina which is located 100 miles off the coast of New Jersey. I have firsthand experience of a friend's court-ordered wreck arrest being violated by a group of wreck divers. He had to take them to court. See 1:14-cv-03280-JHR-KM (D. of N.J.). This happened 100 miles offshore. One can image how easy it would be on a wreck less than 500ft from shore.



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

**Question 3**

3. The Abandoned Shipwreck Act of 1987 (43 U.S.C. § 2105) (the "Act") defines
"embedded" as "firmly affixed in the submerged lands or in coralline formations such that
the use of tools of excavation is required in order to move the bottom sediments to gain
access to the shipwreck, its cargo, and any part thereof." The outcome of the litigation will
depend in large part on this definition as it pertains to the Vessel and its cargo. In your
opinion, is the Vessel and its cargo embedded as described in the Act?

The schooner *Delhi* is not embedded in submerged lands. Parts of the wreck and
cargo are covered by a layer of ooze described as "suspended sediment, particularly mud,
refers to fine particles of soil and other materials carried within a body of water, like a
river or lake, that are kept afloat by water movement and turbulence." With
being a fjord and the position of the shipwreck being in a sea floor depression, this is the
perfect scenario for this type of bottom condition. It is very hard to tell where the sea
floor begins because of how soft and soupy the suspended sediment is. All artifacts are
easily picked up by hand with no effort. Cobblestones do have sugar kelp (*Saccharina
Latissima*) growing on them, which is a very common edible kelp. Although kelp is
growing on the stones they are easily picked up and not concreted together. The fact the
wreck is covered by suspended sediment does not make it embedded.

As described, in the definition of embedded, the wreck must be "firmly affixed
in the submerged lands or in coralline formations such that the use of tools of excavation
is required in order to move the bottom sediments to gain access to the shipwreck, its
cargo, and any part thereof." As can be noted in the photos and diver's video, it takes no
effort for a diver to physically lift up anything lying at the wreck site. Therefore, the
wreck and its cargo cannot considered be embedded based of the plain definition set forth
in The Abandoned Shipwreck Act of 1987 (43 U.S.C. § 2105).



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

# Counterpoints to Claims Made in the State of Maine's Report

The State's report is flawed. It contains numerous incorrect and inaccurate assumptions.

The Blue ROV that the state used is a low end ROV. Shoreline is very familiar with the Blue ROV. Shoreline Diving owns one. We regard the Blue ROV as a low-end, almost disposable, piece of amateur equipment.

We are also surprised that the State did not conduct a side scan sonar survey of the wreck, which is the foundation for any shipwreck investigation since only sidescan sonar can so accurately and efficiently measure the wreck's dimensions in 3D and in context on the seafloor.

The State claims that rope left on the wreck is from 1893 when the wreck sank; this is untrue. All rope seen on the wreck was plastic (polypropylene) lobster line of modern manufacturing. Any natural fibers would have long since wasted away, and none is left at the wreck site

The State claims the lower portions of the wreck are buried and intact under the suspended sediment. They would have no way of knowing this unless they dove the wreck or used ground-penetrating sonar, which was not conducted. We observed (felt and saw) that the wreck is not intact under the mud.

The State's experts claim they were not qualified to dive this wreck; the wreck lies in recreational diving depth. Résumés of the State's team members indicate that they are qualified amateur divers and capable of diving this wreck, just as any advanced open-water amateur diver would be.

The State uses the fact that the dead eyes are intact to show preservation. Deadeyes are made out of *Lignum Vitae* a very dense wood highly resistant to marine boring organisms (which is why this wood was used in the first place). Deadeyes are present on almost all sailing ship wrecks, prior to 1900, and are very common due to this fact.

The State report fails to use the correct terms when describing a vessel.

It is our opinion that the State's report is broad and over reaching making many inaccurate conclusions, assumptions and statements.



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

There is no wreck left to protect just a few pieces of wood and low-value, common artifacts laid out on the bottom.

The State's report does a poor job stating the facts of the wreck, drawing many inaccurate and false conclusions and showing a general lack of knowledge of historic (and common) shipwrecks lying in New England's shallow coastal waters. The State's experts utilized a low cost ROV to survey the wreck that could only observe, but not measure in 3D like Mark Munro's Klein 3000. By failing to sidescan sonar the wreck, the State also failed get an accurate layout of the wreck site.

## Conclusions

It is our professional opinion that the wreck of the schooner *Delhi* is not embedded in the sea floor in ▆▆▆▆▆ Very little currently remains of what once was the schooner *Delhi*, marine borers have consumed all of the organic material including the majority of the wood, fabric and natural fiber rope. All that remains is the cargo, some personal effects of the ship's crew, the sternpost and a few dead eyes. This being a common condition of wooden wrecks sunk in saltwater environments and is not unusual.

It is our belief that JJM LLC located the wreck of the *Delhi* in ▆▆▆▆▆ Considering the side scan sonar data, location of the wreck site, newspaper articles from the time period as well as the artifacts and cargo present on the wreck site; it can be stated with confidence that this wreck site is that of the schooner *Delhi*.

We share in the concern of JJM LLC that if the wreck site location is not kept confidential, recreational wreck divers will quickly strip it of what little is left. We have seen this time and time again.

Our team has over 156 years of combined wreck diving and underwater historic exploration experience. Collectively we have located and documented nearly 200 shipwrecks and have dove hundreds more.

It is our belief that the wreck of the schooner *Delhi* has not been found to be embedded, that it is not historically significant, and therefor an ownership arrest should be granted to JJM LLC.

Report written by Richard Simon

Reviewed by Eric Takakjian, Robert Foster and Mark Munro



UNDERWATER INSPECTIONS- REPAIRS-SHIP HUSBANDRY-MARINE CONSTRUCTION & SALVAGE

## References and Source Data

### Books
Berman, Bruce D, Encyclopedia of American Shipwrecks, The mariners Press, 1972
Bureau of Navigation, Treasury Department, List Of Merchant Vessels of the united States, 1885
Leavitt John F., Wake of the Coasters, Wesleyan University Press, 1970

### Newspapers
Bangor Commercial, April 15th, 1893
Bangor Daily Whig and Courier, April 15th, 1893
Biddeford Saco Journal, April 14th, 15th, 1893
Ellsworth American, April 20th, 1893, November 24th, 1977
Kennebec Journal, April 15th, 19th, 1893
Lewiston Daily Sun, April 15th, 1893
Portland Daily Press, April 15th, 1893

### Government Reports
2024-11-11 MDISO1 Maritime Archeological Assessment Final