**1**

```
1
2                    UNITED STATES DISTRICT COURT
3                         DISTRICT OF MAINE
4
5    JJM, LLC,                      )
6             Plaintiff,            )      CONFIDENTIAL
7             vs.                   )    Case No.
8    ONE ABANDONED AND             )    1:24-cv-00072-NT
     SUBMERGED VESSEL,              )
9             her engines,          )
              boilers, tackle,      )
10            appurtenances,        )
              cargo, and her        )
11            other equipment, etc. )
12            in rem,               )
13            Defendant.            )
14
15            DEPOSITION OF CONNOR MCBRIAN, taken via Zoom
16   video conference, on September 17, 2025, pursuant to
17   notice, commending at 3:38 P.M., before Lisa S. Bishop,
18   RPR, RMR, a Notary Public in and for the State of Maine.
19
20   APPEARANCES:           TWAIN BRADEN, ESQ.
21                          TIMOTHY STEIGELMAN, ESQ.
                            CAREY GUSTANSKI, ESQ.
22
23   _____
24                    Bishop Reporting, Inc.
25                       207-233-4510
```

**2**

```
1                            INDEX
2    Deponent:  CONNOR MCBRIAN
3        Examination by:                        Page
4        ATTY. BRADEN                             3
5                          EXHIBITS
6    Number    Description                      Page
7    1   Mount Desert Island Shipwreck Investigation    19
8    2   Eligibility Letter                        47
9    3   Wooden Ship Diagrams                      24
10   4   National Register of Historic Places
11       Multiple Property Documentation Form      34
12
13       (Exhibits included with transcripts via pdf.)
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1    CONNOR MCBRIAN, having been duly sworn by the Notary
2    Public, was examined and testified as follows:
3              EXAMINATION BY ATTY. BRADEN:
4         Q    Okay.  Good morning to you, Connor McBrian, and
5    good afternoon from us here in the State of Maine.
6         A    Good morning.
7         Q    And so it's a little after -- it's about 3:40 in
8    the afternoon for us on September 17th, 2025.  What's the
9    time and date where you are?
10        A    It is 5:35 A.M. on the 18th of September, 2025.
11        Q    Okay.  And what I will do is just go over a few
12   ground rules before we get started, but the important thing
13   for you and all of us to know is that Lisa here is writing
14   down every word that we say, so it's important that we give
15   verbal responses to questions and that my questions are
16   clear.  Do you understand that?
17        A    Yes.
18        Q    Okay.  Are you on any medication today that would
19   inhibit your ability to give clear testimony?
20        A    No.
21        Q    And we will take periodic breaks, I like to stop
22   about every hour or so, but if you feel like you need a
23   break, just say so, okay?
24        A    Okay.
25        Q    Occasionally, one of us might say the word
```

**4**

```
1    objection, so if I put a question to you, and for whatever
2    reason, the attorney for the State of Maine doesn't like
3    it, he might say objection, and it's awkward and it's
4    not -- it's not something we ordinarily do in conversation,
5    but you need to let him get his objection out, but then you
6    also need to answer the question that I have asked.  Does
7    that make sense?
8         A    Yes.
9         Q    Unless of course he tells you not to, but mostly
10   he will make an objection and then just pause for a second
11   and then answer the question, okay?
12        A    Okay.
13        Q    Have you had your deposition taken before?
14        A    No.
15        Q    Is there anyone else in the room with you?
16        A    No.
17        Q    And where are you located, what's your -- is it a
18   house, what's the address, town, that kind of thing?
19        A    Yeah, so I'm in my house at 20 Shoal Place,
20   Kingscliff, New South Wales, Australia.
21        Q    And where is Kingscliff in relation to Sydney,
22   say?
23        A    About seven hours north, about an hour-and-a-half
24   south of Brisbane just on the coast.
25        Q    Okay.  And have you spoken to anyone else other
```

5

1 than the attorneys and your co-experts in this case about
2 this case?
3    A    No.
4    Q    You have not spoken to colleagues about this case?
5    A    No.
6    Q    And who do you consider your client to be?
7    A    The Attorney General's Office for the State of
8 Maine.
9    Q    And have you only had contact with the Attorney
10 General with the State of Maine and your co-experts in this
11 case?
12    A    Yes.
13    Q    So you haven't had any conversations with anyone
14 outside the Attorney General's Office of the State of Maine
15 about this case?
16    A    Beyond my fellow experts that I worked on the
17 project with, no.
18    Q    Okay.  So nobody from the State Preservation
19 Society or whatever it's called?
20        MR. STEIGELMAN:  Objection, but you can answer.
21        MR. BRADEN:  What's the organization called, I'm
22 sorry?
23        MR. STEIGELMAN:  The Maine Historic Preservation
24 Commission, MHPC.  I don't know.
25    Q    All right.  So that's the question.  Have you been

6

1 in touch with anyone from that organization?
2    A    Yes.
3    Q    And who was that?
4    A    What's his name?  Arthur Spiess, Spiess.
5    Q    Who is Arthur Spiess or Spiess?
6    A    I believe he is an archeologist for the Maine
7 Historic Preservation office.  I'm sorry, I'm not sure what
8 his exact title is.
9    Q    Okay.  And have you spoken to anybody else within
10 the State of Maine other than Arthur Spiess and the
11 individuals you already mentioned?
12    A    No, no, not that I remember.
13    Q    You struggle a little with his pronunciation, but
14 do you know how to spell Arthur Spiess' last name?
15    A    Yes, it's S-P-I-E-S-S.
16    Q    Okay.  Thank you.  And to the best of your
17 knowledge, he works for the Maine State Preservation
18 Commission as the archeologist of the state?
19    A    Yes.
20    Q    And approximately when did you speak with him?
21    A    I spoke with him briefly at a conference in
22 October of last year.  I think it was October.  That was
23 the only time I have spoken to him in person.  Otherwise,
24 we communicated via e-mail.
25    Q    And was he giving you direction about this

7

1 particular case or your report or anything?
2    A    No.
3    Q    And what was the nature of your communications
4 about this case?
5    A    He discussed -- he talked about the other
6 shipwrecks that were in ████████ that they had record
7 of.  We also discussed about getting a database that had
8 been compiled about shipwrecks around Mount Desert Island
9 back in like 2009.  And those were the only two discussions
10 we had in relation to this case.
11    Q    And you said you talked about other shipwrecks in
12 ████████.  What other shipwrecks are in ████████ to
13 your knowledge?
14    A    To my knowledge, what he told me was that there
15 were according to their records of the State of Maine, the
16 Historic Preservation Commission, there were maybe three or
17 four other wrecks in ████████.  That's about it.
18    Q    And when you did your exploration with Robert
19 Jarrett and Lis Maxwell, did you look at or find or look
20 for any of those other wrecks?
21    A    No.
22    Q    Do you have any information on other those wrecks
23 in terms of their integrity, meaning whether there is still
24 anything on the bottom left of those wrecks?
25    A    No.

8

1    Q    So you would not be able to compare the integrity
2 of the wreck of the Dehli with the wreck of any of the
3 other wrecks in ████████.
4    A    No.
5        MR. BRADEN:  Hang on a quick second.
6        (A short break was taken.)
7    Q    Did you say there were about three or four other
8 wrecks that Arthur Spiess told you about in ████████?
9    A    To my recollection, yeah.
10    Q    And did he say whether they were granite wrecks or
11 any other kind of wrecks to you?
12    A    Specifically, he said they were not similar to the
13 Dehli, so they weren't wooden schooners from the 19th
14 century.
15    Q    So not just -- they weren't -- they weren't
16 granite wrecks and they weren't wooden coasting schooners
17 from the 19th century, you understood that; is that
18 correct?
19    A    Yes.
20    Q    Okay.  So you got all your directions from the
21 attorneys for the state as to the scope of your work on
22 this case?
23    A    Yes.
24    Q    And what do you recall about the scope of work
25 that they asked you to engage in on this case?

9

1    A    They asked me to conduct a survey of the wreck, a
2  field survey, and historical research to identify ideally
3  the nature of the wreck and whether it met the conditions
4  of the Abandoned Shipwreck Act, so if it was embedded and
5  if it would be eligible for registration on the National
6  Register.
7    Q    And did they express an interest in you finding it
8  eligible?
9    A    No, just asked in my opinion that I make that
10  determination.
11    Q    So you saw yourself as an independent expert able
12  to say one way or the other your opinion as to whether or
13  not she would be eligible, correct?
14    A    Yes.
15    Q    Okay.  Thank you.  So other than the directions
16  from the attorneys for the state, did you get anything in
17  writing from anyone else about your anticipated or
18  requested scope of work in this case?
19    A    No, just with -- discussion with the Attorney
20  General and briefly I was introduced to them through I
21  think Christi Chapman who also works at the Maine Historic
22  Preservation office, she's the one that got in touch with
23  me.
24    Q    And how do you know Christi Chapman?
25    A    I don't know her.  I know her through other

10

1  maritime archeologists in the State of Maine who I have
2  spoken with on unrelated things, they gave my name to her.
3    Q    So do you have the understanding that they reached
4  out to her to find somebody for their case and she
5  suggested you?
6    A    Yes.
7    Q    And other than that introductory either discussion
8  or introduction one way or another, did you have any other
9  conversations with her about this case?
10    A    No.
11    Q    Okay.  You are aware that this lawsuit and this
12  shipwreck is subject to a confidentiality order, right?
13    A    Yes.
14    Q    And specifically, the location of the wreck,
15  right?
16    A    Yes.
17    Q    And have you honored that confidentiality of the
18  location of the wreck?
19    A    Yes.
20    Q    Are you aware that the wreck site is less than
21  500 feet from shore?
22    A    I'm off the top of my head not sure exactly how
23  far offshore it is.
24    Q    Does that sound about right?
25    A    Could be, yeah.

11

1    Q    Are you more of a meters guy?
2    A    I work in feet and meters both.
3    Q    So I can't do a quick conversion, but I think it's
4  less than 200 meters from shore would be my understanding
5  of less than 500 feet.  Does that sound about right?
6    A    Yeah, that sounds about right.
7    Q    And it's in about 110 or 120 feet of water
8  depending on where you are?
9    A    Yes, it was I believe 120 from recollection.
10    A    I went down there and I was surrounded by mud and
11  I looked at my depth gauge and it said 110, but that could
12  have been depending on where I was versus elsewhere on the
13  wreck, so does that sound about right?
14    A    Yes.
15    Q    And is that depth about the limit for what you
16  might call open water for amateur divers?
17    A    Depends on the level of their certification, there
18  are different limits for, you know, different recreational
19  certifications.
20    Q    So would you -- I'm sorry, I didn't mean to
21  interrupt.  Finish your answer.
22    A    No, I was finished.
23    Q    So what I was wondering is whether you would agree
24  that that's about the upper level of, you know, open water
25  amateur divers, that depth?

12

1        MR. STEIGELMAN:  Objection.
2    A    Yeah, it depends, again, like I said, on their
3  training and their certification.
4    Q    And which training or certification are you
5  referring to that that would be the upper limit of?
6        MR. STEIGELMAN:  Objection.
7    By upper limit, you mean like the maximum depth?
8    Q    Correct.
9    A    I believe for like PADI open water, the max is,
10  yeah, about 100 feet for an adult or that they are
11  certified to.
12    Q    So if somebody knew where the wreck was, would you
13  agree that it's a pretty accessible site close to shore and
14  not terribly deep for somebody to access?
15    A    It is close to shore.  It's, like you said, 110 to
16  120 feet deep.  It's within range of, you know, trained
17  divers.
18    Q    And have you tried to do a Google search to locate
19  the wreck with the publicly available information on it?
20    A    No, I haven't.
21    Q    So I want to ask you a little bit about your
22  background.  You have a master's degree in maritime
23  archeology from East Carolina University.  Is that North
24  Carolina?
25    A    No, I don't have a master's.  I was doing graduate

13

1  studies at East Carolina.  I transferred to Flinders
2  University in Australia where I got a graduate diploma.
3      Q    That was my next question.  I was going to ask
4  what the difference between the two was.  So you didn't
5  actually get a degree from East Carolina, you did course
6  work there?
7      A    Yes, and then transferred to Flinders when I moved
8  to Australia.
9      Q    And a graduate diploma in American parlance is the
10  equivalent of a master's degree?
11      A    Yeah, it would be like a professional master's.
12      Q    Okay.  And is it not a Ph.D., is it different from
13  a Ph.D.?
14      A    Yes, it's a degree below a Ph.D.
15      Q    Okay.  So I'm not going to call you Dr. McBrian,
16  at least not yet.
17      A    No.
18      Q    Okay.  All right.  So you graduated from Flinders
19  in 2023?
20      A    Yes.
21      Q    So when you drafted the report in this case, it
22  looks like you had your degree for about a year from
23  Flinders?
24      A    I had my degree for, yeah, over a year.
25      Q    And you said you haven't had a deposition taken

14

1  before.  Have you ever been an expert witness before in a
2  lawsuit?
3      A    No.
4      Q    So what's your connection to the State of Maine?
5      A    My family is from Maine.  That's it.
6      Q    And did you grow up in Maine?
7      A    No, I was born in New Hampshire.  I grew up
8  visiting Maine most years to see my family, aunts, uncles,
9  cousins and stuff.
10      Q    Okay.  And when you were retained by this -- in
11  this case, did you have any sort of professional or
12  residential affiliation with the State of Maine?
13      A    Residential, yes, I was living there.
14  Professional, I was a member of the Maine Archeological
15  Society.  Beyond that, I had not worked in Maine, no.
16      Q    And how long had you been living in Maine, you
17  know, most recently?
18      A    We just were there for the past 18 months.
19      Q    So you were full-time in Adelaide at Flinders and
20  you moved back to Maine for 18 months and now you have
21  moved back, is that a fair summary?
22      A    I wasn't in Adelaide.  I was taking course work
23  remotely, living here in Kingscliff, then yes, we moved to
24  Maine for 18 months and now we have moved back.
25      Q    Okay.  And I saw in your resume that you worked

15

1  for or still work for something called Cosmos Archaeology,
2  right?
3      A    Yes.
4      Q    And it said from 2018 to the present?
5      A    Yes.
6      Q    And what is Cosmos Archaeology?
7      A    Cosmos Archaeology is a cultural heritage
8  consultancy specializing in maritime and underwater
9  archeology providing, you know, archeological support for
10  large infrastructure projects across Australia and kind of
11  the Asia-Pacific region.
12      Q    And is it a private for profit company?
13      A    Yes.
14      Q    So you serve as consultants to do underwater
15  archeology for hire for institutions, private
16  organizations, whomever is willing to hire you; is that
17  right?
18      A    Yeah, governments, we work on a lot of state
19  infrastructure projects, stuff like that.
20      Q    And I asked you whether you served as an expert
21  witness before, so this question is similar, but not in
22  lawsuits.  Have you served as a lead maritime archeologist
23  before this case?
24      A    Yeah, I have managed maritime archeological
25  projects in my position at Cosmos Archaeology.

16

1      Q    And about how many have you done?
2      A    Probably a couple dozen.
3      Q    And that's the ones that you've been, for want of
4  a better term, project manager for?
5      A    Yeah, project manager, maybe slightly less,
6  probably, yeah, 15 or so.
7      Q    And of those 15, could you give us a sampling of
8  the organizations that you have worked for in your capacity
9  as project manager for Cosmos Archaeology?
10      A    Yep, I worked as -- for companies like Santos
11  which is a gas exploration and drilling company, the
12  Pilbara Port Authority, which is a government port
13  authority in Northwest Australia.  I've been subcontracted
14  by another archeological company working for, you know, the
15  transfer for New South Wales, which is the state government
16  sort of transport department.  I have worked directly for
17  the Commonwealth Government of Australia which is their
18  federal government.  I have worked for local council and
19  for some of the indigenous Aboriginal land corporations,
20  which are sort of tribal corporations or Aboriginal
21  Australians.
22      Q    And were these all shipwreck cases that you were
23  retained to study?
24      A    No, we do all sorts of maritime stuff, so there
25  are shipwrecks, aircraft wrecks, maritime infrastructure,

17

1  submerged terrestrial landscapes.  It pretty much runs
2  anything that has to do with the water.
3      Q    And it looked like on your resume -- and I will
4  admit I didn't look as hard as I might have, but your work
5  on American shipwrecks, was that limited to wrecks in North
6  Carolina waters?
7      A    Yes, for actual practical work, yes.
8      Q    So I would be correct in saying that prior to this
9  case, you had not done any work on shipwrecks in New
10 England or the State of Maine?
11     A    Yes.
12     Q    So I had asked earlier in the summer about your
13 availability for an in-person deposition and I was told
14 that you lived in Maine.  Were you aware that I asked about
15 that?
16     A    I don't recall.
17     Q    And at what point did you tell them that you were
18 packing up and moving to Australia?
19     A    I don't remember the exact date.  It was at least
20 a few months before, I think.
21     Q    So if this case goes to trial, will you be flying
22 back here to attend trial and testify?
23     A    I don't know at this time.
24     Q    So we took Robert Jarrett's deposition a couple
25 weeks ago.  Were you aware of that?

18

1      A    Yes.
2      Q    And how did you become aware of that?
3      A    I was informed by the Attorney General's Office
4  last week.
5      Q    And what was the substance of that discussion?
6      A    They were talking to me about what we would be --
7  about the process of having my deposition taken.
8      Q    Did they explain to you the usual stuff about
9  being under oath and giving clear answers and that kind of
10 thing?
11     A    Yes.
12     Q    What about substantively, did they talk to you
13 about what was discussed or looked at during Robert
14 Jarrett's deposition?
15     A    No.
16     Q    How about any of the deposition -- deposition
17 exhibits we looked at with him, did they share those with
18 you?
19     A    No.
20     Q    And have you had any contact with Robert Jarrett
21 since his deposition?
22     A    No.
23     Q    And how about Ms. Maxwell?
24     A    No.
25     Q    Did they tell you that I asked Robert Jarrett

19

1  whether he had ever taken any souvenirs from shipwrecks?
2      A    No.
3      (Exhibit No. 1, Mount Desert Island Shipwreck
4  Investigation, marked for identification.)
5      Q    So let's take a look at your report, the one that
6  I -- it's the same exhibit, but I marked it as McBrian No.
7  1 and you will see that there's a sticker at the top that
8  says Jarrett No. 1.  Do you see that?
9      A    Yes.
10     Q    Do you have a hard copy that you could refer to
11 also?
12     A    No.
13     Q    Okay.  So why don't I just briefly bring it up on
14 my screen so that you can see that I have it as well.  So
15 you have a copy of this document in front of you too,
16 right?
17     A    Yes.
18     Q    All right.  I'm going to stop sharing the screen
19 just so I'm not looking at your -- I don't need to look at
20 it here, but I may refer to it momentarily.  So our divers
21 told us that the stones on the shipwreck were clearly
22 visible above the mud line.  Did you know that they had
23 testified to this?
24     A    I believe that was in the report.
25     Q    Okay.  And they also had their depositions taken a

20

1  few weeks ago.  Did you know that?
2      A    No.
3      Q    Okay.  So would you agree with the divers on this
4  that the stones themselves are above the mud line?
5      MR. STEIGELMAN:  Objection.
6      A    I would agree some of the stones are above the mud
7  line.
8      Q    So that's my next question.  Do you have an
9  opinion as to how many or what percentage of stones are
10 above or beneath the mud?
11     MR. STEIGELMAN:  Objection.
12     A    Not an exact percentage, I couldn't say that.
13     Q    Could you -- let's see if we can narrow this down.
14 Would you say approximately half are above and half are
15 below?
16     A    I would guess more than half are below.
17     Q    And you said you would guess that and I don't want
18 you to guess, so I want you to give an informed answer to
19 the extent that you can, whether you believe there are more
20 than half above the mud line or half above the mud line,
21 whatever it is you have an opinion about, I want to hear
22 what it is, but I don't want it to be a guess, I want to
23 hear why it's your informed opinion.
24     A    Sure, I believe there are less than half above the
25 mud line based on the historical documents that have stated

21

1  that the ship was carrying over 30,000 of these.  I didn't
2  see 30,000 or 15,000 above the mud line, therefore, I
3  believe that there is more than half below the mud line.
4      Q.   Okay.  And where did that 30,000 number come from?
5      A   That came from a newspaper article in Ellsworth,
6  the local Ellsworth paper from 1893.
7      Q.   And you didn't or couldn't measure the number of
8  stones beneath the mud line with the tools you had, right?
9          MR. STEIGELMAN:  Objection.
10     A   No.
11     Q.   So the only data that you have to come to that
12 conclusion is the historic report about 30,000 stones from
13 that news report versus the number that you saw from the
14 videos and pictures that you saw on your survey; is that
15 correct?
16     A   Yes.
17     Q.   And could you estimate the number of stones by
18 simple calculation as to what you saw visible above the mud
19 line?
20     A   Yes, given the sort of area that we observed, the
21 general size of the stones since they are all fairly
22 similar in size, I would estimate that there are probably,
23 you know, hundreds to thousands visible in that area.
24     Q.   And would you say as many as 10,000 were visible
25 above the mud line?

22

1      A   Yeah, I don't -- I don't believe it would be that
2  many visible above the mud line.
3      Q.   So less than or fewer than 10,000.  Would you say
4  more than 5,000?
5      A   I would say less than 5,000, more than 500.
6      Q.   And I want to ask you about the pieces of wood
7  that you observed protruding off the sea floor.  Do you
8  have an opinion as to how far or deep that those pieces of
9  wood extended beneath the sea floor?  And by the sea floor,
10 I mean the visible mud line.
11     A   Yes.
12     Q.   And were you able to calculate any of those
13 measurements as to how far below the mud line the pieces of
14 wood went or go?
15     A   Yes.
16     Q.   And how did you measure the extent that the pieces
17 of wood not protruded, but lie beneath the sea floor, the
18 mud line?
19     A   Yeah, using sort of historical regulations for the
20 dimensions of construction of wooden ships, looking at the
21 measurements of the molding side dimensions of some of the
22 timbers, given what we believe the overall length of the
23 ship to be, taking those into consideration, looking at the
24 shape of the hold that's above the mud line and comparing
25 that to line drawings of other similar ships, estimate

23

1  that, you know, there is probably up to maybe more than
2  2 meters buried, a depth of 2 meters buried.
3      Q.   So I asked Robert Jarrett whether he felt you were
4  able to measure anything below the mud line with the
5  equipment you had and he said no and we were talking about
6  the ROV and the sonar and it sounds to me like you are
7  agreeing with that, but you are saying you deduced what may
8  be beneath the mud line through the calculations that you
9  just described, is that a fair statement?
10     A   The ROV didn't have the capability of
11 investigating below the mud line, yeah, so I have deduced
12 this based on my knowledge of ship construction and based
13 on the observation of what we saw above the mud line.
14     Q.   But you didn't have any way to measure whether it
15 was 6 inches below the mud line or 6 feet below the mud
16 line because you didn't have those tools, right?
17     A   Correct.
18     Q.   And neither the sonar nor the ROV could tell you
19 that, right?
20     A   Correct.
21     Q.   You're an accomplished diver and I have looked
22 through your CV, that's a fair statement, right?
23     A   Yes.
24     Q.   The fact that you are an accomplished diver, not
25 that I have looked through your CV was my question.

