# Mount Desert Island Shipwreck Investigation



# Maritime Archaeological Assessment Related to *JJM v. One Abandoned and Submerged Vessel, 1:24-cv-00072-NT*

████████ Mount Desert Island

Maine

**11 November 2024**

## MDI Shipwreck Investigation

## Maritime Archaeological Assessment

## Related to *JJM v. One Abandoned and Submerged Vessel, 1:24-cv-00072-NT*

*Prepared for:*

*State of Maine, Office of the Attorney General*

*By:*

Connor McBrian, Maritime Archaeologist

**11 November 2024**

***Cover image: Ceramic artifacts (top left) and granite pavers (top right) recorded during field surveys of UMDIS01. Photograph of schooners loading granite at*** ▮▮▮▮ ▮▮▮▮ ***(below) ca.1900.***

# Executive Summary

Plaintiff JJM, LLC, believes it has found the location of the *S/V Delphini* – a ship that sank in the 1890s after a collision with an iceberg near Mount Desert Island, Maine. JJM filed an in rem action against the vessel—*JJM v. One Abandoned and Submerged Vessel*, 1:24-cv-00072-NT—and gave notice of the in rem action to the State of Maine (the State), through its Attorney General's Office.  The vessel has been arrested and JJM is its substitute custodian while ownership of the vessel is litigated through the in rem action.

To determine whether the vessel met criteria under the Abandoned Shipwrecks Act, a field survey and historical investigation was conducted. The field survey consisted of a remote operated vehicle (ROV) survey organized and planned by myself with technical support and survey equipment provided by the University of Maine. The survey quickly located the remains of a wooden vessel, dubbed UMDIS01, at the coordinates provided by JJM. Visual survey showed the stern of a wooden sailing vessel, approximately 15 meters in length from the aft extremity to the midship section, with a maximum width of 8 meters. The vessel was positioned upright on the seabed and oriented in a south-southwesterly direction. The bow of the ship was not seen to be visible above the seabed.

Along with the wooden structure of the vessel, numerous artifacts were seen on the site, including ceramic containers, plates, bowls, and cups. Hundreds of granite pavers, approximately 20 x 10 x 6 centimeters in dimension, were seen in the forward end of the wreckage, where the cargo hold is concluded to have been. It was thus concluded that the granite pavers represented the vessel's primary cargo, and that the vessel was a commercial sailing vessel that had been unexpectedly sunk while transporting a cargo from nearby ▮▮▮▮▮▮▮▮

A review of historical sources identified a likely candidate for the vessel's identity. Contemporary newspaper accounts listed a two-masted sailing schooner, named *Delhi,* as having sunk in ▮▮▮▮▮▮▮▮ with a cargo of 32,000 granite pavers loaded at ▮▮▮▮▮▮▮▮ in April 1893. This newspaper article was corroborated by an eyewitness account recorded sometime after WWII which gave the same general details but with a different name – *Delphini*. Examination of contemporary shipping registers showed no evidence of a vessel named *Delphini,* but did list the *Delhi*. I concluded that the discrepancy between names was due to the passage of time and fading of memory of the eyewitness who was mistaken in that one detail.

The registers list *Delhi* as a wooden, two-masted schooner built in Saco, Maine in 1873 by Richard F.C. Hartley. The 1873 register lists *Delhi* as measuring 113.1' in length, 28' in beam, and 8.1' in depth and 204 gross tons with one deck. By 1879 a second deck had been added, increasing the depth to 12.5' and the tonnage to 266. The results of the field survey showed that there was nothing about the wreck site that eliminates it from being *Delhi.* Further examination of the Maine Historic Preservation Commission's records, and the *Acadia Maritime Cultural Resources Inventory* (2009) identified three other vessels having sunk in ▮▮▮▮▮▮▮▮ none of which would be confused with the *Delhi.* It is therefore my conclusion that the wreck UMDIS01 is most likely the remains of the *Delhi.*

The field survey also showed that although a portion of the wreck is visible above the seabed, the lower portions of the wreck are buried under sediments, including the vessel's keel, keelson, floor frames, and lower planking. Comparison of the outline of UMDIS01 taken by ROV sonar with plans from a comparable schooner led me to conclude that up to half of the vessel is buried under sediments up to a depth of 2 meters. It is therefore my conclusion that the wreck of UMDIS01 can be considered 'embedded' according to the definition of the Abandoned Shipwrecks Act.

Finally, a review of the history of *Delhi* compared against the criteria for nomination to the National Register of Historic Places leads me to conclude that UMDIS01 is potentially eligible for listing.

## Table of Contents

| | |
|---|---|
| **1   INTRODUCTION** | **1** |
| 1.1   Project Background | 1 |
| **2   FIELD SURVEY** | **2** |
| 2.1   Dates and personnel | 2 |
| 2.2   Weather and tides | 2 |
| 2.3   Conduct of inspection | 2 |
| 2.4   Physical conditions of seabed | 4 |
| 2.5   Limitations | 4 |
| **3   FINDINGS** | **5** |
| 3.1   Physical condition of the wreck | 5 |
| 3.1.1   Structural elements | 5 |
| 3.1.2   Cargo | 7 |
| 3.1.3   Other contemporary artifacts | 8 |
| 3.1.4   Debris | 10 |
| 3.2   Overview of the site | 11 |
| **4   HISTORIC BACKGROUND** | **12** |
| 4.1   Granite quarrying in Maine | 12 |
| 4.2   Coastal trade in Maine | 14 |
| **5   INTERPRETATION** | **15** |
| 5.1   Site formation processes | 15 |
| 5.2   Field survey results | 17 |
| 5.3   Possible identity of UMDIS01 | 17 |
| 5.3.1   Richard F.C. Hartley | 19 |
| 5.3.2   Schooner Delhi | 20 |
| **6   CONCLUSION** | **21** |
| 6.1   Abandoned Shipwreck Act 1987 | 21 |
| 6.2   Preliminary heritage assessment | 22 |
| **REFERENCES** | **25** |
| **Annex 1 – ROV Survey Report** | **26** |
| **Annex 2 – Video Features** | **27** |
| **Annex 3 – Curricula Vitae** | **35** |

# 1   INTRODUCTION

## 1.1   Project Background

Plaintiff JJM, LLC, believes it has found the location of the *S/V Delphini* – a ship that sank in the 1890s after a collision with an iceberg near Mount Desert Island, Maine. JJM filed an in rem action against the vessel—*JJM v. One Abandoned and Submerged Vessel*, 1:24-cv-00072-NT—and gave notice of the in rem action to the State of Maine (the State), through its Attorney General's Office. The vessel has been arrested and JJM is its substitute custodian while ownership of the vessel is litigated through the in rem action.

On 22 May 2024 I was contacted by the State through its Maine Historic Preservation Commission to develop a research methodology to survey the shipwreck, hereafter referred to as UMDIS01 (Unidentified Mount Desert Island Shipwreck 01), and potentially serve as a testifying witness in the in rem action. I determined that based on the reported shipwreck depth a remote-controlled submersible vehicle (ROV) equipped with a camera and sonar would be the ideal method for a visual survey of the wreck. I arranged for a team operating from the University of Maine, Darling Marine Center, to facilitate the field survey. After signing an Acknowledgement and Agreement to be Bound, the Attorney General's Office provided me with JJM's Exhibit A to its Motion to Seal the Name and Location of the Vessel, which exhibit included sonar images of the vessel taken by JJM. The State through the Attorney General's Office retained me to direct the field survey and provide an expert report. The Attorney General's Office separately contracted with the University of Maine to provide technical support for the field survey. On contracting, ROV surveys were scheduled for mid-September, with me leading the survey and the University of Maine providing the vessel and ROV support. Two days of ROV surveys were conducted on September 13-14, totaling approximately 14 hours total time on the wreck.

Total compensation for my participation in the field survey and writing this report was $7,250.00.



*Figure 1: General location of site UMDIS01 within ▮▮▮▮▮▮▮ on Mount Desert Island (red cross). Localities referenced in this report are listed as well.*

## 2  FIELD SURVEY

### 2.1  Dates and personnel

The inspection of UMDIS01 was conducted on 13-14 September 2024 by Connor McBrian, a maritime archaeologist (MA), and a team from the University of Maine, Darling Marine Center (UoM).

*Table 1: Personnel involved in UMDIS01 inspection.*

| Name | Title | Company |
|------|-------|---------|
| Connor McBrian | Maritime Archaeologist | |
| Elisabeth Maxwell | Vessel Master, ROV tender | University of Maine |
| Robert Jarrett | ROV Pilot | University of Maine |

### 2.2  Weather and tides

*The project area in ▇▇▇▇▇▇▇ is a relatively sheltered location in the middle of the fjord. Tidal variation can be large, with the difference between high and low tide ranging from 2.4 to 4.2 m during the month of September. Tidal conditions during this survey were at the lower end of this range. Weather conditions during the survey were optimal, with minimal wind, mostly clear skies, and only brief precipitation on the 13th. The tides and conditions are outlined below in Table 2 and*

Table 3.

*Table 2: Tidal conditions during the survey. Tides measured at Southwest Harbor, given in meters above lowest astronomical tide (m LAT).*

| | | | | | |
|---|---|---|---|---|---|
| 09-13-2024 | Time | 0011 | 0651 | 1223 | 1506 |
| | Height (m LAT) | 0.4 | 2.6 | 0.6 | 3.1 |
| 09-14-2024 | Time | 0113 | 0753 | 1326 | 2008 |
| | Height (m LAT) | 0.3 | 2.7 | 0.5 | 3.2 |

*Table 3: Wind and precipitation during the survey. Weather conditions taken at Somesville.*

| Date | Rain (in) | Wind 09:00 (mph) | Wind 15:00 (mph) |
|------|-----------|------------------|------------------|
| 09-13-2024 | 0.0 | 5 SW | 6 WNW |
| 09-14-2024 | 0.0 | 7 NE | 8 NE |

### 2.3  Conduct of inspection

Weather and tidal conditions for the survey were considered optimal. Although visibility on the seabed was considered relatively poor, maximum of 1.5 m, the visibility was sufficient for high quality video recording of the wreck. In addition to high quality video recording, sonar imagery was also collected using a sonar system mounted on the ROV. The sonar system allowed rapid identification of wreck features in low visibility and overall measurements of the wreck site (see Figure 2). Further specific technical information on the ROV equipment used in this survey and data processing can be found in UoM's ROV Survey Report (Annex 1).

At the start of each day, the research team met at the Southwest Harbor wharf shortly after sunrise and loaded gear onto the research vessel. Once fully loaded, the vessel was maneuvered to the target coordinates in ▓▓▓▓▓▓▓▓ a journey taking approximately 20-30 minutes. Once on site, the prevailing winds and currents were identified, and two anchors set to ensure the vessel would remain in position over the wreck. The MA delivered a pre-dive briefing, outlining the plan and objectives for each dive, while the UoM team conducted pre-dive equipment checks on the ROV. Once completed, the ROV was launched into the water and piloted by Robert Jarrett onto the wreck site.

A total of 5 individual ROV dives were conducted during the two days of survey, totaling just over 12 hours of bottom time. A list of the ROV dives is shown in Table 4.



*Figure 2: Examples of data collected from ROV mounted sonar showing outline and features of wreck visible above the seabed. Circle radii in meters.*

*Table 4: Details of ROV dives undertaken during field surveys, 13-14 September 2024.*

| Dive | Date | Start | Finish | Bottom Time (min) | Depth (m) | Visibility (m) |
|------|------|-------|--------|-------------------|-----------|----------------|
| 1 | 9/13 | 0830 | 1035 | 125 | 35 | 1-2 |
| 2 | 9/13 | 1145 | 1424 | 159 | 35 | 1-2 |
| 3 | 9/13 | 1442 | 1540 | 58 | 35 | 1-2 |
| 4 | 9/14 | 0815 | 1045 | 150 | 35 | 1-2 |
| 5 | 9/14 | 1050 | 1445 | 235 | 35 | 1-2 |
| Total bottom time | | | | 727 | | |

Overall goals for the survey were threefold:

1. A complete visual survey of all wreck elements visible above the seabed.
2. A series of 20 m visual transects in the cardinal directions from the center of the wreck site to locate any additional wreck material in the immediate area.
3. Identify the exact nature of the relationship between the shipwreck and the seabed.

All three objectives are considered to have been met during the course of the survey.

## 2.4  Physical conditions of seabed

The seabed in the location of UMDIS01 was primarily flat, with gentle slopes to the north and south of the wreck site leading down to deeper waters. The water depth around UMDIS01 ranged from 30 to 36 meters. Seabed was mostly featureless and composed of a fine silty substrate with isolated areas of kelp growth. Numerous marine organisms were seen during field surveys including small mysid shrimps, mud crabs, and lobsters. Large numbers of anemones were observed growing on the timbers of the wreck.

## 2.5  Limitations

Initially, this survey was proposed as a solely ROV-based due to the depth reported by previous divers as over 100 feet. Charts of the area, however, listed the depth as much shallower, approximately 70-80 feet, so dive equipment was brought along with qualified scientific divers from the University of Maine (i.e., Maxwell and Jarrett). The depth of the site, however, was over 30 meters, meaning that none of the staff were qualified to physically dive on UMDIS01. Because of this no probing was able to be conducted, which probing may have identified the existence or absence of any additional wreck features under the seabed. Without hands-on diver survey by qualified scientific divers, it was also more difficult to take detailed measurements of individual features, but this limitation was partially mitigated using ROV mounted lasers that provided a visual scale.

One technical issue was the malfunction of the ROV based GPS tracking system. This system should have given GPS coordinates for the ROV in real-time, based on signals relayed from the ROV to an in-water antenna connected to a topside GPS receiver. This system worked only occasionally during the first day, however, and was not used on the second day. Although this would have helped spatially locate individual features of the wreck, this malfunction was not considered a limitation for the purpose of this survey. The ROV mounted sonar allowed for a clear spatial picture of the wreck despite the low visibility. Furthermore, the geolocation of individual features was not considered necessary to accomplish the two primary objectives of characterizing the wreck (identifying its historical context) or determining the depth to which it was embedded in the seabed.

No other limitations were encountered.

4

## 3 FINDINGS

### 3.1 Physical condition of the wreck

The location of the wreck was easily found utilizing the target coordinates provided by the plaintiff (JJM) and sonar sweeps with the ROV. The location of the wreck was quickly identified and visual surveys conducted immediately. Initial observations identified a significant portion of the stern of a wooden vessel, in an upright position with the keel buried under sediment and no substantial tilt to either the port or starboard was seen. Structural elements, including decking, frames, timbers and fasteners were readily visible above the seabed. Further investigation showed numerous objects and artifacts on the wreck site, including stoneware and other ceramics, elements of the vessel's rigging, possible machinery, and large amounts of the presumed cargo (granite pavers).

While the stern was clearly visible, both visually and on sonar, the bow portion of the vessel was not seen on sonar or during visual transects. Kelp was seen growing on the seabed in areas where the bow of the vessel should have been (see Figure 3). UoM marine biologists Jarrett and Maxwell informed me that this type of kelp only grows on hard substrates, not soft silt. Because of this, I conclude that this kelp growth is likely on buried portions of the vessel or its cargo. Partially buried timbers at the midship section suggest that portions of the wreck are likely buried under the sediment. Overall, the visible portion of the vessel's stern measured approximately 15 m in length overall with a maximum width of 8 m at the forward end of the wreckage. The general orientation of the wreck was to the SSW, approximately 200°. Very little wreckage was seen on the seabed in the areas surrounding the primary site, consisting of only a few artifacts to the north and partially buried timbers to the south.



*Figure 3: Kelp growing on seabed seen during visual transects to the south and west of UMDIS01.*

#### 3.1.1 *Structural elements*

The primary structural feature identified was the vessel's sternpost (see Figure 4). This element is the central upright structure at the stern of a vessel, typically bearing the rudder. In this case the sternpost was seen where it was expected to be, at the extreme aft of the vessel wreckage, however no rudder was seen. Although partially degraded due to years of exposure, the timber was still largely intact and extended to a height of 2 m above the seabed. The dimensions of this timber were measured based on a laser scale to be 27 cm sided (10.5 inches). Identification of the

sternpost was useful as its height above seabed allowed for an easily located landmark in the low visibility conditions.



*Figure 4: View of the port side of the sternpost (ROV facing west 272 degrees). Laser measurements in view, scale is 20.5 cm.*

Numerous other structural elements were identified during the visual survey. A primary survey pattern of north-south visual transects over the site allowed for total visual coverage of the wreck site. Following these transects, an attempt was made to circumnavigate the outer perimeter of the stern wreckage. Elements identified during this portion of the survey included timber frames, representing the 'skeleton' of the vessel, as well as the outer hull planking (Figure 5 and Figure 6). All structural elements appeared to be wooden, as no iron or steel frames or planking were seen.



