## ANNEX 4 – SHIPWRECK EXCAVATION CASE STUDIES



## 0.1 Introduction

This annex has been requested by the State of Maine Attorney General's Office to supplement the previous report *Mount Desert Island Shipwreck Investigation: Maritime Archaeological Assessment Related to JJM v. One Abandoned and Submerged Vessel, 1:24-cv-00072-NT* (report dated 11 November 2024). The purpose of this annex is to give a brief overview of the technical requirements needed to raise a historic shipwreck or abandoned vessel from its underwater environment to the surface, to give a better understanding of what would be required to raise UMDIS01 from its location on the seabed in ▮▮▮▮▮▮▮. To fully understand the technical and logistical requirements that could be necessary, 9 well-documented case studies have been selected, based on their relevance and similarity to UMDIS01.

Each case study will present a historic shipwreck, with a brief description of the remains of the vessel and the precise methodology that was used to remove the vessel from the seabed (or riverbed/lacustrine sediment). Images, where available, will be included to illustrate the methods used. Finally, a brief description of the similarities and differences between the case studies and UMDIS01 will be included.

As the qualified underwater archaeologist employed by the State of Maine OAG to complete this study, I was compensated $2,000 in total.

### 0.1.1  *Best practices in archaeological shipwreck excavation*

Jeremy Green's widely studied book, *Maritime Archaeology: A Technical Handbook,* outlines much of the basic methodology used in the field of maritime archaeology, including the excavation of shipwrecks and other underwater archaeological sites.[1] He defines excavation as the "process of uncovering a site by removing spoil or intrusive material, observing and identifying the archaeological material, and then recording and recovering it." Primary to this definition, which is common across terrestrial and underwater archaeological disciplines, is the removal of overburden. The site formation processes by which an archaeological site becomes buried differ across various wreck sites, due largely to the sinking process specific to the ship, its method and materials of construction, and the seabed (or river/lakebed, etc.) in which it sank. Despite the vast array of underwater shipwreck types and site locations, there are several tools of excavation which are commonly used across the world due to the physics of excavation underwater.

1. The airlift: most efficient in water deeper than 15 feet, the airlift is used to suction sediment off site by forcing air, under pressure, to the bottom of a tube. As the air rises up the tube, it expands, creating a suction at the lower end of the tube. The air is usually delivered by a low-pressure air compressor.

2. The water dredge: the water dredge consists of a long tube with a bend at one end forming an obtuse angle. High-pressure water (usually delivered from a gasoline powered pump) is injected into the bend and directed so the flow is axial with the long pipe. The flow of this

---

[1] **Green, Jeremy, 2004,** *Maritime Archaeology: A Technical Handbook, 2nd Edition,* Elsevier Academic Press, San Diego, CA.

water causes an induced suction at the working end, operated by a diver, which vacuums sediment and other objects off the site and deposits them at the other end of a tube.

3. Water jet: high-pressure water forced through a small nozzle into a jet which can be used by a diver to blast away sediments. More powerful jets require a back-thrust, much like a recoilless rifle, to prevent the diver from being propelled backwards while operating the tool.

4. Hand tools: hammers, picks, spades, trowels (both garden style and archaeological), even shovels and rakes can be used to remove some sediments, objects and marine concretions and coral encrustations.

5. Chainsaws: pneumatic or hydraulic underwater chainsaws are sometimes used by divers, especially to separate or cut wooden timbers which otherwise could not be lifted in whole. Hand saws may also be used for smaller or more delicate work.

6. Lifting: raising heavy metal artifacts and stones (as well as larger timbers) can be beyond the physical capability of a diver. These large and heavy objects can be lifted from the bottom by the use of cranes, capstans and winches from a surface vessel. Additionally, divers can lift these heavy objects by securing them to plastic bags which are then filled with air, providing a positive buoyancy to lift them off the seabed.

7. Explosives: rarely used, beyond exceptional circumstances as they are likely to damage sensitive archaeological remains. Individual cases have required the use of explosives to separate stubborn concretions formed by iron artifacts as they corrode underwater (see *Batavia* case study, Section 1.2.4).

## 0.2  Case studies

### 0.2.1  *Brown's Ferry Vessel*[2]

| Depth of wreck | 20-25 feet |
|---|---|
| Distance from shore | Within 100 yards |
| Vessel construction | Small wooden sailing vessel |
| Date built | Early 18th century |
| Date sunk | Between 1730 and 1740 |
| Cargo | Bricks |
| Bottom substrate | Silty muddy riverbed |

Background

The remains of an early 18th century vessel were discovered on the bottom of the Black River (South Carolina) in 1976 by the local dive community, prompting regional archaeologists to excavate the site. What followed was an in-depth study of the vessel's hull remains, culminating in the recovery and display of the remains of the Brown's Ferry Vessel for the general public. Called "the most important single nautical discovery in the United States to date" by notable ship construction scholar Richard Steffy in 1979, the Brown's Ferry Vessel is still considered to be a significant archaeological find more than thirty years later. The vessel's vernacular construction is unique, and while the vessel is no longer the oldest colonial built craft discovered in the United States, the Brown's Ferry vessel continues to offer insight into early ship construction and transport in the Southeast low country.

Fieldwork

In 1976, sport diver Hampton Shuping was conducting an introductory scuba course when he and his students came across the remains of a ship buried at the bottom of the Black River in South Carolina (Albright and Steffy 1979:122). Shuping reported the vessel to the Institute of Anthropology and Archaeology at the University of South Carolina. The vessel remains were determined to be older than fifty years, and as they were lying 'unclaimed' on the bottom of state waters, they fell under jurisdiction of the Institute, which was also given authority to conduct the site investigation (Albright and Steffy 1979:122). Shuping was granted a license for limited artifact recovery by the Institute granted he file a monthly report which included any artifact finds with location and description. The state, in turn, allowed up to 75% of the material culture recovered by Shuping to remain in his custody. Shuping however understood the importance of his find, and turned the majority of his collection over to the state (Albright and Steffy 1979:122). Shuping's involvement with the project also brought about an interest in the site's history amongst the local dive community. Many recreational divers actively dove the site, the large majority of whom left the vessel undisturbed (Albright and Steffy 1979). The select few who did decide to remove souvenirs, however, prompted the Institute to begin recording the vessel's remains in the summer of 1976.