24

1      A   Yes.
2      Q.   Yep.  And our divers, at least one of them
3  described putting his hands down beneath the mud line to
4  feel what was under there and he -- I'm summarizing -- he
5  testified he didn't feel much down there.  You don't know
6  anything about that, right, because you have not talked to
7  the attorneys for the state about their depositions, right?
8      A   No, I have read their report provided by JJM.  I
9  believe that is in there as well.
10     Q.   And you didn't dive on this wreck, right?
11     A   Correct.
12     Q.   And if you had, you could have attempted to feel
13 around beneath these objects, right?
14     A   Yes.
15     Q.   And you could have attempted to see whether and to
16 what extent they extended beneath the surface of the mud
17 sea floor?
18     A   Yes.
19     Q.   All right.  So let's take a look at page 21 of
20 your expert report, please.  Let me know when you are
21 there.
22     A   I'm there.
23     (Exhibit No. 3, Wooden Ship Diagrams, marked for
24 identification.)
25     Q.   And if you could also please open up Exhibit 3.

25

```
1      A    Yes.
2           MR. STEIGELMAN:  Twain, just for clarification,
3  I'm sorry to interrupt, on the report, for example, there's
4  a page number that's not the same as the pagination on the
5  page.  Can you clarify, please?
6           MR. BRADEN:  Yeah, thank you.
7      Q    So I want to ask you about the pagination on your
8  report which is page 21 of your report.
9      A    Yes.
10     Q    And it shows a picture of the stern of the wreck,
11 right?
12     A    Yes.
13     Q    And then Exhibit No. 3 has -- the first page has a
14 lines drawing of looks like a historic 19th century
15 schooner called the Aldine, A-L-D-I-N-E?
16     A    Yes.
17     Q    And the second page -- the Bates stamp is SOM page
18 2555.  It's the second page of the exhibit.  It's a series
19 of drawings, right?
20     A    Yes.
21     Q    And it looks to me like the bottom left image of
22 the second page of Exhibit 3 is the same drawing as the one
23 on page 21 of your report.
24     A    No.
25     Q    Okay.  Is it the one on the top left?
```

27

```
1  be generally wooden vessels are built like this.
2      Q    So let's see if I can paraphrase then.  So wooden
3  schooners of the 19th century had planks and frames, right?
4      A    Correct.
5      Q    They had rudders, correct?
6      A    Correct.
7      Q    They had a keel and a keelson and deadwood,
8  correct?
9      A    Correct.
10     Q    And that was the purpose of this exhibit -- page
11 two of Exhibit 3 was just to show these general ideas, not
12 to be specific to either the Dehli or the Aldine?
13     A    Correct, as a visualization for wooden ship
14 construction.
15     Q    Okay.  Thank you for explaining that.
16          So back to page 21 of your report, you said you
17 saw what you believed to be the Dehli's sternpost, right?
18     A    Yes.
19     Q    And you measured I think with either the sonar or
20 the ROV its height off the sea floor to be approximately
21 2 meters?
22     A    Yes.
23     Q    And which tool or both did you use to measure
24 that?
25     A    We used the depth gauge of the ROV, so took a
```

26

```
1      A    Yes.
2      Q    Okay.  So this is where it came from?
3      A    Yes.
4      Q    And is this from -- what's his name, the American
5  author, what book is this from?
6      A    I believe it's from Desmond.
7      Q    Okay.  And can you describe the type of vessel
8  that's depicted on the second page of Exhibit 3 and page 21
9  of your report, what kind of vessel would this have been?
10     A    Wooden sailing vessel.
11     Q    And the first page of Exhibit 3 says it's the
12 Aldine which I think you said in your report was -- was it
13 a schooner, a coasting schooner like the Dehli?
14     A    Yes.
15     Q    So about the same size and configuration, specs,
16 that kind of thing?
17     A    The Aldine was similar in size and shape to the
18 Dehli.  I'm sorry, similar in size.
19     Q    And then the vessels depicted on Exhibit 3, page
20 two, what's the basis for you saying that they are a
21 similar 19 century wooden coasting schooner as both the
22 Aldine and the Dehli?
23     A    Generally I was using this image to show what the
24 typical wooden construction of a ship looked like.  It's
25 not meant to be a specific type of vessel.  It is meant to
```

28

```
1  measurement of the depth at the base of the sternpost,
2  raised the ROV to the top of the visible sternpost and took
3  the depth from there.
4      Q    And was that accurate give or take half a meter,
5  give or take a few centimeters, how would you describe that
6  accuracy?
7      A    I would say give or take a couple centimeters.
8      Q    And you couldn't measure how deep the sternpost
9  went into the mud, right?
10     A    Correct.
11     Q    There was no way to do that with the tools you
12 had, right?
13     A    Correct, no way to do that with the ROV.
14     Q    Or the sonar?
15     A    Or the sonar.
16     Q    Or any other tool that you had?
17     A    Correct, without sending a diver down with a
18 probe, there was no way to do that.
19     Q    Right.  Did you see anything else on the sea floor
20 that resembled the overall structure of a historic wooden
21 ship as you see in this image on page 21 of your report?
22     A    Yes.
23     Q    And what else from that image did you believe that
24 you saw on the bottom?
25          MR. STEIGELMAN:  Objection.
```

29

1    A    We saw frames sticking up, we saw the planking
2    attached to those frames, similar to what you see in that
3    image.  That image doesn't show the planking, but it's --
4    you know, made that invisible so you can see the inside of
5    that, but the planking was visible as well on the sea bed.
6    Q    And I have seen those images too and I understand
7    them to be some distance away from the sternpost, but you
8    are saying you saw them close enough to the sternpost that
9    you believed that they were part of this -- would have been
10   roughly in the vicinity of this picture depicted on page
11   21?
12   A    Yes.
13   Q    And did you see that they were connected in any
14   way to the sternpost?
15   A    I saw frames going around towards the back where
16   the sternpost is.  I saw timbers attached to the sternpost
17   near the mud line and I saw continuity of the ship's hold
18   from the sternpost around the sides as well.
19   Q    So when you say continuity, I assume you mean
20   where they were in relation to the sternpost suggested an
21   original position, is that what you are saying?
22   A    Correct.
23   Q    But not necessarily attached to the sternpost that
24   you could at least visibly see, is that fair?
25   A    I saw timbers attached to the sternpost.

30

1    Q    But whether or not they connected to the rest of
2    what you described, you can't say?
3    A    To my knowledge, they did from what I saw.
4    Q    And you couldn't see any of the deadwood or the
5    keel or the keelson, right, because you assumed that's
6    buried in the mud?
7    A    Yes, correct.
8    Q    Or not there at all based on your inability to
9    test that or check it, right?
10        MR. STEIGELMAN:  Objection.
11   A    No, I mean everything in my professional
12   experience and studies and what I observed on the wreck
13   leads me to deduce that there are plenty of timbers below
14   the mud line.
15   Q    So could the sternpost have come adrift from the
16   wreck at some point in the past 130 years or do you have
17   evidence to the contrary?
18        MR. STEIGELMAN:  Objection.
19   A    Evidence to the contrary because it's in the
20   position of the wreck that it would have been when it was
21   constructed.  It's in situ.
22   Q    So if you flip to the next page of your report,
23   page 22.
24   A    Yes.
25   Q    That top image there, it's a blue box superimposed

31

1    on the drawing of the Aldine, right?
2    A    Yes.
3    Q    And the caption says that's -- the red line is the
4    probable depth the ship is buried to, right?
5    A    Yes.
6    Q    And you would say that's the same answer that you
7    gave as before, you deduced that's the line based on the
8    deductions you made earlier about believing there is more
9    to the wreck below the mud line than you can actually see
10   or that you can measure, right?
11   A    Yes.
12   Q    Do you have any basis for knowing whether the
13   wreck came to rest flat or level on its keel or nose dived
14   into the mud?
15   A    The position of the sternpost which was nearly
16   vertical, the position of the frame and the timbers, the
17   location of the cargo, all indicates that it more or less
18   sunk upright.
19   Q    It looked to me like other than some of those
20   things that you described with the stern, there wasn't
21   anything in way of the bow that suggested bow timbers or
22   bow stem or anything like that; is that correct?
23   A    Nothing visible above the mud line past about
24   midship.
25   Q    And the items that were found in that debris

32

1    field, those were just that, they were items, they weren't
2    necessarily in context pieces of the ship where you would
3    expect them to be if the vessel was intact, right?
4    A    I'm sorry, which portion of the ship are you
5    talking about?
6    Q    I'm talking about forward of the amidships.
7    A    Forward of the amidships, there were some visible
8    timbers extending from the sort of back half of the hold
9    into the mud.  There were also -- those timbers appeared to
10   be sort of attached to the stern section, but then
11   disappearing into the mud.
12   Q    Let me see if I understand what you are saying.  I
13   think previously you said aft of amidships, you saw
14   evidence of the ship's structure in its original, you know,
15   context or part of the wreck or something and I thought you
16   said that forward of about amidships, you didn't see any
17   portions of the wreck that would be in their original
18   position attached to the vessel, but your response confused
19   me a little bit, so can you help me understand what you are
20   saying?
21   A    Yeah, so the bow end of the ship was not visible
22   above the mud line.  At about midships, there are timbers
23   that extend from the back half of the vessel outward that
24   would have attached to the bow and to the ship.  Those
25   buried into the mud at some point, so it's kind of like a

33

1  transition area from what's visible above the seabed to
2  what is not visible.
3      Q   So do you believe you saw evidence that the vessel
4  was intact -- and by intact, I mean didn't break in half
5  like we all saw in the movie Titanic -- did you see any
6  evidence of the wreck itself having sunk intact and remains
7  intact, and by that, I mean not broken in half and the bow
8  half just gone away, deteriorated, whatever?
9          MR. STEIGELMAN:  Objection, but you can answer,
10  if you can.
11      Q   Did you understand my question?
12      A   Yeah, I think so, I'm just trying to think how to
13  word my answer.  No, because the bow wasn't visible, so as
14  far as the Titanic breaking in half, no evidence for or
15  against that.
16      Q    Whether it broke in half and -- whether this
17  particular wreck broke in half and the forward half
18  deteriorated or was somewhere else, that's what you are
19  saying?
20      A   Correct.
21          MR. STEIGELMAN:  Objection.
22      Q   So I asked Robert Jarrett if he thought he knew
23  what angle the wreck was sitting on the bottom and he said
24  he didn't know.  He also said he couldn't tell whether it
25  took a nose dive into the bottom or not, but deferred to

34

1  you, so it sounds like you believe at least that the after
2  half, the back half of the boat settled evenly on its --
3  roughly evenly on its keel, right?
4      A   At least the back half.  Probably the whole thing.
5      Q   And do you believe that what's visible of the
6  stones was the whole load of -- with the exception of
7  course of that which is buried underneath the mud line, was
8  that basically the whole load of stones that that boat was
9  carrying?
10      A   Yes.
11      Q   So if you look at -- refer to your report,
12  whatever pages you want.  You describe for me anecdotally
13  timbers that you believed were connected both in --
14  physically in fact that you saw evidence of and also by
15  virtue of their context and the shape of the original
16  vessel.  What other parts of the vessel do you believe that
17  you saw protruding above the mud line other than that
18  section at the stern that we just talked about?
19      A   Other than the section of the stern which is the
20  back half of the vessel and the timbers extending from the
21  back half forward into the mud, that was all of the vessel
22  structure that we saw above the mud line.
23          (Exhibit No. 4, National Register of Historic Places
24  Multiple Property Documentation Form, marked for
25  identification.)

35

1      Q   So in Exhibit 4, it is just an excerpt from the
2  National Register of Historic Places.  Do you have that in
3  front of you?
4      A   Yes.
5      Q   So on the third page, it is just kind of an
6  introduction to this.  Can you describe what this document
7  is?
8      A   Yeah, this is a National Register of Historic
9  Places listing for granite vessels in the Stellwagen Bank
10  National Sanctuary.
11      Q   And this was a document that you located and
12  studied in preparation for drafting your report?
13      A   I didn't use this in my report, no.
14      Q   And you had testified earlier you had not
15  previously done any work on any New England shipwrecks,
16  right?
17      A   Correct.
18      Q   Are you familiar with the Stellwagen Bank granite
19  ships as are described in this Exhibit 4?
20      A   Briefly, yeah.
21      Q   And from what I understand, they are protected
22  meaning you can't go and take the stones off them or
23  anything else, right?
24      A   Yep, they are on the register, yep.
25      Q   Okay.  And they are part of some sort of preserve,

36

1  right, the Stellwagen Bank Preserve of some kind?
2      A   National Marine Sanctuary.
3      Q   And that protects the wrecks from anybody taking
4  anything from off those wrecks, right?
5      A   Yes.
6      Q   Do you know whether fishing is allowed in this
7  area, can people run nets and chains and stuff through the
8  Stellwagen Bank Preserve?
9      A   Specifically Stellwagen, I don't.  I know other
10  marine sanctuaries have different levels of protection
11  from -- you know, for cultural resources versus natural
12  resources.  There is at least a dozen marine sanctuaries
13  out there and they range and are different in what they
14  protect.
15      Q   So you don't know whether fishing is or is not
16  allowed in the vicinity of the granite shipwrecks in
17  Stellwagen Bank?
18      A   I'm not aware off the top of my head, no.
19      Q   You mentioned some other preserves.  Are you aware
20  that some preserves actually prohibit fishing?
21      A   Yes.
22      Q   And the purpose of that is to not allow damage to
23  the wrecks, is that fair?
24          MR. STEIGELMAN:  Objection.
25      A   Depends.  Sometimes that may be to stop, you know,

**37**

1  harm to natural resources.  I know, again, some of those
2  marine sanctuaries are there to protect natural resources
3  versus cultural resources.
4      Q    Let me ask it a different way.  Are you aware of
5  any preserve in the United States on the East Coast in
6  which fishing activities are not allowed in order to
7  preserve the integrity of a shipwreck?
8      A    I believe the Monitor National Marine Sanctuary is
9  like a full exclusion zone to my knowledge without permits.
10     Q    Is that the only one that you think at least to
11 your knowledge that prevents fishing at the site?
12     A    That's the only one that comes to mind, but I'm
13 not an expert on that.
14     Q    Are you aware of the fishing activity that's
15 permitted in ████████?
16     A    No.
17     Q    So you don't know whether scalloping is allowed?
18     A    No.
19     Q    You don't know whether lobstering is allowed?
20     A    I assume based on all the lobster boats and
21 lobster pots that I saw out there, but no, I don't know the
22 legislation or laws around fishing in ████████.
23     Q    Would you recommend that fishing be disallowed
24 from this area in order to protect the wreck?
25          MR. STEIGELMAN:  Objection.

**38**

1      A    That's kind of beyond my -- yeah, what I would
2  say, in the immediate vicinity of the wreck, yes.
3      Q    That should be prohibited from occurring, fishing
4  activities, commercial fishing activities is what you are
5  saying?
6          MR. STEIGELMAN:  Objection.
7      A    Yes.
8      Q    So you would -- do you know what a scallop chain
9  drag looks like, have you ever seen those?
10     A    No.
11     Q    They are pretty big, heavy, and I'm holding my
12 arms out as wide as I can to show you that they are pretty
13 wide, they are pretty big, they are heavy, they weigh
14 several hundred pounds and they are made of steel chains,
15 so I will represent to you that's how scallops are
16 harvested in Maine coastal waters.  Would you recommend
17 that scalloping be shut down in the vicinity of the wreck
18 of the Dehli if it were allowed?
19          MR. STEIGELMAN:  Objection.
20     A    I don't personally have an opinion on that.
21     Q    Well, let me ask it a different way.  If you and I
22 were to go out with something that I just described, a
23 bunch of chains that would drag across the bottom, would
24 that have an impact on what you might describe as the
25 integrity of the wreck?

**39**

1      A    It could.
2      Q    More likely than not?
3      A    It's possible, yes.
4      Q    You saw evidence of lobster traps on the wreck.
5  Would you agree that dropping lobster traps onto the wreck,
6  you believe that that's potentially damaging to the wreck
7  as well?
8      A    It could be.
9      Q    Well, what do you believe?
10          MR. STEIGELMAN:  Objection.
11     A    I didn't see any evidence of damage from lobster
12 pots on the wreck.  It's possible that dropping a lobster
13 pot on objects or a structure on the wreck could damage it.
14     Q    So would you recommend that lobstering be
15 disallowed from this wreck site?
16          MR. STEIGELMAN:  Objection.
17     A    Again, I don't have opinions on the legality of
18 fishing in Maine waters.
19     Q    Well, I'm not asking your opinion on the legal
20 angle.  What I'm asking is you believe that this wreck is I
21 think worth preserving where it is, right?
22     A    Yes.
23     Q    And that includes the ceramics, right?
24     A    When it comes to preservation of shipwrecks, it's
25 not really a one size fits all answer.  There is -- you

**40**

1  know, each one is individual.  There is different
2  conditions, circumstances, location, activities around it.
3  Certain things can be removed, further preservation, some
4  things should probably stay in situ.  It's more of a wide
5  ranging answer than everything needs to be preserved in one
6  spot.
7      Q    All right.  Well, let's pull them apart a little
8  bit.  Our experts and our client has offered to bring up
9  all the ceramics, preserve them, consistent with the Texas
10 A&M Maritime Archeology Standards and present them to the
11 State of Maine.  Were you aware of that?
12     A    No.
13     Q    Do you believe that they would be safer for
14 preservation study or otherwise if JJM or anybody else
15 brought them up and preserved them and the State of Maine
16 was able to preserve them away from their current location?
17          MR. STEIGELMAN:  Objection.
18     A    Depending on who is doing it and how it's done.
19     Q    Okay.  So how would you recommend -- if you were
20 going to preserve them, how would you recommend it was done
21 and by whom?
22          MR. STEIGELMAN:  Objection.
23     A    I would recommend a qualified maritime
24 archeologist who has experience in shipwreck excavations
25 coordinating with a team of artifact conservators who have

41

1  experience conserving artifacts from submerged marine
2  environments with, you know, a further group of curators
3  who have the facilities and space to house or display these
4  objects, then that, yes, could be a longer-term solution
5  for certain objects that are more fragile and breakable if
6  the funding and the expertise is there.
7      Q   Because otherwise, they might be vulnerable to
8  collectors?
9      A   They could be.
10     Q   And that's just not a year from now, it might be
11 five or 10 years from now, right?
12     A   What could be?
13     Q   Their vulnerability to collectors.  I'm talking
14 specifically about the ceramic items.
15     A   Okay.  Specifically about the ceramics, yeah, they
16 could be vulnerable at any time.
17     Q   So if somebody knew where the wreck site was, the
18 items themselves, the ceramics would be easy pickings,
19 wouldn't they?
20         MR. STEIGELMAN:  Objection.
21     A   If someone knew the exact location of the wreck
22 site, they could be taken off the wreck site.
23     Q   Pretty easily?
24     A   Pretty easily.
25         MR. BRADEN:  All right.  Let's take a five-minute

42

1  break.  It's quarter of the hour here.  Why don't we come
2  back at 10 of the hour.
3             (A short break was taken.)
4      Q   Okay.  Before the break, we were talking about
5  possible threats to the ceramics that we all know are down
6  on the bottom probably associated with the wreck of the
7  Dehli.  We talked about how our client, JJM, and our
8  experts have recommended and even offered to bring them up.
9  Do you think that the State of Maine should facilitate
10 bringing up those items to preserve them?
11         MR. STEIGELMAN:  Objection.
12     Q   And I mean as opposed to leaving them where they
13 are.
14     A   Only if it could be done, like I said previously,
15 with experts, with all support and infrastructure in place.
16     Q   So if all -- I'm sorry, I stepped on your answer.
17 Can you finish your answer, please?
18     A   Yes, for continued preservation was the last of
19 it.
20     Q   Okay.  So assuming those safeguards were in place,
21 you would recommend that the State of Maine should bring
22 them up to preserve them rather than leave them in place;
23 is that correct?
24         MR. STEIGELMAN:  Objection.
25     A   Possibly, it might be one of the options.  There

43

1  are other preservation options.  I would say knowing the
2  best way to preserve a site like this requires further
3  investigation.
4      Q   About how many ceramic items would you say are
5  there, a couple dozen maybe?
6      A   It's possible.  I saw probably at least, you know,
7  a dozen on top of the surface.  Who knows what's below the
8  mud.  Yep.
9      Q   And you mentioned a couple of other methods other
10 than bringing them up.  Are you -- is there some other
11 method that you would suggest that the State of Maine
12 consider other than either leaving them in place where they
13 would be vulnerable to the things we talked about or
14 bringing them up?
15         MR. STEIGELMAN:  Objection.
16     A   Other preservation methods that have been done on
17 other shipwreck sites include burying, so burying the wreck
18 itself in sandbags has been done on many, many wrecks for
19 future preservation, protects the wreck, makes it difficult
20 to access artifacts and prevents, you know, damage to it.
21     Q   So would you recommend that the State of Maine
22 bury the wreck of the Dehli in sand or sandbags?
23         MR. STEIGELMAN:  Objection.
24     A   I would recommend that further investigations be
25 done to determine what the longest-term preservation

44

1  potential is and to discuss with experts to identify the
2  best preservation methods.
3      Q   Including the possibility of burying the wreck in
4  the site and the artifacts in a big pile of sand?
5          MR. STEIGELMAN:  Objection.
6      A   No, not in a big pile of sand.  Under sandbags in
7  accordance with other best practices in maritime
8  archeology.
9      Q   Are there any other methods that you would say the
10 state should consider in addition to piling it up with
11 sandbags or bringing up the artifacts?
12         MR. STEIGELMAN:  Objection.
13     A   Protecting in situ is an option.  Again, there are
14 numerous options that can be used to preserve and protect
15 shipwreck sites and artifacts and it takes more time to
16 investigate and identify what the best option would be.
17     Q   So this is the one Maine and New England shipwreck
18 you have studied, so do you believe this shipwreck is worth
19 expending the kind of resources you are describing in order
20 to best preserve the site?
21         MR. STEIGELMAN:  Objection.
22     A   Yes, I do believe this shipwreck is worth
23 preserving.
24     Q   And would you say that the -- we talked about the
25 ceramics.  I understand your answers there.  I want to ask