*Figure 5: View of frame and outer hull planking on the starboard side of the vessel, ROV facing north 15 degrees. Laser scale 20.5 cm.*



*Figure 6: View of outer hull planking on the starboard side of the vessel where the hull meets the seabed, ROV facing east 76 degrees. Laser scale 20.5 cm.*

### 3.1.2  *Cargo*

Along with the structural elements of the ship, large quantities of presumed cargo were identified on the wreck site. A large quantity of granite pavers, small blocks less than a foot in length, were surveyed (see Figure 7). The primary location of the granite pavers was near the forward port side of the stern wreckage, within an area that would likely have been part of the main cargo hold. The pavers appear to be a pinkish- or orange-hued granite stone, a color which is representative of the typical '██████████ granite, which is still quarried and sold.[1] Blocks average 20 cm in length, 10 cm width and 6 cm height, with square edges and appear to be relatively uniform in size and shape.

The exact quantity of pavers present on site is unknown, but based on historical accounts (see Section 5.3) I conclude that the vessel's cargo contained more than 30,000 similar pavers, and that the vast majority of these are buried under sediment and not visible on the seabed surface. Hundreds were seen above the seabed during the surveys in an area roughly 4 m x 4 m on the wreck site. Based on the conclusion that half of the vessel is below the seabed (see Section 6.1 and Figure 17 and Figure 18) the total volume of this area of the vessel could be up to 32 cubic meters. This could mean that based on the measured size of the pavers, up to 20,000 pavers could be in this area, buried underneath the seabed sediments and visible pavers. The remaining pavers are likely in the forward section of the vessel or scattered across the seabed.

---

[1] Freshwater Stone, n.d., Our granite. Freshwater Stone. Available at: https://www.freshwaterstone.com/our-granite/ (Accessed: 24 October 2024).



*Figure 7: A pile of granite pavers seen on the wreck site, located within the cargo hold of the sunken vessel.*

### 3.1.3   *Other contemporary artifacts*

In addition to the structural timbers of the ship and the cargo of granite pavers, numerous individual artifacts related to the ship's rigging and possible crew possessions were seen on site.

*Ceramics*

The largest quantity of artifacts consist of ceramic vessels and cookware, including large stoneware urns, pitchers, cups, plates, and bowls, both plain and ornate. These ceramics were seen only in the aft section of the wreckage and are considered unlikely to have been cargo. On most commercial wooden sailing vessels of the 19th and 20th centuries, the deck house was located in the aft section of the vessel and would have contained the crew's sleeping quarters and kitchen. It is considered likely that these objects were part of the crew's effects, either personal or provided as part of the ship's provisions. Other ceramic objects were seen on surface but not included in Figure 8 below. It is unknown if other ceramics are buried under sediments in the same area.






*Figure 8: Examples of the numerous ceramic artifacts seen around the wreck site: ornate rimmed bowl (top left), single plate with scalloped rim (top right), large stoneware urn and pitcher (bottom left), and partially buried plate and mug (bottom right).*

*Rigging*

Several individual elements of the vessel's rigging were seen on the surface of the site. The most obvious example was a round wooden deadeye with three holes, known as a 'triple deadeye' (Figure 9). Triple deadeyes were used as part of the standing and running rigging of sailing ships to provide mechanical advantage for crews hoisting sails. Wooden deadeyes began to be phased out from new ships towards the end of the 19th century, although ships using deadeyes were in common use during the first half of the 20th century. Deadeyes remain in use on historical vessels.



*Figure 9: Round wooden deadeye with three holes, outlined by red circle, located near the central portion of the wreck (left). Deadeye on the historic sailing trawler* Excelsior *(right).*

Other potential rigging elements were seen on the wreck site, including several coils and pieces of rope. It is not known, however, whether this rope is associated with the wreck itself or is modern debris, such as from lobster fishing. One coil of possible rope, located near the southwest (forward, starboard) corner of the wreck site appears to be a perfect coil around a wooden timber (see Figure 10). It would seem unlikely or at least unusual that this would be modern discard or a tangled lobster pot line, and may be part of the contemporary ship rigging. If so, this indicates exceptional preservation as natural fibers tend to degrade very quickly.



*Figure 10: Coil of possible rope around timber on wreck (circled in red).*

### 3.1.4 *Debris*

The area of ▮▮▮▮▮▮▮ has seen constant vessel traffic from the earliest days of colonial settlement to the modern day. Lobster fishing has a particularly significant impact on the seabed. Numerous lobster pots were seen in the vicinity of the wreck site, including ghost pots that had been abandoned and active pots with buoys. In addition to lobster pots, a portion of steel mesh was seen in the middle of the wreck site (see Figure 11). It is unclear what the nature or provenance of this mesh is, but it is not considered to be part of the vessel wreckage or associated articles.



*Figure 11: Roll of steel or other metallic mesh located near the center of the wreck site. Cargo of granite pavers seen underneath.*

## 3.2 Overview of the site



*Figure 12: Sonar overview of UMDIS01 showing overall wreck site. Key features labelled, circle radii 2 m.*

*The location of the ROV is indicated by the center of the image, approximately at the location of the sternpost.*

*Note, measurements are approximate and not fully to scale.*

# 4  HISTORIC BACKGROUND

## 4.1  Granite quarrying in Maine

Beginning at the western edge of Penobscot Bay and continuing east the majority of the Maine coast is composed of granite. This hard, igneous rock is formed by cooling magma intrusions that occurred hundreds of millions of years ago as the continental plates drifted, separated, and collided.[2] The domes of high-quality granite created during this process were further carved into by multiple glaciers during the past, including the most recent period of glaciation during the late Pleistocene.[3] As global temperatures and sea levels rose, the glaciers retreated, leaving large quantities of granite exposed on islands along the Maine coast. The combination of geology and geography meant that this resource was easily accessible for quarrying and transporting by sea.

Small island quarrying operations began as early as 1792 for local building materials. The first commercial exploitation of granite began on Vinalhaven in 1826 to furnish building material for a prison in Massachusetts.[4] The combination of easily accessible, high-quality granite in close proximity to deepwater anchorages with cheap water transportation gave the islands of Maine an economic advantage in quarrying and shipping this heavy cargo.[5] Other quarries followed in the Vinalhaven area, including one on Leadbetter Island in 1846, the East Boston Quarry in 1849, and another three by 1860. These early quarries primarily provided rough stones for breakwaters, forts, and lighthouses, including many of the lighthouses along the Maine coast.



*Figure 13:* ██████ *in* ██████ *looking southeastward from the quarry towards the location of UMDIS01.*[6]

---

[2] **Johnston, Robert, 2003,** *Maine Geologic Facts and Localities: Granite Quarrying in Maine,* Maine Geological Survey, Department of Agriculture, Conservation, and Forestry, available online at: https://digitalmaine.com/cgi/viewcontent.cgi?article=1366&context=mgs_publications, accessed 4 November 2024.

[3] Op. Cit., **Johnston, 2003,** p.5.

[4] **Conkling, Philip W., 1999,** *Islands in Time: A Natural and Cultural History of the Islands of the Gulf of Maine,* Down East Books, Camden, ME, p.124.

[5] **Rowe, William H., 1948,** *The Maritime History of Maine: Three Centuries of Shipbuilding & Seafaring,* The Bond Wheelright Co., Freeport, ME, p.262.

[6] **Great Harbor Maritime Museum, circa 1900.** ██████ *Mount Desert* [photograph]. Maine Memory Network #22076. Available at: https://www.mainememory.net/artifact/22076/image/22076 [Accessed 9 October 2024].

The end of the Civil War in 1865 led to a building and construction boom and the need for large quantities of strong building materials. Concrete had yet to develop as a viable building material on a large scale, so massive quantities of Maine granite were shipped to cities across the United States. Numerous government buildings and monuments in east coast cities were built utilizing Maine granite, including the Washington Monument, the Philadelphia Mint, and the Library of Congress. Granite was shipped in several different forms, from small rectangular pavers used to line streets and gardens, to massive blocks used in wharves and breakwaters, and massive columns 50-60 feet long and weighing over 100 tons.[7] By 1890, Maine led the country in the production of granite, with the total value of production peaking in 1905 at $2,713,795 (over $90 million in 2024).[8]

Over a third of that value was produced in Hancock County, with many of those quarries located on Mount Desert Island (MDI). In 1870 Cyrus Hall, a native of Belfast (Maine) and already involved in the lumber industry, founded the Standard Granite Company, and in 1871 launched commercial-scale production from his quarry at Otter Creek on MDI.[9] Granite from Otter Creek was exported across the country and used in many of the prominent buildings listed above, as well as local buildings like the Belfast Free Library and the Episcopal Church in Northeast Harbor.[10] Hall's success at Otter Creek lead him to expand his business and locate other sources of valuable fine-grained granite on MDI. He eventually acquired land on the western side of ███████████ just south of Somesville, and by 1875 was exploiting this new deposit, which became known eponymously as ███████████

███████████ was a much larger operation than Otter Creek, eventually employing over 1,000 workers seasonally in quarry operations. Boarding houses were constructed for the itinerant workers and their families, these workers hailing from Maine and the United States as well as Ireland, Scotland, Italy, Sweden, and Finland. Deepwater wharves were built at the quarry and loaded countless schooners with tens of thousands of granite pavers and blocks. In addition to being a center of industry and commerce, ███████████ was also a hotbed of labor organization, and in the early 20th century there were more union members on MDI than in Portland or Lewiston.[11] Eventually the widespread adoption of concrete in building led to a reduction in the demand for granite and by the Great Depression ███████████ had closed for good.



**Figure 14: Schooners loading granite at ███████████ ca.1900.[12]**

---

[7] Op.Cit., **Rowe, 1948,** p.264.
[8] **Hornsby & Judd ed., 2015,** *Historical Atlas of Maine,* University of Maine Press, Orono, plate 51.
[9] **Pierce, Douglas, 2021,** *The Granite Empire of C.J. Hall: Belfast and Mount Desert Island, Maine,* Belfast Historical Society and Museum, p.4.
[10] Op.Cit., **Pierce, 2021,** p.4.
[11] **Russell, Jack, 2012,** *A Historical Tour of* ███████████ Mount Desert Island Historical Society, Mount Desert ME, p.15.
[12] **Maine Granite Industry Historical Society, circa 1900.** "Schooner Loading Granite at ███████████ [photograph]. Maine Memory Network #19471. Available at: <https://www.mainememory.net/artifact/19471/image/19471> [Accessed 9 October 2024].

## 4.2  Coastal trade in Maine

During the 19th century, much of the coastal trade in Maine was focused on small to mid-sized vessels, often two- or three-masted schooners. Indeed, after 1825, small New England schooners began to dominate the coastal trade. This was due to three basic factors: schooners were cheaper to build than full-rigged ships, they were better suited to adverse weather conditions, and they could be operated by smaller crews which reduced overhead operating costs.[13] In fact, the amount of vessels sailing along Maine's coast was so high that in 1876 the lighthouse keeper at Owl's Head (south of Rockland) tallied over 16,000 schooners passing by the headland during the year.[14] Many vessels were counted multiple times so this is not indicative of the number of vessels but highlights the sheer volume of trade in coastal Maine.

Initially the two-masted schooners plying the coastwise trade were small affairs, from 70-75 tons and under 100 feet in length. However, upon the conclusion of the Civil War in 1865 there was a marked demand for increased size in coastal traders due to an increase in bulk cargo trade.[15] During the post-Civil War era, the size of two-masted schooners increased up to 100-135 feet in length, with the largest example – *Oliver Ames* – measuring 124.4 feet in length and 435 tons.[16] Many were purpose-built for use in one of the four Maine resource industries: lumber, lime, ice, and granite.[17] This specialization in bulk cargo arose as steamer ships overtook the packet trade and passenger trade due to their more predictable time tables.

This trend was regional, however. Until the 1920s and the advent of good roads that could be traversed year-round, most of the isolated towns east of Portland depended on coastal schooners for connection with the outside world. In fact, the last two-masted coasting schooner was launched at Stonington, Maine, in 1938.[18]



*Figure 15: The stone schooner Annie & Reuben, built at Bath in 1891, unloading cargo (n.d.). This ship is a common design for small two-masted schooners involved in coastal trade in the late 19th and early 20th century.[19]*

---

[13] **Morris, Paul C., 1979,** *American Sailing Coasters of the North Atlantic,* Bonanza Books, New York, p.19.
[14] **Leavitt, John F., 1970,** *Wake of the Coasters,* Wesleyan University Press, Middletown, Connecticut, p.4.
[15] Op.Cit., **Morris, 1979,** p.20.
[16] Op.Cit., **Morris, 1979,** p.20.
[17] Op.Cit., **Rowe, 1948,** p.250.
[18] Op.Cit., **Morris, 1979,** p.20.
[19] Op.Cit., **Morris, 1979,** p.144.

# 5   INTERPRETATION

## 5.1   Site formation processes

The wrecking event is the first factor that influences site formation. Depending on the reasons or forces behind wrecking, the ship may be mostly complete or extensively broken up. A vessel rarely falls or sinks because of little or no damage; it is more likely that a vessel would run aground, collide with an obstacle (such as another vessel, iceberg, debris etc.) cause damage to the hull, and then sink with part of the vessel intact and part damaged. Often the force of initial impact is sufficient to break the vessel and cause considerable damage. The vessel would then sink in large pieces, depending on the damage, or remain stuck until it is broken up by physical or human forces. Another reason for a wrecking event is fire which, depending on the extent, can cause a considerable amount of breaking up and scrambling of the ship material before it reaches the seabed.

The location of UMDIS01 in the middle of ███████ eliminates the possibility of running aground. The water depth is far deeper than the vessel's draft and there are no prominences or shoals in the immediate area. The wreckage seen also showed no signs of fire damage, charring or otherwise. Furthermore, the absence of a visible bow section, while the stern is largely intact, suggests that the vessel did not simply founder due to storms. The sheltered location in ███████ supports this as well, as it is unlikely that waves large enough to capsize a vessel of this size could form. It is thus concluded that UMDIS01 either collided with another vessel or object, which destroyed the integrity of the hull and caused the vessel to sink.

The seabed upon which a shipwreck lies has the greatest effect on site formation processes, in particular with wooden-hulled vessels, with other factors also having contributory effects.

With regards to vessels coming to rest on a sandy or silty seabed, the archaeological site will usually be formed in the following manner:

- Vessel comes to rest on the seabed.

- The wreck will settle into the seabed up to a certain depth, depending on the resistance of the sediments and the weight of the vessel. It is a general rule, especially with iron-hulled vessels, that wrecks sink into softer sediments up to their waterline. The silty seabed in the vicinity of UMDIS01 is among the softer (less resistant) sediments.

- Parts of the vessel that protrude above the water may be salvaged for re-use. Non-perishable, accessible and high value parts of the vessel situated underwater may also be removed. It is a general rule that the deeper the water in which a vessel sinks and the more remote the location, the less likelihood of it being salvaged at the time of loss. Rapidly changing technology in recent times, however, has allowed salvage at greater depths.

- Biological processes will commence immediately on a timber wreck, attacking the exposed timbers and other organic elements of the wreck. This will lead to a weakening of the hull's integrity and eventually organic elements above the seabed will disappear.

- If it is in shallow water, wind generated waves would act upon the broader surfaces of a wreck thereby breaking down exposed components into sections. These sections will orientate themselves to prove the least resistance to the direction from which the waves are more commonly generated.

- Large waves will raise sediments into suspension, thereby resulting in cultural objects, including the hull of the wreck, sinking further into the marine sediments. The older the wreck the deeper it would be buried, unless a hard-alluvial substrate (such as granite, gravel, bedrock etc.) is present close to the surface of the seabed against which the wreck will rest.

- Cultural behavior will have the effect of scrambling wreck sites and masking their presence. Dragging anchors, scallop dredgers, and trawling can spread wreck material and may also result in the 'ploughing up' of buried cultural material.

- Salvaging will have a destructive effect on the hull and organic elements that have survived below the seabed, as well as by removing artifacts and creating a scatter of remaining material around the wreck site.

A wreck coming to rest on a rocky bottom would eventually collapse under its own weight as it would not be able to sink into the seabed. With such a collapse the integrity or coherence of the wreck begins to dissipate. Pockets of surviving structure and other artifacts can remain well preserved amongst boulders, gullies and depressions. The seabed in the vicinity of UMDIS01 shows no signs of rocks or other boulders, being a flat featureless seabed, so these pockets are not seen on site.

A number of factors influence the condition of shipwrecks, the primary ones being the materials used in the construction of the vessel, the bottom type upon which the wreck rests, the depth of the wreck, and its age.

With regards to detecting wreck sites, the two most common remote sensing techniques that are applied would be magnetometer and side scan sonar surveys. The side scan sonar would be more useful in detecting high- and low-profile wreck sites while the magnetometer is best employed in searching for sites with a high ferrous content which are partially buried or resting on a rocky bottom.

Generally speaking, the 'younger' the wreck is, and the deeper it sank in the water column, the better preserved it would be. Also, a wreck resting on a sandy or silty bottom would be better preserved than if it was resting on a rocky bottom. In conjunction with these factors, the method and type of construction of the vessel is the most important variable when it comes to assessing the condition of a wreck.