---

[2] **Albright, Alan, & J. Richard Steffy, 1979,** The Brown's Ferry Vessel, South Carolina. *International Journal of Nautical Archaeology 8(2).* May 1:121-142.



**Figure 1: Plan drawing of the Brown's Ferry Vessel as it appeared on the riverbed prior to excavation. Note large quantity of brick visible on the left-hand side of the wreck.**

Over the course of seven weeks, Alan Albright, an underwater archaeologist with the Institute of Anthropology and Archaeology, directed field operations for the recording and recovery of the vessel in conjunction with several other government and non-government agencies (Albright and Steffy 1979:121). Partial funding for the project was secured from the Institute, however the remaining resources came from donated volunteer time and equipment (Albright and Steffy 1979:122). Due to the increased rate of deterioration from the dive community (as well as limited personnel and equipment usage), the project was aimed at salvaging the remaining vessel structure rather than in-situ study and preservation (Albright and Steffy 1979:122).

The remains of the vessel were located near the late historic Brown's Ferry crossing and were thus named the Brown's Ferry Vessel (Nylund 1989:1). The vessel remains were partially submerged, listing to the starboard side on the bottom of the Black River, in approximately 20-25 feet of water (Albright and Steffy 1979:123). While the upstream portion of the vessel (later determined to be the stern) rested on a rock projecting from the sloping river bed, the downstream end of the vessel lay buried under sediment, decomposing trees, bricks, a partial buggy, two automobiles, and other human detritus indicating the area was a popular dump site (Albright and Steffy 1979:123). The river itself maintained a constant flow at two knots, with the direction reversing daily due to tidal influx. The maximum visibility (occurring during ebb and flow cycles) was 18 inches (Albright and Steffy 1979:123).

The first work conducted involved clearing the site of overburden. The brick cargo and associated artifacts were recorded and removed prior to recording the vessel's hull. It was decided to raise the vessel by suspending it under a metal frame cradled by wide nylon straps. Airlifts and fire hoses were used to cut away the sediment on the shore side of the vessel to tunnel under the wreck. To reach the underside of the vessel, tunnels were dug out using air pumped through curved pipes. Once the nylon straps were fitted under the shipwreck, they were attached to a metal frame suspended from a crane on the surface, and the shipwreck was gently lifted off the riverbed.



*Figure 2: Site plan of the Brown's Ferry vessel after the overburden and cargo were removed.*

Conclusion

The Brown's Ferry vessel is similar to UMDIS01 in several ways. Both cases are wooden coastal cargo ships, built within the United States, although UMDIS01 is both larger and more modern. Both ships were carrying a bulk cargo of heavy building materials (granite pavers and bricks) and both were partially buried in relatively sheltered locations with good preservation potential. The overall length of the Brown's Ferry vessel measured just over 50 feet, which is similar in size to the observed portion of UMDIS01 (believed to be approximately 45% of that ship's total length).



*Figure 3: The fully excavated Brown's Ferry vessel suspended from a metal lift frame by nylon straps.*

Shipwreck Investigation: Maritime Archaeological Assessment –
Annex 4 – June 2025

## 0.2.2 *Vasa*[3]

| Depth of wreck | 105 feet |
|---|---|
| Distance from shore | 390 feet |
| Vessel construction | Large wooden sailing warship with three gun decks, 226 feet in total length, 38 feet beam, 1210 tonnes displacement |
| Date built | 1627 |
| Date sunk | 1628 |
| Cargo | Ammunition, weaponry, ballast, stores for crew |
| Bottom substrate | Soft mud in sheltered Stockholm Harbor |

Background

In 1628 the Swedish warship *Vasa* was launched on its maiden voyage from Stockholm harbor. The *Vasa* was a large ship with three gun decks and was fully loaded with cannon, crew, and provisions, and represented the pinnacle of Swedish naval development. Unfortunately, due to issues with the design of the ship, it proved unstable and quickly capsized and sank shortly after it set sail. *Vasa* remained on the seabed of Stockholm harbor, at a depth of 105 feet, for over 300 years, fully intact despite multiple attempts at salvage over the next several decades. Further attempts to salvage *Vasa* were abandoned until the 1950s when public interest in *Vasa* began to increase. In 1957 the Vasa Committee was formed to explore the possibility of raising the warship. With the support of commercial salvage company Neptun and Swedish navy divers, work began on raising the *Vasa* that same year. In 1961 the *Vasa* was fully raised from the seabed, intact, and taken to a temporary facility on shore for conservation.

Fieldwork

The first stage of the salvage operations involved tunneling under the keel of the *Vasa* through the thick mud of Stockholm harbor. Through these six tunnels, steel cables would be passed through and connected to a floating lift apparatus. Beginning in 1957, Swedish navy divers began the arduous process of tunneling under the shipwreck in pitch black water using high-powered water jets to blast through the thick mud. The mud they removed was then sucked away from the tunnel by an airlift (see Figure 4).

---

[3] **Franzen, Anders, 1962,** *The Warship Vasa: Deep Diving and Marine Archaeology in Stockholm,* 4 ed., Published by Norstedts/Bonniers in Co-operation with the Vasa Board.