**45**

1  you about the timbers themselves.  We talked about
2  scalloping chains and lobster pots being a potential hazard
3  to the ceramics.  Would you say those commercial fishing
4  activities are also potentially damaging of the timbers of
5  what's left of the shipwreck also?
6      A    **There is potential, yes.**
7      Q    And all it would take might be one unlucky drag
8  with a scallop chain and everything might be or a lot of
9  the items might be damaged or destroyed?
10     A    **Again, I'm not super familiar with scallop chains,**
11 **but there are potential negative impacts on historic**
12 **shipwrecks from commercial fishing activities that can**
13 **damage or dislodge parts of a shipwreck.**
14     Q    Okay.  And so before, I was asking you about
15 ceramics.  Now, I'm asking you about the timbers
16 themselves, so is it your recommendation to the State of
17 Maine that if they want to preserve this shipwreck,
18 including some of those activities you described, that you
19 would recommend that the State of Maine prevent any
20 commercial fishing activities in the vicinity of the wreck
21 site?
22          MR. STEIGELMAN:  Objection.
23     A    **That is one possible way of protecting the wreck.**
24     Q    I don't mean to be annoying, but would you
25 recommend that the State do that?  I'm asking your opinion

**46**

1  as to whether you recommend that to preserve the wreck.
2          MR. STEIGELMAN:  Objection.
3      A    **I would recommend that the feasibility of that be**
4  **studied and a recommendation made, you know, based on**
5  **discussion with both fishing experts and conservators and**
6  **archeologists to determine what would be the best method of**
7  **preservation.  And that could include an exclusion zone or**
8  **something like that.**
9      Q    And in practical terms, how would that occur?  I
10 say that because you're an experienced diver and maritime
11 archeologist.  You've also been to the site.  Practically
12 speaking, what would that look like in ▮▮▮▮▮▮, those
13 sorts of prohibitions?
14     A    **An exclusion zone is usually you need to acquire a**
15 **permit to access a site like that.  You are not going to**
16 **keep an armed guard on the bottom of the seabed at all**
17 **times, but I would assume that there is fisheries, but --**
18 **I mean it's a national park and stuff around that area,**
19 **it's pretty visible from lots of different locations, so it**
20 **would be easy to see if a boat has pulled up on site, if**
21 **they are putting divers in the water, you know.  I don't**
22 **know how you can hide that in the middle of ▮▮▮▮▮▮.**
23 **It seems like at that point, you just go out and check and**
24 **see if they have the necessary permits to be on that site**
25 **and to be diving on that site and then whatever penalties**

**47**

1  for breaking the law that are decided and enforced.
2          (Exhibit No. 2, Eligibility Letter, marked for
3  identification.)
4      Q    Let's take a look at what we have marked as
5  Exhibit 2.
6      A    **Yep.**
7      Q    Have you got that in front of you?
8      A    **Yes.**
9      Q    Have you seen this before?
10     A    **Yes, I have.**
11     Q    And when was it shared with you approximately?
12     A    **Probably August or July or something like that.**
13     Q    And if you had to hazard a best guess as to
14 whether it was August or July, which would you say it was,
15 best estimate?
16     A    **August.**
17     Q    And did you review it in preparation for your
18 deposition today?
19     A    **Not specifically, but I read it.**
20     Q    And did you review any documents with the
21 attorneys for the State in preparation for your deposition
22 today?
23     A    **No.**
24     Q    And you said you talked to them or maybe you
25 didn't say it.  When did you last talk to the attorneys

**48**

1  from the State about your deposition, if at all?
2      A    **Just a few days ago.**
3      Q    Was that the one time you prepared for your
4  deposition with them?
5      A    **Yes.**
6      Q    And did you look at any other documents in
7  preparation for your deposition today?
8      A    **I reread through my report and I looked at the**
9  **plaintiff's expert report as well just to refresh, but**
10 **that's all I have examined.**
11     Q    So looking at Exhibit 2, if you could scroll down
12 to that second paragraph, do you see where I have
13 highlighted a sentence?
14     A    **Yes.**
15     Q    So the sentence I highlighted says the site was
16 documented as consisting of the visible stern of a wooden
17 vessel, including a portion of the hold containing a cargo
18 of granite paving zones and a scatter of artifacts
19 associated with the crew's shipboard life and the operation
20 of the vessel.  I read that correctly?
21     A    **Yes.**
22     Q    And you previously described sections of the stern
23 that you believe you saw.  What would you say might be a
24 visible -- a section of the visible stern as is described
25 here of the wreck?

49

1    A    Sorry, can you reword that?  I didn't quite
2  understand what you asked.
3    Q    Yeah, it was a lousy question.  Did you see
4  evidence of the visible stern of the vessel as it's
5  described here in this exhibit?
6    A    Yes.
7    Q    And did you -- in your report, did you describe
8  seeing sections of the visible stern?
9    A    Yes.
10    Q    You have your report in front of you.  Can you
11  just point me to that section that you think the stern was
12  visible?
13    A    Section 3, 3.1, we have got physical condition of
14  the wreck, 3.1.1, structural elements.
15    Q    So I read the words, but I don't see a correlation
16  between the words and the pictures.  I see the first
17  picture on five page is pretty muddy.  The picture on
18  page -- pages six and seven is also pretty muddy, so could
19  you just describe for me what you saw that is sections of
20  the stern that's described in your report?
21    A    Yep, it's also the sonar image on 3.2 for kind of
22  an overview of it as well.  We saw sternpost, frames,
23  planks, as the main structure that was visible, so kind of
24  the ribs, the skin, the backbone -- not the backbone, but
25  the sternpost, which is the primary upright support at the

50

1  rear of the vessel, so these are all the structural
2  elements that were visible above the seabed.
3    Q    And if you look at page 6, figure 5, tell me when
4  you have that in front of you.
5    A    Yep.
6    Q    And the caption describes frame and outer hull
7  planking, starboard side of the vessel.  Where on the
8  vessel do you believe that picture depicts?
9    A    So that would be near the sternpost.  If you are
10  looking towards the aft of the vessel, it would be to your
11  right.
12    Q    So if you are standing or in this case swimming in
13  the vicinity of the sternpost looking south, these objects
14  are to your -- forward of you and to your right?
15    A    No, if you are looking north, these are to your
16  right.
17    Q    Got it.  Okay.  Looking toward the sternpost?
18    A    No, no, no, I'm sorry, starboard side, so yes,
19  facing towards the sternpost, looking towards the north,
20  these are to your left.  This is the starboard side.
21    Q    So in looking at all the images from your report,
22  that's the only picture that looks like it might resemble
23  something ship-like.  Is there a better picture anywhere
24  that you think is best representative of something that you
25  think resembles the intact shipwreck or is that the best

51

1  image that you have?
2    A    We took 14 hours of video, 12 hours of video,
3  something along those lines, high definition video on the
4  seabed.  The issue with -- as you said, you dove on this
5  before, I'm sure you remember, there is no -- your
6  visibility is quite limited, so getting an overall picture
7  is not possible, you are getting sort of windows as you go,
8  so these are detailed shots of portions of the hold taken
9  together as sort of a mosaic.  As you are looking at them,
10  as you are viewing the videos and stuff, it's clear that,
11  you know, there is this hold.  So, for example, figure 6
12  which shows the outer hold planking a bit muddy for sure,
13  but that is after the ROV has dropped over the side of the
14  vessel and sunk down to the seabed looking from the outside
15  of the vessel in and clearly showing the planks.
16    Q    And do you believe that's a hull plank or do you
17  believe that's a rail, what do you believe the horizontal
18  timber to be?
19    A    Plank, an outer planking.
20    Q    And what do you base that on?
21    A    The structure, the dimensions, the placement, the
22  knowledge of sort of studying 19th century ship
23  construction, previous experience excavating shipwrecks,
24  all of that together leads me to deduce that is what that
25  is.

52

1    Q    Do you know what I mean by a sheer strake or the
2  sheer plank?
3    A    Sheer, so we are talking about the top one or --
4    Q    Yep, the very top-most plank of a wooden ship,
5  right.
6    A    Uh-huh.
7    Q    You know what I mean by that?
8    A    Yes.
9    Q    So you believe that this is the sheer strake or
10  the sheer plank of the vessel or do you believe it is just
11  some other plank somewhere on the topsides of the vessel's
12  hull?
13    A    I don't know for sure.  I know it's a plank.  I
14  don't know if it's the very top one or if it's the second
15  from the top or the third from the top.  That I don't know.
16    Q    And in Exhibit 2, the eligibility letter, that
17  sentence goes on to describe a portion of the hold
18  containing the cargo of granite paving stones.  Do you see
19  where I'm reading that from?
20    A    Yep.
21    Q    And did you see visible portions of the hold?
22    A    To my knowledge, the hold is the void, right, in
23  the middle of the ship, so you are talking about the ship
24  structure around the hold?
25    Q    So I'm asking if you have an understanding of what

53

1  this letter is describing.  It says the site was documented
2  as consisting of the visible stern of a wooden vessel
3  including a portion of the hold containing a cargo of
4  granite paving stones, et cetera, is saying whether you
5  saw evidence of a portion of the hold or are you saying
6  that's just a void space, so there is no visible evidence
7  of that portion of the hold?
8      A    I mean there is the portion of the structure of
9  the ship in that area of the vessel which would be called
10 the hold where the cargo would be stored, so yes, there are
11 frames and there are planks in the vicinity of, you know,
12 the cargo hold which was identified by the location of all
13 those granite paving stones.
14     Q    And did you see the sides of the wreck on both
15 sides of the pile of stones?
16     A    I don't recall specifically.  I know at least on
17 one side, there were.  Some of the other side might have
18 been partly covered by its stones.  Yeah, so again, that
19 figure 6, that shows portions of the hold in that area, the
20 starboard side of the vessel where the hold meets the
21 seabed.
22     Q    And it sounds like both figure 6 and figure 5 are
23 on the starboard side and my question was whether you saw
24 evidence of that on both sides of the pile of stones.
25     A    I'm just looking at the sonar images to refresh

54

1  me.  I believe that the way that it sort of appeared was
2  that the stones might be on top of that or right up against
3  it.  I'm not sure if the hold right in that spot was
4  visible.
5      Q    And you can't recall as you sit here today?
6      A    No.
7      Q    So were you familiar with the fact that our
8  experts used a Klein 3000 Side Scan Sonar?
9      A    Yes.
10     Q    Have you ever used one of those before?
11     A    Not personally, no.
12     Q    You have never been on a maritime archeology
13 survey team in which a Klein 3000 was used?
14     A    Not that specific unit.  I have been on surveys
15 with side scan sonar.  I have interrogated copious amounts
16 of side scan sonar data, visualizations, but yeah, I'm not
17 familiar with that specific model of side scan sonar.
18     Q    And I understand that one of the differences
19 between the Klein 3000 and what you guys used was just the
20 level of accuracy.  To be fair, that's why our team
21 retained one of these things and somebody to operate them.
22 Would you say that's a fair statement, that the Klein 3000
23 can measure more accurately than the boat sonar that you
24 guys used or don't you know?
25          MR. STEIGELMAN:  Objection.

55

1      A    So the sonar that we used was not on the boat, it
2  was mounted on the ROV, so that allowed for very, you know,
3  high definition because it's right there on the site.  I
4  don't know necessarily that that side scan would have a
5  higher level of accuracy when it comes to measuring.
6  Personally, as an archeologist, I wouldn't, you know, hang
7  my hat on measuring things based off sonar.  If you have
8  got divers down, it's much easier and more accurate to use
9  a tape measure than sonar to measure it.  Obviously we
10 didn't have a diver, so we utilized, you know, a laser
11 scale ROV to take specific measurements on site.
12     Q    In speaking with Mr. Jarrett, it sounded like the
13 ROV used its lasers when there was good visibility, but the
14 lasers weren't any good when there was, you know, clouds of
15 sediment around.  Is that your understanding too?
16     A    If we needed to take a measurement of a specific
17 feature and there was silt or suspended sediment, we would
18 wait for that to clear and then take the measurement that
19 we needed.  I didn't find any issue with taking
20 measurements while we were on site.  I didn't see that as a
21 limitation at all.
22     Q    And he also described how he thought that the
23 Klein 3000 was better at sort of overall measuring of the
24 wreck site in kind of a larger view as opposed to the ROV
25 which was better at doing fine-tune measurements up close.

56

1  Is that kind of a fair characterization?
2      A    Yeah, again, I would, you know, hesitate with
3  taking measurements off any sort of sonar as opposed to by
4  hand.  I think that the Klein is better for an overall view
5  certainly for visualization.  I don't know if taking
6  specific measurements, I don't know the accuracy of that
7  particular model when it comes to taking measurements.
8      Q    So on page 11 -- and you are going to have to do
9  that sideways thing again of your report -- tell me when
10 you are there.
11     A    Yep, 11.
12     Q    So the third note in the caption says note,
13 measurements are approximate and not fully to scale.  Do
14 you see where I'm reading?
15     A    Yep.
16     Q    What were you referring to when you wrote that?
17     A    Exactly what I just said about taking measurements
18 off of sonar.  It's an estimate.  It's not an exact
19 measurement.  You can't measure down to the millimeter with
20 sonar like the Klein or with this.  This is not -- there is
21 also sort of potential distortions when it comes to using
22 sonar, so I don't want to say it's 100 percent accurate
23 when it comes to specific detailed measurements.  It's an
24 image of the overall site as it appeared for visualization
25 purposes, not for specific measuring purposes.  For

57

1  specific measuring purposes, we use the laser scale or you
2  send a diver down with a tape measure or a yardstick or
3  whatever.
4      Q    And you saw that our divers had done that, right,
5  they measured the wreck site, put a string along the length
6  of it and then measured it?
7      A    No, I did not see that anywhere in their report
8  where they discussed taking measurements.
9      Q    In this note on page 11, would you be able to
10 identify the limitations of the measurements, is it give or
11 take half a meter, give or take a few centimeters?
12     A    I would say accurate probably to the foot at
13 least, possibly more, but within that sort of accuracy.
14     Q    I know we're jumping around a little bit, but
15 let's take a look again at Exhibit 2.
16     A    Uh-huh.
17     Q    On the second page, in the middle of that top full
18 paragraph, I have highlighted the word integrity.  Why
19 don't you go ahead and read that section.  Do you see where
20 I'm reading from?
21     A    Yeah, from MHPC's characterization?
22     Q    Yes, go ahead and read that and then I will ask
23 you about it.
24     A    All right.  MHPC's characterization of the
25 integrity and significance of the shipwreck were based on

58

1  McBrian's analysis of the data collected from the shipwreck
2  site along with side scan sonar images previously collected
3  by JJM already on file with the court.
4      Q    Okay.  Thanks.  So how would you describe the
5  integrity of the wreck itself?
6      A    Substantial.  We are looking at, you know, at
7  least half of the shipwreck that is more or less intact and
8  in situ.  Things are in the places that they were when the
9  ship was built.  Some of the superstructure might be gone,
10 but the hold, the location of the artifacts appears to be
11 where they would have been when the ship was in use.  The
12 cargo is in the same location that it would have been when
13 the ship was in use, you know.  Like I said, a substantial
14 portion of that hold, especially the stern is visible above
15 the seabed in situ.
16     Q    And all of those things --
17     A    That's it, sorry.
18     Q    And all of those things that you described as
19 examples of the integrity of the wreck, I just want to
20 double back to that question I asked you about commercial
21 fishing activities, do you believe that the integrity of
22 the wreck as you just described it is in danger by
23 commercial fishing activities?
24     A    I believe there's a possibility that commercial
25 fishing activities could have a negative impact on the

59

1  wreck.  I didn't see specific evidence that that has
2  happened, but I think the potential is there.
3      Q    We saw a lot of debris, what looked like a plastic
4  snow fence, lobster traps, bottles and cans.  Did you see
5  evidence of all that kind of human debris on the bottom as
6  well?
7      A    Yeah, definitely the snow fence, I think I show
8  that in my report as well.  There was -- I didn't see any
9  lobster traps specifically on the wreck itself that I can
10 recall, but certainly there were lots of ghost pots and
11 stuff around the area and active lobster pots around the
12 area as well.
13     Q    And I can't remember where I read it, but it
14 seemed like there were also, you know, tree timbers and
15 branches in and around the wreck site as well.  Did you see
16 that?
17     A    I don't recall seeing tree and timber branches,
18 but that wouldn't surprise me if there were some on the
19 wreck site.
20     Q    At the bottom of that page two of Exhibit 2,
21 there's some measurements in looks like the final few
22 sentences.  The sentence that begins in fact, the SDSI
23 report, et cetera, can you go ahead -- you can read it to
24 yourself.  I just want to ask you about it.  Those two
25 sentences.

60

1      A    Yep.
2      Q    So our experts, the SDSI folks, described the
3  wreck -- I think they were describing the wreck site as
4  measuring 26 feet wide and 133 feet long, right?
5      A    Uh-huh, yep.
6      Q    Yes?
7      A    That's what it says here, yeah.
8      Q    Yeah.  And then a little further on, he is quoting
9  from the record of American and Foreign Shipping describes
10 the Dehli herself as opposed to the wreck site as 28 feet
11 in width and 113.1 feet in length, right?
12     A    Correct.
13     Q    So from your testimony, it sounds like the only
14 visible portions of the wreck herself were that back half
15 as opposed to -- it sounds like here he's describing -- I
16 think he is conflating the visible debris field that's
17 133 feet long with the original length of the vessel.
18 Would you agree with that characterization as conflating
19 these two things?
20     A    Can you clarify what you mean by that?
21     Q    So the shoreline diving experts described the
22 debris field, the entire wreck site as being 133 feet long.
23 That's what I understand from their report and reading this
24 excerpt here.  Do you understand that too?
25     A    I don't know what they were measuring.  I don't

61

1  remember them providing any images of the debris field. I
2  know I have seen those side scan images from their report
3  and from the initial documents that were given to the court
4  and that showed sort of a -- like a shadow where the bow of
5  the ship would likely be, if they are measuring that, but
6  again, we sent our ROV in that area and didn't see anything
7  above the mud line, so I don't know specifically what they
8  are measuring out to there.
9      Q    Okay. And so the fact that the original ship was
10 113.1 feet doesn't necessarily dictate to what you can
11 actually see on the sea floor in this area, is that a fair
12 statement?
13     A    Yeah, so what we can see clearly above the mud is
14 probably the back line 40, 50 percent of the vessel. The
15 front is not visible above the sea bed. 113 feet for the
16 Dehli, 133 feet based on that sonar, if it's the debris
17 field, you know, that could be spread, but, you know,
18 again, that whole front end of the vessel is a bit murky.
19     Q    And you reference finding a deadeye on the wreck
20 site, right?
21     A    Yes.
22     Q    And looking at the image on page 11 of your
23 report, it looks like it is just -- it's a little hard to
24 tell, but do you know where on the vessel the deadeye was
25 found?

62

1      A    Yeah, it was sort of towards midship away from the
2  stern, not quite towards the midship, but sort of in the
3  back half of that stern of the vessel, one side.
4      Q    Was that the only one you found?
5      A    That's the only one I recall seeing and that I
6  know we have got video of.
7      Q    And when you have deadeyes, you might have an
8  upper one and a lower one, right?
9      A    Correct.
10     Q    In a ship's rig, correct?
11     A    Uh-huh.
12     Q    And do you have any belief to or any evidence to
13 suggest that the deadeye was located on or attached to any
14 portion -- any part of the wreck where it is lying now?
15     A    I believe based on historical images of schooners,
16 Maine coasting schooners, that that deadeye's location, you
17 know, kind of X-Y on the wreck site is where it would
18 have -- close to where it would have been when it was part
19 of the rigging. Like that picture clearly shows that the
20 rigging itself is deteriorated away and is no longer there,
21 it is just the deadeye that is left, but if you imagine it
22 sunk where it originally was, it's fallen down, you know,
23 once those ropes deteriorated.
24     Q    And there was nothing attached -- I'm sorry, go
25 ahead.

63

1      A    Yeah, I don't think it moved significantly from
2  its original location.
3      Q    And do you have an opinion to determine whether it
4  was attached to the mainmast rigging or the foremast
5  rigging?
6      A    That be would the mainmast, yeah, because it's on
7  that half of the vessel where the taller mast of the two
8  masts on the schooner would be.
9      Q    And was there anything attached to it, any
10 hardware or anything else?
11     A    Not that I remember seeing and not that that image
12 shows.
13     Q    Would that be an example of an item that once it
14 was documented as to its location, might be safer on the
15 surface for preservation and display than lying on the
16 bottom subject to all the dangers that you have described
17 earlier?
18     A    It's certainly an easily removable object, I would
19 say that, like the ceramics, it could easily be picked up
20 and moved, yeah.
21     Q    So I think you are agreeing with me, it would be
22 better to bring it up with the usual caveats of
23 preservation and things that you described earlier?
24         MR. STEIGELMAN:  Objection.
25     A    Yeah, again, versus other methods of preservation

64

1  on the seabed.
2      Q    There was some suggestion that the line, so the
3  rope, the soft rope that was visible there was somehow
4  original to the ship and that just doesn't seem feasible to
5  me. Were you suggesting that that's the original manila or
6  hemp line that's still on the bottom?
7      A    I was not able to like physically touch that
8  because we were using ROV. I saw rope on the vessel. I
9  didn't want to make a determination whether it was modern
10 or historic without being able to know that 100 percent, so
11 I said it could be historic possibly. I don't want to
12 100 percent say that either way.
13     Q    Would you say it's more likely polypropylene, in
14 other words, modern line than some natural hemp or manila?
15     A    Yeah, more likely, definitely.
16     Q    So you have described what you believe is the
17 integrity of the wreck site, maybe the wreck itself, that
18 sort of thing. Are you aware of any plan at all that the
19 State of Maine and any of its commissions or boards or
20 anything has presented that would protect what you or the
21 keeper, the person who drafted this Exhibit 2, to protect
22 what you might describe as the integrity of the wreck site?
23         MR. STEIGELMAN:  Objection.
24     A    I'm not aware of anything.
25     Q    And same question about the artifacts, are you

65

1  aware of any plan that the State of Maine has either
2  proposed or plans to do to protect the artifacts?
3     A   No.
4     Q   So as far as you know, the State's plan is to
5  leave the items alone and let them remain subject to
6  natural deterioration?  I'm asking as far as you know.
7     A   No, I don't know anything about the State's plan.
8     Q   So let me see if I can summarize.  If the
9  artifacts and the stones and what's left of the ship's
10 timbers were left alone, you believe they would be in
11 danger of being potentially picked over by divers, right?
12        MR. STEIGELMAN:  Objection.
13    A   I mean there is that possibility.
14    Q   You believe that they are potentially in danger of
15 being damaged, destroyed by fishing nets, scallop draggers,
16 other commercial gear, right?
17        MR. STEIGELMAN:  Objection.
18    A   Again, damaged by commercial fishing is a
19 possibility.
20        MR. BRADEN:  All right.  Let's take a five-minute
21 break.  I'm winding down.
22              (A short break was taken.)
23    Q   Okay.  So could you please take a look at your
24 report, page 17?
25    A   Yes, yep.