**Iron/Steel Hulled Wrecks**

If resting on a sandy bottom it could be expected that the hull integrity of the wreck would be relatively intact. The hull along midships may have collapsed but the stern and bow sections may still be upright or heeled to one side. The engine components, if any, would be largely intact and *in situ*. Such vessels on a rocky bottom would be relatively disarticulated, though the components of the vessel would still be present. Iron/steel wrecks on either bottom type can be detected using a magnetometer. Locating such a wreck site on a rocky bottom with side scan sonar would be difficult but the opposite is true with such wrecks on a sandy seabed.

**Wooden Hulled Wrecks with Engines**

In most cases the hulls of such wrecks would have disappeared. In situations, however, where the wreck rests on a sandy bottom, sections of the hull may have been preserved under the sand. The engine components of such wrecks would be visible. A magnetometer can detect such wrecks on either bottom type. Such wrecks on a rocky bottom would be difficult to detect with side scan sonar but the opposite can be true with such wrecks on a sandy seabed. However, engine components can be partially or completely covered by sediments and would appear as scattered dumped debris or a linear mound.

**Small Tonnage (< 100 ton) Wooden Hulled Wrecks (Sail)**

The same as for large tonnage vessels except that the size of the target and the amount of ferrous material present would be considerably less. It would be difficult to detect using a magnetometer and may be mistaken for dumped material debris from side scan sonar imaging.

**Large Tonnage (> 100 ton) Wooden Hulled Wrecks (Sail)**

In most cases the hulls of such wrecks would have disappeared. In situations, however, where the wreck rests on a sandy bottom, significant sections of the hull may have been preserved under the sand. Further preservation of features above the seabed can occur with wooden shipwrecks that have sunk in deep water, cold water, fresh water and sheltered locations. For example, numerous

shipwrecks in the deep cold fresh waters of the Great Lakes are in pristine condition. There would be enough ferrous material present, such as anchors, chains, and winches, for such wreck sites to be detected using a magnetometer.

Based on the predicted patterns of site formation, assessed against the results of the field survey, I conclude that the wreck of UMDIS01 represents a large tonnage wooden hulled vessel. The lack of boilers or other engine equipment means that UMDIS01 was a sailing vessel, not a steam powered or auxiliary (sailing ship with engine) vessel.

## 5.2  Field survey results

Visual inspection of the UMDIS01 wreck site identified the remains of a wooden-hulled sailing vessel, at least 15 m in length and 8 m in width, which had been carrying a cargo of granite paving stones. Although the upper decks, deckhouse, and vessel superstructure were not seen, substantial structural elements were assessed to be largely intact. These elements consisted of the sternpost, frames, and outer hull planking. Although the keel and keelson were not seen, based on their condition and level of preservation of the visible timbers I conclude that these elements would have survived and are buried under the seabed. The deep protected nature of the site location, as well as the cold water temperature, has likely aided in the preservation of the wooden timbers.

The bow portion of the vessel was not located or seen during the surveys. No evidence of the bow was seen either visually or on the ROV sonar. It is likely that damage sustained in the wrecking event caused the degradation and disintegration of the front end of the ship, however, elements of the bow may be buried or embedded in the seabed. The presence of partially buried timbers at the forward end of the visible wreckage supports this. Furthermore, kelp was seen growing on the seabed in areas where the bow of the vessel should have been, and where faint traces were seen on the plaintiff's side scan sonar image. UoM marine biologists Jarrett and Maxwell informed me that this type of kelp only grows on hard substrates, not soft silt. Because of this, I conclude that this kelp growth is likely on buried portions of the vessel or its cargo.

In addition to the ship's structure, numerous artifacts were identified on the wreck site. These included ceramic vessels such as stoneware urns and pitchers, plates, bowls and mugs/cups. I conclude that the location of these finds at the stern of the ship, where the crew quarters were most likely located, that these objects were not cargo, but part of the ship provisions and crew's possessions.

A large quantity of rectangular granite blocks, referred to as pavers, were seen at the forward end of the wreckage, approximately at what would have been the middle section of the ship. Because this area corresponds with the cargo hold of the vessel, I conclude that the granite pavers were the ship's primary cargo. Its proximity to ████████ supports that as well. The orientation of the vessel, facing roughly 200° SSW suggests that the vessel was departing from ████████, heading south for open ocean. This, combined with the cargo, the construction of the vessel, presence of rigging materials, and the size of the extant wreckage, strongly suggests that UMDIS01 is the wreckage of a wooden sailing ship involved in the granite trade. The known lifespan of ████████ suggests that this ship sank at some point between 1875 and the 1930s. Through analysis of the available evidence, I conclude that the vessel was involved in the granite trade, and was most likely departing ████████ with a cargo of granite pavers loaded at the ████████ wharves.

## 5.3  Possible identity of UMDIS01

In 2008, an LL Bean Acadia research Fellowship funded the Acadia Maritime Cultural Resources Inventory, a brief overview and assessment project reviewing instances of maritime disaster and vessel abandonment near Acadia National Park. The project involved historic and archival research along with interviews of local informants to determine the breadth and scope of historic

and prehistoric cultural resources in the waters and foreshores surrounding the national park.[20] The report, while not intended to be comprehensive, identified 155 shipwrecks in the waters within and surrounding Acadia National Park, including MDI and ███████████████  Within ████████ only one wreck with similar characteristics to UMDIS01 was identified.

While the identity of that wreck is not stated within the report, an interview conducted by Susan O'Neill, post WWII, with an MDI local named James Grant sheds further light:

> *"It was a two-master that sunk… right near the shore. The water's very deep there, right along side of the first dock. It was a Sunday morning, this three-master loaded with pavin' and this other one (the* Delphini*), loaded with pavin' or maybe cut stone, was there… Saturday noon the loading was completed. An' Mr. [Macomber] left here just as soon as it was loaded, went right to Ellsworth to have it insured. An' the next morning the vessel left an' went down to the narrows, an' she struck the ice – run into this big ice cake – that's the Spring of the year, you know,* ██████████ *had been frozen an' it come down amongst there… This vessel the three-master an' the two-master went out about the same time, an' when they got down there, the captain (of the three-master) shouted to the old captain on the two-master: 'You gonna strike right into that?' an' he shouts back: 'I'm gonna let her go –' The three-master swung up and didn't go into it, but the old two-master, she went and struck right into it above the water level---what they call the port hole… well, this porthole was rotten, an' that pushed it right in. Everything was lost. The people got out; that's all – everything went down"[21]*

O'Neill and Grant estimated that the wrecking event occurred in the early to mid-1890s, based on Grant's time as an employee at ███████  Grant's account of the wrecking closely matches a description of an article in the 20 April 1893 edition of the *Ellsworth American* weekly newspaper which reported,

> *"The two-masted schooner Delhi of Saco, with 32,000 Baltimore paving, sank in* ████ ████ *Sunday of last week. The vessel was loaded by Campbell & Macomber of Quarryville. In beating out of* █████████ *she struck a heavy cake of ice and foundered almost immediately, the crew having barely time to escape in their boat. There is about twenty-five fathoms (roughly 150 feet) of water where she went down."[22]*

There seems little doubt that the wreck described by James Grant is the same reported in the *Ellsworth American.* Both descriptions place a two-masted schooner, loaded with granite paving, sinking in ████████████ as a result of collision with a chunk of ice on or around spring 1893. Lloyd's Register of British and Foreign Shipping casualty returns for 1893 lists an American schooner named *Delhi*, carrying a cargo of paving stones, sinking in ███████████  on MDI on the 14th of April that year.[23] No registers from 1890-1895 (the period of time specified by Grant) list a vessel named 'Delphini'. It seems likely that the discrepancy between James Grant's account and contemporary newspapers is simply the faulty memory of an eyewitness interviewed at least 50 years after the sinking of the ship.

American ship registers also show a continuous history of the *Delhi* from its sinking in 1893 to its construction in 1872. It appears that *Delhi* was built by Richard F.C. Hartley, a prominent businessman, shipbuilder, ship captain, and bank president who was a lifelong resident of Saco, Maine.

---

[20] **Pierce, Franklin H., et. al., 2009,** *Acadia Maritime Cultural Resources Inventory Final Report,* report prepared for National Park Service, p.iv.
[21] **O'Neill, Susan, 1978,** ███████  ████████████, p.14.
[22] "Ellsworth American : April 20, 1893" (1893). *Ellsworth American.* 1461. https://digitalmaine.com/ellsworth_american/1461, accessed 15 October 2024.
[23] **1893,** *Lloyd's Register of British and Foreign Shipping: Returns of Vessels Totally Lost, Condemned, &c., 29th July, 1893.*

### 5.3.1   *Richard F.C. Hartley*

Capt. Richard F.C. Hartley was born 2 March 1812 in Saco, the son of noted ship captain and shipbuilder Samuel Hartley and his wife Hannah Fairfield, the youngest of six children. He graduated from Thornton Academy, and, coming from a prominent seafaring family, himself took to the sea at age 16. For more than 30 years he worked aboard vessels, as a captain from the age of 20, engaged in the Mediterranean trade and the cotton trade with England. In 1861 at the start of the US Civil War, Hartley retired from the sea and began a career in shipbuilding.[24] His first yard was on the Biddeford side of the Saco river, where in 1867 he launched the *Mount Washington,* a full-rigged three-masted ship of 1,217 tons, which was the largest vessel ever built on the Saco River.[25]

Shortly afterwards, Hartley moved his yard to Proprietor's Wharf in Saco, the location now occupied by the Saco Yacht Club.[26] Here he organized the Saco Shipbuilding Company and continued building vessels through at least the 1870s, including the *Delhi* in 1872. In 1869 Hartley was elected president of the York National Bank of Saco, an office he held until his death, and was a trustee of his *alma mater* the Thornton Academy. In addition to his fleet of merchant ships he owned considerable real estate in and around Saco. Hartley died in 1897 while aboard his eponymously named vessel, the schooner *Richard F.C. Hartley,* on a business trip to Philadelphia.[27]



***Figure 16: View of Saco, the river and Factory Island c.1915.*** Proprietor's Wharf circled in red.*[28]*

---

[24] **Biddeford Daily Journal, 7 September 1897,** "Capt. R.F.C. Hartley: Death at Vineyard Haven of Prominent Saco Citizen", p.3.
[25] **Fairburn, William A., 1945,** *Merchant Sail, Vol.5: United States Wood Shipbuilders and Shipbuilding Centers during the Days of the Young Republic and Throughout the Nineteenth Century, with the Production of Sailing Vessels, Including Packets, Clippers, and Down Easters,* Fairburn Marine Educational Foundation, Center Lovell, Maine, p.3141.
[26] Op.Cit., **Fairburn, 1945,** p.3141.
[27] Op.Cit., **Biddeford Daily Journal, 7 September 1897,** p.3.
[28] **Daignault, L.A., 1915,** *Saco River looking east, Saco.* [Photographic print] Maine Memory Network. Available at: https://www.mainememory.net/artifact/68813/image/68813 (Accessed: 15 October 2024).

### 5.3.2  *Schooner* Delhi

The commercial ship registers first list the *Delhi* in the 1873 Record of American and Foreign Shipping. It is listed as a two-masted single-decked schooner rigged vessel, 204 tons and measuring 113.1 feet in length, 28 feet beam, and 8.1 feet depth. *Delhi* is listed as being built in Saco, owner Richard F.C. Hartley, master Samuel Em[m]erson, and built of hard wood with iron and copper fasteners.[29] Emerson is listed as the master from 1873 to 1879. Emerson's obituary in the 26 February 1909 edition of the Biddeford Weekly Journal states that *Delhi* was built by Hartley for Emerson to command, and mentions specifically that the ship was built for the coal trade.[30] Newspaper articles from the Biddeford Daily and Weekly mostly reference *Delhi* carrying cargoes of coal for the Biddeford and Saco Gas Company power station.[31] One article from 1888 states that *Delhi* was carrying a cargo of phosphate rock from Haiti to North Carolina when it was stranded in calm winds for nearly three weeks off Navassa Island.[32]

The 1879 Record of American and Foreign Shipping also lists significant alterations to the *Delhi*. It appears that during this time the vessel was enlarged by adding a second deck, which increased the depth overall to 12.5 feet and increased the tonnage to 266 tons. Newspaper records of the *Delhi* are scant during the 1870s, with only two mentions in the Biddeford newspapers in 1875 and 1879. The 17 January 1879 edition of the Union and Journal lists the *Delhi* as arriving at New York from Jamaica, Captain Emerson commanding. Apparently the journey from Jamaica was treacherous as Emerson found himself caught in a 'fearful gale' and the *Delhi* springing a leak. Storms swept the decks clean of anything moveable and blew the vessel three hundred miles off the coast.[33]

A large quantity of Hartley's business papers and professional correspondence with his various clients, captains, and business partners are housed in the Manuscripts and Archives collection at the Yale University Library in New Haven, CT.[34] The contents of the "Richard F.C. Hartley papers" collection include 4.25 linear feet of documents in 6 boxes dating from 1816 to 1884. While they primarily focus on three of his vessels, the barque *Devonshire,* ship *Messenger,* and schooner *A. Hammond,* there are passing references to other vessels in his employ, including the schooner *Delhi.*

As part of the research undertaken for this project, the archives were investigated for any reference to the schooner *Delhi*. Only three references were found, all dating from 1873 and related to the towing of the *Delhi* from Port Richmond in Philadelphia to the open ocean. Two letters from Hartley's nephew refer to this in passing only. No documents were found in the collection that specify the nature of *Delhi's* construction or its service in the employ of Hartley.

Based on the review of historical sources, nothing seen during the field survey eliminates the wreck site UMDIS01 from being the schooner *Delhi*. The size of the wreck, 15 m in length and 8 m in maximum width, is consistent with the size of the *Delhi* and would suggest that at least 45% of the total vessel length is preserved. The location of UMDIS01 corresponds to the last known location of the *Delhi* before it sank, and the orientation of the wreck site – heading to the SSW – is consistent with a ship leaving ██████████ for open ocean. The large quantity of granite pavers found at the wreck site is also consistent with contemporary accounts of the sinking of *Delhi,* which attest that 32,000 granite pavers were loaded on board at ██████████ No engines or boilers, indicative of a steam powered vessel, were found at the site of UMDIS01, which is consistent with the ship registers that list *Delhi* as an unpowered sailing vessel. Furthermore, the wooden structure of UMDIS01 is consistent with the all-wood construction of *Delhi.* It is therefore my conclusion that the wreck of UMDIS01 can most likely be identified as the remains of the schooner *Delhi.*

---

[29] **Record of American and Foreign Shipping, 1873,** p.183.
[30] **Biddeford Weekly Journal, 26 February 1909,** "Capt. Samuel Emerson Dead – Noted Sea Captain", p.7.
[31] **Biddeford Journal, 14 September 1883,** published Biddeford, ME, p.3.
[32] **Biddeford Daily Journal, 24 March 1888,** published Biddeford, ME, p.3.
[33] **The Union and Journal, 17 January 1879,** published Biddeford, ME, p.3.
[34] Richard F. C. Hartley Papers (MS 646). Manuscripts and Archives, Yale University Library.

# 6    CONCLUSION

## 6.1   Abandoned Shipwreck Act 1987

Under 43 U.S.C. § 2105, the United States asserts title to any abandoned shipwreck that is embedded in the submerged lands of a state or is on the submerged land of a state and is included in or determined eligible for inclusion in the National Register of Historic Places. Section 6.2 of this report relates to the potential eligibility of UMDIS01 for inclusion in National Register.

Section 2102 of the act defines "embedded" as "firmly affixed in the submerged lands or in coralline formations such that the use of tools of excavation is required in order to move the bottom sediments to gain access to the shipwreck, its cargo, *and any part thereof*" (emphasis added). By this definition, the shipwreck UMDIS01 would be considered embedded in the submerged lands of a state. The field survey identified that portions of the wreck, such as the timber sternpost and frames were present above the seabed surface, along with cargo and other artifacts. However, the interior of the wreck was mostly filled with sediment, obscuring both the floor frames and the keel and keelson of vessel.

The keel and keelson especially are substantial large timbers that form the spine and primary longitudinal support for the vessel. Considering the height of the sternpost identified during field surveys was approximately 2 m off the seabed, while the original height of the vessel was closer to 4 m, I can reasonably conclude that a portion of the base of the sternpost is buried or embedded in the seabed. The bottommost portion of the sternpost would include numerous supporting timbers, called sternsons, knees, or deadwood further connecting the sternpost to the keel. These were not seen during surveys, leading to the conclusion that they are buried under the sediments (see Figure 17).



*Figure 17: General diagram of the stern of a wooden vessel, showing the frames and timbers that make up the stern. The red line approximates the estimated surface of the seabed sediments.*

A further examination of the outline of the stern of UMDIS01 shows a relatively rounded aft where the stern post protrudes from the seabed. The sterns of 19th century schooners were often shaped like a coupe glass or wine glass, with a wider rounder perimeter near the top of the vessel, rapidly narrowing to the width of the sternpost near the keel. Lower portions of the vessel would show a narrower point where the hull met the sternpost. By comparing the outline of UMDIS01, traced from the sonar images collected during surveys, with the ship lines and plans of a comparable

schooner, the *Aldine*, it can be concluded that the upper portion of UMDIS01 represents one of the upper water lines of the vessel (see Figure 18). Based on this assumption, I can reasonably conclude that the vessel is buried to a depth of up to 2 meters. If UMDIS01 is the remains of the *Delhi*, this would mean that at least half of the stern section is buried under sediments.