*Figure 4: Illustration of a diver tunneling through the mud underneath Vasa. He is located next to the keel, holding the water jet and sitting on top of the airlift. Note the cross section shows how the ship had settled into the mud down to its original waterline.*

After the cables had been placed, two large salvage pontoons were floated over the site. Approximately 1,600 feet of 6-inch steel cable was passed through the tunnels and locked across the two pontoons. The pontoons were then filled with water until their decks lay just on the surface and the steel cables were winched tight and locked. Once the cables were secured, the salvagers began pumping the water out of the pontoons, causing them to slowly rise and lift the *Vasa* out of its hole in the mud. Divers reported that the *Vasa* was still intact after the initial lift and sitting well in its cradle of steel cables. The pontoons were then towed closer to the shore. Each time the *Vasa* came to rest in shallow water, the process was repeated until *Vasa* sat in 50 feet of water near the shore (see images in Figure 5).





*Figure 5: Images showing the process by which Vasa was moved across the harbor. Left: Illustration of how Vasa was suspended from the lifting pontoons. Above right: a to-scale illustration of the depth and distance Vasa was moved. Below Right: Aerial photograph of the lifting pontoons (fully pumped out) being towed across the harbor.*

Once the *Vasa* was brought to a shallower depth, plans needed to be made for the final, most difficult, lift to fully remove the ship from the water and into a waiting drydock. While numerous ideas were floated, including filling the *Vasa* with ping-pong balls or freezing it in a solid block of ice, it was eventually decided to perform a conventional lift with the pontoons, but moving the huge hydraulic jacks to the center of the lifting pontoons and adding additional rubber buoyancy pontoons under the keel of the *Vasa*. Once the top of the ship broke the surface of the water, the *Vasa's* hull was sealed as watertight as possible and the water inside was pumped out and the 330-year-old warship was floated into a drydock (see Figure 6 and Figure 7).



**Figure 6: One of the very few underwater photographs taken of the Vasa, due to the typically poor water visibility, showing a Swedish navy diver sealing shut a gunport on the side of the Vasa prior to pumping out the water.**



**Figure 7: The almost fully intact 17th century warship in drydock. Note the sealed hatches and gunports.**

Conclusion

The case of raising the *Vasa* is exceptional within the field of underwater archaeology and marine salvage in general. Due to the incredible state of preservation and the minimal damage *Vasa* occurred during its sinking and subsequent centuries on the seafloor, the ship's structural integrity remained largely intact. This allowed the vessel to be lifted as a single object. This meant that a relatively minimal amount of excavation was required to lift the massive vessel. Nevertheless, it would have been impossible to access the lower portions of the *Vasa* without divers operating water jets and airlifts to tunnel under the ship's keel. The resting position of the *Vasa* prior to lifting is a good illustration of the principle that a ship that sinks, upright, into a relatively soft seabed will tend to sink into the sediment up to the original waterline of the vessel. This may be the case of UMDIS01 which, like *Vasa,* sits in a relatively upright position on the seabed.

### 0.2.3  *Mary Rose*[4]

| Depth of wreck | 35 feet |
|---|---|
| Distance from shore | 1.7 miles |
| Vessel construction | Carrack in service of the Tudor navy of King Henry VIII. Wooden sailing warship of 700 tons, 39 feet beam and a keel length of 105 feet. |
| Date built | 1511 |
| Date sunk | 1545 |
| Cargo | Ammunition, weaponry, ballast, stores for crew |
| Bottom substrate | Soft silt and sediment, up to 15 feet of sediment in some portions of the wreck |

Background

The *Mary Rose* is perhaps England's most famous shipwreck and underwater excavation. The ship was built in 1511 for the English Tudor navy of King Henry VIII. It had a remarkably long career with the navy, serving for 34 years during several wars with France, Scotland, and Brittany before it saw its last action against French galleys on 19 July 1545. On this date, *Mary Rose* led the attack on a French invasion fleet, but, like *Vasa,* was blown off balance by a sudden gale and sank quickly as seawater flooded into the open gun ports. Contemporary efforts to salvage the *Mary Rose* were undertaken by a Venetian salvage team but were unsuccessful in raising the vessel. It was found again in 1830s and various items including cannon and a section of the mast were retrieved. The wreck remained unlocated until the efforts of the avocational British Sub-Aqua Club began looking for the *Mary Rose* in 1965, eventually finding the wreck site in 1971.

Fieldwork

After being finally located in 1971, an initial series of excavations was undertaken to identify the extent of the shipwreck and to see how much of it had survived. Trenches dug in 1975, 1976 and 1978 showed that a significant amount of the stern of *Mary Rose* survived *in situ.* It was determined that based on the archaeological and historical importance of the ship and analysis of the logistics that a complete excavation would be undertaken, and the remaining hull recovered and put on display in a new museum. The Mary Rose Trust was formed in 1979 with Prince Charles as president and preparations began for the total excavation.

Between 1979-1982 a series of underwater excavations were undertaken by hundreds of volunteer divers and field staff based on an offshore vessel. Divers used hands, trowels, paintbrushes and airlifts to remove sediment from inside the vessel's hull and recover thousands of delicate artifacts (see Figure 8). Once it was determined that the interior had been fully cleared of loose artifacts and timbers, plans were made to fully raise the remaining intact hull.

---

[4] **Rule, Margaret, 1983,** *The Mary Rose: The Excavation and Raising of Henry VIII's Flagship* (2nd ed.), Conway Maritime Press, London.



**Figure 8: A diver operating an airlift removes sediment from inside the hull of the Mary Rose.**



**Figure 9: the surviving hull of the Mary Rose being lifted off the seabed in its purpose-built cradle.**

Eventually it was decided that a purpose-built steel lifting frame would be used, with the wooden hull attached to the frame with steel wires passing through the hull at carefully selected points spread evenly across the hull. The tubular steel lifting frame was placed into position over the wreck, supported on four legs by pre-dug holes in the seabed, and was attached to the hull by the method described. Once the hull was securely attached, hydraulic jacks on each of the legs raised the frame and hull several centimeters off the seabed, breaking any suction that could have interfered with the final lift. Once free of the seabed, the hull was lowered into a specially built steel cradle placed on the seabed nearby, and the cradle and hull was finally lifted out of the water by a crane barge (see Figure 9).