66

1     Q   Okay.  Section 5.2 where it says field survey
2  results and then the second paragraph below that, in the
3  middle of that paragraph, there's a sentence that reads the
4  presence of partially buried timbers at the forward end of
5  the visible wreckage supports this.  And I think this
6  refers to what or maybe let me ask you, what does this
7  refer to?
8     A   That refers to the bow portion of the vessel being
9  buried.
10    Q   Okay.  And it says the presence of partially
11 buried timbers at the forward end of the visible wreckage,
12 were you talking about what you were describing earlier,
13 sort of the back 40 or 50 percent of the original vessel's
14 length and timbers that you believe show what?  Maybe
15 describe how you believe that supports that.
16    A   Yes, so these are timbers that are at the midship
17 section of the vessel, which is the front end of that stern
18 half that's visible, so we have got the very clearly
19 defined stern, as we go forward, we have got the cargo hold
20 with the granite blocks, in front of that are timbers that
21 extend out and bury into the seabed, and then further on
22 from there is where you would expect the bow of the vessel
23 to be.
24    Q   Okay.  So you weren't suggesting that there was
25 visible wreckage in the vicinity of the bow, it's in the

67

1  vicinity of the forward end of the visible wreckage of
2  the -- call it the stern section?
3     A   Yes.
4     Q   The midships section?
5     A   Yeah.
6     Q   Okay.  So Maine has a number of historic wooden
7  schooners still sailing today, you know that, right?
8     A   Yep.
9     Q   So off the top of my head, I can think of four at
10 least that are National Historic Landmarks, I think they
11 call them, so they are on the National Registry of Historic
12 Places.  Are you familiar with that?
13    A   Yeah, yeah, I'm familiar with a few of them, I
14 lived near Camden, so --
15    Q   Right.  So the Grace Bailey was built in 1882.
16 Are you familiar with that boat?
17    A   Yep.
18    Q   Are you familiar with the Mercantile built on
19 Little Deer Isle, Maine, in 1916?
20    A   I haven't seen it, but I have heard the name.
21    Q   And Louis R. French, I think she was built in 1871
22 or so.  Are you familiar with that boat?
23    A   Not specifically that one.
24    Q   And the Stephen Taber I think was built in 1874.
25 Are you familiar with that boat?

68

1     A   Yep.
2     Q   So have you looked at any of these boats to
3  compare them to the Dehli?
4     A   I didn't typically use the ones that are still
5  existing because a lot of those have been very extensively
6  modified from their original sort of configuration.  A lot
7  of those are now operating as day sailers and cruisers and
8  that sort of thing, which is a totally different outfit and
9  setup than you would have for hauling bulk cargo like
10 granite or lime or whatever, you know, they would have
11 been -- timber lumber that they would have been hauling
12 back in the 19th century, so I chose to make my comparisons
13 to well-documented historic vessels like the Annie and
14 Reuben which was involved with, you know, coastal trade,
15 coastal granite trade and that sort of thing, also more
16 similar in size, similar date and stuff.
17    Q   Is the Annie and Reuben still around?
18    A   No.
19    Q   Okay.  So I think what we hear from the captains,
20 owners of these boats is the hulls, the planking, the
21 framing, the keels, the rudders, the masts, the rigging,
22 that everything that forms the structure of the vessel is
23 either original or made to resemble the original
24 configuration, I think we hear that from them, but don't
25 take my word for it.  Did you do anything to actually --

69

1  and I appreciate what you are saying is they are now
2  converted to the passenger trade, so within that overall
3  envelope, they have got cabins and whatever else, but have
4  you actually physically inspected any of those vessels as
5  part of your work to compare them to the wreck of the
6  Dehli?
7      A    No, I didn't get the chance to do that, no.
8      Q    So I think what you testified to is that the only
9  actual vessel or remains of a vessel that you actually
10 looked at, studied, investigated for purposes of this
11 report -- I'm not talking about historical records, I'm
12 talking about something physical, tangible, was the wreck
13 of the Dehli herself, right?
14     A    Wreck of the Dehli, yes, and -- as far as an
15 actual ship, yes, just the Dehli.  I have looked at models
16 in some of the museums as well, but yeah, for this, just a
17 real life shipwreck in the case of this, I have only
18 examined the wreck of the Dehli and the remains of the
19 Dehli.
20     Q    And not just shipwrecks, but also floating
21 existing vessels, you didn't look at any of those as part
22 of your work on this report either, right?
23     A    No, not as part of this report.
24         MR. BRADEN:  Okay.  Thank you very much.  That's
25 all I have for you, Connor.  You've been very patient.  Tim

70

1  might have some questions for you, but that's all I have
2  for you.
3         MR. STEIGELMAN:  No, I have got nothing.  I think
4  that's it for today.
5         (Time noted:  5:47 P.M.)

71

1              C E R T I F I C A T E
2
3      I, Lisa S. Bishop, RPR, RMR, a Notary Public in
4  and for the State of Maine, hereby certify that the
5  within-named deponent was sworn to testify the truth, the
6  whole truth, and nothing but the truth, in the
7  aforementioned cause of action.
8         I further certify that this deposition was
9  stenographically reported by me and later reduced to print
10 through Computer-Aided Transcription, and the foregoing is
11 a full and true record of the testimony given by the
12 deponent.
13        I further certify that I am a disinterested
14 person in the event or outcome of the above-named cause of
15 action.
16        IN WITNESS WHEREOF, I subscribe my hand
17 this 25th day of September, 2025.
18
19             /s/ Lisa S. Bishop
20             Notary Public
21
22 My Commission Expires:  January 27, 2030
23
24
25

72

1              DEPONENT SIGNATURE PAGE
2  CAPTION: JJM, LLC v. One Abandoned and Submerged Vessel
3  DEPONENT:  Connor McBrian
4
5  I _____, acknowledge that I have read
6  pages ____ through ____ inclusive of the transcript of my
7  deposition taken on September 17, 2025.
8
9  I further acknowledge that:
10        (check appropriate language)
11 _____ the same is a true, correct, and complete
12 transcription of the answers given by me to the questions
13 recorded therein.      OR
14 ____except for the changes noted on the attached errata
15 sheet, the same is a true, correct, and complete
16 transcription of the answers given by me to the questions
17 recorded therein.
18
19 _____
20 Deponent
21 Subscribed and sworn to before me
22 this ____ day of _____, 2025.
23
24 Notary Public_____
25

1    ERRATA SHEET FOR THE TRANSCRIPT OF:

2    Connor McBrian - 9/17/25

3    Corrections:

4    Pg/Ln:    Now Reads:    Should Read:    Reasons:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Name:_____

MR. BRADEN: [6]  5/21 8/5
25/6 41/25 65/20 69/24
MR. STEIGELMAN: [37]  5/20
5/23 12/1 12/6 20/5 20/11
21/9 25/2 28/25 30/10 30/18
33/9 33/21 36/24 37/25 38/6
38/19 39/10 39/16 40/17
40/22 41/20 42/11 42/24
43/15 43/23 44/5 44/12 44/21
45/22 46/2 54/25 63/24 64/23
65/12 65/17 70/3

## /

/s [1]  71/19

## 1

10 [2]  41/11 42/2
10,000 [2]  21/24 22/3
100 feet [1]  12/10
100 percent [3]  56/22 64/10
 64/12
11 [4]  56/8 56/11 57/9 61/22
110 [3]  11/7 11/11 12/15
113 feet [1]  61/15
113.1 feet [2]  60/11 61/10
12 [1]  51/2
120 [1]  11/9
120 feet [2]  11/7 12/16
130 [1]  30/16
133 feet [4]  60/4 60/17
 60/22 61/16
14 [1]  51/2
15 [2]  16/6 16/7
15,000 [1]  21/2
17 [3]  1/16 65/24 72/7
17th [1]  3/8
18 [3]  14/18 14/20 14/24
1871 [1]  67/21
1874 [1]  67/24
1882 [1]  67/15
1893 [1]  21/6
18th [1]  3/10
19 [2]  2/7 26/21
1916 [1]  67/19
19th [6]  8/13 8/17 25/14
 27/3 51/22 68/12
1:24-cv-00072-NT [1]  1/7

## 2

2 meters [3]  23/2 23/2 27/21
20 [1]  4/19
200 meters [1]  11/4
2009 [1]  7/9
2018 [1]  15/4
2023 [1]  13/19
2025 [6]  1/16 3/8 3/10 71/17
 72/7 72/22
2030 [1]  71/22
207-233-4510 [1]  1/24
21 [7]  24/19 25/8 25/23 26/8
 27/16 28/21 29/11
22 [1]  30/23
24 [1]  2/9
25 [1]  73/2
2555 [1]  25/18
25th [1]  71/17
26 feet [1]  60/4
27 [1]  71/22

## 3

3.1 [1]  49/13
3.1.1 [1]  49/14
3.2 [1]  49/21
30,000 [4]  21/1 21/2 21/4
 21/12
3000 [5]  54/8 54/13 54/19
 54/22 55/23
34 [1]  2/11
3:38 [1]  1/17
3:40 [1]  3/7

## 4

40 [2]  61/14 66/13
4510 [1]  1/24
47 [1]  2/8

## 5

5,000 [2]  22/4 22/5
5.2 [1]  66/1
50 percent [2]  61/14 66/13
500 [1]  22/5
500 feet [2]  10/21 11/5
5:35 [1]  3/10
5:47 [1]  70/5

## 6

6 feet [1]  23/15
6 inches [1]  23/15

## 9

9/17/25 [1]  73/2

## A

A.M [1]  3/10
ABANDONED [3]  1/8 9/4 72/2
ability [1]  3/19
able [8]  8/1 9/11 22/12 23/4
 40/16 57/9 64/7 64/10
Aboriginal [2]  16/19 16/20
about [77]
above [25]  19/22 20/4 20/6
 20/10 20/14 20/20 20/20
 20/24 21/2 21/18 21/25 22/2
 22/24 23/13 31/23 32/22 33/1
 34/17 34/22 50/2 58/14 61/7
 61/13 61/15 71/14
above-named [1]  71/14
access [3]  12/14 43/20 46/15
accessible [1]  12/13
accomplished [2]  23/21 23/24
accordance [1]  44/7
according [1]  7/15
accuracy [5]  28/6 54/20 55/5
 56/6 57/13
accurate [4]  28/4 55/8 56/22
 57/12
accurately [1]  54/23
acknowledge [2]  72/5 72/9
acquire [1]  46/14
across [2]  15/10 38/23
Act [1]  9/4
action [2]  71/7 71/15
active [1]  59/11
activities [11]  37/6 38/4
 38/4 40/2 45/4 45/12 45/18
 45/20 58/21 58/23 58/25

## acquire [1]

actual [3]  17/7 69/9 69/15
actually [7]  13/5 31/9 36/20
 61/11 68/25 69/4 69/9
addition [1]  44/10
address [1]  4/18
Adelaide [2]  14/19 14/22
admit [1]  17/4
adrift [1]  30/15
adult [1]  12/10
affiliation [1]  14/12
aforementioned [1]  71/7
aft [2]  32/13 50/10
after [3]  3/7 34/1 51/13
afternoon [2]  3/5 3/8
again [13]  12/2 37/1 39/17
 44/13 45/10 53/18 56/2 56/9
 57/15 61/6 61/18 63/25 65/18
against [2]  33/15 54/2
ago [3]  17/25 20/1 48/2
agree [6]  11/23 12/13 20/3
 20/6 39/5 60/18
agreeing [2]  23/7 63/21
ahead [4]  57/19 57/22 59/23
 62/25
Aided [1]  71/10
aircraft [1]  16/25
Aldine [6]  25/15 26/12 26/17
 26/22 27/12 31/1
all [39]  3/13 5/25 8/20
 13/18 16/22 16/24 19/18
 21/21 24/19 30/8 31/17 33/5
 34/21 37/20 39/25 40/7 40/9
 41/25 42/5 42/15 42/16 45/7
 46/16 48/1 48/10 50/1 50/21
 51/24 53/12 55/21 57/24
 58/16 58/18 59/5 63/16 64/18
 65/20 69/25 70/1
allow [1]  36/22
allowed [7]  36/6 36/16 37/6
 37/17 37/19 38/18 55/2
alone [2]  65/5 65/10
along [3]  51/3 57/5 58/2
already [2]  6/11 58/3
also [19]  4/6 7/7 9/21 19/11
 19/25 24/25 32/9 33/24 34/14
 45/4 45/5 46/11 49/18 49/21
 55/22 56/21 59/14 68/15
 69/20
am [1]  71/13
amateur [2]  11/16 11/25
American [4]  13/9 17/5 26/4
 60/9
amidships [4]  32/6 32/7
 32/13 32/16
amounts [1]  54/15
analysis [1]  58/1
anecdotally [1]  34/12
angle [2]  33/23 39/20
Annie [2]  68/13 68/17
annoying [1]  45/24
another [2]  10/8 16/14
answer [12]  4/6 4/11 5/20
 11/21 20/18 31/6 33/9 33/13
 39/25 40/5 42/16 42/17
answers [4]  18/9 44/25 72/12
 72/16
anticipated [1]  9/17
any [45]  3/18 5/13 7/20 7/22

**A**

**any... [41]**  8/2 8/11 10/8
14/11 17/9 18/16 18/20 19/1
22/12 23/14 28/16 29/13 30/4
31/12 32/16 33/5 35/15 35/15
37/5 39/11 41/16 44/9 45/19
47/20 48/6 55/14 55/19 56/3
59/8 61/1 62/12 62/12 62/13
62/14 63/9 64/14 64/19 65/1
68/2 69/4 69/21
**anybody [3]**  6/9 36/3 40/14
**anyone [5]**  4/15 4/25 5/13
6/1 9/17
**anything [18]**  7/1 7/24 9/16
17/2 23/4 24/6 28/19 31/21
31/22 35/23 36/4 61/6 63/9
63/10 64/20 64/24 65/7 68/25
**anywhere [2]**  50/23 57/7
**apart [1]**  40/7
**APPEARANCES [1]**  1/20
**appeared [3]**  32/9 54/1 56/24
**appears [1]**  58/10
**appreciate [1]**  69/1
**appropriate [1]**  72/10
**approximate [1]**  56/13
**approximately [4]**  6/20 20/14
27/20 47/11
**appurtenances [1]**  1/10
**Archaeology [5]**  15/1 15/6
15/7 15/25 16/9
**archeological [4]**  14/14 15/9
15/24 16/14
**archeologist [6]**  6/6 6/18
15/22 40/24 46/11 55/6
**archeologists [2]**  10/1 46/6
**archeology [6]**  12/23 15/9
15/15 40/10 44/8 54/12
**are [112]**
**area [12]**  21/20 21/23 33/1
36/7 37/24 46/18 53/9 53/19
59/11 59/12 61/6 61/11
**armed [1]**  46/16
**arms [1]**  38/12
**around [14]**  7/8 24/13 29/15
29/18 37/22 40/2 46/18 52/24
55/15 57/14 59/11 59/11
59/15 68/17
**Arthur [5]**  6/4 6/5 6/10 6/14
8/8
**article [1]**  21/5
**artifact [1]**  40/25
**artifacts [10]**  41/1 43/20
44/4 44/11 44/15 48/18 58/10
64/25 65/2 65/9
**as [84]**
**Asia [1]**  15/11
**Asia-Pacific [1]**  15/11
**ask [10]**  12/21 13/3 22/6
25/7 37/4 38/21 44/25 57/22
59/24 66/6
**asked [12]**  4/6 8/25 9/1 9/9
15/20 17/12 17/14 18/25 23/3
33/22 49/2 58/20
**asking [8]**  39/19 39/20 45/14
45/15 45/25 52/25 53/4 65/6
**associated [2]**  42/6 48/19
**assume [3]**  29/19 37/20 46/17
**assumed [1]**  30/5
**assuming [1]**  42/20

attached... [22]  12/13 28/22
29/23 29/24 30/2 32/10 32/18
32/24 62/13 62/24 63/4 63/9
72/14
**attempted [2]**  24/12 24/15
**attend [1]**  17/22
**attorney [6]**  4/2 5/7 5/9
5/14 9/19 18/3
**attorneys [6]**  5/1 8/21 9/16
24/7 47/21 47/25
**ATTY [2]**  2/4 3/3
**August [3]**  47/12 47/14 47/16
**aunts [1]**  14/8
**Australia [7]**  4/20 13/2 13/8
15/10 16/13 16/17 17/18
**Australians [1]**  16/21
**author [1]**  26/5
**authority [2]**  16/12 16/13
**availability [1]**  17/13
**available [1]**  12/19
**aware [13]**  10/11 10/20 17/14
17/25 18/2 36/18 36/19 37/4
37/14 40/11 64/18 64/24 65/1
**away [5]**  29/7 33/8 40/16
62/1 62/20
**awkward [1]**  4/3

**B**

**back [20]**  7/9 14/20 14/21
14/24 17/22 27/16 29/15 32/8
32/23 34/2 34/4 34/20 34/21
42/2 58/20 60/14 61/14 62/3
66/13 68/12
**backbone [2]**  49/24 49/24
**background [1]**  12/22
**Bailey [1]**  67/15
**Bank [5]**  35/9 35/18 36/1
36/8 36/17
**base [2]**  28/1 51/20
**based [11]**  20/25 23/12 23/12
30/8 31/7 37/20 46/4 55/7
57/25 61/16 62/15
**basically [1]**  34/8
**basis [2]**  26/20 31/12
**Bates [1]**  25/17
**be [78]**
**because [11]**  23/16 24/6 30/5
30/19 33/13 41/7 46/10 55/3
63/6 64/8 68/5
**become [1]**  18/2
**bed [2]**  29/5 61/15
**been [24]**  3/1 5/25 7/8 11/12
14/1 14/16 16/3 16/13 26/9
29/9 30/20 43/16 43/18 46/11
53/18 54/12 54/14 58/11
58/12 62/18 68/5 68/11 68/11
69/25
**before [15]**  1/17 3/12 4/13
14/1 14/1 15/21 15/23 17/20
31/7 42/4 45/14 47/9 51/5
54/10 72/21
**begins [1]**  59/22
**being [7]**  18/9 45/2 60/22
64/10 65/11 65/15 66/8
**belief [1]**  62/12
**believe [39]**  6/6 11/9 12/9
19/24 20/19 20/24 21/3 22/1
22/22 24/9 26/6 28/23 33/3
34/1 34/5 34/16 37/8 39/6

believed [3]  27/17 29/9
34/13
**believing [1]**  31/8
**below [13]**  13/14 20/15 20/16
21/3 22/13 23/4 23/11 23/15
23/15 30/13 31/9 43/7 66/2
**beneath [8]**  20/10 21/8 22/9
22/17 23/8 24/3 24/13 24/16
**best [11]**  6/16 43/2 44/2
44/7 44/16 44/20 46/6 47/13
47/15 50/24 50/25
**better [6]**  16/4 50/23 55/23
55/25 56/4 63/22
**between [3]**  13/4 49/16 54/19
**beyond [3]**  5/16 14/15 38/1
**big [4]**  38/11 38/13 44/4
44/6
**Bishop [4]**  1/17 1/24 71/3
71/19
**bit [6]**  12/21 32/19 40/8
51/12 57/14 61/18
**blocks [1]**  66/20
**blue [1]**  30/25
**boards [1]**  64/19
**boat [8]**  34/2 34/8 46/20
54/23 55/1 67/16 67/22 67/25
**boats [4]**  37/20 46/17 68/2
68/20
**boilers [1]**  1/9
**book [1]**  26/5
**born [1]**  14/7
**both [8]**  11/2 26/21 27/23
34/13 46/5 53/14 53/22 53/24
**bottles [1]**  59/4
**bottom [12]**  7/24 25/21 28/24
33/23 33/25 38/23 42/6 46/16
59/5 59/20 63/16 64/6
**bow [11]**  31/21 31/21 31/22
32/21 32/24 33/7 33/13 61/4
66/8 66/22 66/25
**box [1]**  30/25
**BRADEN [3]**  1/20 2/4 3/3
**branches [2]**  59/15 59/17
**break [8]**  3/23 8/6 33/4 42/1
42/3 42/4 65/21 65/22
**breakable [1]**  41/5
**breaking [2]**  33/14 47/1
**breaks [1]**  3/21
**briefly [4]**  6/21 9/20 19/13
35/20
**bring [5]**  19/13 40/8 42/8
42/21 63/22
**bringing [4]**  42/10 43/10
43/14 44/11
**Brisbane [1]**  4/24
**broke [2]**  33/16 33/17
**broken [1]**  33/7
**brought [1]**  40/15
**built [6]**  27/1 58/9 67/15
67/18 67/21 67/24
**bulk [1]**  68/9
**bunch [1]**  38/23
**buried [9]**  23/2 23/2 30/6
31/4 32/25 34/7 66/4 66/9