*Figure 18: Ship line diagram for the schooner Aldine, showing profile view. Red line indicates the probable depth the ship is buried to, while the cyan box outlines the visible portion of UMDIS01 above the seabed.*

Manuals of wooden ship construction state that the dimensions of a sternpost and keel for a vessel under 250 tons but above 150 tons should be 10 x 14 inches sided and molded.[35] The sternpost seen on UMDIS01 closely matches these dimensions, which suggests that the keel would follow suit. As the keel was typically a single piece or two shorter timbers fastened together, I can conclude that a single timber of at least 50 feet measuring 10 x 14 inches (the keel) is buried under several feet of dense silt and sediment. I can further conclude, both as a maritime archaeologist and trained commercial diver, that it would be extremely unlikely that such an object could be removed from the seabed without "the use of tools of excavation" to remove sediments.

Further investigation showed that numerous timbers were at least partially buried in the seabed, and that the outer planking of the hull met the seabed surface at almost a perpendicular angle. This is important because it shows that at least a portion of the hull is below the level of the seabed surface.

## 6.2  Preliminary heritage assessment

To qualify for the National Register, a historic vessel must have significance as a historic vessel type (including shipwreck) and retain integrity of location, design, setting, materials, workmanship, feeling, and association, and meet one or more of the National Register criteria A, B, C, and D.[36]

Determining the significance of a historic vessel depends on establishing whether the vessel is

1.  the sole, best, or a good representative of a specific vessel type;

2.  is associated with a significant designer or builder; or

3.  was involved in important maritime trade, naval, recreational, government, or commercial activities.

The significance of a historic vessel can only be determined through a systematic investigation of the vessel's qualities, associations, and characteristics. A typical investigation for a historic vessel nomination should include:

---

[35] **Desmond, Charles, 1919,** *Wooden Ship-Building,* republished 1998, Vestal Press, p.20.
[36] **Delgado, James, 1985,** *National Register Bulletin 20: Nominating Historic Vessels and Shipwrecks to the National Register of Historic Places,* U.S Department of the Interior, National Park Service – Interagency Resources Division.

1. Identification of the specific type of vessel and documentation of her individual characteristics based on a physical inspection of the vessel and a documentation of her history.
2. Identification of the historic context(s) associated with the vessel based on a documentation of her history.
3. Determination that the characteristics of the vessel make her the best, or a good representative of her type.
4. Evaluation of the significance of the vessel based on the National Register criteria.
5. Evaluation of the vessel's integrity and a listing of features that the vessel should retain to continue to possess integrity.
6. Evaluation of a vessel's special characteristics that might qualify her for National Register listing even though she might be less than 50 years old or some aspect of her present condition generally would not qualify her for listing.

To be eligible for the National Register of Historic Places, a vessel must be significant in American history, architecture, archeology, engineering, or culture, and possess integrity of location, design, setting, materials, workmanship, feeling, and association. To be considered significant the vessel must meet one or more of the four National Register criteria:

A. be associated with events that have made a significant contribution to the broad patterns of our history; or
B. be associated with the lives of persons significant in our past; or
C. embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or
D. have yielded, or may be likely to yield, information important in prehistory or history.

Under Criterion A, historical information must be provided to explain the significance of the vessel. Common historical themes for significance include a vessel's role in commerce and industry. As a good representative of vessels involved in coastal commerce and the granite quarrying industry of Maine, UMDIS01 would likely qualify under Criterion A.

Under Criterion B, association with "persons significant in our past," a vessel will possess significance if a historically significant person's importance is tied directly to the vessel. As UMDIS01 is most likely to be the remains of the *Delhi,* a direct connection between the shipwreck can be made with Capt. Richard F.C. Hartley. Although Hartley was one of the most prominent shipbuilders and businessmen in the history of Saco and southern Maine, it is not believed that he would be considered of national significance. It is unlikely that this connection could qualify UMDIS01 under Criterion B.

Under Criterion C, because two-masted schooners were fairly ubiquitous along the American east coast and Maine, and the *Delhi* was not known to have been built for any specific industry, UMDIS01 is likely not 'distinctive' of a type or method of construction. Therefore it is unlikely that UMDIS01 would qualify under Criterion C.

Under Criterion D, a vessel possesses significance if it has yielded, or is likely to yield, information important to history. Because UMDIS01 represents a sudden wrecking event, rather than intentional discard, numerous objects and artifacts associated with the crew are present on the

site. These objects could have the potential to shed further light on what life was like for crews in an industry that was once of critical importance to the United States: coastal sailing commerce. Therefore UMDIS01 would likely qualify under Criterion D.

The integrity of UMDIS01 can also be assessed based on the results of field survey and historic research. As the wreck is in its primary archaeological context, i.e. the location of its sinking, in close proximity to ▮▮▮▮▮▮▮ where it was engaged in trade, and has not been previously salvaged or damaged, the archaeological and historical integrity of UMDIS01 is assessed as high.

Based on the results of the field survey, it is determined that UMDIS01 could potentially be eligible for nomination to the National Register of Historic Places. The identification of UMDIS01 as the schooner *Delhi* would further increase this eligibility.

MDI Shipwreck Investigation: Maritime Archaeological Assessment – November 2024

# REFERENCES

**Biddeford Daily Journal, 7 September 1897,** "Capt. R.F.C. Hartley: Death at Vineyard Haven of Prominent Saco Citizen", p.3

**Ellsworth American, 20 April 1893,** *Ellsworth American.* 1461. https://digitalmaine.com/ellsworth_american/1461, accessed 15 October 2024.

**The Union and Journal, 1879-1882,** published in Biddeford, ME.

**The Biddeford Journal, 1883-1885,** published in Biddeford, ME.

**The Biddeford Weekly Journal, 1889-1909,** published in Biddeford, ME.

**The Biddeford Daily Journal, 1884-1893,** published in Biddeford, ME.

**Conkling, Philip W., 1999,** *Islands in Time: A Natural and Cultural History of the Islands of the Gulf of Maine,* Down East Books, Camden, ME.

**Delgado, James, 1985,** *National Register Bulletin 20: Nominating Historic Vessels and Shipwrecks to the National Register of Historic Places,* U.S Department of the Interior, National Park Service – Interagency Resources Division.

**Desmond, Charles, 1919,** *Wooden Ship-Building,* republished 1998, Vestal Press.

**Fairburn, William A., 1945,** *Merchant Sail, Vol.5: United States Wood Shipbuilders and Shipbuilding Centers during the Days of the Young Republic and Throughout the Nineteenth Century, with the Production of Sailing Vessels, Including Packets, Clippers, and Down Easters,* Fairburn Marine Educational Foundation, Center Lovell, Maine

**Hornsby & Judd ed., 2015,** *Historical Atlas of Maine,* University of Maine Press, Orono.

**Johnston, Robert, 2003,** *Maine Geologic Facts and Localities: Granite Quarrying in Maine,* Maine Geological Survey, Department of Agriculture, Conservation, and Forestry, available online at: https://digitalmaine.com/cgi/viewcontent.cgi?article=1366&context=mgs_publications, accessed 4 November 2024.

**Leavitt, John F., 1970,** *Wake of the Coasters,* Wesleyan University Press, Middletown, Connecticut.

**Lloyd's Register, 1893,** *Lloyd's Register of British and Foreign Shipping: Returns of Vessels Totally Lost, Condemned, &c., 29th July, 1893.*

**Morris, Paul C., 1979,** *American Sailing Coasters of the North Atlantic,* Bonanza Books, New York.

**O'Neill, Susan, 1978,** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

**Pierce, Douglas, 2021,** *The Granite Empire of C.J. Hall: Belfast and Mount Desert Island, Maine,* Belfast Historical Society and Museum.

**Pierce, Franklin H., et. al., 2009,** *Acadia Maritime Cultural Resources Inventory Final Report,* report prepared for National Park Service.

**Record of American and Foreign Shipping, 1872-1893,** published by the American Shipmasters' Association, New York. Digitized by the Mystic Seaport Museum, Collections and Research available at: https://research.mysticseaport.org/ships/?post_type=mystic_items, accessed 25 October 2024.

**Richard F. C. Hartley Papers** (MS 646). Manuscripts and Archives, Yale University Library.

**Rowe, William H., 1948,** *The Maritime History of Maine: Three Centuries of Shipbuilding & Seafaring,* The Bond Wheelright Co., Freeport, ME.

**Russell, Jack, 2012,** *A Historical Tour of* ▮▮▮▮▮▮▮▮▮ Mount Desert Island Historical Society, Mount Desert ME.

MDR Shipwreck Investigation: Maritime Archaeological Assessment – November 2024

## ANNEX 1 – ROV SURVEY REPORT

 # Shipwreck Survey Report

## For the Office of the Maine State Attorney General

Submitted to:

Lauren E. Parker, Assistant Attorney General, Natural Resources Division

Carey J. Gustanski, Assistant Attorney General, Natural Resources Division

Submitted: 19 September 2024

**Report by:**

Elisabeth A. Maxwell
Field Lab Coordinator, Damian Brady Lab
Darling Marine Center
University of Maine
elisabeth.maxwell@maine.edu

Robert Jarrett
Ph.D. Candidate
Darling Marine Center
University of Maine
robert.jarrett@maine.edu

Table of Contents

**Introduction**................................................................................................................................**3**

    Project Summary...........................................................................................................3

    Personnel.......................................................................................................................3

**Survey Details and Methods**.......................................................................................**3**

    General description.......................................................................................................3

    Instrumentation.............................................................................................................5

**Survey Products**............................................................................................................**5**

    ROV Video Files...........................................................................................................5

    Sonar Files....................................................................................................................5

    GoPro Video Files........................................................................................................**5**

# Introduction

## Project Summary

The goal of these surveys was to document a reported shipwreck in ██████████ Mount Desert Island, Maine. The shipwreck is the subject of active litigation and the location is "sealed" by the court, as such the exact location is not included in this document.

Total compensation for the UMaine portion of this project was $12,136.

## Personnel

<u>University of Maine</u>
Elisabeth A. Maxwell is a Research Assistant in the Oceanography of Aquaculture and Fisheries Lab at the Darling Marine Center (Faculty: Damian Brady, Ph.D.). Maxwell is a scientific diver and field research technician whose expertise includes marine instrumentation and coastal marine biology.

Robert Jarrett is a Ph.D. Candidate in the Oceanography of Aquacultures and Fisheries Lab at the Darling Marine Center (Faculty: Damian Brady, Ph.D.). Jarrett is a scientific diver and has expertise in remotely operated vehicle (ROV) operations and benthic habitat surveys.

<u>Other</u>
The UMaine team was joined by Connor McBrian. McBrian is a maritime archaeologist and commercial diver.

McBrian oversaw all survey activities and provided direction for how to conduct the surveys. Jarrett served as the primary ROV pilot. Maxwell served as the vessel operator and backup ROV pilot.

# Survey Details and Methods

## General description

The surveys were conducted on 13 September and 14 September 2024. The weather and sea state conditions were mild on both days with the calmest conditions on 13 September (Table 1). The weather on both days was partly sunny with air temperatures in the upper 70s. The wind picked up midday on 14 September to a steady 10-15 kts from the south. Three ROV surveys were done

on 13 September between 08:20 and 15:55, and two ROV surveys were done between 08:15 and 14:50 on 14 September (Table 1).

All work was conducted from a 21' Maritime 2090 center console skiff. The boat departed and returned to the Manset Town Dock (55 Shore Rd, Southwest Harbor, ME 04679).

| **Table 1**: Site Notes and Activity Log from ROV Surveys in ███████ | | |
|---|---|---|
| Date: | Friday, 13 September 2024 | Saturday, 14 September 2024 |
| Weather conditions: | Lifting fog in morning; partly cloudy throughout, patchy light rain in afternoon; air temperature in upper 70s. | Mostly sunny; air temperature in upper 70s. |
| Sea state conditions: | Calm, little to no wind in the morning, light wind in afternoon. | North wind in the morning at 8-10 kts, shifting to south wind in afternoon and increasing to 10-15 kts. |
| High tide (AM): | 06:51 | 07:53 |
| Low tide (PM): | 12:23 | 13:26 |
| Time of departure, Manset Town Dock: | 07:15 | 07:15 |
| Arrived on station: | 07:35 | 07:30 |
| ROV deployed: | 08:20 | 08:15 |
| End of surveys: | 15:55 | 14:50 |
| Departed station: | 16:15 | 15:05 |
| Total ROV dives: | 3 | 2 |
| Site notes: | Lobster fishing gear nearby and throughout ███████. Occasional boat traffic, mostly transiting between upper part of ███████ and lower part of ███████ (or vise-versa). Frequent seal sightings on the first day. | |

## Instrumentation

ROV surveys were conducted using a Blue Robotics BlueROV2 with the heavy-configuration kit installed. The ROV was outfitted with an underwater GPS, imaging sonar, and for a portion of the surveys an additional camera.

To accurately determine the position of the ROV underwater, a Water Linked Underwater GPS (UGS) system, which is a Short BaseLine (SBL) system, was used. The G2 model topside unit integrated with the BlueROV2 and the U1 locator were used. The system has an accuracy in the horizontal range of <0.2%, horizontal angle of <1 deg, vertical range (depth) of <1%. However, we encountered issues with the locator being detected by the topside unit. We believe that the UGPS was functioning properly when the ROV was initially launched, approximately 8:30-8:35 on Sept 13th. However, this was prior to the location of the wreck. Other GPS coordinates are likely inaccurate.

The imaging sonar used for the surveys was the Cerulean Sonar Omniscan 450 FS. The Omniscan was mounted on the front of the BlueROV2 and pointed downward at a 20 degree angle. The sonar operates at 450 kHz, 20 pings per second (pps) up to a 30 m range, beam width of 0.8 degrees, and beam height of 50 degrees. The resolution of the sonar is 1/1200 of range setting. For most of the surveys, the sonar was operated at a 25 m range. Additionally, the doppler motion tracking feature was utilized through all the surveys, which uses every other ping to account for forward/aft motion to effectively create a "mosaic" of the imaged area.

The additional camera used on the BlueROV2 was a GoPro Hero 7 Black. The camera was mounted on the front of the ROV below the integrated camera, with a slight downward angle.

## Survey Products

### ROV Video Files

The ROV videos were captured in 1080p, 30 fps using the Blue Robotics integrated low-light USB camera. Video files are in the .mkv format and have associated .ass subtitle files. The subtitles include ROV depth (meters), water temperature (degrees Celsius), ROV battery voltage, latitude, longitude, heading, date, time, and dive time. VLC media player can be used to view the videos with the subtitles overlaid on screen.

| **Table 2**: ROV Video File Summary | | | |
|---|---|---|---|
| **ROV Video File** | **Video Length** | **Survey Content** | **Notes** |
| 2024-09-13_08.38.29 | 2:03:15 | Yes | |
| 2024-09-13_10.42.17 | NA | No | No video data, no subtitle file |
| 2024-09-13_11.44.32 | 0:10:30 | Yes | |
| 2024-09-13_11.54.50 | 0:12:06 | Yes | |
| 2024-09-13_12.37.26 | 1:45:49 | Yes | |
| 2024-09-13_14.42.25 | 1:04:37 | Yes | |
| 2024-09-14_08.04.49 | 0:07:21 | No | ROV did not reach bottom |
| 2024-09-14_08.12.12 | 0:31:11 | Yes | |
| 2024-09-14_08.58.39 | 0:09:30 | Yes | |
| 2024-09-14_09.08.32 | 0:10:40 | Yes | |
| 2024-09-14_09.19.46 | 0:08:13 | Yes | |
| 2024-09-14_09.31.42 | 0:14:34 | Yes | |
| 2024-09-14_09.46.31 | 0:20:48 | Yes | |
| 2024-09-14_10.08.27 | 0:38:08 | Yes | |
| 2024-09-14_10.52.23 | 1:04:07 | Yes | |
| 2024-09-14_11.57.46 | 1:03:00 | Yes | |
| 2024-09-14_13.04.47 | 1:34:08 | Yes | |
| 2024-09-14_14.39.25 | 0:08:20 | Yes | |

## Sonar Files

The Omniscan 450 sonar produces .svlog files of the sonar images. Cerulean Sonar's SonarView software (https://docs.ceruleansonar.com/c/v/sonarview/installation) can be used to view the sonar images.