Conclusion

Much like the *Vasa, Mary Rose* represented the remains of a preeminent warship of its time. Like UMDIS01, it is a wooden vessel and embedded in a seabed at a similar depth (35 feet) and sediment consistency, that is, buried in up to 15 feet of soft silt and muddy sediments. The necessity of divers using tools of excavation is best demonstrated by the complicated procedure of accessing the underside of the vessel's hull. This is a requirement for lifting a wooden vessel in its entirety, rather than taking the vessel apart piece by piece.

### 0.2.4  *Batavia*[5]

| Depth of wreck | Max depth of 20 feet |
|---|---|
| Distance from shore | Less than 0.5 miles from a shallow reef |
| Vessel construction | Wood Dutch East India Company 'East Indiaman' sailing merchant vessel. 600 tons, 149 feet length, 33.4 feet beam. |
| Date built | 1628 |
| Date sunk | 1629 |
| Cargo | Cannons, armaments, building stone, stores, pottery containers, navigation items, large number of passengers along with crew. |
| Bottom substrate | Hard coral and rocky reef seabed with sandy sediments on top, up to 6 feet in depth. |

Background

In the early hours of the morning on 4 June 1629, the Dutch East India Company (VOC) ship *Batavia* foundered on a reef off the Houtman Abrolhos, a group of islands about 65 km off the coast of Western Australia. The vessel was quickly abandoned, while the survivors endured nearly 100 days shipwrecked on the remote Wallabi islands before they were finally rescued. The wreck of *Batavia* was eventually rediscovered in 1963, located on Morning Reef in the Wallabi Islands. The discovery of *Batavia* became an important catalyst for the legal protection of historic shipwrecks in Australian waters, culminating with the *Maritime Archaeology Act* (1973), to prevent the wholesale looting of artifacts from the wreck.



*Figure 10: Site plan of the* Batavia *wreck site as it appeared in 1971. Note the stern of the vessel, which was recovered in its entirety, is at the left-hand side of the plan, the dark rectangles to the northeast of the ship's stern are large stone blocks.*

---

[5] **Green, Jeremy, 1989,** *The loss of the Verenigde Oostindische Compagnie retourschip BATAVIA, Western Australia 1629: An excavation report and catalogue of artefacts,* BAR International Series 489, Oxford, UK.

Fieldwork

The Western Australian Maritime Museum (WAMM – now the Western Australian Museum) began a series of surveys and excavations starting in 1972. The excavation of such a historically important shipwreck site, combined with its remote location, required a substantial amount of infrastructure and equipment to excavate. A large-capacity, road-drill compressor was used to operate air-lifts (see Figure 11). and air-powered tools. The initial location for excavation was the area containing the large building blocks, as it was assumed that the best conditions for the preservation of the ship's hull would be in this area. Once the large stone blocks were removed from the site and lifted to the surface a test trench was excavated in the area but no further evidence of the ship's hull was found.



*Figure 11: Diver operates an airlift to excavate sediment from the* Batavia *wreck site to expose vessel features. Note partially buried hull timbers on the right side of the photo.*

The primary objective of the second excavation season was to clear the concretion overlying some of the ship's timbers. Ferrous metals (iron and iron-based alloys such as steel) usually corrode to form concretions, which are conglomerates of corrosion products and debris from the burial environment.[6] On marine sites, concretions are characteristically hard and dense like cement and can contain well preserved artifacts inside.[7] On *Batavia,* a large group of cannon balls became impossible for divers to remove by hand, using hammer and picks, and required the use of small explosive charges to break up. Following each charge, the loose cannon balls were excavated and

---

[6] **Robinson, Wendy, 1998,** *First Aid for Underwater Finds,* Nautical Archaeology Society & Archetype Publications, p.55.
[7] Op. Cit., **Robinson, 1998,** p.56.

the broken concretion spoil was airlifted off the site. Many delicate iron artifacts were recovered from this concretion, including bar-shot and iron spoons. Once the timbers were uncovered, a pneumatic chainsaw was used to cut apart the timbers to be individually lifted to the surface.

Conclusion

*Batavia* is one of the most famous examples of a total shipwreck excavation in the field of maritime archaeology and one of the largest underwater excavations ever undertaken in Australia. While *Batavia* is much older and larger than UMDIS01, there are similarities between the two wrecks. In both cases they are wooden sailing vessels, and both ships were carrying large and heavy cargo when they were sunk.

### 0.2.5  James Matthews[8]

| Depth of wreck | Max depth 10 feet |
|---|---|
| Distance from shore | ~300 feet |
| Vessel construction | Wooden merchant sailing vessel, 'snow brig', 107 tons, 80.2 feet in length, 21 feet in beam |
| Date built | Unknown, pre-1837 (when it was seized as a slave ship by the Royal Navy off the coast of Dominica) |
| Date sunk | 1841 |
| Cargo | 7,000 slates, farming implements, general cargo. Crew of 3 and 15 passengers. |
| Bottom substrate | Sandy bottom, wreck mostly buried under 1-5 feet of sand. |

Background

In 1973 the wreck of the *James Matthews* was discovered in Cockburn Sound off the coast of Perth in Western Australian by a group of vocational shipwreck hunters. The wreck was buried in sand 100 meters from shore at a very shallow depth of 2-3 meters. At the time of discovery, very little of the wreck was visible above the sediment apart from a mound of slates which was the vessel's primary cargo. *James Matthews* was a 107 ton snow brig, a wooden merchant vessel that had previously been used as a slave transport in the trans-Atlantic slave trade. It was sunk during a voyage to Fremantle, Western Australia shortly before its arrival at port in 1841.