**B**

**buried...** **[1]**   66/11
**bury** **[2]**   43/22 66/21
**burying** **[3]**   43/17 43/17 44/3

**C**

**cabins** **[1]**   69/3
**calculate** **[1]**   22/12
**calculation** **[1]**   21/18
**calculations** **[1]**   23/8
**call** **[4]**   11/16 13/15 67/2 67/11
**called** **[5]**   5/19 5/21 15/1 25/15 53/9
**Camden** **[1]**   67/14
**came** **[3]**   21/5 26/2 31/13
**can** **[32]**   5/20 19/14 20/13 20/19 25/5 26/7 27/2 29/4 31/9 31/10 32/19 33/9 33/10 35/6 36/7 38/12 40/3 42/17 44/14 45/12 46/22 49/1 49/10 54/23 59/9 59/23 59/23 60/20 61/10 61/13 65/8 67/9
**can't** **[6]**   11/3 30/2 35/22 54/5 56/19 59/13
**cans** **[1]**   59/4
**capability** **[1]**   23/10
**capacity** **[1]**   16/8
**captains** **[1]**   68/19
**caption** **[4]**   31/3 50/6 56/12 72/2
**CAREY** **[1]**   1/21
**cargo** **[10]**   1/10 31/17 48/17 52/18 53/3 53/10 53/12 58/12 66/19 68/9
**Carolina** **[5]**   12/23 12/24 13/1 13/5 17/6
**carrying** **[2]**   21/1 34/9
**case** **[21]**   1/7 5/1 5/2 5/4 5/11 5/15 7/1 7/4 7/10 8/22 8/25 9/18 10/4 10/9 13/21 14/11 15/23 17/9 17/21 50/12 69/17
**cases** **[1]**   16/22
**cause** **[2]**   71/7 71/14
**caveats** **[1]**   63/22
**centimeters** **[3]**   28/5 28/7 57/11
**century** **[7]**   8/14 8/17 25/14 26/21 27/3 52/22 68/12
**ceramic** **[2]**   41/14 43/4
**ceramics** **[9]**   39/23 40/9 41/15 41/18 42/5 44/25 45/3 45/15 63/19
**certain** **[2]**   40/3 41/5
**certainly** **[3]**   56/5 59/10 63/18
**certification** **[3]**   11/17 12/3 12/4
**certifications** **[1]**   11/19
**certified** **[1]**   12/11
**certify** **[3]**   71/4 71/8 71/13
**cetera** **[2]**   53/4 59/23
**chain** **[2]**   38/8 45/8
**chains** **[5]**   36/7 38/14 38/23 45/2 45/10
**chance** **[1]**   69/7
**changes** **[1]**   72/14
**Chapman** **[2]**   9/21 9/24

**characterization** **[1]**   44/10
57/21 57/24 60/18
**check** **[3]**   30/9 46/23 72/10
**chose** **[1]**   68/12
**Christi** **[2]**   9/21 9/24
**circumstances** **[1]**   40/2
**clarification** **[1]**   25/2
**clarify** **[2]**   25/5 60/20
**clear** **[5]**   3/16 3/19 18/9 51/10 55/18
**clearly** **[5]**   19/21 51/15 61/13 62/19 66/18
**client** **[3]**   5/6 40/8 42/7
**close** **[5]**   12/13 12/15 29/8 55/25 62/18
**clouds** **[1]**   55/14
**co** **[2]**   5/1 5/10
**co-experts** **[2]**   5/1 5/10
**coast** **[2]**   4/24 37/5
**coastal** **[3]**   38/16 68/14 68/15
**coasting** **[4]**   8/16 26/13 26/21 62/16
**colleagues** **[1]**   5/4
**collected** **[2]**   58/1 58/2
**collectors** **[2]**   41/8 41/13
**come** **[4]**   21/4 21/11 30/15 42/1
**comes** **[6]**   37/12 39/24 55/5 56/7 56/21 56/23
**commending** **[1]**   1/17
**commercial** **[9]**   38/4 45/3 45/12 45/20 58/20 58/23 58/24 65/16 65/18
**Commission** **[4]**   5/24 6/18 7/16 71/22
**commissions** **[1]**   64/19
**Commonwealth** **[1]**   16/17
**communicated** **[1]**   6/24
**communications** **[1]**   7/3
**companies** **[1]**   16/10
**company** **[3]**   15/12 16/11 16/14
**compare** **[3]**   8/1 68/3 69/5
**comparing** **[1]**   22/24
**comparisons** **[1]**   68/12
**compiled** **[1]**   7/8
**complete** **[2]**   72/11 72/15
**Computer** **[1]**   71/10
**Computer-Aided** **[1]**   71/10
**conclusion** **[1]**   21/12
**condition** **[1]**   49/13
**conditions** **[2]**   9/3 40/2
**conduct** **[1]**   9/1
**conference** **[2]**   1/16 6/21
**CONFIDENTIAL** **[1]**   1/5
**confidentiality** **[2]**   10/12 10/17
**configuration** **[3]**   26/15 68/6 68/24
**conflating** **[2]**   60/16 60/18
**confused** **[1]**   32/18
**connected** **[3]**   29/13 30/1 34/13
**connection** **[1]**   14/4
**CONNOR** **[7]**   1/15 2/2 3/1 3/4 69/25 72/3 73/2
**conservators** **[2]**   40/25 46/5
**conserving** **[1]**   41/1

**consider** **[3]**   5/7 6/6 9/10
**consideration** **[1]**   22/23
**consistent** **[1]**   40/9
**consisting** **[2]**   48/16 53/2
**constructed** **[1]**   30/21
**construction** **[5]**   22/20 23/12 26/24 27/14 51/23
**consultancy** **[1]**   15/8
**consultants** **[1]**   15/14
**contact** **[2]**   5/9 18/20
**containing** **[3]**   48/17 52/18 53/3
**context** **[3]**   32/2 32/15 34/15
**continued** **[1]**   42/18
**continuity** **[2]**   29/17 29/19
**contrary** **[2]**   30/17 30/19
**conversation** **[1]**   4/4
**conversations** **[2]**   5/13 10/9
**conversion** **[1]**   11/3
**converted** **[1]**   69/2
**coordinating** **[1]**   40/25
**copious** **[1]**   54/15
**copy** **[2]**   19/10 19/15
**corporations** **[2]**   16/19 16/20
**correct** **[28]**   8/18 9/13 12/8 17/8 21/15 23/17 23/20 24/11 27/4 27/5 27/6 27/8 27/9 27/13 28/10 28/13 28/17 29/22 30/7 31/22 33/20 35/17 42/23 60/12 62/9 62/10 72/11 72/15
**Corrections** **[1]**   73/3
**correctly** **[1]**   48/20
**correlation** **[1]**   49/15
**Cosmos** **[5]**   15/1 15/6 15/7 15/25 16/9
**could** **[29]**   10/25 11/11 16/7 19/10 20/13 21/17 23/18 24/12 24/15 24/25 29/24 30/15 39/1 39/8 39/13 41/4 41/9 41/12 41/16 41/22 42/14 46/7 48/11 49/18 58/25 61/17 63/19 64/11 65/23
**couldn't** **[5]**   20/12 21/7 28/8 30/4 33/24
**council** **[1]**   16/18
**couple** **[5]**   16/2 17/24 28/7 43/5 43/9
**course** **[4]**   4/9 13/5 14/22 34/7
**court** **[3]**   1/2 58/3 61/3
**cousins** **[1]**   14/9
**covered** **[1]**   53/18
**crew's** **[1]**   48/19
**cruisers** **[1]**   68/7
**cultural** **[3]**   15/7 36/11 37/3
**curators** **[1]**   41/2
**current** **[1]**   40/16
**cv** **[3]**   1/7 23/22 23/25

**D**

**damage** **[5]**   36/22 39/11 39/13 43/20 45/13
**damaged** **[3]**   45/9 65/15 65/18
**damaging** **[2]**   39/6 45/4
**danger** **[3]**   58/22 65/11 65/14
**dangers** **[1]**   63/16
**data** **[3]**   21/11 54/16 58/1
**database** **[1]**   7/7

**D**

**date [3]** 3/9 17/19 68/16
**day [3]** 68/7 71/17 72/22
**days [1]** 48/2
**deadeye [4]** 61/19 61/24
62/13 62/21
**deadeye's [1]** 62/16
**deadeyes [1]** 62/7
**deadwood [2]** 27/7 30/4
**debris [7]** 31/25 59/3 59/5
60/16 60/22 61/1 61/16
**decided [1]** 47/1
**deduce [2]** 30/13 51/24
**deduced [3]** 23/7 23/11 31/7
**deductions [1]** 31/8
**deep [4]** 12/14 12/16 22/8
28/8
**Deer [1]** 67/19
**Defendant [1]** 1/13
**deferred [1]** 33/25
**defined [1]** 66/19
**definitely [2]** 59/7 64/15
**definition [2]** 51/3 55/3
**degree [6]** 12/22 13/5 13/10
13/14 13/22 13/24
**Dehli [18]** 8/2 8/13 26/13
26/18 26/22 27/12 38/18 42/7
43/22 60/10 61/16 68/3 69/6
69/13 69/14 69/15 69/18
69/19
**Dehli's [1]** 27/17
**department [1]** 16/16
**depending [3]** 11/8 11/12
40/18
**depends [3]** 11/17 12/2 36/25
**depicted [3]** 26/8 26/19
29/10
**depicts [1]** 50/8
**deponent [6]** 2/2 71/5 71/12
72/1 72/3 72/20
**deposition [17]** 1/15 4/13
13/25 17/13 17/24 18/7 18/14
18/16 18/16 18/21 47/18
47/21 48/1 48/4 48/7 71/8
72/7
**depositions [2]** 19/25 24/7
**depth [9]** 11/11 11/15 11/25
12/7 23/2 27/25 28/1 28/3
31/4
**describe [11]** 26/7 28/5
34/12 35/6 38/24 49/7 49/19
52/17 58/4 64/22 66/15
**described [19]** 23/9 24/3
30/2 31/20 35/19 38/22 45/18
48/22 48/24 49/5 49/20 55/22
58/18 58/22 60/2 60/21 63/16
63/23 64/16
**describes [2]** 50/6 60/9
**describing [5]** 44/19 53/1
60/3 60/15 66/12
**Description [1]** 2/6
**Desert [3]** 2/7 7/8 19/3
**Desmond [1]** 26/6
**destroyed [2]** 45/9 65/15
**detailed [2]** 51/8 56/23
**deteriorated [4]** 33/8 33/18
62/20 62/23
**deterioration [1]** 65/6
**determination [2]** 9/10 64/9

**determine [5]** 7/21 11/20/25
63/3

**Diagrams [2]** 2/9 24/23
**dictate [1]** 61/10
**did [41]** 6/20 7/18 7/19 8/7
8/10 9/7 9/16 10/8 13/5 14/6
14/11 17/17 18/2 18/8 18/12
18/17 18/25 19/22 20/1 21/4
22/16 27/23 28/19 28/23
29/13 30/3 33/5 33/11 47/17
47/20 47/25 48/6 49/3 49/7
49/7 52/21 53/14 57/7 59/4
59/15 68/25
**didn't [27]** 11/20 13/4 17/4
21/1 21/7 23/10 23/14 23/16
24/5 24/10 32/16 33/4 33/24
35/13 39/11 47/25 49/1 55/10
55/19 55/20 59/1 59/8 61/6
64/9 68/4 69/7 69/21
**difference [1]** 13/4
**differences [1]** 54/18
**different [10]** 11/18 11/18
13/12 36/10 36/13 37/4 38/21
40/1 46/19 68/8
**difficult [1]** 43/19
**dimensions [3]** 22/20 22/21
51/21
**diploma [2]** 13/2 13/9
**direction [1]** 6/25
**directions [2]** 8/20 9/15
**directly [1]** 16/16
**disallowed [2]** 37/23 39/15
**disappearing [1]** 32/11
**discuss [1]** 44/1
**discussed [4]** 7/5 7/7 18/13
57/8
**discussion [4]** 9/19 10/7
18/5 46/5
**discussions [1]** 7/9
**disinterested [1]** 71/13
**dislodge [1]** 45/13
**display [2]** 41/3 63/15
**distance [1]** 29/7
**distortions [1]** 56/21
**DISTRICT [2]** 1/2 1/2
**dive [2]** 24/10 33/25
**dived [1]** 31/13
**diver [6]** 23/21 23/24 28/17
46/10 55/10 57/2
**divers [10]** 11/16 11/25
12/17 19/20 20/3 24/2 46/21
55/8 57/4 65/11
**diving [2]** 46/25 60/21
**do [55]** 3/11 3/16 4/4 5/6
6/14 7/22 8/24 9/24 10/3
11/3 12/18 15/14 16/24 17/2
19/8 19/10 20/8 22/7 28/11
28/13 28/18 30/16 31/12 33/3
34/5 34/16 35/2 36/6 38/8
39/9 40/13 42/9 44/18 44/22
45/25 48/12 50/8 51/16 51/16
51/17 51/20 52/1 52/10 52/18
56/8 56/13 57/19 58/21 60/24
61/24 62/12 63/3 65/2 68/25
69/7
**document [3]** 19/15 35/6
35/11
**Documentation [2]** 2/11 34/24
**documented [4]** 48/16 53/1

**documents [4]** 20/25 47/20
48/6 61/3
**does [5]** 4/6 10/24 11/5
11/13 66/6
**doesn't [4]** 4/2 29/3 61/10
64/4
**doing [3]** 12/25 40/18 55/25
**don't [42]** 5/24 9/25 12/25
17/16 17/19 17/23 19/13
19/19 20/17 20/22 22/1 22/1
24/5 36/9 36/15 37/17 37/19
37/21 38/20 39/17 42/1 45/24
46/21 49/15 52/13 52/14
52/15 53/16 54/24 54/5 56/5
56/6 56/22 57/19 59/17 60/25
60/25 61/7 63/1 64/11 65/7
68/24
**done [10]** 16/1 17/9 35/15
40/18 40/20 42/14 43/16
43/18 43/25 57/4
**double [1]** 58/20
**dove [1]** 51/4
**down [15]** 3/14 11/10 20/13
24/3 24/5 28/17 38/17 42/5
48/11 51/14 55/8 56/19 57/2
62/22 65/21
**dozen [4]** 16/2 36/12 43/5
43/7
**Dr [1]** 13/15
**drafted [2]** 13/21 64/21
**drafting [1]** 35/12
**drag [2]** 38/9 38/23 45/7
**draggers [1]** 65/15
**drawing [3]** 25/14 25/22 31/1
**drawings [2]** 22/25 25/19
**drilling [1]** 16/11
**dropped [1]** 51/13
**dropping [2]** 39/5 39/12
**duly [1]** 3/1
**during [1]** 18/13

**E**

**e-mail [1]** 6/24
**each [1]** 40/1
**earlier [6]** 17/12 31/8 35/14
63/17 63/23 66/12
**easier [1]** 55/8
**easily [4]** 41/23 41/24 63/18
63/19
**East [12]** 12/23 13/1 13/5
37/5
**easy [2]** 41/18 46/20
**either [8]** 10/7 27/12 27/19
43/12 64/12 65/1 68/23 69/22
**elements [2]** 49/14 50/2
**eligibility [3]** 2/8 47/2
52/16
**eligible [3]** 9/5 9/8 9/13
**Ellsworth [2]** 21/5 21/6
**else [11]** 4/15 4/25 6/9 9/17
28/19 28/23 33/18 35/23
40/14 63/10 69/3
**elsewhere [1]** 11/12
**embedded [1]** 9/4
**end [6]** 32/21 61/18 66/4
66/11 66/17 67/1
**enforced [1]** 47/1
**engage [1]** 8/25

**E**

**engines [1]** 1/9
**England [3]** 17/10 35/15 44/17
**enough [1]** 29/8
**entire [1]** 60/22
**envelope [1]** 69/3
**environments [1]** 41/2
**equipment [2]** 1/11 23/5
**equivalent [1]** 13/10
**errata [2]** 72/14 73/1
**especially [1]** 58/14
**ESQ [3]** 1/20 1/21 1/21
**estimate [5]** 21/17 21/22 22/25 47/15 56/18
**et [2]** 53/4 59/23
**etc [1]** 1/11
**even [1]** 42/8
**evenly [2]** 34/2 34/3
**event [1]** 71/14
**ever [4]** 14/1 19/1 38/9 54/10
**every [2]** 3/14 3/22
**everything [4]** 30/11 40/5 45/8 68/22
**evidence [16]** 30/17 30/19 32/14 33/3 33/6 33/14 34/14 39/4 39/11 49/4 53/5 53/6 53/24 59/1 59/5 62/12
**exact [5]** 6/8 17/19 20/12 41/17 56/18
**exactly [2]** 10/22 56/17
**Examination [2]** 2/3 3/3
**examined [3]** 3/2 48/10 69/18
**example [3]** 25/3 51/11 63/13
**examples [1]** 58/19
**excavating [1]** 51/23
**excavations [1]** 40/24
**except [1]** 72/14
**exception [1]** 34/6
**excerpt [2]** 35/1 60/24
**exclusion [3]** 37/9 46/7 46/14
**exhibit [23]** 19/3 19/6 24/23 24/25 25/13 25/18 25/22 26/8 26/11 26/19 27/10 27/11 34/23 35/1 35/19 47/2 47/5 48/11 49/5 52/16 57/15 59/20 64/21
**exhibits [3]** 2/5 2/13 18/17
**existing [2]** 68/5 69/21
**expect [2]** 32/3 66/22
**expending [1]** 44/19
**experience [4]** 30/12 40/24 41/1 51/23
**experienced [1]** 46/10
**expert [6]** 9/11 14/1 15/20 24/20 37/13 48/9
**expertise [1]** 41/6
**experts [11]** 5/1 5/10 5/16 40/8 42/8 42/15 44/1 46/5 54/8 60/2 60/21
**Expires [1]** 71/22
**explain [1]** 18/8
**explaining [1]** 27/15
**exploration [2]** 7/18 16/11
**express [1]** 9/7
**extend [2]** 32/23 66/21
**extended [2]** 22/9 24/16

**extending [1]** 68/5
**extensively [1]** 68/5
**extent [3]** 20/19 22/16 24/16

**F**

**facilitate [1]** 42/9
**facilities [1]** 41/3
**facing [1]** 50/19
**fact [5]** 23/24 34/14 54/7 59/22 61/9
**fair [9]** 14/21 23/9 23/22 29/24 36/23 54/20 54/22 56/1 61/11
**fairly [1]** 21/21
**fallen [1]** 62/22
**familiar [10]** 35/18 45/10 54/7 54/17 67/12 67/13 67/16 67/18 67/22 67/25
**family [2]** 14/5 14/8
**far [7]** 10/23 22/8 22/13 33/14 65/4 65/6 69/14
**feasibility [1]** 46/3
**feasible [1]** 64/4
**feature [1]** 55/17
**federal [1]** 16/18
**feel [4]** 3/22 24/4 24/5 24/12
**feet [16]** 10/21 11/2 11/5 11/7 12/10 12/16 23/15 60/4 60/4 60/10 60/11 60/17 60/22 61/10 61/15 61/16
**fellow [1]** 5/16
**felt [1]** 23/3
**fence [2]** 59/4 59/7
**few [8]** 3/11 17/20 20/1 28/5 48/2 57/11 59/21 67/13
**fewer [1]** 22/3
**field [7]** 9/2 32/1 60/16 60/22 61/1 61/17 66/1
**figure [5]** 50/3 51/11 53/19 53/22 53/22
**file [1]** 58/3
**final [1]** 59/21
**find [3]** 7/19 10/4 55/19
**finding [2]** 9/7 61/19
**fine [1]** 55/25
**fine-tune [1]** 55/25
**finish [2]** 11/21 42/17
**finished [1]** 11/22
**first [3]** 25/13 26/11 49/16
**fisheries [1]** 46/11
**fishing [20]** 36/6 36/15 36/20 37/6 37/11 37/14 37/22 37/23 38/3 38/4 39/18 45/3 45/12 45/20 46/5 58/21 58/23 58/25 65/15 65/18
**fits [1]** 39/25
**five [4]** 41/11 41/25 49/17 65/20
**five-minute [2]** 41/25 65/20
**flat [1]** 31/13
**Flinders [5]** 13/1 13/7 13/18 13/23 14/19
**flip [1]** 30/22
**floating [1]** 69/20
**floor [8]** 22/7 22/9 22/9 22/17 24/17 27/20 28/19 61/11
**flying [1]** 17/21

**fodder [1]** 67/2
**follows [1]** 3/2
**foot [1]** 57/12
**foregoing [1]** 71/10
**Foreign [1]** 60/9
**foremast [1]** 63/4
**Form [2]** 2/11 34/24
**forms [1]** 68/22
**forward [10]** 32/6 32/7 32/16 33/17 34/21 50/14 66/4 66/11 66/19 67/1
**found [3]** 31/25 61/25 62/4
**four [3]** 7/17 8/7 67/9
**fragile [1]** 41/5
**frame [2]** 31/16 50/6
**frames [6]** 27/3 29/1 29/2 29/15 49/22 53/11
**framing [1]** 68/21
**French [1]** 67/21
**front [9]** 19/15 35/3 47/7 49/10 50/4 61/15 61/18 66/17 66/20
**full [4]** 14/19 37/9 57/17 71/11
**full-time [1]** 14/19
**fully [1]** 56/13
**funding [1]** 41/6
**further [9]** 40/3 41/2 43/2 43/24 60/8 66/21 71/8 71/13 72/9
**future [1]** 43/19

**G**

**gas [1]** 16/11
**gauge [2]** 11/11 27/25
**gave [2]** 10/2 31/7
**gear [1]** 65/16
**general [4]** 5/10 9/20 21/21 27/11
**General's [3]** 5/7 5/14 18/3
**generally [2]** 26/23 27/1
**get [5]** 3/12 4/5 9/16 13/5 69/7
**getting [3]** 7/7 51/6 51/7
**ghost [1]** 59/10
**give [9]** 3/4 3/19 16/7 20/18 28/4 28/5 28/7 57/10 57/11
**given [6]** 21/20 22/22 61/3 71/11 72/12 72/16
**giving [2]** 6/25 18/9
**go [11]** 3/11 22/14 35/22 38/22 46/23 51/7 57/19 57/22 59/23 62/24 66/19
**goes [2]** 17/21 52/17
**going [7]** 13/3 13/15 19/18 29/15 40/20 46/15 56/8
**gone [2]** 33/8 58/9
**good [5]** 3/4 3/5 3/6 55/13 55/14
**Google [1]** 12/18
**got [12]** 8/20 9/22 13/2 47/7 49/13 50/17 55/8 62/6 66/18 66/19 69/3 70/3
**government [4]** 16/12 16/15 16/17 16/18
**governments [1]** 15/18
**Grace [1]** 67/15
**graduate [3]** 12/25 13/2 13/9

**G**

graduated [1]   13/18
granite [12]   8/10 8/16 35/9
 35/18 36/16 48/18 52/18 53/4
 53/13 66/20 68/10 68/15
grew [1]   14/7
ground [1]   3/12
group [1]   41/2
grow [1]   14/6
guard [1]   46/16
guess [5]   20/16 20/17 20/18
 20/22 47/13
GUSTANSKI [1]   1/21
guy [1]   11/1
guys [2]   54/19 54/24