## GoPro Video Files

The GoPro videos were captured in 2.7k resolution at 30 frames per second, using a wide field of view. The videos are in .mp4 format and there are also .thm (thumbnail images) and .lrv (low-resolution video previews) files provided. The GoPro was only used on 14 September.

| **Table 3**: GoPro Video File Summary | | | | |
|---|---|---|---|---|
| **GoPro Video File** | **Part** | **Video Length** | **Survey Content** | **Notes** |
| GX014549 | Video 1 Part 1 | 0:08:52 | No | Only surface |
| GX024549 | Video 1 Part 2 | 0:08:51 | No | Only water column |
| GX034549 | Video 1 Part 3 | 0:04:10 | No | Brief view of the bottom |
| GX014550 | Video 2 | 0:00:02 | No | Only surface |
| GH014551 | Video 3 Part 1 | 0:08:51 | No | Brief view of the bottom |
| GH024551 | Video 3 Part 2 | 0:08:51 | Yes | |
| GH034551 | Video 3 Part 3 | 0:08:51 | Yes | |
| GH044551 | Video 3 Part 4 | 0:08:51 | Yes | |
| GH054551 | Video 3 Part 5 | 0:08:51 | Yes | |
| GH064551 | Video 3 Part 6 | 0:08:51 | Yes | |
| GH074551 | Video 3 Part 7 | 0:05:59 | Yes | |
| GH014552 | Video 4 Part 1 | 0:08:51 | Yes | |
| GH024552 | Video 4 Part 2 | 0:08:51 | Yes | |
| GH034552 | Video 4 Part 3 | 0:08:51 | Yes | |
| GH044552 | Video 4 Part 4 | 0:08:51 | Yes | |
| GH054552 | Video 4 Part 5 | 0:05:20 | Yes | |

## ANNEX 2 – VIDEO FEATURES

The following table lists notable features of UMDIS01 and the location of the raw data for each feature. Sonar files (.svlog file type) can be played using SonarView software only.

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Cargo – granite pavers | N/A | N/A | 2024-09-13_08.38.29 | 00:10 | 9/13 | 08:38:40 | 2024-09-13-08-38 | 1% |
| 2 | Steel mesh, modern, inside stern next to ship timber | N/A | N/A | 2024-09-13_08.38.29 | 01:54 | 9/13 | 08:40:25 | 2024-09-13-08-38 | 2% |
| 3 | Cargo – granite pavers adjacent to steel mesh | N/A | N/A | 2024-09-13_08.38.29 | 03:50 | 9/13 | 08:42:20 | 2024-09-13-08-38 | 3% |
| 4 | Floor timbers or frames, near steel mesh | N/A | N/A | 2024-09-13_08.38.29 | 04:36 | 9/13 | 08:43:07 | 2024-09-13-08-38 | 4% |
| 5 | Object with hole next to floor frame and possible other timbers | N/A | N/A | 2024-09-13_08.38.29 | 05:38 | 9/13 | 08:44:06 | 2024-09-13-08-38 | 5% |
| 6 | CERAMIC – Plate, partially buried | N/A | N/A | 2024-09-13_08.38.29 | 05:48 | 9/13 | 08:44:19 | 2024-09-13-08-38 | 5% |
| 7 | CERAMIC – bowl, partially buried, then large urns x 2 immediately after | N/A | N/A | 2024-09-13_08.38.29 | 06:09 | 9/13 | 08:44:39 | 2024-09-13-08-38 | 5% |
| 8 | TIMBER – sternpost | N/A | N/A | 2024-09-13_08.38.29 | 09:28 | 9/13 | 08:47:58 | 2024-09-13-08-38 | 8% |
| 9 | TIMBER – Copper fasteners and sheathing on sternpost. Possibly part of stern knee or keelson extending south from sternpost just before this – ALSO msmt of sternpost height from ROV depth = ~2m high | N/A | N/A | 2024-09-13_08.38.29 | 11:34 | 9/13 | 08:50:04 | 2024-09-13-08-38 | 10% |
| 10 | TIMBER – extending south from sternpost BURIED partially in sediment | N/A | N/A | 2024-09-13_08.38.29 | 12:54 | 9/13 | 08:51:25 | 2024-09-13-08-38 | 11% |
| 11 | TIMBER – n/s timber, decent dimensions, square end | N/A | N/A | 2024-09-13_08.38.29 | 19:41 | 9/13 | 08:58:11 | 2024-09-13-08-38 | 16% |
| 12 | ROV positioning spin, check against sonar data for location of feature in mark 11 | N/A | N/A | 2024-09-13_08.38.29 | 20:36 | 9/13 | 08:59:06 | 2024-09-13-08-38 | 17% |
| 13 | Partially buried object unk | N/A | N/A | 2024-09-13_08.38.29 | 24:42 | 9/13 | 09:03:13 | 2024-09-13-08-38 | 20% |
| 14 | CERAMIC – bowl, upside down, probably same as mark 7 | N/A | N/A | 2024-09-13_08.38.29 | 26:19 | 9/13 | 09:04:51 | 2024-09-13-08-38 | 22% |
| 15 | DEBRIS – lobster pot about 10 m west of stern wreckage, seen during W transect | N/A | N/A | 2024-09-13_08.38.29 | 1:05:51 | 9/13 | 09:44:22 | 2024-09-13-08-38 | 54% |
| 16 | Marine growth on westerly transect, kelp and other stuff | N/A | N/A | 2024-09-13_08.38.29 | 1:16:26 | 9/13 | 09:54:59 | 2024-09-13-08-38 | 62% |
| 17 | TIMBER – buried in sediment SW of stern wreckage | N/A | N/A | 2024-09-13_08.38.29 | 1:22:19 | 9/13 | 10:00:52 | 2024-09-13-08-38 | 67% |
| 18 | DEBRIS – lobster pot seen during S 20m transect LOTS of kelp seen on transect, likely pointing to buried structure | N/A | N/A | 2024-09-13_08.38.29 | 1:33:00 | 9/13 | 10:11:33 | 2024-09-13-08-38 | 75% |
| 19 | TIMBER – same as mark 17 – ROV follows timber NE to the rest of the stern wreckage | N/A | N/A | 2024-09-13_08.38.29 | 1:39:12 | 9/13 | 10:17:44 | 2024-09-13-08-38 | 81% |

Mud Shipwreck Investigation: Maritime Archaeological Assessment – November 2024

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|------|----------|-----------|-----------|-----------------|-----------------|------|-----------|---------------------|---------|
| 20 | TIMBER – buried timbers to the SW of timber in mark 19/17 | N/A | N/A | 2024-09-13_08.38.29 | 1:46:03 | 9/13 | 10:24:35 | 2024-09-13-08-38 | 86% |
| 21 | TIMBER? – two timbers partially buried in seabed | N/A | N/A | 2024-09-13_11.54.50 | 06:51 | 9/13 | 12:01:43 | 2024-09-13-11-54 | 57% |
| 22 | TIMBER – southernmost floor frame, looking north into stern of vessel. Cargo pavers in frame, moving to starboard side of stern showing planking | N/A | N/A | 2024-09-13_11.54.50 | 08:42 | 9/13 | 12:03:33 | 2024-09-13-11-54 | 71% |
| 23 | TIMBER – partially buried wreckage leading SW to another portion of timbers | N/A | N/A | 2024-09-13_12.37.26 | 02:32 | 9/13 | 12:39:59 | 2024-09-13-12-07 | 55% |
| 24 | ROV removed from water to try charging and adjusting GPS transponder, ROV out of water from 12:48pm to 1:07pm | N/A | N/A | 2024-09-13_12.37.26 | 10:10 | 9/13 | 12:48:00 | 2024-09-13-12-07 | 74% |
| 25 | CARGO – pavers | N/A | N/A | 2024-09-13_12.37.26 | 32:39 | 9/13 | 13:10:08 | 2024-09-13-13-02-2 | 15% |
| 26 | DEBRIS – steel mesh in centre of wreck | N/A | N/A | 2024-09-13_12.37.26 | 35:01 | 9/13 | 13:12:30 | 2024-09-13-13-02-2 | 18% |
| 27 | Unknown object similar to a deadeye immediately north of steel mesh | N/A | N/A | 2024-09-13_12.37.26 | 39:00 | 9/13 | 13:16:28 | 2024-09-13-13-02-2 | 25% |
| 28 | TIMBER – likely planking on port side of vessel stern, just east of steel mesh, partially buried | N/A | N/A | 2024-09-13_12.37.26 | 40:46 | 9/13 | 13:18:15 | 2024-09-13-13-02-2 | 29% |
| 29 | TIMBER – STERNPOST approached from the west looking east – start of a detailed visual survey of sternpost | N/A | N/A | 2024-09-13_12.37.26 | 53:10 | 9/13 | 13:30:38 | 2024-09-13-13-02-2 | 51% |
| 30 | TIMBER – sternpost knee or deadwood to immediate south of sternpost | N/A | N/A | 2024-09-13_12.37.26 | 58:41 | 9/13 | 13:36:10 | 2024-09-13-13-02-2 | 61% |
| 31 | TIMBER – fastener on north side (back) of sternpost | N/A | N/A | 2024-09-13_12.37.26 | 1:01:57 | 9/13 | 13:39:26 | 2024-09-13-13-02-2 | 67% |
| 32 | TIMBER – unk wreckage to the east of the sternpost | N/A | N/A | 2024-09-13_12.37.26 | 1:04:59 | 9/13 | 13:42:27 | 2024-09-13-13-02-2 | 72% |
| 33 | TIMBER – east side (port) of sternpost showing copper fastener seen in mark 9 | N/A | N/A | 2024-09-13_12.37.26 | 1:10:41 | 9/13 | 13:48:09 | 2024-09-13-13-02-2 | 83% |
| 34 | TIMBER – possible keelson. Timber runs north/south directly to the sternpost knee/deadwood | N/A | N/A | 2024-09-13_12.37.26 | 1:11:43 | 9/13 | 13:49:11 | 2024-09-13-13-02-2 | 85% |
| 35 | Interior of the wreck, apparently filled in with sediment during a transect south from the sternpost | N/A | N/A | 2024-09-13_12.37.26 | 1:16:14 | 9/13 | 13:53:42 | 2024-09-13-13-02-2 | 93% |
| 36 | TIMBER – south of sternpost, running east/west, probable frame or futtock | N/A | N/A | 2024-09-13_12.37.26 | 1:20:03 | 9/13 | 13:57:32 | 2024-09-13-13-02-2 | 99% |
| 37 | TIMBER – possible section of keelson. Large timber that appears to run north/south with stanchion or possible mast at right angle pointing upward. Upright timber | N/A | N/A | 2024-09-13_12.37.26 | 1:20:33 | 9/13 | 13:58:01 | 2024-09-13-13-57-4 | 3% |
| 38 | CERAMIC – white bowl with ornate rim next to partially buried timbers, along southerly transect through middle of vessel stern | N/A | N/A | 2024-09-13_12.37.26 | 1:35:14 | 9/13 | 14:12:45 | 2024-09-13-13-57-4 | 43% |

Maritime Shipwreck Investigation: Maritime Archaeological Assessment – November 2025

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|------|----------|-----------|-----------|-----------------|-----------------|------|-----------|---------------------|---------|
| 39 | TIMBER – two timbers one above the other in same north south orientation, facing north to the cut ends CERAMIC pitcher under lower timber | N/A | N/A | 2024-09-13_12.37.26 | 1:37:02 | 9/13 | 14:14:33 | 2024-09-13-13-57-4 | 49% |
| 40 | TIMBER – third timber next to the two in mark 39, same orientation, maybe planking? | N/A | N/A | 2024-09-13_12.37.26 | 1:39:39 | 9/13 | 14:17:09 | 2024-09-13-13-57-4 | 56% |
| 41 | TIMBER – frame in east/west orientation | N/A | N/A | 2024-09-13_12.37.26 | 1:41:34 | 9/13 | 14:19:05 | 2024-09-13-13-57-4 | 61% |
| 42 | CARGO – granite pavers | N/A | N/A | 2024-09-13_14.42.25 | 03:13 | 9/13 | 14:45:41 | 2024-09-13-14-40 | 8% |
| 43 | TIMBER – north face of sternpost (aft view, facing south) depth of 32.6m | N/A | N/A | 2024-09-13_14.42.25 | 08:35 | 9/13 | 14:51:02 | 2024-09-13-14-40 | 18% |
| 44 | TIMBER – west (port side) of sternpost, view of copper fasteners | N/A | N/A | 2024-09-13_14.42.25 | 12:30 | 9/13 | 14:54:57 | 2024-09-13-14-40 | 24% |
| 45 | TIMBER – buried, unsure of spatial relation to rest of wreck, appears to be associated with other wreckage and possible rope. Appears to be possible planking in a n/s orientation | N/A | N/A | 2024-09-13_14.42.25 | 22:36 | 9/13 | 15:05:04 | 2024-09-13-14-40 | 42% |
| 46 | OBJECT – deadeye, three holes with teardrop shaped grooves, south of timbers in mark 45 approximately 2 m; deadeye is immediately adjacent to a second object, roughly 'D' shape with a raised edge around a flat face | N/A | N/A | 2024-09-13_14.42.25 | 28:47 | 9/13 | 15:11:15 | 2024-09-13-14-40 | 53% |
| 47 | OBJECT – appears to be a coil of rope wrapped around a circular object | N/A | N/A | 2024-09-13_14.42.25 | 30:11 | 9/13 | 15:12:38 | 2024-09-13-14-40 | 55% |
| 48 | TIMBER – frames and side planking(?) believed to be at SW corner of aft wreckage (forward, starboard). Possible rope (debris?) wrapped around frame. Frame is possibly a floor frame | N/A | N/A | 2024-09-13_14.42.25 | 32:08 | 9/13 | 15:14:36 | 2024-09-13-14-40 | 59% |
| 49 | OBJECT – another coil of rope, wrapped around a small upright timber just south of the timber in mark 48 | N/A | N/A | 2024-09-13_14.42.25 | 34:58 | 9/13 | 15:17:26 | 2024-09-13-14-40 | 63% |
| 50 | TIMBER – frame, SE of mark 49. Partially buried in sediment, next to possible planking (also partially buried) extends to the west to possible keelson and the metal mesh as seen in mark 2 and 26 | N/A | N/A | 2024-09-13_14.42.25 | 35:38 | 9/13 | 15:18:06 | 2024-09-13-14-40 | 65% |
| 51 | TIMBER – large timber in n/s orientation lying on top of the frame in mark 50, a smaller timber lying on top in e/w orientation leads off to the west | N/A | N/A | 2024-09-13_14.42.25 | 35:58 | 9/13 | 15:18:25 | 2024-09-13-14-40 | 65% |
| 52 | TIMBER – frames to immediate SE of mark 51 | N/A | N/A | 2024-09-13_14.42.25 | 36:58 | 9/13 | 15:19:25 | 2024-09-13-14-40 | 67% |
| 53 | DEBRIS – back to the steel mesh near the center of the wreckage noted in mark 2 and 26. Lying on top of granite pavers (cargo) | N/A | N/A | 2024-09-13_14.42.25 | 37:01 | 9/13 | 15:19:30 | 2024-09-13-14-40 | 67% |

Miller Shipwreck Investigation: Maritime Archaeological Assessment – November 2025