Fieldwork

Beginning in 1973-1974, a series of excavations were undertaken to understand the extent and condition of the site. Initially the slate mound was raised to allow access to the vessel underneath. Over the course of 12 days of on-site field work, 4,000 slates were raised by divers. The main excavation began the next year during the summer (1974-1975).

The aim of the 1974-1975 excavation was to expose the hull for recording and to raise the cargo items and ship's equipment exposed during the process. All work was conducted off a 7 meter work boat, with diving carried out using surface supplied air, and a 5hp water pump used for dredging (see Figure 12). Eventually a second water pump was added to increase the speed of dredging. These small pumps were able to excavate a large quantity of sediment, however, additional equipment was required to remove the excavated sediment as any spoil left near the site would drift back onto the site overnight.

Despite the difficulties encountered with shifting sediments, a section of the hull was able to be exposed over 28 days of excavation. The portion of the hull exposed included the keelson and adjacent inner planking, up to the bulwarks of the port side about midships including the scuppers and chain plates.

---

[8] **Henderson, Graeme, 1976,** *James Matthews Excavation Summer 1975/76: Preliminary Report for Maritime Archaeology Advisory Committee,* Report for Department of Maritime Archaeology, Western Australian Museum.



*Figure 12: Diver excavating sediment with an airlift. The concrete block holds the airlift on the seabed.*



*Figure 13: Underwater archaeologist using a water dredge to uncover buried artifacts (in this case clay pipes).*

Conclusion

Both the *James Matthews* and UMDIS01 are wooden sailing vessels built during the 19th century. As with UMDIS01 and the Brown's Ferry vessel, *James Matthews* was a merchant ship carrying a load of heavy bulk cargo (slates). This cargo covered the wreck and had to be removed before excavation of sediment could begin in order to uncover the hull. A full excavation of UMDIS01 would likely require the same process of removing the cargo before the bottom of the ship could be accessed. As can be seen, even with multiple water dredges the site conditions only allowed for a small portion of the *James Matthews* to be uncovered by a team of divers over 28 days of field work.

### 0.2.6  *Saint Nicholas Bay Shipwreck*[9]

| Depth of wreck | Max depth 15 feet |
|---|---|
| Distance from shore | ~300 feet |
| Vessel construction | Likely an Italian built merchant vessel, possibly a barquentine. Wooden hulled sailing vessel. Estimated around 400-500 tons, 130 feet in length and up to 30 feet in beam |
| Date built | Ca. 1860s |
| Date sunk | 1860s-1870s |
| Cargo | Large amount of bricks |
| Bottom substrate | Thin layer of sand covering portions of the wreck and *zostra* sea grass. |

Background

The Saint Nicholas Bay Shipwreck (SNBS) lies in 4 meters of water (less than 15 feet) 100 meters (roughly 300 feet) from the shore of Chernomorets, Bulgaria in the Black Sea. The shipwreck was discovered in 2014 during remote sensing surveys conducted by the Centre for Underwater Archaeology (part of the Bulgarian Ministry of Culture). Because proposed development works were likely to negatively impact the site, it was deemed necessary for further investigation to determine the identity and provenance of SNBS. To accomplish this, underwater rescue excavations were undertaken in 2015.

Fieldwork

The hull of SNBS presented the most sizeable archaeological find, with approximately 15-20% of the total vessel preserved on the site. In addition to the ship's hull, individual remains of rigging, fittings, and deck furniture were identified along with some small artifacts. The primary non-hull feature on site however was the vessel's cargo, consisting of over 3000 bricks still neatly stacked in rows (see Figure 14). In addition to cargo other artifacts were recovered, including a wooden block with portions of natural fiber rope still attached.

At the time of its discovery, it was estimated that 70% of the preserved structure was exposed on the seabed, with other portions covered by sand and *zostera* sea grass. To excavate the buried portions of the wreck, two dredges were operated by divers. The dredges were powered by a high pressure water pump mounted on a 7 meter work vessel anchored over the site (see Figure 15). Although the majority of the hull of SNBS was not raised from the seabed, certain diagnostic timbers and artifacts were recovered to aid in identifying the historic context of the vessel. Eventually dendrochronological testing (dating timbers by comparing tree rings to historic examples) placed the construction of SNBS to the 1860s, roughly contemporary to the likely date of UMDIS01's construction.

---

[9] **Garbov, Dragomir, 2021,** *The Saint Nicholas Bay Shipwreck, Chernomorets, Bulgaria: Rescue Excavations of a 19th-Century Sailing Merchantman,* International Journal of Nautical Archaeology, DOI: 10.1080/10572414.2021.1943404.

MDI Shipwreck Investigation: Maritime Archaeological Assessment
Annexe Report June 2025



**Figure 14: The brick cargo of SNBS lying directly on top of the ship's timber hull.**

Conclusion

The size and construction of the SNBS shares many similarities with UMDIS01. Both are wooden sailing merchant vessels built during the mid-19th century and both were carrying heavy bulk cargo when sunk (similar to Brown's Ferry, *Batavia,* and *James Matthews*). SNBS is different however, due the majority of the surviving vessel structure being visible above the sediment on the seabed. In fact, the report detailing the excavation of SNBS states that only a "thin layer of sand" was covering much of the buried timbers. Despite this small amount of overburden, it was still necessary to employ multiple water dredges to access those parts of the ship that were buried, as this could not be accomplished by hand. It is estimated that UMDIS01 is covered by significantly more sediment at a much deeper depth than SNBS.