**H**

had [29]   4/13 5/9 5/13 7/6
 7/7 7/10 13/22 13/24 13/25
 14/15 14/16 17/9 17/12 18/20
 19/1 19/22 19/25 21/8 23/5
 24/12 27/3 27/5 27/7 28/12
 28/16 35/14 35/14 47/13 57/4
half [29]   4/23 20/14 20/14
 20/16 20/20 20/20 20/24 21/3
 28/4 32/8 32/23 33/4 33/7
 33/8 33/14 33/16 33/17 33/17
 34/2 34/2 34/4 34/20 34/21
 57/11 58/7 60/14 62/3 63/7
 66/18
Hampshire [1]   14/7
hand [2]   56/4 71/16
hands [1]   24/3
hang [2]   8/5 55/6
happened [1]   59/2
hard [3]   17/4 19/10 61/23
hardware [1]   63/10
harm [1]   37/1
harvested [1]   38/16
has [12]   17/2 25/13 25/13
 40/8 40/24 43/18 46/20 51/13
 59/1 64/20 65/1 67/6
hat [1]   55/7
hauling [2]   68/9 68/11
have [118]
haven't [4]   5/13 12/20 13/25
 67/20
having [3]   3/1 18/7 33/6
hazard [2]   45/2 47/13
he [27]   4/3 4/9 4/10 6/6
 6/17 6/25 7/5 7/5 7/14 8/10
 8/12 19/1 23/3 23/5 24/4
 24/4 24/5 33/22 33/22 33/23
 33/24 33/24 33/24 55/22
 55/22 60/8 60/16
he's [1]   60/15
head [3]   10/22 36/18 67/9
hear [4]   20/21 20/23 68/19
 68/24
heard [1]   67/20
heavy [2]   38/11 38/13
height [1]   27/20
help [1]   32/19
hemp [2]   64/6 64/14
her [7]   1/9 1/10 9/25 9/25
 10/2 10/4 10/9
here [12]   3/5 3/13 14/23
 17/22 19/20 42/1 48/25 49/5
 54/5 60/7 60/15 60/24

heritage [1]   15/7
herself [3]   60/10 60/14
 69/13
hesitate [1]   56/2
hide [1]   46/22
high [2]   51/3 55/3
higher [1]   55/5
highlighted [3]   48/13 48/15
 57/18
him [5]   4/5 6/20 6/21 6/23
 18/17
hire [2]   15/15 15/16
his [7]   4/5 6/4 6/8 6/13
 18/21 24/3 26/4
historic [18]   2/10 5/23 6/7
 7/16 9/21 21/12 25/14 28/20
 34/23 35/2 35/8 45/11 64/10
 64/11 67/6 67/10 67/11 68/13
historical [5]   9/2 20/25
 22/19 62/15 69/11
hold [22]   22/24 29/17 32/8
 48/17 51/8 51/11 51/12 52/17
 52/21 52/22 52/24 53/3 53/5
 53/7 53/10 53/12 53/19 53/20
 54/3 58/10 58/14 66/19
holding [1]   38/11
honored [1]   10/17
horizontal [1]   51/17
hour [4]   3/22 4/23 42/1 42/2
hours [3]   4/23 51/2 51/2
house [3]   4/18 4/19 41/3
how [26]   6/14 9/24 10/22
 14/16 16/1 18/2 18/16 18/23
 20/9 22/8 22/13 22/16 28/5
 28/8 33/12 38/15 40/18 40/19
 40/20 42/7 43/4 46/9 46/22
 55/22 58/4 66/15
huh [4]   52/6 57/16 60/5
 62/11
hull [3]   50/6 51/16 52/12
hulls [1]   68/20
human [1]   59/5
hundred [1]   38/14
hundreds [1]   21/23

**I**

I'm [43]   4/19 5/21 6/7 6/7
 10/22 11/20 13/15 19/18
 19/19 24/4 24/22 25/3 26/18
 32/4 32/6 33/12 36/18 37/12
 38/11 39/19 39/20 41/13
 42/16 45/10 45/15 45/25
 50/18 51/5 52/19 52/25 53/4
 53/25 54/3 54/16 56/14 57/20
 62/24 64/24 65/6 65/21 67/13
 69/11 69/11
I've [1]   16/13
ideally [1]   9/2
ideas [1]   27/11
identification [4]   19/4
 24/24 34/25 47/3
identified [1]   53/12
identify [4]   9/2 44/1 44/16
 57/10
image [12]   25/21 26/23 28/21
 28/23 29/3 29/3 30/25 49/21
 51/1 56/24 61/22 63/11
images [7]   29/6 50/21 53/25

imagine [1]   62/21
immediate [1]   38/2
impact [2]   38/24 58/25
impacts [1]   45/11
important [2]   3/12 3/14
inability [1]   30/8
Inc [1]   1/24
inches [1]   23/15
include [2]   43/17 46/7
included [1]   2/13
includes [1]   39/23
including [4]   44/3 45/18
 48/17 53/3
inclusive [1]   72/6
independent [1]   9/11
INDEX [1]   2/1
indicates [1]   31/17
indigenous [1]   16/19
individual [1]   40/1
individuals [1]   6/11
information [2]   7/22 12/19
informed [3]   18/3 20/18
 20/23
infrastructure [4]   15/10
 15/19 16/25 42/15
inhibit [1]   3/19
initial [1]   61/3
inside [1]   29/4
inspected [1]   69/4
institutions [1]   15/15
intact [7]   32/3 33/4 33/4
 33/6 33/7 50/25 58/7
integrity [11]   7/23 8/1 37/7
 38/25 57/18 57/25 58/5 58/19
 58/21 64/17 64/22
interest [1]   9/7
interrogated [1]   54/15
interrupt [2]   11/21 25/3
introduced [1]   9/20
introduction [2]   10/8 35/6
introductory [1]   10/7
investigate [1]   44/16
investigated [1]   69/10
investigating [1]   23/11
investigation [3]   2/7 19/4
 43/3
investigations [1]   43/24
invisible [1]   29/4
involved [1]   68/14
is [157]
Island [3]   2/7 7/8 19/3
Isle [1]   67/19
issue [2]   51/4 55/19
it [138]
it's [54]   3/7 3/7 3/14 4/3
 4/3 4/4 5/19 6/15 11/3 11/7
 12/13 12/15 12/16 13/14 19/6
 20/23 25/18 25/18 26/6 26/11
 26/24 29/3 30/19 30/21 30/25
 32/25 39/3 39/12 39/24 40/4
 40/18 42/1 43/6 46/18 46/19
 49/4 49/21 51/10 52/13 52/14
 52/14 55/3 55/8 56/18 56/18
 56/22 56/23 61/16 61/23
 62/22 63/6 63/18 64/13 66/25
item [1]   63/13
items [8]   31/25 32/1 41/14
 41/18 42/10 43/4 45/9 65/5

**I**

**its [10]**   27/20 31/13 32/14
34/2 34/3 53/18 55/13 63/2
63/14 64/19
**itself [6]**   33/6 43/18 58/5
59/9 62/20 64/17

**J**

**January [1]**   71/22
**Jarrett [7]**   7/19 18/20 18/25
19/8 23/3 33/22 55/12
**Jarrett's [2]**   17/24 18/14
**JJM [6]**   1/5 24/8 40/14 42/7
58/3 72/2
**July [2]**   47/12 47/14
**jumping [1]**   57/14
**just [40]**   3/11 3/23 4/10
4/24 8/15 9/9 9/19 14/18
19/13 19/19 23/9 25/2 27/11
32/1 33/8 33/12 34/18 35/1
35/5 38/22 41/10 46/23 48/2
48/9 49/11 49/19 52/10 53/6
53/25 54/19 56/17 58/19
58/22 59/24 61/23 62/21 64/4
69/15 69/16 69/20

**K**

**keel [4]**   27/7 30/5 31/13
34/3
**keels [1]**   68/21
**keelson [2]**   27/7 30/5
**keep [1]**   46/16
**keeper [1]**   64/21
**kind [17]**   4/18 8/11 15/10
18/9 26/9 26/16 32/25 35/5
36/1 38/1 44/19 49/21 49/23
55/24 56/1 59/5 62/17
**Kingscliff [3]**   4/20 4/21
14/23
**Klein [7]**   54/8 54/13 54/19
54/22 55/23 56/4 56/20
**knew [4]**   12/12 33/22 41/17
41/21
**know [78]**
**knowing [2]**   31/12 43/1
**knowledge [9]**   6/17 7/13 7/14
23/12 30/3 37/9 37/11 51/2
52/22
**knows [1]**   43/7

**L**

**land [1]**   16/19
**Landmarks [1]**   67/10
**landscapes [1]**   17/1
**language [1]**   72/10
**large [1]**   15/10
**larger [1]**   55/24
**laser [2]**   55/10 57/1
**lasers [2]**   55/13 55/14
**last [5]**   6/14 6/22 18/4
42/18 47/25
**later [1]**   71/9
**law [1]**   47/1
**laws [1]**   37/22
**lawsuit [2]**   10/11 14/2
**lawsuits [1]**   15/22
**lead [1]**   15/22
**leads [2]**   30/13 51/24
**least [13]**   13/16 17/19 24/2

29/14
43/6 53/25 57/13 58/7 67/10
**leave [2]**   42/22 65/5
**leaving [2]**   42/12 43/12
**left [8]**   7/24 25/21 25/25
45/5 50/20 62/21 65/9 65/10
**legal [1]**   39/19
**legality [1]**   39/17
**legislation [1]**   37/22
**length [5]**   22/22 57/5 60/11
60/17 66/14
**less [9]**   10/20 11/4 11/5
16/5 20/24 22/3 22/5 31/17
58/7
**let [8]**   4/5 24/20 32/12 37/4
38/21 65/5 65/8 66/6
**let's [9]**   19/5 20/13 24/19
27/2 40/7 41/25 47/4 57/15
65/20
**letter [4]**   2/8 47/2 52/16
53/1
**level [5]**   11/17 11/24 31/13
54/20 55/5
**levels [1]**   36/10
**lie [1]**   22/17
**life [2]**   48/19 69/17
**like [52]**   3/21 3/22 4/2 7/9
12/2 12/7 12/9 12/15 13/11
13/22 15/19 16/10 17/3 23/6
25/14 25/21 26/13 26/24 27/1
37/9 38/9 42/14 43/2 46/8
46/12 46/15 46/23 47/12
50/22 50/23 53/22 55/12
56/20 58/13 59/3 59/14 59/21
60/13 60/15 61/4 61/14 61/23
62/19 63/19 64/7 68/9 68/21
**likely [4]**   39/2 61/5 64/13
64/15
**lime [1]**   68/10
**limit [3]**   11/15 12/5 12/7
**limitation [1]**   55/21
**limitations [1]**   57/10
**limited [2]**   17/5 51/6
**limits [1]**   11/18
**line [38]**   19/22 20/4 20/7
20/20 20/20 20/25 21/2 21/3
21/8 21/19 21/25 22/2 22/10
22/13 22/18 22/24 22/25 23/4
23/8 23/11 23/13 23/15 23/16
24/3 29/17 30/14 31/3 31/7
31/9 31/23 32/22 34/7 34/17
34/22 61/7 64/2 64/6 64/14
**lines [2]**   25/14 51/3
**Lis [1]**   7/19
**Lisa [4]**   1/17 3/13 71/3
71/19
**listing [1]**   35/9
**little [9]**   3/7 6/13 12/21
32/19 40/7 57/14 60/8 61/23
67/19
**lived [2]**   17/14 67/14
**living [3]**   14/13 14/16 14/23
**LLC [2]**   1/5 72/2
**Ln [1]**   73/4
**load [2]**   34/6 34/8
**lobster [10]**   37/20 37/21
39/4 39/5 39/11 39/12 45/2
59/4 59/9 59/11

lodged [1]   59/14
**local [2]**   16/18 21/6
**locate [1]**   12/18
**located [3]**   4/17 35/11 62/13
**location [12]**   10/14 10/18
31/17 40/2 40/16 41/21 53/12
58/10 58/12 62/16 63/2 63/14
**locations [1]**   46/19
**long [14]**   14/16 60/4 60/17
60/22
**longer [2]**   41/4 62/20
**longer-term [1]**   41/4
**longest [1]**   43/25
**longest-term [1]**   43/25
**look [14]**   7/19 7/19 17/4
19/5 19/19 24/19 34/11 46/12
47/4 48/6 50/3 57/15 65/23
69/21
**looked [13]**   11/11 17/3 18/13
18/17 23/21 23/25 26/24
31/19 48/8 59/3 68/2 69/10
69/15
**looking [15]**   19/19 22/20
22/23 48/11 50/10 50/13
50/15 50/17 50/19 50/21 51/9
51/14 53/25 58/6 61/22
**looks [7]**   13/22 25/14 25/21
38/9 50/22 59/21 61/23
**lot [5]**   15/18 45/8 59/3 68/5
68/6
**lots [2]**   46/19 59/10
**Louis [1]**   67/21
**lousy [1]**   49/3
**lower [1]**   62/8
**lumber [1]**   68/11
**lying [2]**   62/14 63/15

**M**

**made [5]**   29/4 31/8 38/14
46/4 68/23
**mail [1]**   6/24
**main [1]**   49/23
**MAINE [43]**   1/2 1/18 3/5 4/2
5/8 5/10 5/14 5/23 6/6 6/10
6/17 7/15 9/21 10/1 14/4
14/5 14/6 14/8 14/12 14/14
14/15 14/16 14/20 14/24
17/10 17/14 38/16 39/18
40/11 40/15 42/9 42/21 43/11
43/21 44/17 45/17 45/19
62/16 64/19 65/1 67/6 67/19
71/4
**mainmast [2]**   63/4 63/6
**make [5]**   4/7 4/10 9/9 64/9
68/12
**makes [1]**   43/19
**managed [1]**   15/24
**manager [3]**   16/4 16/5 16/9
**manila [2]**   64/5 64/14
**many [7]**   16/1 20/9 21/24
22/2 43/4 43/18 43/18
**marine [6]**   36/2 36/10 36/12
37/2 37/8 41/1
**maritime [12]**   10/1 12/22
15/8 15/22 15/24 16/24 16/25
40/10 40/23 44/7 46/10 54/12
**marked [6]**   19/4 19/6 24/23
34/24 47/2 47/4
**mast [1]**   63/7

## M

**master's [4]**  12/22 12/25 13/10 13/11
**masts [2]**  63/8 68/21
**max [1]**  12/9
**maximum [1]**  12/7
**Maxwell [2]**  7/19 18/23
**may [3]**  19/20 23/7 36/25
**maybe [8]**  7/16 16/5 23/1 43/5 47/24 64/17 66/6 66/14
**MCBRIAN [8]**  1/15 2/2 3/1 3/4 13/15 19/6 72/3 73/2
**McBrian's [1]**  58/1
**me [30]**  7/14 9/1 9/23 18/6 23/6 24/20 25/21 30/13 31/19 32/12 32/19 32/19 34/12 37/4 38/21 49/11 49/19 50/3 51/24 54/1 56/9 59/18 63/21 64/5 65/8 66/6 71/9 72/12 72/16 72/21
**mean [15]**  11/20 12/7 22/10 29/19 30/11 33/4 33/7 42/12 45/24 46/18 52/1 52/7 53/8 60/20 65/13
**meaning [2]**  7/23 35/22
**meant [2]**  26/25 26/25
**measure [12]**  21/7 22/16 23/4 23/14 27/23 28/8 31/10 54/23 55/9 55/9 56/19 57/2
**measured [3]**  27/19 57/5 57/6
**measurement [4]**  28/1 55/16 55/18 56/19
**measurements [14]**  22/13 22/21 55/11 55/20 55/25 56/3 56/6 56/7 56/13 56/17 56/23 57/8 57/10 59/21
**measuring [9]**  55/5 55/7 55/23 56/25 57/1 60/4 60/25 61/5 61/8
**medication [1]**  3/18
**meets [1]**  53/20
**member [1]**  14/14
**mentioned [3]**  6/11 36/19 43/9
**Mercantile [1]**  67/18
**met [2]**  9/3
**meter [2]**  28/4 57/11
**meters [6]**  11/1 11/2 11/4 23/2 23/2 27/21
**method [2]**  43/11 46/6
**methods [5]**  43/9 43/16 44/2 44/9 63/25
**MHPC [1]**  5/24
**MHPC's [2]**  57/21 57/24
**middle [4]**  46/22 52/23 57/17 66/3
**midship [4]**  31/24 62/1 62/2 66/16
**midships [2]**  32/22 67/4
**might [20]**  3/25 4/3 11/16 17/4 38/24 41/7 41/10 42/25 45/7 45/8 45/9 48/23 50/22 53/17 54/2 58/9 62/7 63/14 64/22 70/1
**millimeter [1]**  56/19
**mind [1]**  37/12
**minute [2]**  41/25 65/20
**model [2]**  54/17 56/7
**models [1]**  69/15

**modeled [2]**  64/1 64/2
**modified [1]**  68/6
**molding [1]**  22/21
**momentarily [1]**  19/20
**Monitor [1]**  37/8
**months [4]**  14/18 14/20 14/24 17/20
**more [20]**  11/1 20/16 20/19 21/3 22/4 22/5 23/1 31/8 31/17 39/2 40/4 41/5 44/15 54/23 55/8 57/13 58/7 64/13 64/15 68/15
**morning [2]**  3/4 3/6
**mosaic [1]**  51/9
**most [3]**  14/8 14/17 52/4
**mostly [1]**  4/9
**Mount [3]**  2/7 7/8 19/3
**mounted [1]**  55/2
**moved [7]**  13/7 14/20 14/21 14/23 14/24 63/1 63/20
**movie [1]**  33/5
**moving [1]**  17/18
**Mr. [1]**  55/12
**Mr. Jarrett [1]**  55/12
**Ms [1]**  18/23
**much [4]**  17/1 24/5 55/8 69/24
**mud [44]**  11/10 19/22 20/4 20/6 20/10 20/20 20/20 20/25 21/2 21/3 21/8 21/18 21/25 22/2 22/10 22/13 22/18 22/24 23/4 23/8 23/11 23/13 23/15 23/15 24/3 24/16 28/9 29/17 30/6 30/14 31/9 31/14 31/23 32/9 32/11 32/22 32/25 34/7 34/17 34/21 34/22 43/8 61/7 61/13
**muddy [3]**  49/17 49/18 51/12
**Multiple [2]**  2/11 34/24
**murky [1]**  61/18
**museums [1]**  69/16
**my [40]**  3/15 4/19 5/16 7/14 8/9 9/9 10/2 10/22 11/4 11/11 13/3 13/24 14/5 14/8 15/25 18/7 19/14 20/8 23/12 23/25 30/3 30/11 33/11 33/13 35/13 36/18 37/9 38/1 38/11 48/8 52/22 53/23 55/7 59/8 67/9 68/12 68/25 71/16 71/22 72/6

## N

**name [6]**  6/4 6/14 10/2 26/4 67/20 73/25
**named [2]**  71/5 71/14
**narrow [1]**  20/13
**national [11]**  2/10 9/5 34/23 35/2 35/8 35/10 36/2 37/8 46/18 67/10 67/11
**natural [5]**  36/11 37/1 37/2 64/14 65/6
**nature [2]**  7/3 9/3
**near [3]**  29/17 50/9 67/14
**nearly [1]**  31/15
**necessarily [4]**  29/23 32/2 55/4 61/10
**necessary [1]**  46/24
**need [5]**  3/22 4/5 4/6 19/19 46/14

**needed [2]**  45/1 64/2
**needs [1]**  40/5
**negative [2]**  45/11 58/25
**neither [1]**  23/18
**nets [2]**  36/7 65/15
**never [1]**  54/12
**New [6]**  4/20 14/7 16/15 17/9 35/15 44/17
**news [1]**  21/13
**newspaper [1]**  21/5
**next [3]**  13/3 20/8 30/22
**no [74]**
**nobody [1]**  5/18
**north [5]**  4/23 12/23 17/5 50/15 50/19
**Northwest [1]**  16/13
**nose [2]**  31/13 33/25
**not [69]**  4/4 4/4 4/9 5/4 6/7 6/12 8/1 8/12 8/15 9/13 10/22 12/14 13/12 13/15 13/16 14/15 15/21 17/9 19/19 20/12 22/17 23/24 24/6 25/4 26/25 27/11 29/23 30/1 30/8 32/21 33/2 33/7 33/25 35/14 36/15 36/18 36/22 37/6 37/13 39/2 39/19 39/25 41/10 44/6 45/10 46/15 47/19 49/24 51/7 54/3 54/11 54/14 54/16 55/1 56/13 56/18 56/20 56/25 57/7 61/15 62/2 63/11 63/11 64/7 64/24 67/23 69/11 69/20 69/23
**Notary [5]**  1/18 3/1 71/3 71/20 72/24
**note [3]**  56/12 56/12 57/9
**noted [2]**  70/5 72/14
**nothing [4]**  31/23 62/24 70/3 71/6
**notice [1]**  1/17
**now [9]**  14/20 14/24 41/10 41/11 45/15 62/14 68/7 69/1 73/4
**NT [1]**  1/7
**number [7]**  2/6 21/4 21/7 21/13 21/17 25/4 67/6
**numerous [1]**  44/14

## O

**oath [1]**  18/9
**object [1]**  63/18
**objection [38]**  4/1 4/3 4/5 4/10 5/20 12/1 12/6 20/5 20/11 21/9 28/25 30/10 30/18 33/9 33/21 36/24 37/25 38/6 38/19 39/10 39/16 40/17 40/22 41/20 42/11 42/24 43/15 43/23 44/5 44/12 44/21 45/22 46/2 54/25 63/24 64/23 65/12 65/17
**objects [5]**  24/13 39/13 41/4 41/5 50/13
**observation [1]**  23/13
**observed [3]**  21/20 22/7 30/12
**Obviously [1]**  55/9
**Occasionally [1]**  3/25
**occur [1]**  46/9
**occurring [1]**  38/3
**October [2]**  6/22 6/22