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|------|----------|-----------|-----------|-----------------|-----------------|------|-----------|---------------------|---------|
| 54 | CARGO – granite pavers immediately south of mesh in mark 53 | N/A | N/A | 2024-09-13_14.42.25 | 38:05 | 9/13 | 15:20:33 | 2024-09-13-14-40 | 69% |
| 55 | TIMBER – frames or (maybe bulkhead) in e/w orientation immediately south of cargo in mark 54 | N/A | N/A | 2024-09-13_14.42.25 | 38:13 | 9/13 | 15:20:41 | 2024-09-13-14-40 | 69% |
| 56 | CARGO – granite pavers partially buried and embedded in sediment, just south of mark 55. Granite pavers not seen on seabed south of this point | N/A | N/A | 2024-09-13_14.42.25 | 39:18 | 9/13 | 15:21:45 | 2024-09-13-14-40 | 71% |
| 57 | CARGO – granite pavers to east of pavers in mark 56. Notable as GPS on ROV began working again (this likely is the SE corner of the aft wreckage) | N/A | N/A | 2024-09-13_14.42.25 | 39:53 | 9/13 | 15:22:21 | 2024-09-13-14-40 | 73% |
| 58 | Sonar sweep at SE corner of wreckage, GPS is working at this point | N/A | N/A | 2024-09-13_14.42.25 | 42:29 | 9/13 | 15:24:57 | 2024-09-13-14-40 | 77% |
| 59 | TIMBER – large frame in e/w orientation at south end of stern wreck, north of some cargo of pavers. Note, gps has stopped working again. Timber followed west to the timber and rope coil seen in mark 47 | N/A | N/A | 2024-09-13_14.42.25 | 43:50 | 9/13 | 15:26:17 | 2024-09-13-14-40 | 79% |
| 60 | TIMBER – back at the sternpost, approached from the sw | N/A | N/A | 2024-09-13_14.42.25 | 56:00 | 9/13 | 15:38:27 | 2024-09-13-14-40 | 100% |
| 61 | TIMBER – sternpost, south (foreward) side viewed to the north | N/A | N/A | 2024-09-14_08.12.12 | 26:02 | 9/14 | 08:38:15 | 2024-09-14-08-05 | 35% |
| 62 | TIMBER – sternpost, east (port) side, viewed to the west. Laser measurements in view | GH024551 | 02:40 | 2024-09-14_08.58.39 | 07:43 | 9/14 | 09:06:23 | 2024-09-14-08-05 | 98% |
| 63 | TIMBER – frame or part of beam from upper decks, near sternpost, unk exact spatial relation. Laser msmts in view | GH024551 | 06:18 | 2024-09-14_09.08.32 | 01:29 | 9/14 | 09:10:01 | 2024-09-14-09-08 | 16% |
| 64 | OBJECT – mostly buried rectangular (possibly ceramic?) object near ornate ceramic bowl seen in mark 38; just 'behind' sternpost | GH034551 | 00:15 | 2024-09-14_09.08.32 | 03:43 | 9/14 | 09:12:15 | 2024-09-14-09-08 | 35% |
| 65 | CERAMIC – round ceramic bowl with ornate rim, seen in mark 38 and 64. Laser msmts in view. | GH034551 | 00:28 | 2024-09-14_09.08.32 | 03:56 | 9/14 | 09:12:28 | 2024-09-14-09-08 | 38% |
| 66 | CERAMIC – pitcher or ewer, directly below timbers seen in mark 63. Laser msmts in view | GH034551 | 05:13 | 2024-09-14_09.08.32 | 08:43 | 9/14 | 09:17:13 | 2024-09-14-09-08 | 80% |
| 67 | OBJECT – rounded torpedo shaped object, possibly metallic underneath timber seen in mark 63. Object extends under said timber. | GH034551 | 05:41 | 2024-09-14_09.08.32 | 09:09 | 9/14 | 09:17:41 | 2024-09-14-09-08 | 84% |
| 68 | TIMBER – large timber in n/s orientation, same as seen in mark 37 but from opposite angle, large perpendicular timber with rope wrapped around base seen as well. Laser msmts in view | GH034551 | 06:22 | 2024-09-14_09.08.32 | 09:50 | 9/14 | 09:18:22 | 2024-09-14-09-08 | 91% |
| 69 | TIMBER – same as seen in mark 68, but a second attached timber at a perpendicular angle is seen. Laser msmts in view | GH044551 | 00:34 | 2024-09-14_09.19.46 | 01:48 | 9/14 | 09:21:34 | 2024-09-14-09-19 | 6% |

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|------|----------|-----------|-----------|-----------------|-----------------|------|-----------|---------------------|---------|
| 70 | TIMBER – view of upright (perpendicular timbers) in marks 68 and 69 in relation to sternpost located immediately to the north. Large timber in mark 68 actually appears to be in e/w orientation, more likely portion of upper deck structure. Laser msmts in view | GH044551 | 01:24 | 2024-09-14_09.19.46 | 02:36 | 9/14 | 09:22:24 | 2024-09-14-09-19 | 9% |
| 71 | OBJECT – side view of object seen in mark 67 | GH044551 | 02:30 | 2024-09-14_09.19.46 | 03:41 | 9/14 | 09:23:30 | 2024-09-14-09-19 | 13% |
| 72 | TIMBER – partially buried cant frame(?) directly south of sternpost. Area of sediment immediately south of sternpost believed to be in middle of wreck, ROV follows timber to the west. Laser msmts in view | GH044551 | 06:07 | 2024-09-14_09.19.46 | 07:18 | 9/14 | 09:27:07 | 2024-09-14-09-19 | 27% |
| 73 | TIMBER – N/S oriented timber partially buried, south of the sternpost. A second timber is seen off to the side just before this one in the same alignment. Sonar 360 taken shortly after. Laser msmts in view. | GH074551 | 02:15 | 2024-09-14_09.46.31 | 02:43 | 9/14 | 09:49:15 | 2024-09-14-09-46 | 13% |
| 74 | DEBRIS – steel mesh seen in marks 2, 26, and 53. Located directly north from the timber noted in mark 73. Laser msmts in view. | N/A | N/A | 2024-09-14_09.46.31 | 07:39 | 9/14 | 09:54:11 | 2024-09-14-09-46 | 38% |
| 75 | TIMBER – possible deck timber, just south of the larger timbers seen in mark 68, 69, and 70. Laser msmts in view. *following this is good overview of the spatial relationship of timbers in the immediate proximity of the sternpost. | N/A | N/A | 2024-09-14_09.46.31 | 11:25 | 9/14 | 09:57:58 | 2024-09-14-09-46 | 56% |
| 76 | TIMBER – same as mark 70 next to sternpost | N/A | N/A | 2024-09-14_10.08.27 | 01:31 | 9/14 | 10:10:00 | 2024-09-14-10-08 | 21% |
| 77 | TIMBER – buried timbers south of sternpost inside of wreck | N/A | N/A | 2024-09-14_10.08.27 | 07:54 | 9/14 | 10:16:22 | N/A | N/A |
| 78 | TIMBER – upright timber in center of wreck, south of sternpost and timbers in mark 77. | N/A | N/A | 2024-09-14_10.08.27 | 09:28 | 9/14 | 10:17:59 | N/A | N/A |
| 79 | OBJECT – large rectangular piece, possibly metal, with two round stanchions extending from the bottom. Apparently broken off as stumps appear rising out of the silt inside the wreck. Laser msmts in view. Located just south of mark 78 | N/A | N/A | 2024-09-14_10.08.27 | 09:39 | 9/14 | 10:18:08 | N/A | N/A |
| 80 | TIMBER – large cross beam (e/w orientation) south of object in mark 79. Initially thought to be a floor, more likely part of the deck structure. Timber is easily visible on sonar image. | N/A | N/A | 2024-09-14_10.08.27 | 12:12 | 9/14 | 10:20:40 | N/A | N/A |
| 81 | TIMBER – partially buried timber in e/w orientation. Laser msmts in view. 360 sonar sweep at 16:24 | N/A | N/A | 2024-09-14_10.08.27 | 15:47 | 9/14 | 10:24:16 | N/A | N/A |
| 82 | CARGO – mound of pavers, based on sonar (at the time of survey) to be in the southeast corner of the wreck. North and east of the sonar sweep in mark 81. | N/A | N/A | 2024-09-14_10.08.27 | 22:18 | 9/14 | 10:30:46 | N/A | N/A |

Maritime Archaeological Investigation: Maritime Archaeological Assessment – November 2025

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|---|---|---|---|---|---|---|---|---|---|
| 83 | TIMBER – beam of very fresh-looking wood, this is the timber that the r/v anchor was lodged in. just north of cargo in mark 82 | N/A | N/A | 2024-09-14_10.08.27 | 24:28 | 9/14 | 10:32:56 | N/A | N/A |
| 84 | DEBRIS – steel mesh in center of wreck, mentioned numerous previous marks. Directly north of timber in mark 83. | N/A | N/A | 2024-09-14_10.08.27 | 32:42 | 9/14 | 10:41:10 | N/A | N/A |
| 85 | TIMBER – e/w orientation large squared timber. Immediately north of debris in mark 84. A second large timber in same orientation is located immediately north. Laser msmts in view. | N/A | N/A | 2024-09-14_10.08.27 | 32:54 | 9/14 | 10:41:24 | N/A | N/A |
| 86 | CERAMIC – plate and mug(?) immediately north of timbers in mark 85. Laser msmts in view. Adjacent to buried timbers in sediment in middle of wreck. | N/A | N/A | 2024-09-14_10.08.27 | 33:43 | 9/14 | 10:42:12 | N/A | N/A |
| 87 | GPS WAYPOINT – taking gps waypoint of the sternpost by measuring taut cable distance from vessel to ROV, GPS location of cable on surface, depth of ROV and compass heading to ROV to spatially locate the sternpost. **Coordinates:** ▇▇▇▇▇▇▇ **Tether distance (leg c): 58.46 m** **Bearing along tether: 340° NNW** **Depth (leg b): 33.9 m** **Distance along surface (leg a): 47.63** | GH024552 | 04:45 | 2024-09-14_10.52.23 | 12:30 | 9/14 | 11:04:54 | 2024-09-14-10-53 | 21% |
| 88 | CERAMIC – mostly buried plate, edge of rim above sediment. Laser msmts in view. Just south of the location in mark 87 | GH024552 | 06:57 | 2024-09-14_10.52.23 | 14:42 | 9/14 | 11:07:06 | 2024-09-14-10-53 | 25% |
| 89 | CERAMIC – two large stoneware urns and a mostly buried plate. Lobster hiding in one urn. Laser msmts in view. Notes at time state location to be just east of stern, more likely just south of marks 88 and 87. | GH034552 | 00:00 | 2024-09-14_1 0.52.23 | 17:45 | 9/14 | 11:10:10 | 2024-09-14-10-53 | 30% |
| 90 | CARGO – granite pavers. Location uncertain, but 360 sonar sweep taken just prior to seeing them. Laser msmts in view. ROV then travels north over an area of granite pavers visible above the sediment, to the steel mesh. | GH034552 | 03:58 | 2024-09-14_10.52.23 | 21:45 | 9/14 | 11:14:10 | 2024-09-14-10-53 | 37% |
| 91 | TIMBER – deck planking? Some sort of planking immediately north of steel mesh. Laser msmts in view. Large timber, e/w orientation, immediately north of that. Initially described as floor timber but most likely a deck support | GH034552 | 05:01 | 2024-09-14_10.52.23 | 22:48 | 9/14 | 11:15:13 | 2024-09-14-10-53 | 39% |
| 92 | OBJECT – close up view of broken stanchion from rectangular (bench?) in mark 79. Also seen from south side looking north shortly after that mark. Sort of resembles a bollard. Laser msmts in view | GH034552 | 07:17 | 2024-09-14_10.52.23 | 25:04 | 9/14 | 11:17:29 | 2024-09-14-10-53 | 43% |

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|---|---|---|---|---|---|---|---|---|---|
| 93 | TIMBER – n/s orientation on western edge of wreck, west of the object in mark 92 and 79. Laser msmts in view. | GH044552 | 04:00 | 2024-09-14_10.52.23 | 29:43 | 9/14 | 11:22:09 | 2024-09-14-10-53 | 51% |
| 94 | DEBRIS – lobster pot to west of wreck site. | N/A | N/A | 2024-09-14_10.52.23 | 52:49 | 9/14 | 11:45:13 | 2024-09-14-10-53 | 93% |
| 95 | TIMBER – e/w oriented timber at SW corner of stern wreckage, extending to the east. Visible on sonar. Laser msmts in view. Other buried portions of wreck seen to the immediate north | N/A | N/A | 2024-09-14_10.52.23 | 1:02:26 | 9/14 | 11:54:50 | 2024-09-11-49-27 | 79% |
| 96 | TIMBER – large timber at SW corner of stern wreckage extending to the northwest. Laser msmts in view. | N/A | N/A | 2024-09-14_11.57.46 | 00:00 | 9/14 | 11:57:49 | 2024-09-14-11-57 | 0% |
| 97 | TIMBER – RV anchor embedded in wreck timber, same as mark 83. Timber is long and narrow, heading from the anchor at a bearing of about 320° NW | N/A | N/A | 2024-09-14_11.57.46 | 18:39 | 9/14 | 12:16:28 | 2024-09-14-11-57 | 29% |
| 98 | TIMBER – seen at the distal end of the timber in mark 97. This timber is rectangular or square shaped and may be a portion of the outer planking of the vessel. ROV flies over the timber, then turns around for a view of the opposite (north facing) side. Laser msmts in view | N/A | N/A | 2024-09-14_11.57.46 | 20:35 | 9/14 | 12:18:24 | 2024-09-14-11-57 | 32% |
| 99 | TIMBER – edge of ship facing almost directly north at the point seen in mark 98. Large timber laying across the edge of the outer planking at perpendicular angle, probably deck timber that has fallen into the hold. Laser msmts in view. | N/A | N/A | 2024-09-14_11.57.46 | 33:48 | 9/14 | 12:31:37 | 2024-09-14-11-57 | 53% |
| 100 | TIMBER – frame perpendicular to edge of outer planking, just north of the timber seen in Mark 99. Cord or rope partially wrapped around the frame. Laser msmts in view. Top of frame is approximately 0.8 m from the seabed. | N/A | N/A | 2024-09-14_11.57.46 | 34:31 | 9/14 | 12:32:19 | 2024-09-14-11-57 | 55% |
| 101 | TIMBER – side of outer planking where the wreckage meets the seabed. SB side outer planking, approximately at the same location as the frame seen in mark 100. Laser msmts in view | N/A | N/A | 2024-09-14_11.57.46 | 47:17 | 9/14 | 12:45:08 | 2024-09-14-11-57 | 75% |
| 102 | TIMBER – side of outer planking, a few meters north of the spot in mark 101. Laser msmts in view. Some cordage or rope seen as well. Beyond this the ROV continues to the north, the outer planking appears broken off at some point and a large amount of timbers appear partially buried in the seabed. Believe that the ROV is coming around the base of the sternpost, and shortly arrives at the ceramic urn, pitcher and plate seen in mark 88 & 89. | N/A | N/A | 2024-09-14_11.57.46 | 53:23 | 9/14 | 12:51:13 | 2024-09-14-11-57 | 85% |
| 103 | CERAMIC – plate seen in mark 88. Laser msmts in view | N/A | N/A | 2024-09-14_11.57.46 | 57:14 | 9/14 | 12:55:00 | 2024-09-14-11-57 | 90% |

MSI Shipwreck Investigation Maritime Archaeological Assessment – November 2024

| Mark | Features | GoPro file | GoPro time | ROV camera file | ROV camera time | Date | Time stamp | Sonar file (.svlog) | Sonar % |
|------|----------|-----------|-----------|----------------|----------------|------|-----------|--------------------|---------|
| 104 | CERAMIC – stoneware urn and pitcher seen in mark 89. Laser msmts in view. | N/A | N/A | 2024-09-14_11.57.46 | 57:21 | 9/14 | 12:55:07 | 2024-09-14-11-57 | 90% |
| 105 | TIMBER – sternpost. Laser msmts in view | N/A | N/A | 2024-09-14_13.04.47 | 02:33 | 9/14 | 13:07:21 | 2024-09-14-13-04 | 2% |
| 106 | SONAR – detailed sonar recording at the sternpost | N/A | N/A | 2024-09-14_13.04.47 | 05:13 | 9/14 | 13:10:00 | 2024-09-14-13-04 | 5% |
| 107 | CARGO – r/v anchor chain and cargo of granite pavers in southeastern (port forward) corner of wreck site. Location seen on sonar. Laser msmts in view | N/A | N/A | 2024-09-14_13.04.47 | 11:36 | 9/14 | 13:16:22 | 2024-09-14-13-04 | 11% |
| 108 | SONAR – detailed sonar recording in middle of wreck site | N/A | N/A | 2024-09-14_13.04.47 | 12:38 | 9/14 | 13:17:25 | 2024-09-14-13-04 | 12% |
| 109 | CERAMIC – white bowl (?) with ornate rim seen in mark 38 and 65, located just south of the stern post | N/A | N/A | 2024-09-14_13.04.47 | 40:01 | 9/14 | 13:44:50 | 2024-09-14-13-04 | 40% |
| 110 | TIMBER – partially buried and loose timbers on seabed. Pieces of wood apparently have holes, either trunnel or teredo holes. Located near the NE corner (Portside aft) of the wreck. A more significant amount of buried timbers are located just to the southeast. Laser msmts in view. | N/A | N/A | 2024-09-14_13.04.47 | 50:44 | 9/14 | 13:55:32 | 2024-09-14-13-04 | 52% |
| 111 | CARGO – granite pavers at the southeast corner of the wreck. Laser msmts in view | N/A | N/A | 2024-09-14_13.04.47 | 56:50 | 9/14 | 14:01:39 | 2024-09-14-13-04 | 59% |
| 112 | TIMBER – partially buried timber extending wsw from the southeast corner of the wreck. Runs parallel to a timber on the starboard side of the wreck, extending from the southwest corner. Laser msmts in view | N/A | N/A | 2024-09-14_13.04.47 | 1:04:54 | 9/14 | 14:09:43 | 2024-09-14-13-04 | 68% |
| 113 | TIMBER – a second timber partially buried along the same line as the timber in mark 112, same dimensions. Laser msmts in view | N/A | N/A | 2024-09-14_13.04.47 | 1:09:51 | 9/14 | 14:14:41 | 2024-09-14-13-04 | 73% |
| 114 | TIMBER – long e/w oriented timber at extreme south (foreward) end of the wreck with cargo of paving blocks to the immediate north. Southeast (forward port) corner of wreck. | N/A | N/A | 2024-09-14_13.04.47 | 1:23:32 | 9/14 | 14:28:20 | 2024-09-14-13-04 | 89% |

## ANNEX 3 – CURRICULA VITAE

# CURRICULUM VITAE

| | |
|---|---|
| **Name:** | **CONNOR JAMES MCBRIAN**, Maritime Archaeologist |
| **Telephone:** | 207-593-6969 (Cell) |
| **Email:** | cjmcbrian@gmail.com |

**Academic Qualifications:**
- *2023,* Graduate Diploma, Maritime Archaeology – Flinders University
- *2016 - 2018*, Master of Arts, Maritime Archaeology – East Carolina University (coursework completed, ABT)
- *2013*, Bachelor of Science, History – Iowa State University

**Other Certificates: & Qualifications**
- ADAS: Commercial Diver Part II Certified (SSBA to 30m)
- AAUS: Scientific Diving Certification
- ESRI: GIS Certification (Intro to ArcGIS I)
- PADI: Advanced Open Water
- Department of the Interior: Motorboat Operator Certified (MOCC)
- SDI: Rescue Diver and Nitrox Certified
- First Aid/CPR/O2 certified
- Dual US and Australian citizenship

## Relevant Employment and Experience History:
### (Chronological)

### *Cosmos Archaeology Pty Ltd*
October 2018 – Present     Maritime Archaeologist
- Conducted and authored maritime archaeological impact assessments, statements of heritage impact, desktop assessments, and photographic archival recordings for major state government infrastructure projects.
- Planned, executed, and participated in maritime archaeological surveys, both terrestrial and underwater, as well as archaeological monitoring and underwater excavations.
- Position requires coordinating and communicating with local heritage advisory councils, boards, and state heritage agencies.