**Figure 15: Plan and profile view of SNBS showing exposed timbers and the equipment set up for the excavation.**

## 0.2.7   *Red Bay (24M)*[10]

| | |
|---|---|
| Depth of wreck | 25-40 feet |
| Distance from shore | 100 feet |
| Vessel construction | Wooden Basque whaling ship, sail powered. 72 feet in length, ~25 feet in beam. |
| Date built | 16th century |
| Date sunk | 1565 |
| Cargo | Whale oil casks, stowage materials, and limestone ballast. |
| Bottom substrate | Sand and silt with organic deposits and small cobbles, covering the wreck up to 3 feet in depth. |

Background

In September 1978 a Parks Canada team discovered the wreck of a 16th-century Basque whaling ship in the harbor of Red Bay, Labrador. It was discovered mostly buried, in an excellent state of preservation in water 25-40 feet deep only 100 feet from the shore of Saddle Island. The shipwreck is believed to be the remains of the *San Juan,* sunk in 1565, making it the oldest European wreck discovered in America, north of Florida. Over the course of 7 years from 1978 to 1985 the wreck was surveyed, recorded, and fully excavated, including the dismantling and raising to the surface of 3,000 timbers which were meticulously recorded before being reburied on site for preservation.

Field work

Initial diver surveys found the wreck site by identifying a few ship frames poking up through the silt on the seabed. Eventually it was found that the structure of the wreck, and its contents, were covered by a thin layer of fine silt, ranging in thickness from a few centimeters to over 20 cm (see Figure 16). It was noted that this silt could be removed using gentle hand fanning techniques to clear sediments over small areas of the buried timbers. Soon after its discovery, test excavations were undertaken by divers using water dredges to excavate small trenches. These initial test trenches allowed archaeologists to determine that the vessel was an exceptionally old European ship and further excavations should be undertaken.

Yearly seasonal excavations were conducted between 1979-1985 involving 11-22 divers each season conducting almost 7,000 dives altogether, adding up to over 14,000 hours of bottom time. Approximately 6,262 hours were spent excavating the shipwreck, with an additional 1,100 hours spent disassembling the ship's timbers and handling them between the seabed and the surface.

---

[10] **Grenier, Robert, et. al., (ed.), 2007,** *The Underwater Archeology of Red Bay: Basque Shipbuilding and Whaling in the 16th Century, Vol. 1, Archaeology Underwater: The Project,* Parks Canada.



**Figure 16: The initial appearance of the wreck site prior to excavations. Note timbers protruding from seabed.**

All excavations were conducted with support from a work barge anchored on site. The equipment mounted on the barge included a 13-ton hydraulic deck crane with a 20-m extension; two 50 kwh diesel-electric generators for electrical power; a 625 cfm low pressure compressor to power the airlifts and on-site recompression chamber; a high pressure compressor and air banks for the divers' breathing air; a recompression chamber; and two hot water diving systems. Airlifts were used for both the removal of overburden (sediment) and for reburial of the timbers after they were recorded on the surface.




**Figure 17: Left: raising the 15-meter-long keel onto deck barge. Right: Diver using an airlift to clear sediment off the wreck site.**

Further equipment was required to physically separate timbers from planking and frames. This included the use of hydraulic jacks which were used to lift frames to enable the divers to saw through treenails fastening the timbers onto the outer planks. In addition to the relatively intact ship's hull, numerous timbers were found buried below and outside of the intact hull structure (see Figure 18).



**Key:**
1) light brown sand;
2) dark grey sand;
3) dark brown organic stratum;
4) dark brown organic stratum containing some peat and barnacle shell;
5) barnacle shell;
6) black/brown organic layer;
7) dark brown organic stratum with a higher concentration of barnacle shell;
8) peat;
9) light grey silty sand;
10) boulders and smaller rocks in a matrix of finely crushed shell;
11) charcoal and ash.

*Figure 18: Stratigraphic profile through the midship area. Note the presence of timbers and artifacts underneath the 'intact' portion of the hull.*

Conclusion

Although the Red Bay wreck is significantly older and larger than UMDIS01, it still represents a wooden sailing vessel with cargo, in this case ceramic vessels for transporting whale oil. Although the Red Bay wreck was only covered by a thin layer of silt and sediment, the use of excavation tools was required to access timbers and artifacts that lay buried underneath the vessel's intact hull. Additionally, it is worth noting that numerous timbers and artifacts were buried outside or underneath the intact hull portions and were not visible without further excavation by use of airlift.

### 0.2.8   *Hunley[11]*

| Depth of wreck | 27 feet |
|---|---|
| Distance from shore | 4.6 miles |
| Vessel construction | Iron hulled submarine, 7 tons, 39.5 feet in length, 3.83 feet in beam. Propelled by a hand cranked propeller |
| Date built | 1863 |
| Date sunk | 1864 |
| Cargo | Crew only |
| Bottom substrate | Silty sediments, covering the wreck to a depth of several feet. |

Background

On 3 May 1995, a team of maritime investigators discovered the wreck of a Civil War-era submarine 4 nautical miles off the coast of Charleston, South Carolina at a depth of 27 feet. The Confederate submarine *HL Hunley* had been missing since the night of 17 February 1864 shortly after it exploded a torpedo underneath the USS *Housatonic,* marking the first time a submarine sunk an enemy ship in combat. While the location of such a historic wreck was cause for celebration, it was quickly recognized that without quick action the *Hunley* could be subject to depredation by souvenir hunters or careless recreational divers. It was decided to raise the entire vessel, intact, from the seafloor to allow proper conservation and eventual display in a museum.



*Figure 19: Site plan from several angles showing the appearance of the wreck prior to excavation.*

[11] **Neyland, Robert & Brown, Heather (ed.), 2016,** *H. L. Hunley Recovery Operations,* Naval History and Heritage Command, Washington, DC.

Fieldwork

Field operations took place between 5 May and 9 August 2000, culminating with the raising of *Hunley* on 8 August. Prior to raising the *Hunley,* excavations were undertaken with an area approximately 90 x 40 x 5 feet excavated (approximately 18,000 cubic feet in volume). The excavation strategy began by removing overburden, followed by full excavation of the bow and stern. Following this, the whole site was excavated down to the level of the keel before final excavations under the vessel were completed for the placement of the lifting truss. The lifting truss would allow the entire vessel to be lifted intact and would cradle the *Hunley* as it was raised to avoid any breakage or damage to the hull.