**O**

**off [11]**   10/22 22/7 27/20
35/22 36/4 36/18 41/22 55/7
56/3 56/18 67/9
**offered [2]**   40/8 42/8
**office [5]**   5/7 5/14 6/7 9/22
18/3
**offshore [1]**   10/23
**okay [43]**   3/11 3/18 3/23
3/24 4/11 4/12 4/25 5/18 6/9
6/16 8/20 9/15 10/11 13/12
13/15 13/18 14/10 14/25
19/13 19/25 20/3 21/4 25/25
26/2 26/7 27/15 35/25 40/19
41/15 42/4 42/20 45/14 50/17
58/4 61/9 65/23 66/1 66/10
66/24 67/6 68/19 69/24
**once [2]**   62/23 63/13
**one [32]**   1/8 3/25 9/12 9/22
10/8 19/5 24/2 25/22 25/25
37/10 37/12 39/25 40/1 40/5
42/25 44/17 45/7 45/23 48/3
52/3 52/14 53/17 54/10 54/18
54/21 62/3 62/4 62/5 62/8
62/8 67/23 72/2
**ones [2]**   16/3 68/4
**only [13]**   5/9 6/23 7/9 21/11
37/10 37/12 42/14 50/22
60/13 62/4 62/5 69/8 69/17
**open [4]**   11/16 11/24 12/9
24/25
**operate [1]**   54/21
**operating [1]**   68/7
**operation [1]**   48/19
**opinion [10]**   9/9 9/12 20/9
20/21 20/23 22/8 38/20 39/19
45/25 63/3
**opinions [1]**   39/17
**opposed [5]**   42/12 55/24 56/3
60/10 60/15
**option [2]**   44/13 44/16
**options [3]**   42/25 43/1 44/14
**order [4]**   10/12 37/6 37/24
44/19
**ordinarily [1]**   4/4
**organization [2]**   5/21 6/1
**organizations [2]**   15/16 16/8
**original [13]**   29/21 32/14
32/17 34/15 60/17 61/9 63/2
64/4 64/5 66/13 68/6 68/23
68/23
**originally [1]**   62/22
**other [40]**   1/11 4/25 6/10
7/5 7/11 7/12 7/17 7/20 7/22
8/3 8/7 8/11 9/12 9/15 9/25
10/7 10/8 22/25 28/16 31/19
34/16 34/17 34/19 36/9 36/19
43/1 43/9 43/9 43/10 43/12
43/16 43/17 44/7 44/9 48/6
52/11 53/17 63/25 64/14
65/16
**otherwise [3]**   6/23 40/14
41/7
**our [11]**   19/20 24/2 40/8
40/8 42/7 42/7 54/7 54/20
57/4 60/2 61/6
**out [9]**   4/5 10/4 36/13 37/21
38/12 38/22 46/23 61/8 66/21
**outcome [1]**   71/14

**outfit [1]**   72/8
**outside [2]**   5/14 51/14
**outward [1]**   32/23
**over [5]**   3/11 13/24 21/1
51/13 65/11
**overall [7]**   22/22 28/20 51/6
55/23 56/4 56/24 69/2
**overview [1]**   49/22
**owners [1]**   68/20

**P**

**P.M [2]**   1/17 70/5
**Pacific [1]**   15/11
**packing [1]**   17/18
**PADI [1]**   12/9
**page [33]**   2/3 2/6 24/19 25/4
25/5 25/8 25/13 25/17 25/17
25/18 25/22 25/23 26/8 26/8
26/11 26/19 27/10 27/16
28/21 29/10 30/22 30/23 35/5
49/17 49/18 50/3 56/8 57/9
57/17 59/20 61/22 65/24 72/1
**pages [3]**   34/12 49/18 72/6
**pagination [2]**   25/4 25/7
**paper [1]**   21/6
**paragraph [4]**   48/12 57/18
66/2 66/3
**paraphrase [1]**   27/2
**park [1]**   46/18
**parlance [1]**   13/9
**part [8]**   29/9 32/15 35/25
62/14 62/18 69/5 69/21 69/23
**partially [2]**   66/4 66/10
**particular [3]**   7/1 33/17
56/7
**partly [1]**   53/18
**parts [2]**   34/16 45/13
**passenger [1]**   69/2
**past [3]**   14/18 30/16 31/23
**patient [1]**   69/25
**pause [1]**   4/10
**paving [4]**   48/18 52/18 53/4
53/13
**pdf [1]**   2/13
**penalties [1]**   46/25
**people [1]**   36/7
**percent [5]**   56/22 61/14
64/10 64/12 66/13
**percentage [2]**   20/9 20/12
**periodic [1]**   3/21
**permit [1]**   46/15
**permits [2]**   37/9 46/24
**permitted [1]**   37/15
**person [4]**   6/23 17/13 64/21
71/14
**personally [3]**   38/20 54/11
55/6
**Pg [1]**   73/4
**Pg/Ln [1]**   73/4
**Ph.D [3]**   13/12 13/13 13/14
**physical [2]**   49/13 69/12
**physically [3]**   34/14 64/7
69/4
**picked [2]**   63/19 65/11
**pickings [1]**   41/18
**picture [9]**   25/10 29/10
49/17 49/17 50/8 50/22 50/23
51/6 62/19

**pieces [5]**   22/6 22/8 22/13
22/16 32/2
**Pilbara [1]**   16/12
**pile [4]**   44/4 44/6 53/15
53/24
**piling [1]**   44/10
**place [5]**   4/19 42/15 42/20
42/22 43/12
**placement [1]**   51/21
**places [6]**   2/10 34/23 35/2
35/9 58/8 67/12
**Plaintiff [1]**   1/6
**plaintiff's [1]**   48/9
**plan [4]**   64/18 65/1 65/4
65/7
**plank [7]**   51/16 51/19 52/2
52/4 52/10 52/11 52/13
**planking [7]**   29/1 29/3 29/5
50/7 51/12 51/19 68/20
**planks [4]**   27/3 49/23 51/15
53/11
**plans [1]**   65/2
**plastic [1]**   59/3
**please [5]**   24/20 24/25 25/5
42/17 65/23
**plenty [1]**   30/13
**point [5]**   17/17 30/16 32/25
46/23 49/11
**polypropylene [1]**   64/13
**port [2]**   16/12 16/12
**portion [10]**   32/4 48/17
52/17 53/3 53/5 53/7 53/8
58/14 62/14 66/8
**portions [5]**   32/17 51/8
52/21 53/19 60/14
**position [6]**   15/25 29/21
30/20 31/15 31/16 32/18
**possibility [4]**   44/3 58/24
65/13 65/19
**possible [6]**   39/3 39/12 42/5
43/6 45/23 51/7
**possibly [3]**   42/25 57/13
64/11
**pot [1]**   39/13
**potential [6]**   44/1 45/2 45/6
45/11 56/21 59/2
**potentially [4]**   39/6 45/4
65/11 65/14
**pots [5]**   37/21 39/12 45/2
59/10 59/11
**pounds [1]**   38/14
**practical [2]**   17/7 46/9
**Practically [1]**   46/11
**practices [1]**   44/7
**preparation [4]**   35/12 47/17
47/21 48/7
**prepared [1]**   48/3
**presence [2]**   66/4 66/10
**present [2]**   15/4 40/10
**presented [1]**   64/20
**preservation [19]**   5/18 5/23
6/7 6/17 7/16 9/22 39/24
40/3 40/14 42/18 43/1 43/16
43/19 43/25 44/2 46/7 63/15
63/23 63/25
**preserve [15]**   35/25 36/1
36/8 37/5 37/7 40/9 40/16
40/20 42/10 42/22 43/2 44/1

## P

preserve... [3]   44/20 45/17 46/1
preserved [2]   40/5 40/15
preserves [2]   36/19 36/20
preserving [2]   39/21 44/23
pretty [10]   12/13 17/1 38/11 38/12 38/13 41/23 41/24 46/19 49/17 49/18
prevent [1]   45/19
prevents [2]   37/11 43/20
previous [1]   51/23
previously [5]   32/13 35/15 42/14 48/22 58/2
primary [1]   49/25
print [1]   71/9
prior [1]   17/8
private [2]   15/12 15/15
probable [1]   31/4
probably [11]   16/2 16/6 21/22 23/1 34/4 40/4 42/6 43/6 47/12 57/12 61/14
probe [1]   28/18
process [1]   18/7
professional [4]   13/11 14/11 14/14 30/11
profit [1]   15/12
prohibit [1]   36/20
prohibited [1]   38/3
prohibitions [1]   46/13
project [4]   5/17 16/4 16/5 16/9
projects [3]   15/10 15/19 15/25
pronunciation [1]   6/13
Property [2]   2/11 34/24
proposed [1]   65/2
protect [7]   36/14 37/2 37/24 44/14 64/20 64/21 65/2
protected [1]   35/21
protecting [2]   44/13 45/23
protection [1]   36/10
protects [2]   36/3 43/19
protruded [1]   22/17
protruding [2]   22/7 34/17
provided [1]   24/8
providing [2]   15/9 61/1
Public [5]   1/18 3/2 71/3 71/20 72/24
publicly [1]   12/19
pull [1]   40/7
pulled [1]   46/20
purpose [2]   27/10 36/22
purposes [4]   56/25 56/25 57/1 69/10
pursuant [1]   1/16
put [2]   4/1 57/5
putting [2]   24/3 46/21

## Q

qualified [1]   40/23
quarter [1]   42/1
question [13]   4/1 4/6 4/11 5/25 13/2 15/21 20/8 23/25 33/11 49/3 53/23 58/20 64/25
questions [5]   3/15 3/15 70/1 72/12 72/16
quick [2]   8/5 11/3
quite [3]   49/1 51/6 62/2

## R

rail [1]   51/17
raised [1]   28/2
range [2]   12/16 36/13
ranging [1]   40/5
rather [1]   42/22
reached [1]   10/3
read [10]   24/8 47/19 48/20 49/15 57/19 57/22 59/13 59/23 72/5 73/4
reading [4]   52/19 56/14 57/20 60/23
reads [2]   66/3 73/4
real [1]   69/17
really [1]   39/25
rear [1]   50/1
reason [1]   4/2
Reasons [1]   73/4
recall [7]   8/24 17/16 53/16 54/5 59/10 59/17 62/5
recently [1]   14/17
recollection [2]   8/9 11/9
recommend [13]   37/23 38/16 39/14 40/19 40/20 40/23 42/21 43/21 43/24 45/19 45/25 46/1 46/3
recommendation [2]   45/16 46/4
recommended [1]   42/8
record [3]   7/6 60/9 71/11
recorded [2]   72/13 72/17
records [2]   7/15 69/11
recreational [1]   11/18
red [1]   31/3
reduced [1]   71/9
refer [4]   19/10 19/20 34/11 66/7
reference [1]   61/19
referring [2]   12/5 56/16
refers [2]   66/6 66/8
refresh [2]   48/9 53/25
region [1]   15/11
register [6]   2/10 9/6 34/23 35/2 35/8 35/24
registration [1]   9/5
Registry [1]   67/11
regulations [1]   22/19
relation [3]   4/21 7/10 29/20
rem [1]   1/12
remain [1]   65/5
remains [3]   33/6 69/9 69/18
remember [6]   6/12 17/19 51/5 59/13 61/1 63/11
remotely [1]   14/23
removable [1]   63/18
removed [1]   40/3
report [37]   7/1 13/21 19/5 19/24 21/12 21/13 24/8 24/20 25/3 25/8 25/8 25/23 26/9 26/12 27/16 28/21 30/22 34/11 35/12 35/13 48/8 48/9 49/7 49/10 49/20 50/21 56/9 57/7 59/8 59/23 60/23 61/2 61/23 65/24 69/11 69/22 69/23
reported [1]   71/9
Reporting [1]   1/24
representative [1]   50/24
requested [1]   9/18
requires [1]   43/2
reread [1]   48/8
research [1]   9/2
resemble [2]   50/22 68/23
resembled [1]   28/20
resembles [1]   50/25
residential [2]   14/12 14/13
resources [6]   36/11 36/12 37/1 37/2 37/3 44/19
response [2]   32/18
responses [1]   3/15
rest [2]   30/1 31/13
results [1]   66/2
resume [2]   14/25 17/3
retained [3]   14/10 16/23 54/21
Reuben [2]   68/14 68/17
review [2]   47/17 47/20
reword [1]   49/1
ribs [1]   49/24
rig [1]   62/10
rigging [5]   62/19 62/20 63/4 63/5 68/21
right [65]   5/25 10/12 10/15 10/24 11/5 11/6 11/13 13/18 15/2 15/17 19/16 19/18 21/8 23/16 23/19 23/22 24/6 24/7 24/10 24/13 24/19 25/11 25/19 27/3 27/17 28/9 28/12 28/19 30/5 30/9 31/1 31/4 31/10 32/3 34/3 35/16 35/23 36/1 36/4 39/21 39/23 40/7 41/11 41/25 50/11 50/14 50/16 52/5 52/22 54/2 54/3 55/3 57/4 57/24 60/4 60/11 61/20 62/8 65/11 65/16 65/20 67/7 67/15 69/13 69/22
RMR [2]   1/18 71/3
Robert [7]   7/18 17/24 18/13 18/20 18/25 23/3 33/22
room [1]   4/15
rope [3]   64/3 64/3 64/8
ropes [1]   62/23
roughly [2]   29/10 34/3
ROV [14]   23/6 23/10 23/18 27/20 27/25 28/2 28/13 51/13 55/2 55/11 55/13 55/24 61/6 64/8
RPR [2]   1/18 71/3
rudders [1]   27/5 68/21
rules [1]   3/12
run [1]   36/7
runs [1]   17/1

## S

S-P-I-E-S-S [1]   6/15
safeguards [1]   42/20
safer [2]   40/13 63/14
said [21]   7/11 8/12 11/11 12/2 12/15 13/25 15/4 20/17 23/5 26/12 27/16 32/13 32/16 33/23 33/24 42/14 47/24 51/4 56/17 58/13 64/11
sailers [1]   68/7
sailing [2]   26/10 67/7
same [9]   19/6 25/4 25/22

**S**

**same... [6]**  26/15 31/6 58/12
64/25 72/11 72/15
**sampling [1]**  16/7
**sanctuaries [3]**  36/10 36/12
37/2
**Sanctuary [3]**  35/10 36/2
37/8
**sand [3]**  43/22 44/4 44/6
**sandbags [4]**  43/18 43/22
44/6 44/11
**Santos [1]**  16/10
**saw [33]**  9/11 14/25 21/13
21/14 21/18 23/13 27/17
28/24 29/1 29/1 29/8 29/15
29/16 29/17 29/25 30/3 32/13
33/3 33/5 34/14 34/17 34/22
37/21 39/4 43/6 48/23 49/19
49/22 53/5 53/23 57/4 59/3
64/8
**say [33]**  3/14 3/23 3/25 4/3
4/22 8/7 8/10 9/12 20/12
20/14 21/24 22/3 22/5 28/7
29/19 30/2 31/6 38/2 43/1
43/4 44/9 44/24 45/3 46/10
47/14 47/25 48/23 54/22
56/22 57/12 63/19 64/12
64/13
**saying [11]**  17/8 23/7 26/20
29/8 29/21 32/12 32/20 33/19
38/5 53/5 69/1
**says [9]**  19/8 26/11 31/3
48/15 53/1 56/12 60/7 66/1
66/10
**scale [3]**  55/11 56/13 57/1
**scallop [4]**  38/8 45/8 45/10
65/15
**scalloping [3]**  37/17 38/17
45/2
**scallops [1]**  38/15
**scan [7]**  54/8 54/15 54/16
54/17 55/4 58/2 61/2
**scatter [1]**  48/18
**schooner [5]**  25/15 26/13
26/13 26/21 63/8
**schooners [6]**  8/13 8/16 27/3
62/15 62/16 67/7
**scope [3]**  8/21 8/24 9/18
**screen [2]**  19/14 19/18
**scroll [1]**  48/11
**SDSI [2]**  59/22 60/2
**sea [10]**  22/7 22/9 22/9
22/17 24/17 27/20 28/19 29/5
61/11 61/15
**seabed [9]**  33/1 46/16 50/2
51/4 51/14 53/21 58/15 64/1
66/21
**search [1]**  12/18
**second [10]**  4/10 8/5 25/17
25/18 25/22 26/8 48/12 52/14
57/17 66/2
**section [11]**  32/10 34/18
34/19 48/24 49/11 49/13
57/19 66/1 66/17 67/2 67/4
49/19
**sections [3]**  48/22 49/8
49/19
**sediment [2]**  55/15 55/17
**see [41]**  14/8 19/7 19/8
19/14 20/13 21/2 24/15 27/2

29/24 30/24 30/9 32/12 32/16
33/5 39/11 46/20 46/24 48/12
49/3 49/15 49/16 52/18 52/21
53/14 55/20 56/14 57/7 57/19
59/1 59/4 59/8 59/15 61/6
61/11 61/13 65/8
**seeing [4]**  49/8 59/17 62/5
63/11
**seem [1]**  64/4
**seemed [1]**  59/14
**seems [1]**  46/23
**seen [5]**  29/6 38/9 47/9 61/2
67/20
**send [1]**  57/2
**sending [1]**  28/17
**sense [1]**  4/7
**sent [1]**  61/6
**sentence [5]**  48/13 48/15
52/17 59/22 66/3
**sentences [2]**  59/22 59/25
**September [5]**  1/16 3/8 3/10
71/17 72/7
**September 17th [1]**  3/8
**series [1]**  25/18
**serve [1]**  15/14
**served [2]**  15/20 15/22
**settled [1]**  34/2
**setup [1]**  68/9
**seven [2]**  4/23 49/18
**several [1]**  38/14
**shadow [1]**  61/4
**shape [3]**  22/24 26/17 34/15
**share [1]**  18/17
**shared [1]**  47/11
**sharing [1]**  19/18
**she [3]**  9/13 10/4 67/21
**she's [1]**  9/22
**sheer [5]**  52/1 52/2 52/3
52/9 52/10
**sheet [2]**  72/15 73/1
**ship [26]**  2/9 21/1 22/23
23/12 24/23 26/24 27/13
28/21 31/4 32/2 32/4 32/21
32/24 50/23 51/22 52/4 52/23
52/23 53/9 58/9 58/11 58/13
61/5 61/9 64/4 69/15
**ship's [4]**  29/17 32/14 62/10
65/9
**ship-like [1]**  50/23
**shipboard [1]**  48/19
**Shipping [1]**  60/9
**ships [3]**  22/20 22/25 35/19
**shipwreck [21]**  2/7 9/4 10/12
16/22 19/3 19/21 37/7 40/24
43/17 44/15 44/17 44/18
44/22 45/5 45/13 45/17 50/25
57/25 58/1 58/7 69/17
**shipwrecks [14]**  7/6 7/8 7/11
7/12 16/25 17/5 17/9 19/1
35/15 36/16 39/24 45/12
51/23 69/20
**Shoal [1]**  4/19
**shore [4]**  10/21 11/4 12/13
12/15
**shoreline [1]**  60/21
**short [3]**  8/6 42/3 65/22
**shots [1]**  51/8
**should [6]**  38/3 40/4 42/9

**show [6]**  26/23 27/11 29/3
38/12 59/7 66/14
**showed [1]**  61/4
**showing [1]**  51/15
**shows [5]**  25/10 51/12 53/19
62/19 63/12
**shut [1]**  38/17
**side [17]**  22/21 50/7 50/18
50/20 51/13 53/17 53/17
53/20 53/23 54/8 54/15 54/16
54/17 55/4 58/2 61/2 62/3
**sides [4]**  29/18 53/14 53/15
53/24
**sideways [1]**  56/9
**SIGNATURE [1]**  72/1
**significance [1]**  57/25
**significantly [1]**  63/1
**silt [1]**  55/17
**similar [10]**  8/12 15/21
21/22 22/25 26/17 26/18
26/21 29/2 68/16 68/16
**simple [1]**  21/18
**since [2]**  18/21 21/21
**sit [1]**  54/5
**site [34]**  10/20 12/13 37/11
39/15 41/17 41/22 41/22 43/2
44/4 44/20 45/21 46/11 46/15
46/20 46/24 46/25 48/15 53/1
55/3 55/11 55/20 55/24 56/24
57/5 58/2 59/15 59/19 60/3
60/10 60/22 61/20 62/17
64/17 64/22
**sites [2]**  43/17 44/15
**sitting [1]**  33/23
**situ [5]**  30/21 40/4 44/13
58/8 58/15
**six [1]**  49/18
**size [7]**  21/21 21/22 26/15
26/17 26/18 39/25 68/16
**skin [1]**  49/24
**slightly [1]**  16/5
**snow [2]**  59/4 59/7
**so [145]**
**Society [2]**  5/19 14/15
**soft [1]**  64/3
**solution [1]**  41/4
**SOM [1]**  25/17

[redacted]

**somebody [5]**  10/4 12/12
12/14 41/17 54/21
**somehow [1]**  64/3
**someone [1]**  41/21

[redacted]

**something [10]**  4/4 15/1
32/15 38/22 46/8 47/12 50/23
50/24 51/3 69/12
**Sometimes [1]**  36/25
**somewhere [2]**  33/18 52/11
**sonar [21]**  23/6 23/18 27/19
28/14 28/15 49/21 53/25 54/8
54/15 54/16 54/17 54/23 55/1

**sonar...** [8]  55/7 55/9 56/3
56/18 56/20 56/22 58/2 61/16
**sorry** [11]  5/22 6/7 11/20
25/3 26/18 32/4 42/16 49/1
50/18 58/17 62/24
**sort** [24]  14/11 16/16 16/20
21/20 22/19 32/8 32/10 35/25
51/7 51/9 51/22 54/1 55/23
56/3 56/21 57/13 61/4 62/1
62/2 64/18 66/13 68/6 68/8
68/15
**sorts** [2]  16/24 46/13

[1]  55/12
**sounds** [6]  11/6 23/6 34/1
53/22 60/13 60/15
**south** [4]  4/20 4/24 16/15
50/13
**souvenirs** [1]  19/1
**space** [2]  41/3 53/6
**speak** [1]  6/20
**speaking** [2]  46/12 55/12
**specializing** [1]  15/8
**specific** [11]  26/25 27/12
54/14 54/17 55/11 55/16 56/6
56/23 56/25 57/1 59/1
**specifically** [10]  8/12 10/14
36/9 41/14 41/15 47/19 53/16
59/9 61/7 67/23
**specs** [1]  26/15
**spell** [1]  6/14
**Spiess** [6]  6/4 6/4 6/5 6/5
6/10 8/8
**Spiess'** [1]  6/14
**spoke** [1]  6/21
**spoken** [5]  4/25 5/4 6/9 6/23
10/2
**spot** [2]  40/6 54/3
**spread** [1]  61/17
**stamp** [1]  25/17
**Standards** [1]  40/10
**standing** [1]  50/12
**starboard** [5]  50/7 50/18
50/20 53/20 53/23
**started** [1]  3/11
**state** [35]  1/18 3/5 4/2 5/7
5/10 5/14 5/18 6/10 6/17
6/18 7/15 8/21 9/16 10/1
14/4 14/12 15/18 16/15 17/10
24/7 40/11 40/15 42/9 42/21
43/11 43/21 44/10 45/16
45/19 45/25 47/21 48/1 64/19
65/1 71/4
**State's** [2]  65/4 65/7
**stated** [1]  20/25
**statement** [4]  23/9 23/22
54/22 61/12
**STATES** [2]  1/2 37/5
**stay** [1]  40/4
**steel** [1]  38/14
**STEIGELMAN** [1]  1/21
**Stellwagen** [6]  35/9 35/18
36/1 36/8 36/9 36/17
**stem** [1]  31/22
**stenographically** [1]  71/9