### *RPS Group*
January 2019     Archaeological Technician (subcontracted)
- Conducted archaeological test surveys for the purpose of identifying Aboriginal Australian cultural remains.
- Position required liaising with the local Aboriginal land council and guiding amateur archaeologists during fieldwork.

### *Comber Consultants Pty Ltd*
June 2019     Maritime Archaeological Technician (subcontracted)
- Conducted maritime archaeological excavations in Brisbane River, identifying and recorded historic artefacts recovered.

### *East Carolina University*
March 2018     Student Field Tech, ECU Advanced Artifact Conservation Field School, Bermuda.

- Set up electrolysis conservation on nine large cannons housed at the National Museum of Bermuda, along with conserving lead sheathing and other small artifacts housed in the museum collections.

## *Vietnam Maritime Archaeology Project*
January – February 2018    Student Field Tech, Flinders University Field School, Hoi An, Vietnam.
- Remote sensing and recording investigation of submerged cultural resources and ethnographic study of traditional boat building practices in partnership with the Vietnamese Institute of Archaeology and Flinders University, Adelaide, SA.

## *East Carolina University*
September 2017    Student Field Tech, ECU Advanced Fall Field School, Rodanthe, NC.
- Phase III (equivalent) archaeological investigation of submerged cultural resources, under contract with the North Carolina Department of Transportation.

## *East Carolina University*
May 2017    Student Field Tech, ECU Summer Field School, Bermuda.
- Phase I (equivalent) archaeological investigation of submerged cultural resources, in partnership with the National Museum of Bermuda

## *Naval History and Heritage Command*
January 2014 – May 2014    Intern, Underwater Archaeology Branch, Washington, D.C.
- Artifact photography, ArcGIS, database management, historic and archival research on submerged cultural heritage related to WWII and Southeast Asia.

## *National Oceanic and Atmospheric Administration*
October 2013 – December 2013    Intern, Office of National Marine Sanctuaries, Silver Spring, MD.
- Internship under the Maritime Heritage Program of the Office of National Marine Sanctuaries. Detailed historic and archival research of Civil War shipwrecks in North Carolina.

## Relevant Graduate Coursework:

### *2022 (Flinders University)*
ARCH 8153 – Archaeology of submerged landscapes, Dr Jonathan Benjamin
ARCH 8156 – Advanced maritime archaeology practicum, Dr Jonathan Benjamin

### *Spring 2018 (ECU)*
HIST 5520 – Maritime History of the Western World Since 1815, Dr Brad Rodgers
HIST 6845 – Advanced Archaeological and Museum Artifact Conservation, Dr Brad Rodgers

### *Fall 2017 (ECU)*
Fall Archaeological field school – Rodanthe, NC. Dr Nathan Richards
HIST 6840 – Intro to Archaeological and Museum Artifact Conservation, Dr Brad Rodgers

### *Summer 2017 (ECU)*
Summer Archaeological field school – Bermuda, Dr's. Brad Rodgers, Jason Raupp, and David Stuart

### *Spring 2017 (ECU)*
GEOG 6400 – Introduction to ArcGIS, Dr. Karen Mulcahy
COAS 6000 – Scientific Diving, Mark Keusenkothen, DSO
HIST 6820 – Research Methods in Underwater Archaeology, Dr. Jason Raupp
HIST 6825 – American Maritime Material Culture, Dr. Lynn Harris

### *Fall 2016 (ECU)*
HIST 6525 – History of Sea Power, 480 BC to Present, Dr. Wade Dudley
HIST 6805 – History of Theory of Nautical Archaeology, Dr. Jennifer McKinnon
HIST 6810 – History of Marine Architecture and Ship Construction, Dr. Brad Rodgers

2

## Membership of Professional Organizations

### *Australasian Institute for Maritime Archaeology*

| | |
|---|---|
| 2018-*current* | Member |
| 2019 | Social Media Manager |

### *East Carolina University, Maritime Studies Association*

| | |
|---|---|
| 2016-2018 | Member |

### *Phi Alpha Theta, National History Honor Society*

| | |
|---|---|
| 2017 | Member |

## Other Skills

- Software:
  - ArcGIS, QGIS, Global Mapper, Google Earth Pro
  - Rhino5 3D Modeling software
  - Adobe Illustrator, Photoshop
  - Microsoft Office Suite, including Word, PowerPoint, and Excel
  - Wordpress website management
- Photogrammetry
- Photography
- Archaeological Recording
- Historical research and writing
- Archaeological artifact conservation and recording

## Publication Record

### *Government Guidelines*

**Technical Guidelines on the Archaeological Assessment of First Nations Underwater Cultural Heritage in Commonwealth Waters (2024) Client: Australian Government – Department of Climate Change, Energy, the Environment and Water**
Technical guidelines for heritage practitioners and subsea development consultants for the archaeological assessment and management of First Nations (Aboriginal and Torres Strait Islander) underwater cultural heritage in Australian waters to meet the requirements of the *Underwater Cultural Heritage Act 2018*. Contributing author, full guidelines available online: https://consult.dcceew.gov.au/technical-guidelines-archaeological-assessment-of-fnuch.

### *Reports*

**Wyong River Bridge, Maritime Archaeology Dive Inspection Report (2024) Client: AECOM Australia Pty Ltd**
Underwater dive inspection and survey report for the development of new bridge crossing Wyong River, NSW. Directly involved as diving underwater archaeologist embedded in a commercial dive team. Recorded maritime cultural heritage on riverbed.

**SMAP Fibre Optic Cable Australian Landings, Underwater Cultural Heritage Assessment (2024) Client: GHD Pty Ltd**
Desktop assessment of maritime heritage for installation of subsea telecommunications cable between Perth, Adelaide, Torquay and Sydney.

**Hawaiki Nui Submarine Telecommunications Cable, South Sydney to Coral Sea, Maritime Heritage Assessment (2023) Client: GHD Pty Ltd**
Desktop assessment of maritime heritage for installation of subsea telecommunications cable between Sydney and the Coral Sea.

**Kamay Ferry Wharves, Dive Inspection Report (2023) Client: Mott Macdonald**
Underwater dive inspection and survey report for the development of ferry wharves in Botany Bay, Sydney. Directly involved as a diving underwater archaeologist embedded in a commercial dive team. Recorded maritime cultural heritage on seabed.

**Darwin Ship Lift, maritime heritage assessment (2023) Client: Dept of Infrastructure Planning and Logistics, NT**
Maritime inspection and underwater artefact recovery of WWII heritage in Darwin Harbour. Directly involved as a diving maritime archaeologist embedded in a commercial dive team. Operations included recovery and recording of artefacts, inspection of heritage listed aircraft wrecks.

**ANMM Heritage Wharf redevelopment, Maritime Heritage Assessment (2023) Client: Australian National Maritime Museum**
Maritime heritage impact assessment for the removal and replacing of a historic wharf at the Australian National Maritime Museum in Sydney.

**Dampier Cargo Wharf Redevelopment Project, submerged terrestrial test excavations (2022) Client: Pilbara Ports Authority**
Underwater test excavation of a submerged landscape to identify Aboriginal archaeological potential. I was directly involved as a diving underwater archaeologist embedded within a commercial diving team.

**Barossa Pipeline, Maritime Heritage Impact Assessment (2021) Client: Santos**
Maritime heritage impact assessment for the installation of a gas export pipeline and installation of offshore gasfield infrastructure off the coast of Darwin. Included ROV inspection and video survey, and review of geophysical survey data.

**St Kilda Pier, Maritime Archaeological Impact Assessment (2021) Client: Jackson Clements Burrows Architects**
Maritime heritage impact assessment for the removal and replacing of a historic pier in St Kilda, Melbourne, Victoria. Included dive inspection and video survey.

**Flinders Pier, Maritime Archaeology Heritage Impact Assessment (2021) Client: Ecology and Heritage Partners Pty Ltd**
Maritime archaeology heritage impact assessment for the removal of a pier at Mornington Peninsula, Victoria. Included dive survey.

**HMS *Sirius* Heritage Management Plan (2021) Client: Department of Infrastructure, Transport, Regional Development and Communications.**
Cosmos Archaeology was commissioned to write an update for the conservation management plan of the HMS *Sirius* shipwreck site and associated artefacts. The *Sirius* HMP included producing an updated site plan, assessing condition of the site, and assessing condition of the artefact collection.

**Maritime Archaeological Site Inspection HMS Sirius Norfolk Island (2020) Client: Department of Infrastructure, Transport, Regional Development and Communications.**
Cosmos Archaeology was commissioned to inspect the wreck site of the first fleet escort, HMS Sirius as part of an update to the management plan required under the *EPBC* Act.

**Maritime Archaeological Dive Survey: Norfolk Island Kingston Pier Channel Upgrade Project (2020) Client: Advisian**
Cosmos Archaeology was commissioned by Advisian to conduct a maritime archaeological survey at Kingston Pier as part of their proposal to deepen the channel.  Role included managing the artefact sieving operations, artefact database management, report research and writing up the artefact database sections of report.

**Golden Beach Gas Project Maritime Archaeological Desktop Assessment (2020) *Client: GHD & AECOM***
Desktop assessment of maritime heritage for installation of subsea gas pipeline from Golden Beach, Victoria.

**Oman Australia Cable Maritime Archaeological Desktop Assessment (2020) *Client: GHD***
Desktop assessment of maritime heritage for installation of subsea telecommunications cable between Perth, Western Australia and Cocos (Keeling) Islands.

**Kingston Pier Channel: Underwater Cultural Heritage Statement of Heritage Impact (2020) *Client:* Advisian**
Contributing author, statement of heritage impact for underwater cultural heritage for harbor widening project at Kingston Pier, Norfolk Island.

**Sunshine Coast Branch Submarine Cable Maritime Cultural Heritage Assessment (2019) *Client: GHD***
Desktop review of maritime heritage for installation of telecommunications cable in Sunshine Coast, Queensland.

**Maritime Archaeological Services as part of a Statement of Heritage Impact: Windsor Bridge Replacement Project (2019)** *Client: RMS*
Cosmos Archaeology was commissioned to undertake the maritime archaeological excavations of the Windsor Bridge Replacement Project. Undertook various roles, including artefact photography, historical research, and report writing.

**Project Marinus Maritime Cultural Heritage Assessment (2019)** *Client: Coffey*
Desktop review of maritime heritage for installation of subsea electrical cables from Victoria to Tasmania.

**Archaeological Excavations: Sydney Metro Barangaroo Station (2018)** *Client: Sydney Metro*
Cosmos Archaeology were commissioned by Casey & Lowe Pty Ltd to provide maritime archaeological expertise for the excavation and removal of a shipwreck uncovered during archaeological excavations for the new Barangaroo metro station development. Connor McBrian undertook archaeological excavation duties, site recording, photography, artefact recording, historical research and interpretation.

2017    *Hawse Pipes on the Morgan's Island Shipwreck: Hawse Pipe Development through the 16th to 18th Centuries.* Co-written with Madeleine Roth. East Carolina University: Greenville, NC.

## Book Reviews
2016    Beyond the Golden Gate: A Maritime History of California, by Timothy Lynch, in *The Nautical Research Journal,* 61(4):315-316**.**

## Theses
2013    *Mare Nostrum: Shipbuilding and Maritime Trade in the Roman Empire.*  Unpublished Bachelor's Thesis, Iowa State University: Ames, IA.
2019 (In Progress)    *Practical Management: Utilizing Historic Remote Sensing Data to Build Predictive Models of Site Formation in Mallows Bay.* Master's Thesis, in progress. Dr. Nathan Richards advising. East Carolina University: Greenville, NC.

## References

### Cosmos Coroneos
- Director, Cosmos Archaeology Pty Ltd
- Phone: +61 408711645
- Email: cosmoscoroneos@cosmosarch.com


### Chris Lewczak
- Director and Principal Heritage Consultant, MTS Heritage Pty Ltd
- Email: chris.lewczak@mtsheritage.com.au


### Dr. James Delgado
- Senior Vice President, Search Inc.
- Phone: 904-379-8338
- Email: james.delgado@searchinc.com

## Elisabeth A. Maxwell
elisabeth.maxwell@maine.edu
409-659-8216

---

EDUCATION

| | | |
|---|---|---|
| **University of Maine**, Orono, ME  M.Sc. Marine biology | | 2017 |
| **University of Maine**, Orono, ME  M.Sc. Marine policy | | 2017 |
| **Lamar University**, Beaumont, TX B.S. Biology, Honors program graduate | | 2013 |

CURRENT

**Damian Brady Oceanography Lab, Darling Marine Center,** Walpole, ME

*Role:* Research Assistant and Field Lab Coordinator                2018-2022, 2024-Present

*Duties:* Management of water quality buoys including deployment and maintenance; field research support for various projects; responsible for instrument suite maintenance and assignments; lead scientific diver; ROV operation; project budget management and planning; oversee lab and field related safety training; intern supervision; proposal writing.

*Special Projects:* Water quality monitoring for Recirculating Aquaculture System (RAS) facility development (2019-2022, 2024); Characterization of current speed and direction at the mouth of Little Kennebec Bay (2024); Biofouling assessments for offshore wind technology (2022); Low-cost sensor validation and ground truthing (2021-2022); Characterizing coastal current and wave conditions (various clients, multiple years); Benthic mapping for ME Department of Marine Resources (2021); Benthic habitat surveys using ROV (2020); Diver-based eelgrass habitat surveys (2019).

**University of Maine Scientific Diving Program, Darling Marine Center,** Walpole, ME

*Role:* Scientific Diving Instructor                         2020-2022, 2024-Present

*Duties:* Assist with diver education and training courses (Open Water through Divemaster, including AAUS Science Diver); supervise in-water training and skill development; teach DAN CPR and First Aid courses; serve on Diving Control Board (2022-Present).

DIVING SUMMARY

Extensive experience with cold-water diving (Maine, all seasons) and low-visibility conditions; maintained active AAUS scientific diver status since 2016; lead diver for several scientific dive plans (UMaine, multiple years); experience installing/replacing instrumentation and field gear using hand-tools; experience serving as dive tender/boat tender; familiar with numerous scientific diving methodologies for surveys and observations. Qualified for working diver reciprocity with the NOAA Dive Program in 2023 and participated in OSHA-compliant working dives in the Flower Garden Banks National Marine Sanctuary (Gulf of Mexico).

CERTIFICATIONS

| | |
|---|---|
| RescueX Rescue Ready Instructor Course | 2023 |
| PSI-PCI Visual Cylinder Inspector | 2023 |
| PSI-PCI Valve Repair Technician | 2023 |
| PSI-PCI Oxygen Cylinder Cleaning Technician | 2023 |
| Ocean Technology Systems Service and Maintenance Certification (Guardian - Class A) | 2023 |
| Hollis Open Circuit Technician Course | 2023 |
| Oceanic Open Circuit Technician Course | 2023 |
| Crane Operator (Overhead Crane Operation and Safety), Kone Cranes | 2022 |
| Open Water Scuba Instructor, Professional Association of Diving Instructors (PADI) | 2020 |
| Science Diving Instructor, American Academy of Underwater Sciences (AAUS) | 2020 |
| Dry Suit Diver, Professional Association of Diving Instructors (PADI) | 2020 |
| Instructor, Divers Alert Network (DAN) | 2019 |
| Other diving certifications include: Enriched Air Nitrox (PADI), Rescue Diver (SDI), Deep Dive (PADI) | |

SCIENTIFIC DIVING EXPERIENCE

**Damian Brady Oceanography Lab, Darling Marine Center,** Walpole, ME                    2018 –*2022*
  *Role:* Scientific Diver and Lead Diver
  *Projects:* Maine eDNA survey dives for macroalgae, microbe, and invertebrate sampling (2022); Surface supplied air workshop (2022 AAUS Symposium); LOBO buoy maintenance dives (2018-2022); Experimental Aquaculture Lease installation and maintenance (2021-2022); ADCP deployment and retrieval (20021; Eelgrass habitat surveys (2019); Coastal Maine kelp ecology surveys (2017-2018).