The dive team was divided into two groups: one set of scientific divers and one set of commercial divers. Both groups worked simultaneously on site using surface supplied breathing air. Diving operations were conducted from a jack up barge loaded with all excavation equipment, including trailers, compressors, pumps and a crane. The actual removal of sediment was accomplished using two custom built 4 inch dredge systems capable of producing a flow of 1,000 gallons per minute at a pressure of 200 psi. This water was directed through two venturi devices called inductors, which use high pressure water to create tremendous suction, effectively a powerful underwater vacuum. Primary excavation took place beginning 13 May, with two teams of divers working 12 hour days to uncover the bulk of the sediment. On 24 May, the teams were surprised by the discovery of the submarine's torpedo spar while excavating near the bow of *Hunley.* This spar was a long metal beam, attached to the bow of the *Hunley,* that would have been armed with a torpedo at the tip. The spar itself was lifted separately 13 June after being detached from the rest of the *Hunley* (see Figure 20)*.*



**Figure 20: HL Hunley torpedo spar being lifted from the seabed after being detached from the submarine.**

Issues with the original working platform led to a month long stand down while a replacement work barge could be sourced. Diving operations resumed 24 July and were expanded to 24-hour diving

to make up for lost time. Large suction piles were placed at the bow and stern of the *Hunley* to support the lifting truss. Final excavations were then undertaken by archaeologists underneath the *Hunley* to prepare for the placement of 32 slings to support the submarine as it was lifted off the seabed. On 8 August at 8:39 *Hunley* emerged from the sea and was secured on the deck of a waiting barge for transport to a conservation facility in Charleston (see Figure 21).

Conclusion

Beyond the general year of construction, there are limited similarities between the *Hunley* and UMDIS01. The *Hunley* of course being a submarine, and built for naval warfare, was constructed to extremely different specifications than a wooden sailing schooner. Its hull, made entirely of iron, allowed for the vessel to be lifted in one single intact piece, a process that has only occasionally been used to lift wooden vessels (see Browns Ferry Vessel, *Vasa,* and *Mary Rose*). Despite that, recovery of the *Hunley* is useful to demonstrate that even a relatively intact vessel, buried on the seabed for almost 150 years, requires a significant amount of excavation to remove. 18,000 cubic feet of sediment is the equivalent of approximately six semi-truck trailers, an amount which would have been impossible for divers to remove without using high pressure water dredges. Finally, the discovery of the spar, used for mounting the *Hunley's* torpedo, was discovered by accident. This shows how even significantly large portions of a vessel can remain embedded and hidden without full-scale excavation.



*Figure 21: HL Hunley being raised above the surface for the first time since it was launched in 1864. Note the numerous slings cradling the submarine.*

## 0.2.9   *Windsor Boat (UHRW02)*[12]

| Depth of wreck | Max depth 10 feet |
|---|---|
| Distance from shore | 10-100 feet from north bank of river |
| Vessel construction | Small wooden sailing vessel, 21 feet in length, 8 feet in beam |
| Date built | Unknown, early 1800s |
| Date sunk | Ca.1800-1850 |
| Cargo | none |
| Bottom substrate | Buried in sand and silt to a depth of 1.5-7 feet in depth below riverbed |

Background

From 2018 to 2020, the New South Wales Roads and Maritime Service (RMS) implemented the Windsor Bridge Replacement Project, which involved the replacement of the existing Windsor Bridge over the Hawkesbury River at Windsor, NSW (Australia) with a new bridge. As part of the permitting process, archaeological monitoring of the bridge works was required. In January 2019, during the installation of scour protection on the north bank of the river, the remains of multiple 19th century timber-hulled vessels were discovered. One of these in particular, UHRW02, comprised the remains of a small wooden sailing vessel that would have been in use as a coastal and riverine trading vessel during the early 1800s. Due to the imminent negative impacts from the bridge development, it was decided to raise the vessel entirely and preserve it for eventual conservation and museum display.

Fieldwork

Excavation of UHRW02 took place from 15 to 22 February 2019 using a commercial diving team under the direction of a qualified maritime archaeologist. The diving was done from a dive boat using surface supplied air to the divers with hardwired communications between the diver and the surface. On 15 February, an excavator removed part of a temporary rock pad that had been installed as part of the bridge works, as the rock pad was encroaching on the location of UHRW02 and would hinder excavation. On 18 February, divers removed a number of rocks that were covering the keel of UHRW02. Several rocks were too large for the divers to move by hand and required the assistance of the excavator to lift. Following removal of the rocks, water induction dredges were used by the divers to clear remaining riverbed sediments and free the keel of UHRW02. Once entirely exposed, UHRW02 was removed from the water and recorded on land before being placed in a water filled tank for further preservation.

---

[12] **Cosmos Archaeology, 2021,** *Windsor Bridge Replacement Project: Report on the early 19th century timber vessels and other finds on the north bank of the Hawkesbury River,* report prepared for Roads and Maritime Services / Transport NSW.



*Figure 22: Keel, frames, keelson, and mast step assembly retrieved from the river for recording.*

It was estimated that approximately 40% of the original hull of the vessel was recovered, however, the wreck was highly fragmented and scattered in numerous pieces across the riverbed. The largest portion of the wreck consisted of the vessel's keel, keelson, mast step, and several frames (see Figure 22). In addition to the keel assembly, a further 53 timbers from UHRW02 were found scattered in the same vicinity of the riverbed. All frames were at least partially buried in the soft riverine sediments and were removed with the use of the water induction dredge.