**stepped** [1]  32/16
**stern** [19]  25/10 31/20 32/10
34/18 34/19 48/16 48/22
48/24 49/4 49/8 49/11 49/20
53/2 58/14 62/2 62/3 66/17
66/19 67/2
**sternpost** [21]  27/17 28/1
28/2 28/8 29/7 29/8 29/14
29/16 29/16 29/18 29/20
29/23 29/25 30/15 31/15
49/22 49/25 50/9 50/13 50/17
50/19
**sticker** [1]  19/7
**sticking** [1]  29/1
**still** [6]  7/23 15/1 64/6
67/7 68/4 68/17
**stones** [19]  19/21 20/4 20/6
20/9 21/8 21/12 21/17 21/21
34/6 34/8 35/22 52/18 53/4
53/13 53/15 53/18 53/24 54/2
65/9
**stop** [3]  3/21 19/18 36/25
**stored** [1]  53/10
**strake** [2]  52/1 52/9
**string** [1]  57/5
**structural** [2]  49/14 50/1
**structure** [9]  28/20 32/14
34/22 39/13 49/23 51/21
52/24 53/8 68/22
**struggle** [1]  6/13
**studied** [4]  35/12 44/18 46/4
69/10
**studies** [2]  13/1 30/12
**study** [2]  16/23 40/14
**studying** [1]  51/22
**stuff** [9]  14/9 15/19 16/24
18/8 36/7 46/18 51/10 59/11
68/16
**subcontracted** [1]  16/13
**subject** [3]  10/12 63/16 65/5
**submerged** [4]  1/8 17/1 41/1
72/2
**subscribe** [1]  71/16
**Subscribed** [1]  72/21
**substance** [1]  18/5
**substantial** [2]  58/6 58/13
**substantively** [1]  18/12
**suggest** [2]  43/11 62/13
**suggested** [3]  10/5 29/20
31/21
**suggesting** [2]  64/5 66/24
**suggestion** [1]  64/2
**summarize** [1]  65/8
**summarizing** [1]  24/4
**summary** [1]  14/21
**summer** [1]  17/12
**sunk** [4]  31/18 33/6 51/14
62/22
**super** [1]  45/10
**superimposed** [1]  30/25
**superstructure** [1]  58/9
**support** [3]  15/9 42/15 49/25
**supports** [2]  66/5 66/15
**sure** [7]  6/7 10/22 20/24
51/5 51/12 52/13 54/3
**surface** [3]  24/16 43/7 63/15
**surprise** [1]  59/18
**surrounded** [1]  11/10

**survey** [5]  50/11 54/7 54/14
54/13 66/1
**surveys** [1]  54/14
**suspended** [1]  55/17
**swimming** [1]  50/12
**sworn** [3]  3/1 71/5 72/21
**Sydney** [1]  4/21

**T**

**Taber** [1]  67/24
**tackle** [1]  1/9
**take** [19]  3/21 19/5 24/19
28/4 28/5 28/7 35/22 45/25
45/7 47/4 55/11 55/16 55/18
57/11 57/11 57/15 65/20
65/23 68/25
**taken** [12]  1/15 4/13 8/6
13/25 18/7 19/1 19/25 41/22
42/3 51/8 65/22 72/7
**takes** [1]  44/15
**taking** [9]  14/22 22/23 36/3
55/19 56/3 56/5 56/7 56/17
57/8
**talk** [2]  18/12 47/25
**talked** [9]  7/5 7/11 24/6
34/18 42/7 43/13 44/24 45/1
47/24
**talking** [11]  18/6 23/5 32/5
32/6 41/13 42/4 52/3 52/23
66/12 69/11 69/12
**taller** [1]  63/7
**tangible** [1]  69/12
**tape** [2]  55/9 57/2
**team** [3]  40/25 54/13 54/20
**tell** [7]  17/17 18/25 23/18
33/24 50/3 56/9 61/24
**tells** [1]  4/9
**term** [3]  16/4 41/4 43/25
**terms** [2]  7/23 46/9
**terrestrial** [1]  17/1
**terribly** [1]  12/14
**test** [1]  30/9
**testified** [5]  3/2 19/23 24/5
35/14 69/8
**testify** [2]  17/22 71/5
**testimony** [3]  3/19 60/13
71/11
**Texas** [1]  40/9
**than** [31]  5/1 6/10 9/15 10/7
10/20 11/4 11/5 20/16 20/20
20/24 21/3 22/3 22/3 22/4
22/5 22/5 23/1 31/9 31/19
34/17 34/19 39/2 40/5 42/22
43/10 43/12 54/23 55/9 63/15
64/14 68/9
**thank** [5]  6/16 9/15 25/6
27/15 69/24
**Thanks** [1]  58/4
**that** [397]
**that's** [40]  5/25 7/17 11/24
14/5 16/3 20/8 22/24 23/22
25/4 26/8 30/5 31/3 31/6
31/7 33/18 37/12 37/14 38/1
38/15 39/6 41/10 48/10 49/20
50/22 51/16 51/17 53/6 54/20
54/22 58/17 60/7 60/16 60/23
62/5 64/5 64/6 66/18 69/22
70/1 70/4
**their** [18]  7/15 7/23 10/4

**their...** **[15]**   11/17 12/2
12/3 16/17 19/25 24/7 24/8
32/17 34/15 40/16 41/13 57/7
60/23 61/2 68/6
**them** **[34]**   9/20 17/17 24/2
29/7 29/8 32/3 35/22 40/7
40/9 40/10 40/15 40/15 40/16
40/20 42/8 42/10 42/12 42/22
42/22 42/22 43/10 43/12
43/14 47/24 48/4 51/9 54/21
61/1 65/5 67/11 67/13 68/3
68/24 69/5
**themselves** **[4]**   20/4 41/18
45/1 45/16
**then** **[17]**   4/5 4/10 4/11 13/7
14/23 25/13 26/19 27/2 32/10
41/4 46/25 55/18 57/6 57/22
60/8 66/2 66/21
**there** **[76]**
**there's** **[5]**   19/7 25/3 58/24
59/21 66/3
**therefore** **[1]**   21/2
**therein** **[2]**   72/13 72/17
**these** **[15]**   16/22 21/1 24/13
27/11 41/3 50/1 50/13 50/15
50/20 51/8 54/21 60/19 66/16
68/2 68/20
**they** **[70]**   7/6 8/10 8/12 8/13
8/15 8/15 8/16 8/25 9/1 9/7
10/2 10/3 12/10 18/6 18/8
18/12 18/17 18/25 19/22
19/25 21/21 24/16 26/20 27/5
27/7 29/9 29/13 29/20 30/1
30/3 32/1 32/1 35/21 35/24
35/25 36/13 36/13 38/11
38/12 38/13 38/13 38/13
38/14 40/13 41/7 41/9 41/15
41/19 41/22 42/12 43/12
45/17 46/21 46/24 57/5 57/8
58/8 58/11 60/3 60/25 61/5
61/7 65/10 65/14 67/10 67/11
68/10 68/11 69/1 69/3
**thing** **[9]**   3/12 4/18 18/10
26/16 34/4 56/9 64/18 68/8
68/15
**things** **[12]**   10/2 31/20 40/3
40/4 43/12 54/21 55/7 58/8
58/16 58/18 60/19 63/23
**think** **[31]**   6/22 9/21 11/3
17/20 26/12 27/19 32/13
33/12 33/12 37/10 39/21 42/9
49/11 50/24 50/25 56/4 59/2
59/7 60/3 60/16 63/1 63/21
66/5 67/9 67/10 67/21 67/24
68/19 68/24 69/8 70/3
**third** **[3]**   35/5 52/15 56/12
**this** **[79]**
**those** **[36]**   7/9 7/20 7/22
7/24 16/7 18/17 22/8 22/12
22/23 23/16 29/2 29/6 31/19
32/1 32/9 32/24 36/4 37/1
38/9 42/10 42/20 45/3 45/18
46/12 51/3 53/13 54/10 58/16
58/18 59/24 61/2 62/23 68/5
68/7 69/4 69/21
**thought** **[3]**   32/15 33/22
55/22
**thousands** **[1]**   21/23

**threads** **[2]**   7/15   4/8
**three** **[2]**   31/6 8/7
**through** **[9]**   9/20 9/25 23/8
23/22 23/25 36/7 48/8 71/10
72/6
**Tim** **[1]**   69/25
**timber** **[3]**   51/18 59/17 68/11
**timbers** **[21]**   22/22 29/16
29/25 30/13 31/16 31/21 32/8
32/9 32/22 34/13 34/20 45/1
45/4 45/15 59/14 65/10 66/4
66/11 66/14 66/16 66/20
**time** **[8]**   3/9 6/23 14/19
17/23 41/16 44/15 48/3 70/5
**times** **[1]**   46/17
**TIMOTHY** **[1]**   1/21
**Titanic** **[2]**   33/5 33/14
**title** **[1]**   6/8
**today** **[7]**   3/18 47/18 47/22
48/7 54/5 67/7 70/4
**together** **[2]**   51/9 51/24
**told** **[4]**   7/14 8/8 17/13
19/21
**too** **[4]**   19/15 29/6 55/15
60/24
**took** **[5]**   17/24 27/25 28/2
33/25 51/2
**tool** **[2]**   27/23 28/16
**tools** **[3]**   21/8 23/16 28/11
**top** **[15]**   10/22 19/7 25/25
28/2 30/25 36/18 43/7 52/3
52/4 52/14 52/15 52/15 54/2
57/17 67/9
**top-most** **[1]**   52/4
**topsides** **[1]**   52/11
**totally** **[1]**   68/8
**touch** **[3]**   6/1 9/22 64/7
**toward** **[1]**   50/17
**towards** **[6]**   29/15 50/10
50/19 50/19 62/1 62/2
**town** **[1]**   4/18
**trade** **[3]**   68/14 68/15 69/2
**trained** **[1]**   12/16
**training** **[2]**   12/3 12/4
**transcript** **[2]**   72/6 73/1
**transcription** **[3]**   71/10
72/12 72/16
**transcripts** **[1]**   2/13
**transfer** **[1]**   16/15
**transferred** **[2]**   13/1 13/7
**transition** **[1]**   33/1
**transport** **[1]**   16/16
**traps** **[4]**   39/4 39/5 59/4
59/9
**tree** **[2]**   59/14 59/17
**trial** **[2]**   17/21 17/22
**tribal** **[1]**   16/20
**tried** **[1]**   12/18
**true** **[3]**   71/11 72/11 72/15
**truth** **[3]**   71/5 71/6 71/6
**trying** **[1]**   33/12
**tune** **[1]**   55/25
**TWAIN** **[2]**   1/20 25/2
**two** **[8]**   7/9 13/4 26/20 27/11
59/20 59/24 60/19 63/7
**type** **[2]**   26/7 26/25
**typical** **[1]**   26/24
**typically** **[1]**   68/4

**Uh** **[4]**   52/6 57/16 60/5 62/11
**Uh-huh** **[4]**   52/6 57/16 60/5
62/11
**uncles** **[1]**   14/8
**under** **[3]**   18/9 24/4 44/6
**underneath** **[1]**   34/7
**understand** **[11]**   3/16 29/6
32/12 32/19 33/11 35/21
44/25 49/2 54/18 60/23 60/24
**understanding** **[4]**   10/3 11/4
52/25 55/15
**understood** **[1]**   8/17
**underwater** **[2]**   15/8 15/14
**unit** **[1]**   54/14
**UNITED** **[2]**   1/2 37/5
**University** **[2]**   12/23 13/2
**Unless** **[1]**   4/9
**unlucky** **[1]**   45/7
**unrelated** **[1]**   10/2
**up** **[21]**   14/6 14/7 17/18
19/13 23/1 24/25 29/1 40/8
40/15 42/8 42/10 42/22 43/10
43/14 44/10 44/11 46/20 54/2
55/25 63/19 63/22
**upper** **[4]**   11/24 12/5 12/7
62/8
**upright** **[2]**   31/18 49/25
**us** **[6]**   3/5 3/8 3/13 3/25
16/7 19/21
**use** **[7]**   27/23 35/13 55/8
57/1 58/11 58/13 68/4
**used** **[9]**   27/25 44/14 54/8
54/10 54/13 54/19 54/24 55/1
55/13
**using** **[4]**   22/19 26/23 56/21
64/8
**usual** **[2]**   18/8 63/22
**usually** **[1]**   46/14
**usually you** **[1]**   46/14
**utilized** **[1]**   55/10

**V**

**verbal** **[1]**   3/15
**versus** **[5]**   11/12 21/13 36/11
37/3 63/25
**vertical** **[1]**   31/16
**very** **[7]**   52/4 52/14 55/2
66/18 68/5 69/24 69/25
**vessel** **[40]**   1/8 26/7 26/9
26/10 26/25 32/3 32/18 32/23
33/3 34/16 34/16 34/20 34/21
48/17 48/20 49/4 50/1 50/7
50/8 50/10 51/14 51/15 52/10
53/2 53/9 53/20 60/17 61/14
61/18 61/24 62/3 63/7 64/8
66/8 66/17 66/22 68/22 69/9
69/9 72/2
**vessel's** **[2]**   52/11 66/13
**vessels** **[6]**   26/19 27/1 35/9
68/13 69/4 69/21
**via** **[3]**   1/15 2/13 6/24
**vicinity** **[9]**   29/10 36/16
38/2 38/17 45/20 50/13 53/11
66/25 67/1
**video** **[5]**   1/16 51/2 51/2
51/3 62/6
**videos** **[2]**   21/14 51/10
**view** **[2]**   55/24 56/4

**V**

**viewing [1]**   51/10
**virtue [1]**   34/15
**visibility [2]**   51/6 55/13
**visible [38]**   19/22 21/18
21/23 21/24 22/2 22/10 28/2
29/5 31/23 32/7 32/21 33/1
33/2 33/13 34/5 46/19 48/16
48/24 48/24 49/4 49/8 49/12
49/23 50/2 52/21 53/2 53/6
54/4 58/14 60/14 60/16 61/15
64/3 66/5 66/11 66/18 66/25
67/1
**visibly [1]**   29/24
**visiting [1]**   14/8
**visualization [3]**   27/13 56/5
56/24
**visualizations [1]**   54/16
**void [2]**   52/22 53/6
**vs [1]**   1/7
**vulnerability [1]**   41/13
**vulnerable [3]**   41/7 41/16
43/13

**W**

**wait [1]**   55/18
**Wales [2]**   4/20 16/15
**want [77]**   14/13 16/3 20/17
20/18 20/21 20/22 20/22 22/6
25/7 34/12 44/25 45/17 56/22
58/19 59/24 64/9 64/11
**was [114]**
**wasn't [3]**   14/22 31/20 33/13
**water [6]**   11/7 11/16 11/24
12/9 17/2 46/21
**waters [3]**   17/6 38/16 39/18
**way [14]**   9/12 10/8 23/14
28/11 28/13 28/18 29/14
31/21 37/4 38/21 43/2 45/23
54/1 64/12
**we [58]**   3/12 3/14 3/14 3/21
4/4 6/24 7/7 7/10 14/18
14/23 14/24 15/18 16/24
17/24 18/6 18/17 20/13 21/20
22/22 23/5 23/13 27/25 29/1
29/1 33/5 34/18 34/22 42/1
42/4 42/5 42/7 43/13 44/24
45/1 47/4 49/13 49/22 51/2
52/3 55/1 55/9 55/10 55/16
55/17 55/19 55/20 57/1 58/6
59/3 61/6 61/13 62/6 64/8
66/18 66/19 66/19 68/19
68/24
**we're [1]**   57/14
**week [1]**   18/4
**weeks [2]**   17/25 20/1
**weigh [1]**   38/13
**well [17]**   19/14 24/9 29/5
29/18 38/21 39/7 39/9 39/19
40/7 48/9 49/22 59/6 59/8
59/12 59/15 68/13 69/16
**well-documented [1]**   68/13
**went [3]**   11/10 22/14 28/9
**were [55]**   7/6 7/9 7/15 7/16
8/7 8/10 8/12 14/10 14/18
14/19 16/22 16/22 17/14
17/17 17/25 18/6 19/21 21/24
22/12 23/3 23/5 29/9 29/13
29/20 31/25 32/1 32/1 32/7

40/19 41/9 46/9 47/2 50/7
54/7 55/20 56/16 57/25 58/8
59/10 59/14 59/18 60/3 60/14
60/25 61/3 64/5 64/8 65/10
66/12 66/12
**weren't [7]**   8/13 8/15 8/15
8/16 32/1 55/14 66/24
**what [84]**
**what's [13]**   3/8 4/17 4/18
5/21 6/4 14/4 26/4 26/20
33/1 34/5 43/7 45/5 65/9
**whatever [9]**   4/1 5/19 20/21
33/8 34/12 46/25 57/3 68/10
69/3
**when [25]**   6/20 7/18 13/7
13/21 14/10 24/20 29/19
30/20 39/24 47/11 47/25 50/3
55/5 55/13 55/14 56/7 56/9
56/16 56/21 56/23 58/8 58/11
58/12 62/7 62/18
**where [35]**   3/9 4/17 4/21
11/8 11/12 12/12 13/2 21/4
26/2 29/15 29/20 32/2 39/21
41/17 42/12 43/12 48/12 50/7
52/19 53/10 53/20 56/14 57/8
57/19 58/11 59/13 61/4 61/24
62/14 62/17 62/18 62/22 63/7
66/1 66/22
**WHEREOF [1]**   71/16
**whether [26]**   7/23 8/10 9/3
9/12 11/23 15/20 19/1 20/19
23/3 23/14 24/15 30/1 31/12
33/16 33/16 33/24 36/6 36/15
37/17 37/19 46/1 47/14 53/4
53/23 63/3 64/9
**which [24]**   12/4 16/11 16/12
16/15 16/17 16/20 25/8 26/12
27/23 31/15 32/4 34/7 34/19
37/6 47/14 49/25 51/12 53/9
53/12 54/13 55/25 66/17 68/8
68/14
**while [1]**   55/20
**who [11]**   5/6 6/3 6/5 9/21
10/1 40/18 40/24 40/25 41/3
43/7 64/21
**whole [5]**   34/4 34/6 34/8
61/18 71/6
**whom [1]**   40/21
**whomever [1]**   15/16
**why [5]**   19/13 20/23 42/1
54/20 57/18
**wide [4]**   38/12 38/13 40/4
60/4
**width [1]**   60/11
**will [8]**   3/11 3/21 4/10 17/3
17/21 19/7 38/15 57/22
**willing [1]**   15/16
**winding [1]**   65/21
**windows [1]**   51/7
**within [5]**   6/9 12/16 57/13
69/2 71/5
**within-named [1]**   71/5
**without [3]**   28/17 37/9 64/10
**witness [3]**   14/1 15/21 71/16
**wondering [1]**   11/23
**wood [4]**   22/6 22/9 22/14
22/17
**wooden [16]**   2/9 8/13 8/16

26/24 27/1 27/2 27/13 28/20
48/16 52/4 53/24 53/25
**word [5]**   3/14 3/25 33/13
57/18 68/25
**words [3]**   49/15 49/16 64/14
**work [14]**   8/21 8/24 9/18
11/2 13/6 14/22 15/1 15/18
17/4 17/7 17/9 35/15 69/5
69/22
**worked [7]**   5/16 14/15 14/25
16/8 16/10 16/16 16/18
**working [1]**   16/14
**works [2]**   6/17 9/21
**worth [3]**   39/21 44/18 44/22
**would [95]**
**wouldn't [3]**   41/19 55/6
59/18
**wreck [71]**   8/2 8/2 9/1 9/3
10/14 10/18 10/20 11/13
12/12 12/19 24/10 25/10
30/12 30/16 30/20 31/9 31/13
32/15 32/17 33/6 33/17 33/23
37/24 38/2 38/17 38/25 39/4
39/5 39/6 39/12 39/13 39/15
39/20 41/17 41/21 41/22 42/6
43/17 43/19 43/22 44/3 45/20
45/23 46/1 48/25 49/14 53/14
55/24 57/5 58/5 58/19 58/22
59/1 59/9 59/15 59/19 60/3
60/3 60/10 60/14 60/22 61/19
62/14 62/17 64/17 64/17
64/22 69/5 69/12 69/14 69/18
**wreckage [4]**   66/5 66/11
66/25 67/1
**wrecks [15]**   7/17 7/20 7/22
7/24 8/3 8/8 8/10 8/11 8/16
16/25 17/5 36/3 36/4 36/23
43/18
**writing [2]**   3/13 9/17
**wrote [1]**   56/16

**X**

**X-Y [1]**   62/17

**Y**

**yardstick [1]**   57/2
**yeah [41]**   4/19 8/9 10/25
11/6 12/2 12/10 13/11 13/24
15/18 15/24 16/5 16/6 22/1
22/19 23/11 25/6 32/21 33/12
35/8 35/20 38/1 41/15 49/3
53/18 54/16 56/2 57/21 59/7
60/7 60/8 61/13 62/1 63/1
63/6 63/20 63/25 64/15 67/5
67/13 67/13 69/16
**year [4]**   6/22 13/22 13/24
41/10
**years [3]**   14/8 30/16 41/11
**yep [18]**   16/10 24/2 35/24
35/24 43/8 47/6 49/21 50/5
52/4 52/20 56/11 56/15 60/1
65/6 65/25 67/8 67/17 68/1
**yes [86]**
**yet [1]**   13/16
**you [473]**
**you're [2]**   23/21 46/10
**you've [3]**   16/3 46/11 69/25
**your [72]**   3/19 4/13 4/17 5/1

**Y**

**your... [68]**  5/6 5/10 6/16
7/1 7/3 7/13 7/18 8/20 8/21
9/12 9/17 11/21 12/21 13/22
14/4 14/25 16/8 17/3 17/4
17/12 19/5 19/19 20/23 21/14
23/22 23/25 24/20 25/7 25/8
25/23 26/9 26/12 27/16 28/21
30/8 30/22 32/18 34/11 35/12
37/11 39/19 42/16 42/17
44/25 45/16 45/25 47/17
47/21 48/1 48/3 48/7 49/7
49/10 49/20 50/10 50/14
50/14 50/15 50/20 50/21 51/5
55/15 56/9 60/13 61/22 65/23
69/5 69/22
**yourself [2]**  9/11 59/24

**Z**

**zone [3]**  37/9 46/7 46/14
**zones [1]**  48/18
**Zoom [1]**  1/15