**R/V Alca I**, Coastal Maine research cruise exploring macroalgal and kelp ecology                    2017
  *Role:* Research Diver
  *Duties:* preparing gear for each dive (scuba, survey, and collection equipment); daily gear cleaning and maintenance; cataloging biological samples; maintaining group dive log; deckhand when underway; assisted mechanic with engine and vessel maintenance tasks; dive/boat tender.

**Marine Megafauna Foundation**, Tofo Beach, Mozambique, Non-invasive sampling project           2012
  *Role:* Diver and Research Assistant
  *Duties:* field sample collection (via SCUBA); laboratory processing; data analysis; daily field and dive equipment maintenance.

PREVIOUS EMPLOYMENT

**Moody Gardens Dive Program**, Galveston, TX                    2022-2024
  *Role:* Dive Officer for Daily Operations and Staff Dive Program
  *Duties:* Responsible for overseeing daily diving operations including supervising and coordinating staff and volunteer divers, serving in various roles, responding to emergency situations, conducting training, and administrative duties. Assisted with equipment maintenance program including inspections, weekly maintenance checks, repairs, and annual servicing. Responsible for maintaining accurate dive program records for divers, trainings, drills, and equipment. Coordinated daily dive operations focusing on diver safety and operational efficiency. Facilitate and led dive-related training including DAN DFA Pro, hazardous material communication, Fill Station Operator, and institution specific training. Improved communication tools with animal husbandry staff and other departments. Served as a reciprocity diver with NOAA Dive Program.

**Maine Sea Grant**                    2019
  Communications Assistant
  Duties: assisted with development and editing of communication and program materials for the Maine Sea Grant Site Review; co-coordinated the State of the Science conference with Maine Center for Coastal Fisheries, including schedule and logistics planning, registration management, and website development.

**Signs of the Seasons: New England Phenology Program**, Orono, ME                    2018 – 2019
  *Role:* Assistant Coordinator
  *Duties:* coordinating volunteer trainings and program events; communicating with volunteers and local partner organizations; writing program reports; developing education and outreach materials; maintaining website and social media presence; conducting interviews of relevant researchers.

**Oregon Department of Fish and Wildlife**, La Grande, Oregon                    2014
  Columbia Habitat Monitoring Project (CHaMP)
  *Role:* Biologist Aide
  *Duties:* water quality evaluation; river & stream topographic surveys; riparian and habitat assessment; daily equipment maintenance; fieldwork and sampling logistics planning. *Remote field work in a small team.

**South African Shark Conservancy**, Hermanus, South Africa: Intern                    2011
  *Role:* Outreach and Research Intern
  *Duties:* animal husbandry; public outreach activities and tours; research project design and implementation.

## SERVICE
Lincoln County Community Emergency Response Team, Search and Rescue Member (2024)
Moody Gardens Scientific Diving Program, Diving Control Board Member (2022-2024)
University of Maine Scientific Diving Program, Diving Control Board Member (2022-Present)
La Fuerza del Buzo, Board of Directors (2021-Present)
Darling Marine Center Energy Committee (2021-2022)
Darling Marine Center Diversity Equity & Inclusion Committee (2021-2022)
American Academy of Underwater Sciences, monthly newsletter contributor (2018-2022)
Rapid Ecology, associate editor (2018)
American Fisheries Society National Habitat Blog, writer (2016-2018), social media coordinator (2018)
American Fisheries Society UMaine Student Subunit, vice chair (2016-2017)
University of Maine School of Marine Sciences, intern mentor (four students, 2015-2017)
University of Maine Marine Science Professional Development Club, chair (2015-2016), co-chair (2016-2017)
University of Maine Annual Graduate Student Research Symposium Committee (2016-2017)
Maine Marine Resources Exchange Committee (2016)
University of Maine Undergraduate Responsible Conduct of Research, facilitator (2015)
Lamar University Sailing Club, treasurer (2013)
Lamar University Student Ambassador (2011-2013)
Lamar University Honors Student Association, historian (2011-2012)
Rotaract Club of Lamar University, vice president (2010-2011), president (2011-2012)

## PUBLICATIONS
Runnebaum, J., **Maxwell, E.A.,** Stoll, J., Pianka, K. and N. Oppenheim. (2019). Communication, relationships, and relatability define credible science for stakeholders. *Fisheries, 44*(4), 164-171.

Kashiwagi, T., **Maxwell, E.A.,** Marshall, A.D. and A.B. Christensen (2015) Evaluating manta ray mucus as an alternative DNA source for population genetics study: underwater-sampling, dry-storage and PCR success. *PeerJ,* 3:e1188 https://dx.doi.org/10.7717/peerj.1188

## INSTRUMENTATION EXPERTISE
McLane: Imaging Flow Cytobot
SeaBird Scientific: Stor-X, WQMx, SUNA, SeaFET, C-STAR, ECOPAR, PAR
Nortek: Aquadopp, Signature1000
Lowell Instruments: Tilt Current Meters (TCM-1 and TCM-4)
YSI: EXO1 and EXO2 sondes, EXO handheld computer, various EXO sensors

## SOFTWARE EXPERTISE
Matlab, R, ArcGIS, GeoDa, Microsoft Office, Adobe Photoshop and Illustrator

## LABORATORY and FIELD EXPERTISE
Experience with water quality monitoring; field observation and data collection; underwater sampling; semi-structured interviews and interview analysis; theodolite operation; various survey methodology; ecology experimental design. Trained in molecular genetic techniques: extraction, amplification (PCR), electrophoresis, and purification.

## PREVIOUS COURT TESTIMONIES
None

# ROBERT N. JARRETT II

Ph.D. Candidate

Darling Marine Center
School of Marine Sciences, University of Maine
193 Clarks Cove Road, Walpole, ME 04573

Phone: (260) 446-9426
Email: robert.jarrett@maine.edu
Website: https://r-jarrett.github.io/

## EDUCATION

Ph.D.  Marine Biology, School of Marine Sciences, University of Maine, Orono, ME (Exp. 2024)
         Graduate advisors: Bob Steneck & Damian Brady
M.S.   Marine Policy, School of Marine Sciences, University of Maine, Orono, ME (2022)
B.S.   Marine Sciences, Dept of Marine & Coastal Sci, Rutgers University, New Brunswick, NJ (2018)
A.S.   Mathematics/Science Program, Brookdale Community College, Lincroft, NJ (2015)

## RESEARCH EXPERIENCE

**Graduate Assistant, University of Maine, Brady Lab**

2023-Present, Remotely Operated Vehicles (ROV) Technician
- Maintaining and upgrading Blue Robotics BlueROV2 and BlueBoat equipment
- Developing methodology for use of Cerulean Omniscan 450 Imaging Sonar and Surveyor 240-16 Multibeam Echosounder for ROV surveys of marine habitats, aquaculture farms, sunken vessels
- Developing an online course for ROV micro credentialing

2022-2023, Scallop Aquaculture Rigid Tray Experiment
- Constructed and deployed Dark Sea™ trays, Max Flow™ trays, and lantern nets
- Tracked growth and survival of hatchery-reared scallop seed and labor metrics at both experimental and commercial scallop farms

**Graduate Assistant, University of Maine, Steneck Lab**

2019-Present, American Lobster Demography Study
- Sampling lobster abundance and habitat use along coastal Maine via scuba and ROV
- Classifying benthic substrate habitats using random forests and multibeam echosounder data
- Modeling lobster distribution using spatially-explicit individual based models

2020-2022, American Lobster Behavior Study
- Examined effect of low oxygen and algae species on adult lobster shelter selection
- Determined effects of chronic low oxygen on adult behavior and vitality reflexes
- Conducted experiment of benthic habitat effects on postlarval lobster sounding behavior

**Field Researcher, University of Maine, Steneck Lab**

2023, Bonaire Coral Reef Survey
- Conducted fish surveys via scuba transects at 11 sites on the western coast of Bonaire
- Assisted undergrad students in the coral reefs course in analyzing data and writing reports

**Intern, Maine Department of Marine Resources**

2021, Gillnet Fishery and North Atlantic Right Whale Project
- Created gear materials and configuration survey
- Conducted survey by email and phone with New England fishers

**Research Assistant, Haskin Shellfish Research Laboratory**

2019, Bivalve Larvae Swimming Study
- ◦ Recorded video of oyster and scallop larvae swimming in a 3-dimensional environment
- ◦ Assisted in general maintenance of laboratory and other research projects

**Student Research, Rutgers University Department of Marine & Coastal Sciences**

2018, Marine Protected Area GIS Study
- ◦ Georeferenced MPA maps and regulatory zones in ArcGIS
- ◦ Determined the regulatory zones of data collected

2017, Mongolian Taimen Tagging Study
- ◦ Plotted paths of tagged taimen in R of multiyear dataset
- ◦ Determined home range size and seasonal migration of taimen

**Maryland Sea Grant REU Fellow, University of Maryland Chesapeake Biological Lab**

2017, Chesapeake Bay Anoxic Volume Forecasting
- ◦ Developed statistical model to predict anoxic volume of Chesapeake Bay
- ◦ Applied a residual bootstrap to improve forecasting performance
- ◦ Generated prediction of anoxic volume for 2017 NOAA press release

**Research Assistant, Rutgers University Asphalt Pavement Lab**

2016, Albedo and Solar Radiation Flux of Asphalt Pavement Study
- ◦ Set up data collection system of radiometers and thermocouples for asphalt and concrete slabs
- ◦ Determined heat flux and radiative solar flux for different pavement types

## TEACHING EXPERIENCE

**Teaching Assistant, University of Maine School of Marine Science**

2021, Marine Ecology, Semester-by-the-Sea
- ◦ Led students into field for sampling in the intertidal zone and aboard research vessel
- ◦ Maintained herbivory experiment over several weeks to collect data for students to analyze
- ◦ Assisted students processing field samples and analyzing data

2020, Marine Ecology, Online Semester-by-the-Sea
- ◦ Recorded videos in the field demonstrating sampling techniques or data collection
- ◦ Maintained classroom materials using Brightspace

**Head Sailing Instructor, Monmouth Boat Club, Red Bank, NJ**

2018, Summer Junior Sailing Program
- ◦ Developed new curriculum for the Optimist and 420 sailing courses
- ◦ Oversaw a team of six sailing instructors across beginner, intermediate, and advanced classes
- ◦ Assisted with beginner sailing course daily and coached intermediate sailors at regattas

## PUBLICATIONS

**Jarrett R**, Brady D, Steneck R, & Reardon K. (In prep). Multiple independent indicators for the American lobster stock.

**Jarrett R**, Wahle R, Brady D, & Steneck R. (2024). Shifts in habitat use and demography of American lobsters in coastal Maine over the past quarter century.

Stoll J, Albano H, Clements A, Coleman S, Flye M, Isherwood J, **Jarrett R**, Leeman C, Liberman K, Ober C, Orminski N, & Risley S. (2020). 2020 Canada-US Lobster Town Meeting: Lobsters without boarders: Forging our futures together. (pp. 1–17) [Proceedings Report]. Lobster Institute.

## PRESENTATIONS                                                    (mentees indicated with *)

**Jarrett R**, Brady D, & Steneck R. (2024). Habitat-specific monitoring documents dramatic changes in habitat use and ecology of a data-rich fisheries species, American lobster [Oral Presentation]. *Benthic Ecology Meeting*, Charleston, SC.

**Jarrett R**, Brady D, & Steneck R. (2024). Shifts in habitat, habitat use and demography of American lobster in coastal Maine over the past quarter century [Oral Presentation]. *ASMFC American Lobster Data Workshop*, Virtual.

**Jarrett R**, & Steneck R. (2023). Mapping and modeling habitat to determine drivers of dramatic shifts in American lobster demography in the Gulf of Maine. [Oral Presentation]. *Benthic Ecology Meeting*, Miami, Florida.

**Jarrett R**, & Steneck R. (2022). Difficulty Breathing: Assessing changes in behavior and measures of vitality of American lobster at reduced oxygen levels [Oral Presentation]. *46th Annual Meeting of the Atlantic International Chapter of the American Fisheries Society*, Sunday River, Maine.

Hamel O*, **Jarrett R**, & Steneck R. (2022). Do lobsters move randomly to escape low oxygen environments? [Poster]. *2022 SEA Fellows Summer Science Symposium*, Walpole, ME.

Leonard E*, **Jarrett R**, & Steneck R. (2022). Scaling up shifts in lobster habitat use in midcoast Maine [Poster]. *2022 SEA Fellows Summer Science Symposium*, Walpole, ME.

**Jarrett R**, & Steneck R. (2022). No Easy Answers: Dramatic shifts in American lobster habitat and demography in the Gulf of Maine. [Oral Presentation]. *Benthic Ecology Meeting*, Portsmouth, NH.

Burnham K*, **Jarrett R**, & Steneck R. (2021). Does the invasive alga Dasysiphonia japonica impact American lobster shelter selection and postlarval settlement: Experimental methods [Poster]. *2021 SEA Fellows Summer Science Symposium*, Walpole, ME.

Gould K*, **Jarrett R**, & Steneck R. (2021). Are marine ecosystem changes affecting lobster sheltering behavior in coastal Maine? [Poster]. *2021 SEA Fellows Summer Science Symposium*, Walpole, ME.

Harris L*, **Jarrett R**, & Steneck R. (2021). Counting lobsters with an underwater robot [Poster]. *2021 SEA Fellows Summer Science Symposium*, Walpole, ME.

**Jarrett R**, Lyubchich V, & Testa J. (2017). Predicting anoxic volumes of Chesapeake Bay: Utilizing bootstrapping to improve forecasts. [Poster]. *Coastal and Estuarine Research Federation Biennial Conference*, Providence, RI.

## MENTORSHIP

| | | | |
|---|---|---|---|
| Owen Hamel, *Intern* | 2022 | Katherine Gould, *Undergrad Intern* | 2021 |
| Emily Leonard, *Undergrad Intern* | 2022 | Lydia Harris, *Undergrad Intern* | 2021 |
| Ondine Morgan-Knapp, *HS Vol* | 2022 | Beth Davis, *Undergrad Intern* | 2019 |
| Katherine Miller- Burnham, *Intern* | 2021 | Grace McDermott, *Undergrad Intern* | 2019 |

## AWARDS, GRANTS, & HONORS

| | |
|---|---|
| 2024 | Dan Sandweiss Graduate Student Advocacy Award |
| 2024 | UMaine Graduate Student Government Research Grants ($6,732 USD) |
| 2022 | Atlantic International Chapter of the AFS Student Travel Award ($150 USD) |
| 2021 | Lobster Institute Graduate Fellowship ($15,627 USD) |
| 2017 | Maryland Sea Grant Research Experience for Undergraduates Fellowship |

## RELATED EXPERIENCE

| | |
|---|---|
| 2022-2024 | UMaine School of Marine Sciences Graduate Student Board Member |
| 2023 | American Lobster Research Roadmapping Workshop Participant |

| | |
|---|---|
| 2022-2023 | UMaine Graduate Student Government President |
| 2022-2023 | UMaine Graduate Board Member |
| 2022-2023 | UMaine University Research Council Member |
| 2022-2023 | AFS Hutton Junior Fisheries Program Reviewer |
| 2022-2023 | UMaine School of Marine Sciences Professional Development Club Co-chair |
| 2021-2023 | AFS Northeastern Division Newsletter Co-editor |
| 2021-2022 | UMaine Graduate Student Government Grants Officer |
| 2019-2020 | Maine Dept. of Marine Resources Lobster Research Collaborative Researcher |
| 2020 | ICES Stock Assessment Advice Drafting Group Member |

## RELEVANT COURSES

| | | |
|---|---|---|
| Fisheries Policy and Mgmt. | Principles of GIS | Biological Oceanography |
| Fisheries Pop. Dynamics | Spatial Analysis | Physical Oceanography |
| Marine Resource Mgmt. | Agent Based Modeling | Animal Phys. Ecology |
| Coral Reefs | Occupancy Modeling | Biophysical Interactions |

## MEDIA AND OUTREACH

Penelope Overton. (2024, October 18). Lobsters in the shallows are emerging from their caves. *Portland Press Herald*. https://www.pressherald.com/2024/10/18/lobsters-in-the-shallows-are-emerging-from-their-caves/

## SKILLS

◦ AAUS Scientific Diver, PADI Rescue Diver, DAN CPR/First Aid
◦ Strong seamanship, NJ Boating Safety Certificate, U.S. Sailing Level 1 Small Boat Instructor
◦ Proficiency in R Statistical Programming, NetLogo, QGIS, Microsoft Office, Adobe Illustrator
◦ Experience with Individual Based Models, Occupancy Models, Kriging, Machine Learning
◦ Experience in fish sampling methods using rod and reel, seining, and trawling

## PRIOR TESTIMONY

None