Conclusion

Despite the fragmentary nature of UHRW02, it shares several similarities with UMDIS01. Both vessels represent 19th century coastal trading vessels, although UHRW02 is much smaller and several decades older. It is worth noting that even with small vessels such as UHRW02, the size and dimensions of individual timbers can still be quite large and require the use of surface powered tools to excavate entirely. The keel from UHRW02 measured 17.5 feet in length, 7.5 inches in depth and 3.5 inches width, a substantial timber that would be difficult if not impossible to remove by hand when embedded in soft river mud. UHRW02 is also useful for demonstrating the ability of archaeologists and maritime historians to interpret even fragmentary archaeological finds, in the case of this shipwreck, a full 3D model was able to be created based on archaeological recording of the timbers and historical comparisons (see Figure 23).



*Figure 23: Digital 3D rendering of UHRW02 based on archaeological and historical analysis.*

## 0.3  Conclusion

The above case studies represent only a small sample of the numerous shipwrecks that have been excavated since the advent of underwater archaeology in the mid-20th century. They range in age from the *Mary Rose* (built 1511, sunk 1545) to the *H. L. Hunley* (built and sunk 1864). The selected shipwrecks differ in size and shape, the materials used to construct them, their cargo, and the degree to which they remained intact. While each individual shipwreck has to be treated as a specific case when it comes to devising an excavation methodology, there are several factors that are consistent across all nine case studies:

1. Excavation was deemed necessary in order to access at least some portions of the ships and their associated artifacts;

2. At least some material and hull structure was raised to the surface as a part of the excavation process;

3. In each case, excavation required the use of tools beyond a diver and their hands.

From the small fragments of the Windsor boat, UHRW02, to the massive and intact bulk of the Swedish warship *Vasa,* water dredges, airlifts, cranes and other tools were a strict necessity to excavate these shipwrecks. The idea of digging up even the (relatively) small and fragmentary timbers of UHRW02 by hand alone would be unrealistic. Consider the size of the keel of UHRW02, over 17 feet in length and partially buried under heavy rocks and embedded in sticky river mud. This represents the smallest vessel from these case studies and perhaps the easiest to access due to its shallow depth and close proximity to the shore. Removal of the keel still required the use of an excavator to dislodge large rocks and a water dredge to free the timber from the sediment.

The scale of work required to fully excavate a shipwreck increases exponentially as the size of the vessel increases. It is believed that UMDIS01 may represent over 40% of the original vessel's structure, including a keel that is at least 45 feet in length and probably close to 12 inches in width and depth. That large timber is buried under several feet of sediment, attached to the underside of numerous frame timbers and planks, and above that several thousand granite blocks.

Based on my firsthand knowledge of the UMDIS01 shipwreck and taking into consideration the analysis of the above listed case studies, it is my conclusion that it would be next to impossible to fully excavate the remains of UMDIS01, and all its associated hull elements and artifacts, by hand without extensive use of the "tools of excavation" such as water dredges, water jets, hand tools, underwater chainsaws and some lifting apparatus such as crane.

## 0.4  Diving and salvage in 19th century New England

The use of divers to salvage shipwrecks has a long recorded history. One of the first recorded instances was a commission by the Persian king Xerxes to a diver named Skyllias in 480 BC to recover valuables from sunken vessels of the Persian fleet.[13] The Romans even had a sort of corporation, or guild, of divers called *urinatori,* and established laws regulating the rights of property owners and salvors. All of these divers operated by breath holding, or *apne,* techniques and were limited in the amount of bottom time and depth that could be reached.

This continued to be the primary method of shipwreck salvage well into the modern era. One notable example from early New England was William Phips. Phips was born near Woolwich, Maine in 1650 and would go on to be the first royally appointed governor of the Province of Massachusetts Bay as well as the first native New Englander to be knighted. Phips earned his

---

[13] **Maarleveld, Thijs, 2008,** *History of Diving,* Article published on ResearchGate, available at https://www.researchgate.net/publication/257141278_History_of_diving, accessed 26 June 2025.

knighthood by locating and salvaging silver bullion from Spanish shipwrecks in the Caribbean in 1687. Phips forced enslaved people to free dive (*apne*) down to the wrecks to recover the bullion, eventually recovering over 34 tons of treasure.[14]

The earliest instances of surface supplied air to divers date to the 18th century. Modern hard hat diving dates to the mid-19[th] century, especially to the development of equipment by Augustus Siebe in 1837, which allowed the widespread adoption of commercial diving across Europe. In 1839, Major-General Charles Pasley, at the time a colonel in the Royal Engineers, organized hard hat divers to salvage cannons and equipment from the wreck of the *Royal George,* a royal navy ship that had sunk in 1782.[15]

By the late 19th century commercial diving utilizing hard hat divers, with air supplied from the surface by pumps, was common across the world. One notable example is the pearl diving industry of northern Australia which utilized fleets of small wooden sailing ships, called pearl luggers, to gather valuable pearl shell from the seafloor. The shell was recovered by hand by divers, often Japanese immigrants, who wore standard diving suits and had their air supplied by hand driven pumps from a crew on the surface.[16]

In New England, one of the earliest commercial diving companies was Fletcher & Morse Co., founded in Boston in 1837. Initially producing brass goods for the marine industry, they eventually shifted to producing diving equipment, including air compressors, during the Civil War. Morse became one of the largest producers of diving helmets in the United States, including producing helmets and other equipment for the US Navy.[17]

The example of Morse illustrates that the commercial diving industry, and underwater salvage, was well formed and established by the time *Delhi* sunk in 1893. If it had been economically viable, it is entirely possible that the cargo and possibly the entirety of the *Delhi* could have been recovered from ██████████.

---

[14] Op. Cit., **Maarleveld, 2008.**
[15] Op. Cit., **Maarleveld, 2008.**
[16] **Bailey, John, 2004**, *The White Divers of Broome: The true story of a fatal experiment,* Pan MacMillan, Sydney.
[17] Diving Heritage, *Morse Diving Inc.,* available at https://www.divingheritage.com/morsedealer.htm, accessed 26 June 2025.