# The Ellsworth American.

VOLUME 39. ELLSWORTH, MAINE, THURSDAY, APRIL 20, 1893. [ENTERED AS SECOND CLASS MAIL MATTER AT ELLSWORTH POST OFFICE.] NUMBER 16.

The Ellsworth American.

A WEEKLY LOCAL AND POLITICAL JOURNAL PUBLISHED EVERY THURSDAY BY THE Hancock County Publishing Company

J. C. Chilcott, Editor.

The Favorite Newspaper in Hancock County.

The AMERICAN is confidently recommended as the best and cheapest, as it is the oldest and largest newspaper published in Hancock county. Its constantly increasing subscription list proves that the course which it has maintained for so many years, has made it the popular regard rests upon the basis of actual merit.

TERMS OF SUBSCRIPTION.

If paid strictly in advance, $1.50; for whatever length of time are in arrears at the rate of $2.00 per year.

No deviations from the above.

Papers will be continued until all arrearages are paid, except at the publisher's option—and any person wishing his paper stopped, must give notice to that effect at the expiration of the term whether he has paid or not.

LEGAL NEWSPAPER DECISIONS.

1. A person who takes a paper regularly from the post-office—whether directed to his name or another's, or whether he has subscribed or not—is responsible for the pay.

2. If a person orders his paper discontinued, he must pay all arrearages, or the publisher may continue to send it until payment is made, and collect the whole amount, whether it is taken from the office or not.

NOTICE TO SUBSCRIBERS.

The date on the address-label on each subscriber's paper shows the time to which the subscription is paid, and the subscribers in arrears are requested to make it up as soon as possible.

In all communications relating to subscriptions or changes of address subscribers are requested, to state the name of the post-office to which the paper is, or is to be sent, as well as the town in which they reside.

In requesting a change of address, always give the former address as well as the one to which you desire the paper afterwards sent.

Remittances should be made by post-office money order, express order, or registered letter.

The following are authorized agents for the AMERICAN:

S. M. Pettengill & Co., No. 256 Washington St., Boston.
Geo. P. Rowell & Co., 10 Spruce St., New York.
T. C. Evans, 23 Washington St., Boston.
Horace Dodd, 265 Washington St., Boston.
Pettengill & Co., 37 Park Row, New York.
Dauchy & Co., 27 Park Row, New York.
N. W. Ayer & Son, Times Building, Phila.

## DIRECTORY.

CHURCH DIRECTORY.

[illegible]—Preaching at 10.30 A. M. Sabbath School at 12 M. Evening Service at 7.30.

[illegible] Services at 12.30 P. M. Prayer Meeting Tuesday evening.

[illegible]—Preaching 2.30 P. M. Sabbath School at 1.30 P. M. Services at 7.30. Prayer meeting Thursday evening.

[illegible]—Sabbath School at 10.30 A. M.

[illegible]—Services at 10 A. M. Sabbath School at 12 M. Evening Service at 7.

[illegible]—Preaching at 10.30 A. M. Prayer Meeting at 7. Sunday School immediately following morning service. Prayer meeting, Tuesday evenings. Class meeting, Friday evenings at 7.

MASONIC LODGES.

Lygonia R. A. Chapter, No. 40—First Tuesday of every month, except July and August.

[illegible] Lodge, No. 40—First Wednesday of every month, except July and August.

Ellsworth Lodge, No. 180—First Thursday of every month, except July and August.

I. O. O. F.

Ellsworth Encampment, No. 47—Second and Fourth Mondays.

Lejok Lodge, No. 30—Every Friday.

OTHER SOCIETIES.

[illegible]—Second and Fourth Tuesdays.

Royal Arcanum—Second and Fourth Mondays.

G. A. R.—Wm. H. H. Rice Post, No. 55—First and Third Mondays of each month, except June, July and August, when it meets only the First Monday.

Wm. H. H. Rice, W. R. C. No. 15—First and third Fridays of each month at 2.30 o'clock P. M., standard.

W. C. T. U.—Every Thursday afternoon at 2.30 o'clock at Masonic Block, No. 20 State street.

Ellsworth Lodge, No. 68, of Good Templars—Every Tuesday evening in Methodist Vestry.

[illegible] Lodge, No. 180, A. O. F.—First and third [illegible].

DR. H. W. HAYNES,
DENTIST.

Uses Sandolor for the Painless Extraction of Teeth.

OFFICE OVER A. H. NORRIS' STORE.

DR. H. L. HOLT,
DENTIST,

State Street, - ELLSWORTH, ME.

Teeth extracted practically without pain. Work warranted. Office and residence, Brady's Block.

DR. C. S. BRAGDON,
Dentist,

SOMNIFORM for the Painless Extraction of Teeth.

MAIN St., - ELLSWORTH.

Dr. J. T. McDonald,

Successor to Dr. Drake.

Offers his Professional Services to the people of Ellsworth and vicinity.

OFFICE OVER WHITING BROS' STORE.

Office Hours—12.30 to 2 and 6.30 to 8 P. M.

LAW & COLLECTION OFFICES
—OF—
Giles & Drummey,
OVER THE BURRILL NAT'L BANK,
MAIN STREET, ELLSWORTH, ME.

All matters confidential and immediate attention.

L. F. GILES. CHAS. H. DRUMMEY.

→ Fred L. Mason, ←
Attorney & Counselor at Law,
State St., Ellsworth, Maine.

Loans negotiated upon Mortgages of Real Estate, Stocks, Bonds, &c. Discounts upon commercial paper and collections at liberal rates.

Abstracts of Title to Real Estate a specialty. All business confidential, and promptly attended to.

FRED L. MASON.

G. B. STUART,
ATTORNEY
—AND—
COUNSELLOR at LAW,
State Street, - Ellsworth, Me.

→ DR. H. GREELY, ←
DENTIST.

Graduate of the Philadelphia Dental College, class of '75.

Office over H. B. Mason's Store.

Ellsworth Steam Laundry
—AND—
DYE HOUSE.

All kinds of Garments cleansed and dyed. Kid Gloves and Ostrich Feathers a specialty. Laundry Work of all kinds done at short notice.

L. J. FILES, Prop'r.

JOHN B. MASON
Attorney at Law,
and Solicitor of Patents,
Wheelwright & Clark's Block,
BANGOR, - - - MAINE.

Has resumed Patent practice, and will obtain Patents for inventors; bring and defend suits for the infringement of Patents, and attend to all kinds of Patent business. Correspondence Invited.

Lemuel Ward Peters,
Attorney and Counselor at Law,
309 Washington St., Room 44, Rogers Building, Boston, Mass.

FRANK M. JOY,
MUSIC DEALER,
ELLSWORTH, MAINE.

Branch at Bar Harbor during the summer season.

Hood's Cures
Catarrh in the Head
Is a Constitutional Disease and Hood's Sarsaparilla is a Constitutional Remedy

William H. King
Haverhill, Mass.

"I have been a victim of catarrh for ten years. It has kept my head feeling badly with a sense of fullness and ringing in the ears. Instead of discharge from the nose, as many have, it has acted so that either one or the other of my nostrils has been tightly closed up so that

I Could Not Breathe

through it, nor would blowing the nose clear it. I tried several catarrh cures and different treatments, but failed to get any relief. At last reading of permanent cures by Hood's Sarsaparilla I determined to give it a fair honest trial. I have now finished four bottles and am satisfied it has effected a cure, for the catarrh no longer troubles me a particle, and I feel better in every way than I have for years. I am very

Grateful at the Result

And if what I have said of the benefit I have obtained be of any use in persuading others to try it in similar cases I shall feel amply repaid." Wm. H. King, 253 Washington Street, Haverhill, Mass.

Hood's
Sarsaparilla
Cures

Hood's Pills cure liver ills, sick headache, jaundice, indigestion. Try a box. 25c.

THE KIND
THAT CURES

A. W. HALL,
Bucksport, Me.

DYSPEPSIA : :
: : FOR YEARS
"COMPLETELY CURED!"

DANA SARSAPARILLA CO.:
Gentlemen:—I have been troubled for years with Dyspepsia in a very bad form. Tried several doctors and many remedies, but without relief until I began to use

DANA'S
SARSAPARILLA

The first bottle helped me. I have taken four bottles and am completely cured. A. W. HALL, Ass't P. M.

Dana Sarsaparilla Co., Belfast, Maine.

BROWN'S INSTANT RELIEF FOR PAIN
GIVES UNIVERSAL SATISFACTION
wherever introduced.
J. W. PERKINS & CO.,
Wholesale Druggist.
Prepared by the Norway Medicine Co., Norway, Me.
YOUR MONEY REFUNDED,
If it fails to benefit you when used strictly as directed on the inside wrapper. Try it. Sold by all dealers.

Chafing Baby

"My baby was terribly chafed. I tried everything without success. Less than one box of Comfort Powder, however, cured him. I wish every mother would use it."—Mrs. E. C. Cole, Warner, N. H.

"I am a mother of eight children. I have tried many infant powders. Comfort Powder is the best I ever used."—Mrs. W. P. Thrasher, Springfield, N. H.

"A HEALING WONDER."

Comfort Powder

"I used Comfort Powder for severe chafing on an infant. Its success was complete. It surpasses anything for a baby's skin I ever saw."—Mrs. Chas. E. Pearson, Maplewood, Mas

ALL DRUGGISTS SELL IT.
SEND POSTAL FOR FREE SAMPLE.
COMFORT POWDER CO., Hartford, Conn.
E. S. SYKES, SECRETARY.

Use Comfort Soap For The Hands, The Face, The Complexion. It is Antiseptic, Emollient, and Curative. Price, 25 cts. Cake.

With a
Quarter-Century's
Experience

I have found Hartshorn's Cough Balsam superior to any medicine I ever sold for Coughs and Colds. And never in my experience has it failed to give relief. H. D PACKARD.
Halifax, Mass., Dec. 23, 1892.

PATENTS
In All Countries
PROCURED BY
P. W. J. Lander,
Kenduskeag Bridge, Bangor, Me.
Write for circulars and information.

FOR SALE!

We now offer for sale the full-blooded Jersey Bull, "Ben Hur," No. 794, sire "King Oscar," No. 674, dam "Lady Alice," No. 665. For extended Pedigree see Maine State Jersey Herd Book. This animal is bred from the best stock in the country and possesses great individual merit. He is very gentle, easy to handle and is sold only for the reason that we have another bull of same age. For further particulars apply to, or address,

OLD HOMESTEAD FARM,
West Gouldsboro, - - Maine.

Advertise in the AMERICAN.

### Elegy on the Death of a Blacksmith.

[Mr. Editor: Dear Sir—In looking over some old papers I found some copies of the Eagle, a paper printed in Castine in 18[illegible], by Mr. Samuel Hall. I copied this poem, and will send it to you for publication. Yours, etc., MISS DEVEREUX, North Castine.]

With the nerves of a Sampson this son of the sledge,
By the anvil his livelihood got;
With the skill of old Vulcan he could temper an edge,
And struck while the iron was hot.

By forging he lived, yet never was tried
Or condemn'd by the laws of his land,
Yet still it is certain and can't be denied,
He often was burnt in the hand.

With the sons of St. Crispin no kindred he claimed,
With the last he had nothing to do;
He handled no awl and yet in his time
Made many an excellent shoe.

He blew up no coals of sedition, but still,
His bellows were always in blast;
And I will acknowledge (deny it who will)
That one vice, and but one, he possessed.

No actor was he or concerned with the stage,
No audience to awe him appeared;
Yet oft in his shop like a crowd in a rage,
The voice of a hissing was heard.

Though steeling of axes was part of his care,
In thieving he never was found;
And though he was constantly beating on bars,
No vessel he e'er ran aground.

Alas, and alack! what more can I say
Of Vulcan's unfortunate son?
The priest and the sexton have borne him away,
And the sound of his hammer is done.

No. Castine. X.

[For the Ellsworth American.]

### Rambles in Old England.

Leaves from My Log.

Once more the end of the old year is upon us; the troubles that faced us 365 days ago, have been met and overcome, and before us in the dim distance stand the cares of coming days, and I hope the realization of other pleasures similar to those that have passed, only under a new date.

I have passed 331 of the last 365 days at sea, which is less time at sea in the same number of days than for several years. Several more days must yet be overcome before we see the land again. Sitting here surrounded by hundreds of miles of rolling water, I recall—by the aid of my log—some of my feelings and ideas of the last two years ago this date. Two years ago, I was not far from my present position being then in lat. 9 deg. 29 min. N., lon. 43 deg. 27 min. W., on a passage from India to New York. Two years ago I was in one of the oldest towns in England. How vividly to my mind comes my walk after an evening's visit in a pleasant English home, to my vessel lying at a dock a mile or more away on the margin of the city.

In the last hours of the old year I walked along the silent streets of that ancient town meditating upon the many events that had transpired in the last year in which I was personally interested, some of which, though tossed down forever, leave impressions through all the coming years of life. My reverie was broken by the flashes of brilliant light as many rays that shot across my path through the stained glass windows of the several churches, and the sacred music that filled the otherwise silent air with melody; light and music flowing from churches whose congregations consisted of young and old, fathers, mothers, sisters, brothers, sweethearts and lovers, who watched the old year out and the new year in.

After passing out of church, the light and music, all nature seemed asleep beneath the cold gray mantle of dim moonlight that covered the ancient city, and all the country round. As I walked along those frost-bound hights, and looked upon the waters of the placid Medina flowing so silently between its fertile banks, my mind wanders back across the vista of many generations, and before me pass incidents that might have transpired in the days when along these same hights rode and walked mail-clad knight and warriors of other nations. He, like myself, may have been going to his own home after passing the earlier hours in genial company. The memory of a pair of bright eyes that smiled into his, and the warm clasp of a soft little hand that responded to the pressure of his own when he said, "good night," was still in his mind, when he is aroused by the hoarse call of a sentinel in a language unknown to the present inhabitants. He listens to the call as it is repeated from the tops of those round watch towers, and hears it re-echo through the silent night from tower to tower on its way to the officer in command. Through openings in the forests of giant oaks he caught the sight of tower and tent, and saw the bright Medina flowing between tented fields of Norman soldiers, or the towers of the Roman legions, and dreamed as he walked, as I did, of the past and possible future that concerned himself. My musings brought me in a circle to the realization of the fact, that mail-clad warrior, tented field, towers and grand old forests had all passed away, and in their places stand quiet lovely homes, busy villages and factories, and in their season fields of fragrant flowers and grain bow and rustle in the mellow light. But—this is not just what I had in my mind to tell you when I sat down here, or at least I did not intend to tell you quite so much of it. But my imagination has taken me far afield.

By that wonderful power of thought that instantaneously overcomes space of time and distance, I have wandered through lofty cathedrals and decaying castles, through galleries of art, and museums of wonderful exhibits, through mountain vales, and royal parks, through the lovely scenery of Ceylon, and through ancient towns and villages, among the Hindoos, Cingalese and Tamils, whose modes of architecture, of living and of dress have changed but little, if any, in the course of some three hundred years' contact with western nations; and in imagination have again been one of a party, (in a scene that few ship masters, perhaps, have ever seen) in a community of Jews whose forefathers were driven from Jerusalem at the destruction of the second temple, and settled at last in Hindostan. Some time I might tell you something of that gathering.

One morning two years ago this month, a friend of mine and myself started for Ventnor, a famous watering place on the south side of the Isle of Wight. The ride took us through Newport, then through the pleasing scenery of forest, farm and village, nestling on the sides of the hills, or dreamily slumbering in the vales along their bases. The day was fine and how peaceful, contented, and happy appeared all nature!

Peace, with wings of golden sunlight, seems to hover over all this quiet scene of English rural loveliness, this bright Sunday morning. After a run of about fifteen miles of this beautiful picture we either have to be plunged into one end of a tunnel in utter darkness, to be fired out at the other in about four minutes into an entirely different class of scenery. As we leave the tunnel we see the rugged sides of the hill rising at an angle of about 45 deg. to a height of 400 and 500 feet above us on one hand, and on the other descending toward the water at about the same angle. Above us the chalky cliffs are enlivened with many head of fat cattle that look as though at any moment they might roll down into the streets below. From the station toward the water the hill-side is terraced into levels, upon which stand, tier below tier, fine stone and brick buildings buried amid trees, shrubs, ivy and myrtle. The hard clean streets of zigzag from shelf to shelf, until at last we stand upon a grassy level from 100 yards to one third of a mile wide, extending along the coast at the foot of the hills about 50 feet above the level of the sea, dividing the higher coast line from the English channel. We can walk along this lower shelf on hard, clean paths above the sea, getting fine views of the channel with its hundreds of busy ships and steamers moving in all directions, and upon clear days the coast of France can be seen in the hazy distance.

After walking a mile or so along this level, looking over the nice pier and cleanly kept beach, we came upon one of the most lovely spots imaginable amid all this beauty. A little dell sunk between those verdure clad hills, a spot that would almost make one believe that fairies should exist to people a spot so charming. Through this vale of beauty a sparkling little stream wound its rippling way; at times a narrow little brook, flowing between banks of holly and ivy, then, in another moment, spreading out into a little lake upon whose silvery surface floated numerous tame water fowl, while all its way was bordered with ornamental grasses and beds and rows of bright flowers. On all sides of this enchanting little glen, rose steep banks covered with trees festooned with ivy and other creeping vines.

An old wall, perhaps hundreds of years old, is built along the side of one of those steep hills, overrun with ivy and bright-leaved holly. This wall encloses a part of the grounds belonging to an ancient castle that has been rebuilt in modern days and called Steep Hill Castle. In one part of this valley is a fine little park and a lawn tennis court of the nicest description. Along the hill sides, buried in these grand old trees, stand many very nice residences, while through the bottom of the vale there are nice smooth drives and walks. Along the way in shady nooks are placed many seats for those who have walked far enough for a time. We passed out of this little paradise, walked through the town, looked over the old graves in the ancient church yard, and then turned our steps toward that beautiful spot called Bouchurch.

Who can describe the beauty and loveliness of this short walk through the forest of oak and elms wreathed about with ivy? Here we are completely shut out from all things that can jar upon the most refined appreciation of the wonderful beauties of nature. Beauty! That is a faint word to express half the exquisite beauty that surrounds us. On our left the top of the hill is shut from sight by the noble forest trees, [illegible] the clinging ivy that it makes us forget the loss of their summer suit. On our right [illegible] the sea rises a hill of sandstone, the side of which is cut down to make the smooth, hard, level road over which we pass. In places this wall has been cut down fifteen or twenty feet perpendicularly, and the gray stone has become festooned by the natural growth of ivy and holly mingled with other creepers. A little brook also runs through the vale of Bouchurch, along whose margin grow many evergreen trees, the will cane, and other flowering grasses. We walked through this delightful village, then turned toward the sea, and in a few moments stood upon the cliffs overlooking the channel. From here we turned to the left and walked along a forest of oak and other hard woods, the narrow pathway leading through and among huge boulders, along the margin of deep ravines, and sometimes where we could look down on the high walls of sandstone and chalk towering hundreds of feet above our heads, their barren variegated sides made beautiful by the clinging wreaths of ivy and other vines. Along these lovely byways, through forests, among boulders, along old vine-covered walls, across farms with the homes of the farmers along the way, for the distance of three or four miles we trudged until we found ourselves at the entrance of that famous, delightful, and world-renowned dell known as "Shanklin Chine," a grotto of enchanting beauty that has been worn down by the constant industry of a little stream, for perhaps thousands of years, until it has worn out a narrow winding canyon from 75 to 100 feet deep through the sandstone formation, its walls draped and festooned with many different species of vines and creepers. The English ivy predominating, as it does in all such places in this country. My fleshy friend, Capt. Freeman, though a good walker, a great admirer of natural scenery, and a keen observer, with ready and just appreciation of all her beauties, (as I found upon several excursions which we took together) paid for this treat by the sweat of his brow, but with jolly good humor, and got in return a good appetite for the excellent dinner served to us in a nice hotel at Shanklin.

After our dinner and a rest we took a stroll through the clean little village until the starting of the train in which we left for home.

A few days later I had the pleasure of visiting the town of Ventnor again, as an invited brother to an installation of officers and a Masonic banquet at Yarborough Lodge, at which, it is needless to say, I felt much pleasure and highly honored during both seasons of labor and refreshment. More anon.

Lat. 3 deg. 47 min. S., lon. 30 deg. 35 min. W.

*Later.* The old year has passed away and with it nearly all of the first day of the new. This young new year, like that of two years ago, came smiling in the footsteps of the old departed. This morning, headed by the carpenter, my crew came aft, some with very wide smiles, others with a serious look upon their faces, (as though they thought the "old man" would not take the hint) and wished me a Happy New Year, with many returns of the day, etc. I took the hint all right; and after thanking them for their kind wishes, and previous good conduct, I gave the 1st officer a *long, slim, stone jug,* the contents of which they could guess upon sight, telling them, that in addition to my thanks they could walk around the capstan in front of the mate, which they very willingly did. Happy New Year to the readers of the AMERICAN.

Good bye,
South Atlantic. E. V. L.*

A RUN OF BAD LUCK.—Jack—I've had nothing but hard luck to-day. Now, I suppose if I were to propose to you, you would—

Priscilla—Accept.

Jack—Just what I expected.

[For the Ellsworth American.]

### The Old Hunter's Story.

BY THOS. A. CRABTREE.

"Come, Mr. Cross," said our friend, whose name was Carver, "tell us something more about the wolves and your fights with them."

"O, yes," I added, "tell us a good story."

"Well, I will tell you one," he repeated, "as we want something to keep us awake."

Mr. Carver and myself moved as near to him as possible for we knew when Mr. Cross told a story it was worth hearing.

"I gave you some account of my early life," he said, "the first night I stopped with you. I lived at my old farm a few years after I buried my wife and children and was, probably, one of the most disconsolate human beings that ever lived. I visited my little graveyard every day, for it seemed there was no spot on earth I loved so well. I commenced my destruction of the wolves by poisoning and no labor was too great for me if I could only place a bait within their reach. At that time they were very plentiful in the northern part of the state, and near the Canadian line, often dangerous.

I had an uncle who lived in Winooski, a town a number of miles northwest from Northfield, my home. He had heard of my sad loss, and wrote to me to pay him a visit. He enclosed $25, and requested me to get a small bill of goods, which he needed for his country trade, and among the rest were four pounds of pepper. It was then, as the road went, nearly seventy miles from Northfield to Winooski, but I thought my good horse would make it in one day, as the sleighing was excellent.

I procured the goods in the bill and stored them away under my seat, except the pepper, which I laid on the seat. I started early in the morning and after driving about ten miles my horse began to slip, and on examining, found that one of his shoes had been torn off. I inquired for a blacksmith and learned that one lived nearly a mile off on another road. I took the road and soon arrived at his shop, but he was not at home and I had to wait an hour before he came, and the whole delay was an hour and a half. I kept on and at dark arrived at what was called 'the ten miles woods.'

I stopped at a lone house to bait my horse. "Are yeh going through them woods to-night?" inquired a rough-looking man who met me at the door.

I replied, "I thought I should."

"Yeh better not," said he, "wolves tarnal thick, cum pooty nigh eatin' a man up tuther night. He happened to have a nax in his sleigh, so he kept 'em off."

"Is there no tavern on the road?" I inquired.

"None that I know on, but yeh can stop here, better that than be eat up by wolves."

I was not inclined to believe all he said and as I had quite a quantity of money with me I had more fear of him than I had of the wolves. I gave my horse a few quarts of oats and went on my journey. The stars had already come out and the evening was beautiful. I had gone almost three miles when my horse suddenly stopped. I listened and heard some howls in the distance and knew at once they were wolves and the howls were drawing nearer. [illegible] alarm a horse more than the howl of wolves. For a moment he refused to go and tried to turn around. I urged him on and he broke into a run. He would look from side to side and trembled all over. At this moment the howling of the wolves commenced and it seemed that the woods swarmed with them.

I now began to think that I would give all the money I had to be back at the house where I had received so kind an offer. All the weapon I had was my whip, which was a heavy one. I tried to stop my horse for a moment to cut a club, but I found it impossible to hold him. I looked back and saw four wolves in pursuit, and presently another leaped into the road and another, till there were so many I could not count them. I urged my horse to his utmost speed, but I saw that the long lank forms of the wolves were gaining on me. I now began to think that this would be my last fight on earth with wolves, but I resolved if I were to die I would fight till the last.

I thought of my early home and the mangled bodies of my dear children seemed to be before me, and vengeance moved my whole being. By this time the wolves had overtaken me and one sprang at me over the back of my sleigh, but I met him with the butt of my whip and sent him howling away. I cut right and left and for a time kept them at a distance, but still they came on, and the number increased every moment, and I had now begun to spring at my horse, which I saw could not hold out much longer. I tried to tear up the seat of my sleigh to get a weapon heavier than my whip; in so doing I broke open the paper of pepper. I seized a handful and let it go right into the faces of the wolves. Good heavens! what a power! Another and another followed in quick succession, till I had given the howling brutes at least two pounds. I looked back; there was one solid pyramid of wolves, as it seemed, six feet in height, and such unearthly yells and snarls I never heard before and never expect to again. My horse seemed to know that the danger was passed and neighed with delight, and," continued he, "if I were going to fight a drove of wolves again, give me pepper!"

It was now quite late in the forenoon. We thanked Mr. Cross for his very interesting narrative, and he arose and began to prepare our dinner.

East Surry, Nov., 1892.

### Relics of Washington.

Prices Paid for Articles Once Owned by the First President.

Several interesting articles once owned by George Washington were sold in Philadelphia recently.

Notable among the rare relics sold was George Washington's secretary and bookcase. It is a large mahogany bookcase, standing six feet from the floor, inlaid with white holly, and surmounted with a gilt eagle. The top to the bookcase, and has four diamond-pattern glass doors and a secret sliding compartment, containing pigeon holes and two drawers. The lower part is the secretary, and contains a drawer. W. R. Benjamin of New York, was the purchaser for $2000.

One curious relic was an old French spinet, which belonged to Nellie Custis, Washington's adopted daughter. It is an old keyboard instrument, with bell and drum attachments, and still has a good tone. It is enclosed in an elaborate mahogany case, ornamented with brass and supported by handsomely carved pedestals.

It was accompanied by a certificate of authenticity from the owner, who was a grandson of Nellie Custis. The purchaser of this spinet was Mr. Smith, and he paid $1400 for his prize.

Probably the relic of most interest to Philadelphians was Washington's last letter, which was dated at Mount Vernon the 12th of December, 1799, and is addressed to Mr. James Anderson. It relates to farm matters and is signed. It was purchased by the Pennsylvania Historical Society for $850.

"AND HE NEVER SMILED AGAIN."—"I wish I were an ostrich," said Hicks, angrily, as he tried to eat one of his wife's biscuits.

"I wish you were," returned Mrs. Hicks. "I'd get a few feathers for my hat."

[From our regular Correspondent.]

### Washington Letter.

WASHINGTON, D. C., Apr. 10, 1893.

Mr. Cleveland is going to feed the Tammany tiger with official pap, and the promises he made to Murphy, Sheehan, and Croker, at that memorial ante election dinner in New York are to be kept. When Senator Murphy and Lieut. Gov. Sheehan called at the White House to arrange a date for agreeing upon the individuals who are to fill the offices allotted to Tammany some people were surprised, as they had taken up the idea that because the anti-snappers were being taken care of Tammany was to be snubbed. Not so. Hill is to be snubbed, has already been unmercifully snubbed in the distribution of federal patronage in his state, outside of New York city, but the Tammany promises are to be lived up to, and Murphy and Sheehan are to meet Mr. Cleveland to arrange the slate. It is not surprising that Mr. Cleveland should have considered it necessary to go away for two or three days' absolute rest before tackling this job.

That row between the President and the Senate may occur yet (although the impression is general that this will be the last week of the extra session), and without Senator Hill's assistance. The nomination of Mr. Eckels, of Ill., to be Comptroller of Currency was such a manifestly unfit one that it has been hung up by the Senate Committee on Finance, and Mr. Cleveland has been requested by the Democratic members of that committee to withdraw it, but up to this writing he has not done so, and his stubbornness is so well known that it is hardly expected that he will. The Democratic Senators may back down, vote to reject or adopt the "sneak act" and adjourn without acting upon the nomination.

Attorney General Olney, although said to be a good lawyer, has none of the tact in dealing with politicians which is so necessary for a member of the cabinet to have if he wishes to escape becoming unpopular. The most influential Democratic Senator or Representative is treated with the coldest and most indifferent courtesy if he calls on Mr. Olney without an endorsement, oral or written, from somebody fortunate enough to enjoy the priceless boon of his acquaintance. Naturally enough the Democrats do not like this sort of treatment. Within the memory of many men now in public life there was another Attorney General from Massachusetts—Mr. Hoar, who was in Gen. Grant's cabinet—who had Mr. Olney's knack of offending his political callers by not treating them as they thought themselves entitled to be treated, and the result might be profitably studied by Mr. Olney. Gen. Grant nominated Attorney General Hoar to a vacancy on the Supreme Court, and was greatly surprised when informed that he could take his choice between withdrawing the nomination or having it unanimously rejected. It was withdrawn.

After what had been said about Mr. Cleveland's intentions, by those near him, the appointment of Judge William Lochren of Minnesota to be Commissioner of Pensions, was a very pleasant surprise to Republicans, who generally feared the selection of a man for this place who had [illegible] army at all. Judge Lochren was a brave soldier, and if he is allowed to have his way there will be no outrages upon the pensioners. His appointment [illegible] the men who had been figuring on getting [illegible] the Pension Bureau, the interests of his soldier comrades will be safe. But, if some Democrats of influence know what they are talking about, he isn't to have his own way, but is merely to follow without the slightest deviation lines laid down by Mr. Cleveland for the government of that bureau. Well, we shall soon see, as he assumes office about the first of May.

As a press muzzler Postmaster General Bissell is not a shining success. His order against making public the changes in fourth class postmasters was issued in the morning and suspended in the afternoon. Reason a unanimous kick, from Democrats as well as from Republicans. He has another scheme however, by which he hopes to prevent the bad character of some of the applicants for appointments in the fourth class postmasters becoming public until after their appointment. He requires every Senator and Representative who endorses a candidate to promise that neither the name of their candidate nor of any other or others they may be shall be made public before the appointment. This rule expedites appointments because it makes it impossible for citizens to protest against objectionable candidates, but it is bound to result in some very bad appointments.

The United States now has two full fledged ambassadors, Bayard to Great Britain, and Eustis to France, both of whom have been confirmed by the Senate. Remonstrances against the sending of Max Judd, the St. Louis Jew, to Vienna, as U. S. Consul General have been unavailing. He has been commissioned and will sail this week unless the Austrian Government formally protests.

### Going Up Again.

*Editor American:*

DEAR SIR:—This country is going up again, swelling with the building of fine residences and lots of them. Our friends in the east (and I mean by the east anywhere east of the Rockies) are just beginning to find out that what an exceptionally fine country we have out here and are flocking in at an unprecedented rate. I think, not for speculations, but for homes. We never had a better outlook for the future good of this whole country than now, and as to this city, Pasadena, we are quite sure that we are very highly favored, as to our location, climatically, and we know we have the advantage of our neighbors over there towards and to the Atlantic shores. It is true we were stunned about four years ago, being hit, so to speak, with the tail of the "bursted boom," but we are quite all cured now, I can assure you, and we are marching right up to the front again with a strong, steady tread. The proof of this we find on every hand in every line of enterprise. The most prominent, no doubt, is the building of numerous fine, large residences, showing that our country is full of people, and that they must have place of shelter and something to ride on and the means of transporting their effects. Two years ago this city was full of empty houses. We gave free rent to people that our houses and grounds might be cared for. But no such a state of things exists now. On the contrary, during this winter, notwithstanding continual building in every quarter of this city, there has been great scarcity of houses for rent, and great want of hotel accommodations. Of course we rejoice in this very marked activity and improvement of things as we are happy to inform you, and if you have no objections, we will try and keep you posted as to how we get along in the new future.

Yours truly,
P. G. WOOSTER.

Pasadena, Apr. 7, 1893.

HE LIKES A SQUARE MEAL.—"Don't you have any dessert, Pat?"

"That's that?"

"Why, something to eat after dinner."

"Tis, yis! I have me supper, sor."

### A Marvellous Motive Force.

Will Send a Steamer to England in Three Days.

NEW YORK, April 13.—George Sheffield, an old man, who describes himself as a Massachusetts Yankee and declares he has seen better days, claims to have discovered a new motive power which, he says, will revolutionize all existing methods of transit by land and sea. Mr. Sheffield, however, is especially interested in the problem of swift ocean travel, and it is to the solution of this knotty question that he has applied himself in the construction of the model for his new motor.

The model can now be viewed in the top loft of No. 21 Pitt street, where the inventor has been at work on it for more than two years. It is bulky enough to be fitted to an ocean tug, but to test its capabilities it is claimed that a special boat must be constructed. As soon as such a craft can be got ready a practical illustration will be afforded of the wonders possible of accomplishment by the machine.

Mr. Sheffield solemnly declares that his invention, when applied to transatlantic steamers, will lessen the time between New York and Queenstown by at least two days. He says the engine is capable of propelling a vessel of 5,000 tons through the water at the rate of thirty-five miles an hour, and possibly at even a higher rate of speed.

The machine is very simple, or at least the inventor says it is. If applied to an ocean liner it would occupy little space. Sheffield claims that all that would be needed to supply it with the necessary force to drive a steamship like the Teutonic across the ocean in three days and a half is a barrel of ordinary powdered sugar, a barrel of chlorate of potash and enough sulphuric acid to supply the combustion needed to keep the machinery in motion. There would be no more need of mammoth boilers or capacious coal bunkers. The space now devoted to these objects could be utilized by the steamship companies for passengers or freight.

Sheffield says his machine is so simple a child could manage it. He obtains his power through the explosions resulting from the ignition of the sugar and potash by contact with the sulphuric acid. The ingredients are introduced into the proper chambers by air pressure, and as they mingle a rapid series of explosions result which drive the piston rod back and forth at a high rate of speed. The chambers are constantly cooled by water pumped through tubes from a table at the lower left side of the machine.

Cylindrical chambers on either side of the vacuum box at the top of the machine are reservoirs for the sugar and potash. The gases which are evolved by the meeting of the three elements in what would be the steam chamber in an ordinary engine are said to develop a force more powerful than steam and much less dangerous.

"Why," cried Sheffield, enthusiastically, "nobody will believe that I have discovered a new force. Morse was sneered at, and so were Fulton and Stephenson and all the other men who wrested nature's secret from her. But seeing's believing, isn't it? And I will prove the truth of what I say very soon. In a few years New Yorkers will go to Europe almost as easily as they [illegible]."

Sheffield added that [illegible] was being built in which the wonderful engine will be placed and a trial trip made in the East River in the latter part of May.

The inventor of this alleged new wonder is in many respects a remarkable man. Machinists along Centre street say he can turn his hand to almost anything. They say he has invented any number of labor saving tools, from which he has never derived a cent of revenue. Were it not for his convivial habits it is claimed he would now have a fortune. As it is, his friends say, in the last three years he has squandered $80,000 made by the sale of one of his patents.

He claims to have invented a new method of telegraphy, his right to which, he says is being contested by Edison. Another of his inventions is a sort of telephonic fog-horn by which ships hundreds of miles apart can communicate with each other with the same facility as if they were connected by electric wires.

Sheffield says he has interested a number of capitalists in his motor and that the work on it will be pushed forward just as rapidly as circumstances will permit. He says $50,000 capital stock has already been subscribed, and this, he declares, is ample to give public demonstration of the practical utility of his invention.

### List of Patents

Granted to New England inventors this week. Reported by C. A. Snow & Co., solicitors of American and foreign patents, Oppo. U. S. Patent Office, Washington, D. C.:

J. W. Beaumont, Waterbury, Conn., anvil for eyelet-setting; H. L. Bradley, New Haven, Conn., brace; A. Conradt, Middletown, Conn., non-conducting handle for table ware, etc.; C. B. Cottrell, Westerly, R. I., sheet delivery and folding apparatus; J. W. & C. E. Carver, Pawlet, Vt., telegraph pole; C. F. Doebler and C. K. Bryant, Hartford, Conn., knob attachment; W. C. Homan, Meriden, Conn., central-draft lamp; J. P. Manton, Providence, R. I., vehicle-wheel; W. T. Near and D. J. Deegan, Bridgeport, Conn., printer's galley; F. Rhind, Meriden, Conn., vapor-burning lamp; E. L. Slocum, Pawtucket, R. I., automatic fire-extinguishing sprinkler; F. Van Patten, Auburn, N. Y., and L. Parmelee, New Haven, Conn., W. Wallace, Ansonia, Conn., tool for manipulating the overfeed of rolling mills.

### Government Red Tape.

[Le Figaro.]

A government clerk entered the private office of the head of his department to ask for a fortnight's holiday. The official received him with his usual affability and told him to hand in his request in writing.

"Oh, I did not think that was necessary if I applied to you in person," said the clerk.

"Oh, yes; in fact it is indispensable."

"Then I will go back to the office."

"No need to do that. See, here are pens, ink and paper. Sit down and write."

The clerk obeyed. The petition was written out, signed and folded.

"Now," said the functionary, "you have only to present it."

"To whom?"

"To me, forsooth!" And taking the petition, he wiped his glasses, carefully adjusted them, read the document from beginning to end, placed it on file along with a number of similar applications, and then remarked with the utmost gravity: "I have read your petition, and regret exceedingly that I am compelled to inform you that I cannot accede to your request."

Imagine the feelings of the poor clerk!

—The first paper in the *Atlantic* for April is the conclusion of Mrs. Mary Hartwell Catherwood's serial, "Old Kaskaskia," which is, it seems to us, the strongest piece of writing that Mrs. Catherwood has yet done. This and her previous serial, "The Lady of Fort St. John," show that she has a keen eye for the romantic possibilities of certain little known epochs in earlier American history, which have for a long time awaited a chronicler who could put them in a living way before the reader.

### From the Speech of Hon. Seth L. Milliken, of Maine,

In the House of Representatives, Friday, February 17, 1893.

The House being in Committee of the Whole on the state of the Union, and having under consideration the bill (H. R. 10345) making appropriations for the payment of invalid and other pensions of the United States for the fiscal year ending June 30, 1894, and for other purposes.

The old soldiers as a class are as honorable as they were patriotic. They have warmly and earnestly at heart the welfare of the country which they saved, and I protest against and repudiate the slanderous words which have been buried against them during this debate. Of course, they are like the rest of us, human beings. We are not all perfect. We do not expect to find every man in this land, simply because he went to the front and did honorable service for his country, to be perfect in all respects; but I know from facts in my own district that the statements gentlemen have made on this floor, that the soldiers are endeavoring to get money from the Government which is not due to them, is a statement without foundation in truth.

There is no more honorable class of men than those who gather in the Grand Army posts. They are the nucleus around which the patriotic spirit of the country clusters, and their meetings tend to maintain among the people, that earnest love of country which induced them to go to the front, and on the perilous edge of battle to offer their lives for the good of the Republic; and to-day they stand as a solid phalanx to resist the efforts of all who would assail or undermine the Government, whether its enemies be of one class or another, domestic or foreign. Their services to the nation in this respect since the war are only second to their great work in saving the nation's life in its darkest hour of peril, and can not be overestimated or too highly commended.

My friend from Kentucky [Mr. Dickerson] said yesterday that we were voting pensions to the soldiers because we were cowards, and because we were afraid that the soldiers would be against us in the elections.

Now, I do not know how it may be with him; he is at liberty to plead guilty if he wants to for himself, but not for me nor for others who entertain no such sentiment. I believe that every honorable citizen of this country is glad to see the Government pay out to the old soldiers that which makes them comfortable in their last days, and I believe that many a man's heart has been gladdened, as he has seen them receive the justly deserved tributes of their country's gratitude.

I am sure that in the community where I live, and I believe in every patriotic community, the people who never saw service in the Army, they who have been born and grown to manhood since the war, revere the brave old veterans of the war, and are made glad always when they see the hand of the Government stretched out in recognition of its debt to them, to pay them what a great country and a just people could not afford to refuse.

It was expected that with the incoming of the Democratic party to full power in the Government, the pension list of the Union soldiers would be attacked. But we did not expect, gentlemen, that you would unmask your batteries so soon.

To be forewarned is to be forearmed. Let the contest go on if you will have it so. But I confidently predict, that with all the malignity which this debate indicates against the old soldiers who fought in the Union armies, there will be found such an expression of the patriotic spirit of the people in their favor, as shall prevent any party or class of men, from depriving them of that recognition of their patriotic achievements which justice to them and the honor of the country demands.

The attempt to give the impression that the Republican party wishes the Government deserved is not honest and will fail of effect. No patriotic man or party desires that. What we contend for, and shall continue to contend for, is that deserving soldiers and their widows shall not be deprived of their just pensions because here and there an occasional mistake may be made, as will occur in all human affairs, and we will resist the insidious attack which, under that guise, is made upon them in the amendments to this bill.

### Fishes That Do Not Move.

[Our Animal Friends.]

A great many of our well-known fishes do not move from Christmas to Easter, and often for a much longer period. I paid a visit to the chief Canadian fish hatchery, which is under the superintendence of Mr. Wilmot, at Newcastle, Ont., early in December. In some of the tanks were carp and in others were eels. One large eel was in the form of the letter S, and poised midway in the water; when I returned to Newcastle, early in March, the eel had not changed its place or its form, and Mr. Wilmot assured me that it had not moved at all that time. The carp lay close to the bottom of the tanks and did not move either. They like to go into deep, reedy lakes or ponds, get close to the bottom, and remain there till the ice above their heads has melted. Unless they are disturbed, I doubt if some of these hibernating fishes move so much as a fin during the winter. A frog will remain for four months, looking apparently into the heavens with wide-opened eyes, without once moving them or any other portion of his body.

At the New-York Hospital they related to me a curious occurrence bearing on the hibernation of fishes. In the conservatory in the upper part of the building they had several glass jars in which were gold-fish, which is a species of carp. One morning the caretaker found a jar broken and the water frozen through and through, and the fish, of course, being as rigid as ice. The lump was taken away and thrown into an old rubbish barrel, where it remained several weeks. One March day the sun was unusually strong and it split the cylinder of ice, but what was the astonishment of the caretaker to see the tail of a fish wriggling out of a part of the broken block. The actual freezing had not killed the fish, which was removed to another tank, where it swims about as if nothing had befallen it.

### In Hot Water.

[Detroit Free Press.]

A resident of Detroit, who is at present wearing his hat as little as possible, and has a paucity of skin on his usually pleasing countenance, is anxious to find out who originated that story about boiling water in an envelope. He read the thing to his wife, who was, of course, skeptical, and was disposed to make fun of his credulity.

Let him tell the rest: "It made me a little huffy, and I told her there were scientific principles involved that she was unable to comprehend, and I proposed to demonstrate that the feat could be performed. I acknowledge that I tried to fool her in part, for I filled the envelope with water that had already reached a boiling point, and then confidently held it over the gas jet and told her to watch the process. She did. I was looking up at the thing and the first I knew I was striking out like a boy fighting bees, tearing my hair, rubbing my face and yelling for cold water. The darned envelope had taken fire right at the beginning of the experiment and I came within an ace of being scalded to death. In addition to that, I am getting the finest roasting a man ever had every time I go home, and all I want now is to get my hands on the man who first put up that job. I'll show him how it is to be in hot water himself."

—*Worthington's Magazine* for March is a royal number. Evidently this vigorous young magazine is growing and thriving, since, though exceptionally bright from the start, it has constantly increased in interest, attractiveness and value, and its success in catering to the varied tastes and requirements of the American family at home proves its ability to give valuable points so many an older and more experienced periodical. The March number opens with a superbly illustrated article upon "The Chicago Women's Club," written by Sarah A. Underwood, one of its prominent literary members. It is of timely interest to all progressive people in these close-of-the-century days, so aptly called by Victor Hugo, "The Woman's Era."

**Green's Landing.**

Howard Spofford and wife have moved here from Portland and intend opening a hotel, occupying for that purpose the entire second and third floors of the new Russ block. Mr. Spofford also will open a meat market in the Tuttle building.

Thos. Ames, an aged and very highly respected citizen, passed away on the 2nd instant, after more than a year of failing health.

Mary, wife of Stephen Thurlow, died March 28, and was buried from her late residence on Easter Sunday, Rev. V. W. Blackman officiating. Mrs. Thurlow's sickness was very short and her death a sudden and severe blow to her husband and grandson and many loving relatives and friends. She was a most estimable woman and will be sadly missed.

Thos. Sturdee has rented the new Fifield building near steamboat wharf, and will occupy it as grocery store and dwelling.

Miss Georgie Whaling of Vinalhaven, is here for a few weeks.

J. Ackerman has lately purchased of B. S. Thurlow, the building which he has for the past year rented and used for a tailoring establishment.

April 4.

**Sunset.**

Mr. A. T. Small was in Bluehill a few days this week on business.

Mrs. Eliza Small of this place is very ill.

John Raynes arrived home from Boston, Friday, where he has been employed the past winter.

Mr. and Mrs. Jeremiah Greenlaw, who have been staying the past winter with relatives at West Deer Isle, arrived at their home Friday last.

Miss Ethel Sellers has been engaged to teach the spring term of school at district No. 12.

Lewis K. Judkins has begun work on the stone quarries at Green's Landing.

Mrs. Eliza Brown and son, Parker, are in town on a visit to the former's parents, Mr. and Mrs. H. F. Cole.

Miss Florence Eaton came from Camden, Monday, where she has been employed.

Mrs. Josephine Fifield came on the Rockland, Monday. She will be employed the coming summer in the post-office at Sunset.

Western Light Lodge held a very interesting meeting at the school-house, Saturday evening.

April 8.

**Atlantic.**

Capt. Otis Albee shipped the first barrel of lobsters from this part of the town, Monday; price 12 cents.

The assessors have been visiting us the last week. Isn't it wonderful how the property does shrink up in value in the spring and the poor dogs are turned loose without a collar or a friend?

Lightning struck James McKay's house during the thunder-storm, Tuesday night, quite severely injuring the house, but as the occupants were in another part of the house, they escaped uninjured.

Dr. H. W. Small was at Deer Isle last week.

B. J. Staples is repairing steamboat wharf.

Mrs. James Bridges is very sick.

**Prospect Harbor.**

The little Busy Bees gave an entertainment in Columbus Hall, last Friday night, consisting of singing, dialogues, recitations, etc. There does not seem to be any drones in this hive; they are all workers, and they deserve lots of praise for their perseverance and push. They cleared ten dollars all themselves. And their ages [illegible].

J. M. Allen is home from sea.

J. W. Handy has been very sick for the past ten days.

A. Hamilton has put an extension on his sardine factory and is packing clams and making cans.

Fred Shaw is visiting here.

Foster Ray of Milbridge, will move his family into F. C. Bickford's house. He and his son are making cans for A. Hamilton.

Chas. Blance, Jr., has gone to Brooklin to work in a sardine factory.

April 10.

**Marlboro.**

I noticed in the AMERICAN a short time ago an item about a remarkable cat. I would also mention that this place can boast of a remarkable one which after being burnt out of house and home, took refuge in the barn and at night slept on the horse's back.

The sardine factory is going under full blast now canning clams, and some of the boys are digging.

Mr. E. I. and E. S. Hodgkins left the 3rd for New Hampshire where they will be employed this summer.

Colds are going the rounds now. Mr. F. T. Hodgkins has been quite sick with a cold, but at present writing is much better.

Miss Severance of Ellsworth, spent Sunday with her parents here.

Miss Abbie Hodgkins of Bar Harbor, has returned home.

April 10. MAY.

### An Orange Sorter.

[Boston Journal.]

I wonder how many readers of the *Journal* know what an orange sorter is. Probably those who live in Florida can tell, but I doubt if many Northerners ever heard of one. There are hundreds of orange groves in Florida, each producing many thousand boxes every season. The oranges are shipped and sold according to size, and there are usually four grades, called number one's, two's, three's, etc. To sort all these millions of oranges would be a very long and tedious job if it were done by hand, and they would be imperfectly sorted, too, for one could not judge by the eye alone exactly what the size of the oranges is, and many would go into the wrong boxes.

But to overcome all this difficulty the orange growers use a simple device called an orange sorter. It is a narrow, long, inclined trough, with different sized holes cut in the bottom. Under the holes are placed boxes. A basket of oranges is brought in and dumped into the upper end of the trough, which is just wide enough to allow them to roll down in single file, one after another. As they run by the first hole, which is very small, all the little ones drop through into the box underneath. The rest roll on, and in passing the second hole, which is one-fourth larger than the first, the next sized ones drop through into another box, and so on. By two or more holes, which leave only the largest ones in the trough. These roll out at the lower end and are caught in a basket placed there to catch them. All the men have to do is to go around and put new boxes in place when the old ones get full. There are many different kinds of sorters, but they all work on this same principle.

### Be Ready for Breakfast.

[Buffalo Commercial.]

A friend was asked the other day how he happened to have his breakfast so on time every morning that he was as he is always ready to start for business at the hour appointed. The answer was "For twenty years I have been keeping house and I never in all that time have had to wait a moment for my breakfast. I believe the reason to be that in all that time I have never failed to be ready for it at the hour that I had appointed. Tell a servant that you want a meal at a certain hour and then be sure yourself to be on hand at that hour. One trouble in families is that they will, for instance, that they breakfast at 8 o'clock; that means that they will come down when they feel like it; one morning at half-past 8, the next at 8, possibly the next at a quarter to 9, and then if the man is in a hurry perhaps he will scold if he does not get his breakfast at a quarter to 8. The result is that the servants see that there is no order in the household and they do not care to be regular themselves. I have never yet failed to be on hand at the hour, and although we have had a great number and variety of servants I have never had to wait five minutes for a very early breakfast."

The Ellsworth American.
THURSDAY, APRIL 20, 1893.

We do not read anonymous letters and communications. The name and address of the writer are in all cases indispensable, not necessarily for publication but as a guarantee of good faith. We cannot undertake to return or preserve communications that are not used.

## STATE OF MAINE.

By HENRY B. CLEAVES, Governor.

## A PROCLAMATION

For a day of Fasting and Prayer.

With the advice and consent of the executive council, I hereby designate Thursday, the twentieth day of April next, as a day of

Fasting and Prayer.

That the day may be consecrated to the reverent purposes for which it was founded, let all of our people, in their homes and in places of public worship, humbly acknowledge our faith in and our dependence upon a Divine creator, let us implore His favor and guidance, His blessing upon our people and commonwealth, and His aid in [illegible].

Given at the council chamber, in Augusta, this thirtieth day of March, in the year of our Lord one thousand eight hundred and ninety-three, and of the Independence of the United States of America the one hundred and seventeenth.

HENRY B. CLEAVES.

By the Governor.

NICHOLAS FESSENDEN, Secretary of State.

## IN MEMORIAM.

The Late J. C. Chilcott.

Upon us devolves the sad duty of announcing in the AMERICAN, the death of James C. Chilcott, its editor for the last seven years.

On Thursday of last week, April 13th, Mr. Chilcott was at his office during business hours, apparently in his usual health; shortly after six o'clock that evening he died of heart failure. As the news of his sudden death became known to the people of Ellsworth and throughout the county where he had lived and labored, it produced widespread and sincere grief and a profound conviction that Ellsworth had lost one of its best and most respected citizens.

Mr. Chilcott was born in the town of Gouldsboro, April 2, 1832. When about two years of age his parents moved to Sullivan, where he passed his youth and early manhood. His education was entirely obtained at the common schools of the town. As he approached manhood, he commenced to devote considerable of his time to school teaching and made that for a number of years one of his principal occupations, [illegible]. Early in the War of the Rebellion, he tendered his services in defence of his country and on November 15th, 1863, was enrolled as a member of company F, Thirteenth Maine Volunteers. In that regiment he served until June 20th, 1865, when he was honorably discharged by reason of disability, contracted during his service. In 1872, he was appointed Deputy Collector of Customs of the Frenchman's Bay District, and about that time moved with his family to Ellsworth, where he has since resided until the time of his death. He held the office of Deputy Collector through successive administrations until the fall of 1885, when he assumed the editorial management of the ELLSWORTH AMERICAN, in the discharge of the duties of which last position he was engaged until within only about an hour of the time of his death.

He was prominently connected with various organizations. He was one of the original members of W. H. H. Rice Post, G. A. R., and held various offices in the post, including that of Commander. He was also a member of Lygonia Lodge of Masons. In religious matters Mr. Chilcott was an earnest member of the Unitarian society of this city, and for many years acted as superintendent of the Sabbath school connected with that society.

On December 13th, 1855, at Jonesboro, he was married to Miss Sophia J. Tupper who, with their four children, survives him.

During the more than twenty years that Mr. Chilcott was a resident of this city he made an enviable reputation for ability, character and integrity, the recollection of which will certainly be a great comfort to the members of his family in the time of their terrible bereavement.

As editor of the AMERICAN he was always fair and courteous to all, never allowing the paper to contain, either in its correspondence, selections or otherwise, anything that could be regarded as in poor taste. Under his management the paper never descended to offensive personalities, nor indulged in attacks upon [illegible]. He was always ready to do his part, and many a man upon whom fortune had frowned, could testify to his deeds of kindness and words of encouragement.

As editor of the AMERICAN, as a member of the Grand Army of the Republic, of the religious society with which he was connected, as a leader in many and varied moral reforms, in his connection with the schools of our city, and in other ways, Mr. Chilcott has made an impress upon the times in which he lived, which will [illegible] have a beneficial and lasting effect. The world is certainly better for his having lived in it.

We appreciate the impotence of words in the expression of sympathy, but the AMERICAN desires upon this occasion to express its grateful appreciation of Mr. Chilcott's kindness and faithful service, and to tender to the members of his family its sincere sympathy in their great affliction.

### The Last Sad Rites.

That "Death loves a shining mark" then strikes a signal blow" was fully impressed upon this community last Thursday, when it learned of the sudden demise of Mr. James C. Chilcott.

One of the saddest evidences of our mortality, is the sudden extinguishing of the lights of one of our prominent citizens, on whose labors we have learned to depend, and whose efforts we have been accustomed to anticipate with pleasure.

While Mr. Chilcott's nature was so simple, modest, and unassuming, yet, perhaps, never were so marked honors accorded a private citizen of Ellsworth. It may be that we have never been called upon to part with one who will be missed in so many ways. Every tribute loving hands and grateful hearts could prompt was gladly offered. On Friday, all the public schools were closed and flags placed at half-mast in honor of him who had labored so indefatigably for their elevation. On Sunday, all services at the churches were postponed so as not to conflict with the funeral rites.

At 9.30 o'clock prayer was offered at the home by Rev. Mr. Mason, then the Wm. H. H. Rice Post escorted the body of their beloved comrade to the Unitarian church, where they were received by the Masonic fraternity. The church was appropriately decorated, and the singing gallery and tables were draped with white and evergreens. Mr. Chilcott's pew was decorated with running vines, no black being used, as his expressed wishes were regarded, his cheerful, hopeful view of death and the future life forbidding anything sombre or black in its association. To him,

"Death seemed but a covered way
Which opens into light,
Wherein no blinded child can stray
Beyond the Father's sight."

At the head of the casket was placed the pillow of flowers from the High school, at the foot, the closed book of flowers from the Hancock County Publishing Co., while the casket itself was literally covered with flowers from the employes of the AMERICAN office, and many friends. On the pulpit were the flowers tied with the purple ribbon, ornamented with the silver cross of the King's Daughters, in front on the right was the broken column of flowers from Lygonia Lodge of Masons, on the left, the wreath of ivy from the Unitarian Sunday school.

The services of Rev. Mr. Cochrane consisted of reading of the scripture and a most fitting poem, prayer and remarks, where allusion was made to Mr. Chilcott's favorite poems, Longfellow's "Psalm of Life" expressing his conception of life, while Whittier's lines:

"I know not where His islands lift
Their fronded palms in air;
I only know I cannot drift
Beyond His love and care."

expressed his faith in the eternal goodness of God.

The Unitarian choir assisted, by finely rendering choice selections, in making a comforting, inspiring service. Then followed the solemn, impressive funeral obsequies of the Masonic fraternity. Finally the Masons and Grand Army men formed in procession and escorted the family and friends to the cemetery.

Mr. Chilcott's three sons and daughter returned home for the funeral, also two brothers, one sister, several nephews and nieces, and Miss Josie Wiggin came from abroad to be present at the services. Miss Graves and Mr. Bryant of Colby University were here to represent Miss Chilcott's class, who sent beautiful flowers with loving sympathy.

A few days previous to his death Mr. Chilcott expressed the wish that he might "die in the harness," [illegible]

"Do thy duty; that is best;
Leave unto thy Lord the rest."

One of his last, and perhaps one of his most lasting efforts, was his work in behalf of the King's Daughters' [illegible]

"In life of life departs!
The body in the grave is laid,
Its beauty in our hearts."

H.

### In Memoriam.

J. C. CHILCOTT.

The last number of the AMERICAN is before us, fresh with the impress of the thought and character of the man who, for many years, has filled the editorial chair with honor to himself and with profit and satisfaction to the public. [illegible]

"And He at last,
After the weary strife—
After the dreariness, the aching pain,
The wayward struggles that have proved in vain—"

breathes forth the spirit of the man—an unconscious revelation of his broad and sympathetic nature [illegible]

Bluehill, April 16. M. E. M.

### FROM FRANKLIN.

Into how many homes the sad intelligence of James C. Chilcott's death enters, there are sincere mourners for the demise of the editor who has so long been at the helm of this, one of the best conducted journals in the county. When we measure the span of life by the fleeting years that mark its milestones, we regard the sudden extinction of our deceased friend's life as untimely and deplorable. But if "we live in deeds, not years; in thoughts, not breaths," then was his existence one of rounded completeness. His early employment in the school-room, his engaging literary and later journalistic career, with his natural ability, moulded in him a stalwart character. Fearless for the right, in Mr. Chilcott's death the temperance cause loses a devoted advocate, and in the national theories advanced for the welfare of mankind, the loss of his potent influence will be long felt. While sadness, profound, broods over the family circle, who have the sympathy of hosts of unknown friends, into the lives, also, of the large family of correspondents of the AMERICAN, to whom the editor had endeared himself by many deeds of kindness, comes the feeling of a personal bereavement.

"Lead, kindly Light, amid the encircling gloom,
Lead thou me on!
The night is dark, * * * * * * *
And with the morn those angel faces smile
Which we have loved long since, and lost awhile!"

April 15. E. A. D.

### FROM PENOBSCOT.

Side by side with the buoyant spirit of life ever walks with soft footfall the grim messenger of death. Without a single note of warning and while the flush of ardent life still lingers upon the cheek, and the strength and ripe manhood of life still animate and support the physical structure, death often, ah, how often! strikes down the best, the truest and noblest of earth. With scarcely a jar or tremor in the subtle mechanism of human existence, the wheels of life suddenly stop and an esteemed citizen, a cherished friend, and a loved parent is torn with ruthless violence from the tender relations of earth, and a wave of sorrow and a sense of desolation sweeps over a whole community. Such a sad bereavement has fallen upon the people of this county, and made this paper the receptacle of expressions of grief over the sudden departure of him who has moulded and guided its course for so many years.

Not alone in his adopted city where for many years he has been a prominent figure in every upward movement, and whose people have learned to trust, honor and love him, will his death be most deeply mourned, but around every fireside where the AMERICAN has been a weekly visitor, a sense of the loss of a personal friend will fall like a dark shadow upon the home. For was he not a friend of all humanity? And how deeply shall we who have lived in closest touch with his many qualities of head and heart, have known the warmth of his personal friendship, felt his words of appreciation, [illegible] was a source of inspiration to the higher levels of thought and sentiment.

We feel that an honest man, one of God's noblest creations, has gone, a friend to whom there was no guile, on whose heart was stamped in letters of purest gold loyalty to country, loyalty to humanity, loyalty to God. Above the hum and roar of material things, he held his motto so high that the world could gaze on it "Fidelity to the eternal principles of truth and justice." Let us cherish his memory, imitate his example, and strive to carry forward the noble causes to which he devoted the best part of his life.

### From Lamoine.

We were saddened to hear of the sudden death of the beloved editor of the AMERICAN and his bereaved family have our sincere sympathies. We know that others will write more fitting words than we can. He was a highly respected member of Lamoine Grange.

### From Northeast Harbor.

In reading the Enterprise Saturday evening we were grieved to see the death of Editor Chilcott noted. How sudden! Ellsworth has lost a good citizen and the temperance cause a very good worker. His family have the heartfelt sympathy of the whole community.

—Seashore and mountain landlords are beginning to speculate, with some concern, upon the possible effect of the World's Fair upon their season's business. [illegible] Chicago divert people from their usual haunts by the sea or among the mountains? That is the question which is anxiously discussed. [illegible] summer resorts.

### Sweeping Republican Victory in Portland.

Baxter Elected by a Majority of 315 Over All.

PORTLAND, April 17. In the second election for mayor to-day the vote was somewhat smaller than in March, but there was nevertheless considerable interest [illegible]. The result was a sweeping victory for James P. Baxter, Republican, who had 315 majority over Ingraham, Democrat, and True, prohibition.

Many Democrats staid away from the polls. In Ward 1, where the fraud was perpetrated in March during the election the result today gave Baxter 541 votes and Ingraham 500. This proves beyond doubt that Baxter was fairly elected in March.

### Congressional.

Monday, April 10.—The Senate in session. There was a discussion on the recent railroad judicial decisions.

Tuesday, April 11.—The Senate in session; [illegible]

Wednesday, April 12.—The Senate in session. [illegible]

Thursday, April 13.—The Senate in session. [illegible]

Friday, April 14.—The Senate in session. [illegible]

Saturday, April 15.—The Senate adjourned [illegible]

### West Gouldsboro.

The many friends here of the AMERICAN's editor were much saddened to hear of his sudden death.

We were all pleased to see Mr. Fred Shaw of Camden, on his brief visit to his parents.

Capt. S. L. Tracy has in his store an attractive feature, a new carpet department. [illegible]

School commences Monday, to be taught by Miss Belle Lord of East Sullivan.

Mrs. D. S. D. Sargent makes her spring trip to Boston the 20th, accompanied by Miss Grace Stevens, who will visit her sister, Mrs. Frank Godfrey, in Everett.

The selectmen have given permit to the England Telegraph and Telephone Company for the use of all the main roads in town.

April 15.

### Franklin.

Two weeks ago, we recorded the death of Mr. Ephraim Wentworth; and only yesterday his worthy companion was laid beside him in the family burial ground. Verily, "they were lovely and pleasant in their lives, and in their death they were not divided." [illegible]

For months Mr. Henry Havey's health has been failing, and his condition is now considered very critical.

Mrs. S. S. Gross is enjoying the brief visit of her son, who is employed in Boston.

The baptismal rite was administered to two candidates Sunday afternoon, April 9. [illegible] connected themselves with the Methodist church.

Mr. Sherman Scammon teaches the Ryefield school, Miss Maria Bunker the [illegible] school, and Miss Addie Bunker the Egypt school. [illegible]

April 17. LEON.

### Sedgwick.

Miss Susan Cole Sargent, daughter of Hon. W. G. Sargent, died at her home at Sargentville April 10th, aged 51 years, [illegible]. The funeral occurred April 12, her pastor, Rev. E. A. Davis, officiating. Her father, Hon. W. G. Sargent, brothers and sisters have the true sympathy of a large circle of friends.

April 15. E. A. D.

## NEWS OF THE WEEK.

Tuesday, April 11.

The medical examiner pronounced a verdict of death by drowning in the case of Miss Mary McMahon of Malden, Mass.—The investigation of the charges of mismanagement of the Connecticut state prison has begun—[illegible]—An electrician at Lynn, Mass., was badly injured by a bursting armature.—W. C. Noble, the sculptor, has sued for expenses incurred in preparing a statue of Robert Burns for Providence people.—[illegible]—Hon. Rufus P. Tapley of Saco, one of Maine's oldest and most distinguished attorneys, is dead—[illegible]

Wednesday, April 12.

Robert M. Wallace was appointed justice of the supreme court in New Hampshire.—[illegible]

Thursday, April 13.

[illegible]

Friday, April 14.

[illegible]

Saturday, April 15.

[illegible]

age will be enormous—It is reported that Mr. Thurber, private secretary to the president, is slated for early retirement—The training ship Enterprise has been assigned a part to play in the coming naval review. Chili wants the refugees under Minister Egan's protection handed over to the authorities—Death of Roger B. Griffin, from injuries received in a chemical explosion at Boston—Hayti and San Domingo have reached a peaceful settlement of their differences—Charges of corruption have been made against New York customs officials—The anti-pool bill has passed the New York senate—The Chicago waiters demand higher pay—China and Russia are strengthening their forces on the Panama frontier—Earthquakes have caused a panic in the Moravia Valley—Minnesota's coal trust was denounced by a legislative committee—Miss Sadie Means was dismissed from the Second Presbyterian church because her work at the telephone exchange required her to be there four hours on Sunday. She complained to the Presbytery, which decided against her. Affairs in the Choctaw country remain about the same. The governor refuses to disband the militia, although it is alleged they are a menace to peace.

Sunday, April 16.

Socialists are to assist Ahlwardt in placing his accusations before the reichstag—The new Cunarder Campania showed 27 miles an hour on her recent trial trip on the Clyde—The Japanese naval department is making preparations for the construction of four new men-of-war—The Dowager Duchess of Sutherland is charged with burning an important document in a probate case—Chicago and Northwestern telegraphers were told to leave their organization or give up their situations—A freight train on the Concord and Montreal railroad ran over an unknown man at Reed's Ferry, N. H. Two thousand houses were destroyed by fire at Kawagigoe, Japan. Many people were injured but no lives were lost. Newmarket N. H., has voted to indefinitely postpone the construction of waterworks under its charter privileges—Charles Orcutt was arrested in Haverhill, Mass., in the act of robbing the safe in the counting room of Morris S. Tittum & Co.—Twelve of the Haverhill (Mass.) shoe manufacturers have signed and posted the cutters' price list recently adopted by the board of conciliation and arbitration—Mrs. Catherine Cobb of Brockton, Mass., has presented to the Industrial circle the Thomas Wales estate valued at $8000, as the site for a "Wales home" for old ladies—A mail train on the North Fitchburg (Mass.) road narrowly escaped disaster by striking a rock in the cut between Marlboro and Keene. The car steps on one side of the train were torn off.

Monday, April 17.

Mexican railroads are now under a law similar to the interstate law of this country—The cashier of a Nashville bank is from $40,000 to $80,000 short in his accounts—A special dispatch to a Kansas City paper says the Hawaiian royalists believe the queen will soon be restored by Mr. Blount—More foreign warships have arrived at Hampton Roads—Rioting is reported in Brussels—Several spectators were injured at a fire at Louisville. Great western railroads formed an agreement on transcontinental and intermediate freight—A great labor union is to be formed—The Duke of Veragua and party attended mass in New York and passed a quiet day—Rev. Dr. Vandyke of New York has decided not to accept an Andover (Mass.) seminary professorship—A legislative committee favored granting a charter to the Boston and Nova Scotia Coal company—The Rollstone Congregational church, Fitchburg, Mass., celebrated its 25th anniversary—New Bedford (Mass.) carriage workers are on a strike—Several officers of the Connecticut militia have been ordered for duty at the state prison. A Columbian bell to be cast at Troy, N. Y., is to be composed of historic relics. A Universalist church dedicated at Haverhill, Mass.—The Boston baseball team is at Charlotteville, Va., and will begin practise in earnest—A bloody and fatal battle occurred between Hungarian and Italian miners near Hazelton, Pa.—The body of a missing Westport (Conn.) man was found and his friend has been arrested for his murder—"Cuckoo" Collins, printer, employed in Barnum's circus, was mortally shot by his backer—Dedham (Mass.) citizens have asked the board of fire engineers to investigate recent incendiary fires in that town.

STATE OF OHIO, CITY OF TOLEDO, } ss.
LUCAS COUNTY. }

FRANK J. CHENEY makes oath that he is the senior partner of the firm of F. J. CHENEY & Co., doing business in the City of Toledo, County and State aforesaid, and that said firm will pay the sum of ONE HUNDRED DOLLARS for each and every case of Catarrh that cannot be cured by the use of HALL'S CATARRH CURE.

FRANK J. CHENEY.

Sworn to before me and subscribed in my presence, this 6th day of December, A. D. 1886.

{ SEAL } A. W. GLEASON, Notary Public.

Hall's Catarrh Cure is taken internally and acts directly on the blood and mucous surfaces of the system. Send for testimonials, free.

F. J. CHENEY & CO., Toledo, O.

Sold by Druggists, 75c. Apr.

**Children Cry for Pitcher's Castoria.**

**A Philosopher's Opinion.**

Voltaire said to a beautiful young lady with whom he was dining, "Your rivals are the perfection of art; you are the perfection of nature." This could not have been said if the young lady was suffering from disease, and pain had left its signs on the features. Women who want to keep beautiful, and be the "perfection of nature," should use "Favorite Prescription" to assist Nature when needed, to correct irregularities, aid circulation and digestion, and thereby clear up the skin, rendering it soft and beautiful. Dr. Pierce's Favorite Prescription is the only medicine for women's peculiar ills, sold through druggists, and *guaranteed* to give satisfaction in every case, or money refunded.

**Of Course You Read**

The testimonials published in this paper relating to Hood's Sarsaparilla. They show beyond a doubt that HOOD'S CURES.

Constipation, and all troubles with the liver, are cured by HOOD'S PILLS.

—If the hair has been made to grow a natural color on bald heads in thousands of cases, by using Hall's Hair Renewer, why will it not in your case?

**$25,000 in Premiums.**

Offered by Liggett & Myers Tobacco Co. of St. Louis, Mo. The one guessing nearest the number of people who will attend the World's Fair gets $5,000.00, the second $1,000.00, etc. Ten Star tobacco tags entitle you to a guess. Ask your dealer for particulars or send for circular. 3mos

—For horse and owner nothing equals BICKMORE'S GALL CURE. By its use Galls and wounds are healed while the horse is at work.

—Tapley's "Bread Winner" outwears all other shoes.

**WHY SHOULD I**

not have confidence in that which has done me a world of good? If you had suffered years with liver complaint and got cured by using Sulphur Bitters, would not you too have confidence in them! J. R. NASH, Hotel Winthrop, Boston.

To the Hon. Judge of Probate within and for the county of Hancock.

THE UNDERSIGNED, Thomas S. Liscomb, guardian of Lena I. Wardwell, minor and the only heir of Samuel H. Wardwell, late of Penobscot, in the county of Hancock and State of Maine, deceased, respectfully represents that said minor is possessed and owner of the following described real estate situated in the county of Hancock and State of Maine, and bounded and described as follows, to wit: The homestead of the said Samuel H Wardwell, situated in said Penobscot, containing eighty-two acres, more or less, for a more particular description of the same, reference being had to former deeds; one given from Samuel Wardwell to Moses Wardwell, dated April 16th, 1839, and recorded in Hancock Registry of Deeds, one dated June 17, 1857, and recorded in vol. 105, page 106, one dated October 3d, 184-, and one given by Pelatiah Hutchings to said Moses Wardwell, deed dated Nov. 16, 1850, and recorded in said Registry in book 268, page 476, and one deed from Jeremiah Wardwell, administrator, to Moses Wardwell, dated Sept. 25, 1860, and recorded in said Registry, vol. 118, page 94. Also one other piece described as follows: Beginning at the northeasterly corner of land occupied by Eben Hutchings to land of the late Taylor Wardwell; thence northwesterly on said Wardwell line sixteen rods to Wardwell's northwesterly corner; thence northeasterly on said Wardwell's head line to the northwesterly corner of the homestead farm of Vespasian Wardwell; thence northwesterly three and one half rods to a cedar tree; thence southwesterly four and one-half degrees west to land of Eben Wardwell; thence southeasterly on said Wardwell's line to the place of beginning containing eight and one-third acres more or less. Excepting and reserving from the above described lands a lot of about four square rods used as a burying ground and a lot of about three acres leased and used for a brickyard; that said estate is unproductive of any benefit to said minor and that it will be for the interest of said minor that the same should be sold and the proceeds secured on interest, therefore prays your honor that he may be authorized and empowered agreeably to law to sell at private sale the above described real estate, or such part of it as in your opinion may be expedient.

THOMAS S. LISCOMB, Guardian.

Ellsworth, April 12, 1893.

STATE OF MAINE.

HANCOCK, ss:—At a Court of Probate held at Ellsworth, on the second Wednesday of April A. D. 1893.

On the petition aforesaid, ORDERED, That notice be given by publishing a copy of said petition, with this order thereon, three weeks successively in the Ellsworth American, a newspaper printed in Ellsworth, that all persons interested may attend on the second Wednesday of May next, at a Court of Probate to be holden in Bucksport, and shew cause, if any, why the prayer of said petition should not be granted. Such notice to be given before said court.

O. P. CUNNINGHAM, Judge.

3w16 Attest:—CHAS. P. DORR, Register.

A true copy, Attest:—CHAS. P. DORR, Register.

**FINE JOB PRINTING AT THIS OFFICE.**

**Our Artist!**

It is hard to paint in words and do the subject justice. The beauties and merits of our line of HANDKERCHIEFS, Ladies' Plain White Hemstitched with printed borders, also Plain White Hemstitched Handkerchiefs, each at 5 cents. Ladies' Scalloped Edge, also Plain White Hemstitched, each at 12 1-2 cents. Ladies' Embroidered and Scalloped Edge Handkerchiefs, also a good line of Lace Edge Handkerchiefs, each at 25 cents. Gentlemen's Handkerchiefs from 5 cents each to $1.00.

**A. H. NORRIS,**

NO. 9 MAIN STREET.

**NOTICE!**

MISS MARY WASHBURN PEARSON of Bangor, a graduate of the Normal class of the Boston Cooking School, will be in Ellsworth the last week in April, to give practice lessons in the art of cookery. All who would like to join the classes are requested to leave their names with Miss Hannah Holmes. 16tf

—We announce that—

Robinson's
Double Strength
Flavoring
Extracts

are the coming extracts on the market.

Why? Because of their great STRENGTH and PURITY, and style of putting up. Send for samples to

The G. I. Robinson Drug Co.,
THOMASTON, MAINE.
3mos16

THE CELEBRATED
**Medal Brand Ready Roofing**
(Fireproof)

makes the cheapest, best, and most economical Roof in the World. Any one can put it on.

For particulars, samples, etc., address

C. M. RICE PAPER CO.,
PORTLAND, ME.
4w16

**NOTICE.**

OWING to poor health I am obliged to leave my blacksmith shop and business. I have all the tools belonging to a first-class establishment for ship and mill work, which I shall sell on or before thirty days. All owing me for tools are requested to call and settle within the time named above, or their demands will be left with an attorney for collection.

A. K. WOODWARD,
ELLSWORTH, - - MAINE.
4w15

BOTH EYES OPEN.
WHEN YOU BUY
Fruits OR Confectionery,
you should go into it with
BOTH EYES OPEN.

When we tell you that ours is the
**Most Complete** and **Moderately Priced Stock**
in the city, we do it to
"OPEN YOUR EYES."

Then if you persist in going some place else, it's not our fault, but your misfortune.

This week and next you can buy
**ORANGES CHEAPER OF HOLMES BROS.,**
than elsewhere in the city.

SPECIAL SALE Saturday afternoon and evening, at low prices.

CONFECTIONERY and CIGARS,
WHOLESALE AND RETAIL.

**HOLMES BROS.,**
28 Main St., ELLSWORTH, ME.

To the Hon. Judge of Probate within and for the county of Hancock.

THE UNDERSIGNED John B. Bonin, Guardian of Howard A. and Joseph B. Gray, minor heirs of Joseph A. Gray, late of Bluehill, in said county, deceased, respectfully represents that said minors are seized and possessed of certain real estate situated in East Bluehill, on the Morgan's Bay road, so called, and bounded and described as follows, to wit: Northerly by land of John S. Gray; easterly by Morgan's Bay; southerly by land of Whitcomb Cousins and westerly by the main road; containing sixty acres more or less, and being the homestead farm of the late Joseph A. Gray. That said estate is unproductive of any benefit to said minors and that it will be for the interest of said minors that the same should be sold and the proceeds secured on interest, he therefore prays your honor that he may be authorized and empowered agreeably to law to sell the above described real estate, or such part of it as in your opinion may be expedient.

JOHN B. BONIN.

Bluehill, April 12, 1893.

STATE OF MAINE.

HANCOCK, ss:—At a court of Probate held at Ellsworth, on the second Wednesday of April, A. D. 1893.

On the petition aforesaid, Ordered—That notice be given by publishing three copy of said petition with this order thereon three weeks successively in the Ellsworth American, a newspaper printed in Ellsworth, that all persons interested may attend on the second Wednesday of May next, at a Court of Probate to be holden in Bucksport, and show cause, if any, why the prayer of said petition should not be granted. Such notice to be given before said court.

O. P. CUNNINGHAM, Judge.

3w16 Attest:—CHAS. P. DORR, Register.

A true copy. Attest:—CHAS. P. DORR, Register.

THE subscriber hereby gives public notice to all concerned that he has been duly appointed and has taken upon himself the trust of an administrator of the estate of Cynthia Jordan, late of Ellsworth, in the county of Hancock, deceased, by giving bond as the law directs; he therefore requests all persons who are indebted to said deceased's estate to make immediate payment and those who have any demands thereon to exhibit the same for settlement.

A. F. BURNHAM.

April 12, 1893. 3w16

THE subscriber hereby gives public notice to all concerned that he has been duly appointed and has taken upon himself the trust of an administrator of the estate of Mary Monaghan, late of Ellsworth, in the county of Hancock, deceased, by giving bond as the law directs; he therefore requests all persons who are indebted to the said deceased's estate to make immediate payment, and those who have any demands thereon to exhibit the same for settlement.

STEPHEN MONAGHAN.

March 10th, A. D. 1893. 3w16

To the Honorable Judge of Probate for the county of Hancock.

THE UNDERSIGNED, Bedford E. Tracy, administrator of the estate of Barney K. Foss, late of Gouldsboro, in said county, deceased, respectfully represents that the goods and chattels, rights and credits of said deceased are not sufficient to pay his just debts and charges of administration by the sum of five hundred dollars. Wherefore your petitioner prays your honor to grant him a license to sell, at public or private sale, and convey the following described lots or parcels of land, subject to the incumbrances mentioned thereon, viz.:

1st. A certain lot or parcel of land situated in that part of said Gouldsboro known as South Gouldsboro, and bounded and described as follows, to wit: Beginning at the tide waters of Frenchman's Bay at the southeasterly corner of land conveyed by the said Barney K. Foss to Bedford E. Tracy and Roderic Pendleton by deed dated May 24, 1888, and recorded with the Hancock county, Maine, Registry of deeds, in book 226, page 421, and thence running northerly by said land twenty-four rods more or less to the northeast corner thereof; thence by said land westerly twelve rods to land now or formerly of Barney B. Havey et als.; thence northerly by said last mentioned land fifteen rods more or less to the southwest corner found of land occupied by Geo. W. Sargent; thence easterly by said land last mentioned to the town road; thence by said road southerly to the northeast corner of land occupied by William and Ella Coombs; thence westerly by said Coombs lot forty feet to a stake; thence southerly forty feet to a stake; thence easterly forty feet to said road; thence southerly by said road to the northeast corner of land of Horace W. Jordan; thence by said land of said Jordan westerly to the tide waters aforesaid; thence by said tide waters in a general northerly direction to the place of beginning, containing ten acres more or less. Together with the buildings thereon. Said premises being subject to a mortgage given by the said Barney K. Foss to Horace W. Jordan, dated Aug. 25, 1891, and recorded with said Registry in book 256, page 112.

2d. A certain lot or parcel of land situated in that part of said Gouldsboro known as South Gouldsboro, and bounded and described as follows, to wit: Beginning on the east side of the town road at the southwest corner of land now or formerly of Sarah J. Sargent and thence running easterly by said land eight rods to a bound; thence southerly by land now or formerly of Alex. Fulton thirteen rods to a bound; thence westerly by said land of said Fulton eight rods to said town road; thence northerly by said road thirteen rods to the place of beginning, containing one hundred and four square rods.

3d. A certain lot or parcel of land situated in said Gouldsboro and being the same described in a certain mortgage deed from the said Barney K. Foss to Frank Hutkins, dated Aug 28, 1891, and recorded with said registry in book 253, page 420, to which said deed and record reference is expressly made for the bounds and description thereof. Said lot being subject to said mortgage upon which there is due about one hundred and fifty five dollars.

4th. A certain lot or parcel of land situated in that part of said Gouldsboro known as South Gouldsboro, and bounded and described as follows, to wit: Beginning on the east side of the town road at a northwest corner of land now or formerly of Alex Fulton and thence running easterly by said land five rods to a corner, thence north by said land ten rods to a corner, thence west by said land five rods to said road, thence by said road ten rods to the place of beginning, containing fifty square rods together with the buildings thereon. Being the homestead of the said deceased of the real estate of the deceased, (including the reversion of the widow's dower therein) to satisfy said debts and charges of administration.

BEDFORD E. TRACY, Admin.

Gouldsboro, Me., Apr. 11, 1893.

STATE OF MAINE.

HANCOCK, ss.—Court of Probate, April Term, A. D. 1893.

Upon the foregoing petition, ordered, That said petitioner give public notice to all persons interested, by causing a copy of the petition and this order thereon, to be published three weeks successively in the Ellsworth American, a newspaper printed and published in Ellsworth, in said county, that they may appear at a court of probate for said county, to be held at Bucksport on the tenth day of May next, at ten of the clock in the forenoon, to show cause, if any they have, why the prayer of said petitioner should not be granted.

O. P. CUNNINGHAM, Judge.

3w16 Attest:—CHAS. P. DORR, Register.

A true copy, Attest:—CHAS. P. DORR, Register.

To the Honorable Judge of Probate for the county of Hancock.

THE UNDERSIGNED, Isabella M. Pierce, administratrix of the estate of Theodore B. Pierce, late of Mount Desert, in said county, deceased, respectfully represents that the goods and chattels, rights and credits of said deceased are not sufficient to pay all just debts and charges of administration by the sum of four hundred dollars (after the allowance to the widow shall have been paid). Wherefore your petitioner prays your Honor to grant her a license to sell, at public or private sale, and convey the following described real estate, consisting of lot of land, house thereon and rights of way appurtenant thereto, viz.: A certain lot or parcel of land situated at Seal Harbor, Mt. Desert, Hancock county, Maine, particularly bounded and described as follows, viz.: Beginning at a point at the southeast corner of the land of William Cox and adjoining the land owned (now or formerly) by Henry Smith; thence northerly forty-one feet; thence easterly eighty-five feet; thence southerly forty-one feet; thence westerly eighty-five feet to the point of beginning, containing 3485 square feet, together with a right of way wide enough and convenient for teams and carriages, extending from the northeast corner of the lot above described northerly to the northeast corner of land of Wm. Cox and to the county road, westerly. The grantee by the acceptance of this deed agrees that in case Mary L. Martin and Sarah I. Lynam, both of said Seal Harbor, shall at any time provide a similar and equally convenient way or road on the southerly side of the lot herein above described and extending from said lot to the county road in a direct line, either over the land now or formerly owned by Wm. Cox or Henry Smith and shall convey said right of way by sufficient deed conveying good title to the grantee, that said right of way shall be accepted in lieu of the right of way herein granted, and that the grantee shall thereupon release all right to the right of way herein granted to the said Martin and Lynam. And the said grantee also agrees to insert a like provision in any deed he may hereafter give. Being the same premises and the same right of way and the same wording and provisions as to rights of way in the deed from Flora A. Ames et al. to Theodore B. Pierce, dated August 11, 1890, and recorded in Hancock County, Maine, Registry of Deeds, in book 246, page 348, of the real estate of the deceased, (including the reversion of the widow's dower therein) to satisfy said debts and charges of administration.

MRS. ISABELLA M. PIERCE.

Mount Desert, Me., Apr. 1, 1893.

STATE OF MAINE.

HANCOCK, ss.—Court of Probate, Apr. Term, A. D. 1893.

Upon the foregoing petition, Ordered, That said petitioner give public notice to all persons interested, by causing a copy of the petition and this order thereon to be published three weeks successively in the Ellsworth American, a newspaper published in Ellsworth, in said county, that they may appear at a Court of Probate for said county, to be held at Bucksport, on the second Wednesday of May next, at ten of the clock in the forenoon, to show cause, if any they have, why the prayer of said petitioner should not be granted.

O. P. CUNNINGHAM, Judge.

3w16 Attest:—CHAS. P. DORR, Register.

A true copy, Attest:—CHAS. P. DORR, Register.

To the Honorable Judge of Probate for the county of Hancock.

THE UNDERSIGNED Cyrus Moulton of Hampden, Maine, guardian of Harry L. Wheelden, minor heir of Lincoln Wheelden late of Orrington, in the county of Penobscot, deceased, respectfully represents that said ward is seized and possessed of an equity of redemption in certain real estate situated in said Orrington, particularly described in a mortgage deed recorded in the Registry of Deeds in said Penobscot county, vol. 526, page 330, also one-half in common and undivided of a piece of land in said Orrington, described in a deed recorded in said Penobscot Registry, vol. 625, page 485. That said real estate is unproductive of any benefit to said minor and that it will be for the interest of said minor that the same should be sold and the proceeds thereof put out at interest or otherwise used for his benefit. He therefore prays your honor that he may be authorized and empowered agreeably to law to sell at public or private sale, above described real estate, or such part of it as in your opinion may be expedient.

CYRUS MOULTON.

Ellsworth, March 24th, 1893.

STATE OF MAINE.

HANCOCK, ss.—At a court of Probate held at Ellsworth, on the second Wednesday of April, A. D. 1893.

On the Petition aforesaid, ORDERED, That notice be given by publishing a copy of said petition, with this order thereon, three weeks successively in the Ellsworth American, a newspaper printed in Ellsworth, that all persons interested may attend on the second Wednesday of May next, at a Court of Probate to be holden in Bucksport and shew cause, if any, why the prayer of said petition should not be granted. Such notice to be given before said court.

O. P. CUNNINGHAM, Judge.

3w16 Attest:—CHAS. P. DORR, Register.

A true copy, Attest:—CHAS. P. DORR, Register.

To all persons interested in either of the estates hereinafter named:

At a court of Probate held at Ellsworth, within and for the county of Hancock, on the second Wednesday of April, in the year of our Lord eighteen hundred and ninety-three.

THE following matters having been presented for the action thereupon hereinafter indicated, it is hereby ordered: That notice thereof be given to all persons interested by causing a copy of this order to be published three weeks successively in the Ellsworth American, printed at Ellsworth, in said county, that they may appear at a probate court, to be held at Bucksport, on the second Wednesday of May next, at ten o'clock in the forenoon and be heard thereon and object if they see cause.

Laura M. Woodbridge, late of Bucksport in said county, deceased. Petition that some suitable person may be appointed administrator, presented by H. E. Snow, a creditor of said deceased.

Esther Jones, late of Brooksville, in said county, deceased. Petition that Jeremiah Jones may be appointed administrator, presented by Charles M. Jones, a creditor of said deceased.

Mary F. Thurlow, late of Deer Isle, in said county, deceased. Petition that Wilmot B. Thurlow may be appointed administrator, presented by Stephen B. Thurlow, the husband of said deceased.

O. P. CUNNINGHAM, Judge of Probate.

A true copy of the original order.

3w16 Attest:—CHAS. P. DORR, Register.

THE subscriber hereby gives public notice to all concerned, that he has been duly appointed and has taken upon himself the trust of executor of the last will and testament of Giles C. Wescott, late of Penobscot, in the county of Hancock, deceased, by giving bond as the law directs; he therefore requests all persons who are indebted to said deceased's estate to make immediate payment and those who have any immediate demands thereon to exhibit the same for settlement.

HORACE F. WESCOTT.

April 12th, 1893. 3w16

THE subscriber hereby gives public notice to all concerned that he has been duly appointed and has taken upon himself the trust of executor of the last will and testament of Mary Dunbar, late of Castine, in the county of Hancock, deceased, by giving bond as the law directs; he therefore requests all persons who are indebted to the said deceased's estate to make immediate payment, and those who have any immediate demands thereon to exhibit the same for settlement.

GEO. M. WARREN.

April 8th, 1893. 3w16

THE subscriber hereby gives public notice to all concerned that he has been duly appointed and has taken upon himself the trust of an administrator of the estate of James B. Snow, late of Bucksport, in the Co. of Hancock, deceased, by giving bond as the law directs; he therefore requests all persons who are indebted to the said deceased's estate to make immediate payment and those who have any demands thereon to exhibit the same for settlement.

EDWIN D. BAKER.

April 12, 1893. 3w16

THE subscriber hereby gives public notice to all concerned, that she has been duly appointed, and has taken upon herself, the trust of an administratrix of the estate of James M. Brown, late of Bar Harbor, in the county of Hancock, deceased, by giving bond as the law directs; she therefore requests all persons who are indebted to said deceased's estate, to make immediate payment, and those who have any demands thereon to exhibit the same for settlement.

BETSIE S. CAMPBELL.

April 12, 1893. 3w16

1893. SEASON 1893.

**HENRY WILKES,**
56 N. B. H. R.,

By Conn's Harry Wilkes, by Geo. Wilkes. Dam, Hattie, by Imported Blackbird, by Blacklead. Limited to 20 mares. Those desiring to use this horse can book in with the owner's attention.

For any further particulars or extended pedigree, address

**H. J. JORDAN, - Brooklin, Me.**
3w16

**EVERYBODY**
Who Has Used
**GIBLIN'S LINIMENT**
Says it is better than any other.

GIBLIN'S LINIMENT Cures Coughs and Colds. Safe, Sure, Reliable.

GIBLIN'S LINIMENT Cures Sore Throat, Bronchitis. Has no equal.

GIBLIN'S LINIMENT if taken in time prevents Pneumonia and Consumption.

GIBLIN'S LINIMENT for Cramps or Pains in the Stomach, Bowels or Side. Prompt to act. Sure to Cure.

GIBLIN'S LINIMENT Cures Toothache or Earache. Worth its weight in Gold.

GIBLIN'S LINIMENT for Rheumatism, Neuralgia and all Rheumatic Complaints better than any other.

GIBLIN'S LINIMENT for Stiff Joints, Sprains and Bruises gives Speedy Relief.

GIBLIN'S LINIMENT for Headache and Catarrh acts promptly.

All who are about to
**PAINT**
Their Buildings,

are invited, before making their selections for Painting, to call and take a look at my Stock of Paints, sample cards of Tinted Lead and Ready-Mixed Paints, and get prices that can't be beaten. I have the best qualities of Paint Stock in this market or anywhere.

I have a
CHEAP GRADE
OF
PAINT STOCK.
For Outbuildings and Roof Paint.

Also a large stock of the best grades of
PURE WHITE LEAD.
ALSO
Cheap Grades of White Lead.

A Large Stock of Colors
in Oils and Dry Colors.

Varnishes, Hard Oil Finish, Shellacs, Dryers, White and Dark, Japans, White and Brown.

I can suit you both in quality and price.

AGENT FOR
H. W. Johns' Paints,
Brooklyn, N. Y., Varnish Co.

PLASTICO,
White and all Shades,
for Painting Walls and Ceilings, and makes very much better work than Kalsomine.

Call and get prices and samples before making your selection, at the old stand at

GRANT'S SHIPYARD, NEAR THE ELLSWORTH MARINE RAILWAY.

**I. M. GRANT.**
1y11

**Notice of Foreclosure.**

WHEREAS, Susan P. Young of Ellsworth in the county of Hancock, on the third day of October, A. D. 1885, made and executed to the Hancock County Savings Bank located and doing business in Ellsworth, Hancock county, a mortgage deed of a certain lot or parcel of land with the buildings thereon, situated in Trenton, in the county and state aforesaid, and bounded and described as follows, to wit: [illegible] A. D. 1885 [illegible] the condition of said mortgage being broken, [illegible] notice for the purpose of foreclosing the same [illegible] law provided.

HANCOCK COUNTY SAVINGS BANK,
by Charles C. Burrill, Treas.

Ellsworth, April 11, 1893. 3w15

**Attention!**

Having moved to No. 53 Main Street, [illegible]

CONFECTIONERY,
-: Fruits, &c., :-
To be Found in the City.

Candies of all Kinds,
Nuts, Dates, Figs,
Fruits in Their Seasons,
Apples, Oranges, Lemons, &c.
Fresh Fancy Candies

CIGARS
TOBACCOS AND PIPES
[illegible]

Fresh Providence River Oysters, Crackers, Etc., constantly on hand.

E. G. SMITH,
Ellsworth, Maine.

The New Model Hall Typewriter.
A PERFECT MACHINE.

REMODELLED and IMPROVED.

[illegible]

A. S. HARRIMAN, Bucksport, Me.

**SALESMEN! AGENTS**

[illegible]

R. G. CHASE & CO., 23 Pemberton Sq., Boston, Mass.

**FARM FOR SALE!**

Situated in Lamoine [illegible]

North Lamoine, Maine.

**Geo. R. Hagerthy, M. D.**

UNTIL FURTHER NOTICE SHALL PRACTICE [illegible]
RESIDENCE OF
MR. GEO. PETTINGILL, WEST SULLIVAN.
OFFICE HOURS [illegible]

Telephone Connection.
West Sullivan, Jan. 30, 1893.

**NEW LIFE.**

Dr. E. C. West's NERVE AND BRAIN TREATMENT [illegible]

S. D. Wiggin, druggist and sole agent, Ellsworth, Maine.

STATE OF MAINE.

HANCOCK, ss.—Court of Probate, Ellsworth, April Term, A. D. 1893.

A [illegible] Donald Nicholson, late of Bucksport [illegible]

A true copy. Attest:—CHAS. P. DORR, Register.

Case 1:24-cv-00072-JCN Document 79-9 Filed 11/20/25 Page 2 of 5 PageID #: 596

Newspaper page with dense multi-column text and advertisements; full faithful transcription not feasible at this resolution.




A. F. GREELY, Sec.

T▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉co, with 32,000 Baltimore ▉▉▉▉▉ing, sank in ▉▉▉▉▉ ▉▉▉▉▉ Sunday of last week. The vessel was loaded by Campbell & Macomber of Quarryville. In beating out of ▉▉▉▉▉▉▉▉▉ she struck a heavy cake of ice and foundered almost immediately, the crew having barely time to escape in their boat. There is about twenty-five fathoms of water where she went down. Fortunately the cargo was insured; but it is not known whether there was any insurance on the vessel.—*Enterprise*.

WANTED—first-class coat and vest hands a▉

# Ayer's Pills

Are compounded with the view to general usefulness and adaptability. They are composed of the purest vegetable aperients. Their delicate sugar-coating, which readily dissolves in the stomach, preserves their full medicinal value and makes them easy to take, either by old or young. For constipation, dyspepsia, biliousness, sick headache, and the common derangements of the *Stomach, Liver, and Bowels*; also, to check colds and fevers, Ayer's Pills

## Are the Best

Unlike other cathartics, the effect of Ayer's Pills is to *strengthen* the excretory organs and restore to them their regular and natural action. Doctors everywhere prescribe them. In spite of immense competition, they have always maintained their popularity as a *family medicine*, being in greater demand now than ever before. They are put up both in vials and boxes, and whether for home use or travel, Ayer's Pills are preferable to any other. Have you ever tried them?

## Ayer's Pills

Prepared by Dr. J. C. Ayer & Co., Lowell, Mass.

Every Dose Effective

1yr26th4tporm

## OUT OF THE FRYING PAN

Has come not a little knowledge as to cook-ery—what to do, as well as what *not* to do. Thus we have learned to use COTTOLENE, the most pure and perfect and popular cooking material for all frying and shortening purposes.

## PROGRESSIVE COOKING

is the natural outcome of the age, and it teaches us to use Cottolene, and not lard, but rather the new shortening, COTTOLENE, which is far cleaner, and more digestible than any lard can be.

The success of Cottolene has called out worthless imitations under similar names. Look out for these! Ask your Grocer for COTTOLENE, and be sure that you get it.

Made only by N. K. FAIRBANK & CO., CHICAGO, ILL., and 224 State Street, BOSTON. PORTLAND, ME.

1yr5thorm4tp

# SULPHUR BITTERS

The Greatest Blood Purifier KNOWN.

[illegible]

BLUE PILLS

[illegible]

SULPHUR BITTERS

Don't Wait!

The Invalid's Friend.

[illegible]

Try a Bottle To-day!

[illegible] SULPHUR BITTERS

Send 3 2-cent stamps to A. P. Ordway & Co., Boston, Mass., for best medical work published?

1yr27thporm

# $2.00 Saved

on every barrel of flour, by using the old reliable Horsford's Bread Preparation, instead of the ordinary high-priced baking powder in cans, and the result is better. Try it.

1yr24thporm

## A Fly

within your house is of little consequence, you give it little thought, and your Liver and Stomach troubles will be of as little account if you use the True "L. F." Atwood's medicine, always keeping a bottle at hand. All live dealers have it in stock. 35 cents.

1yr30th4tporm

## STRENGTH, VITALITY, MANHOOD.

THE SCIENCE OF LIFE

W. H. PARKER, M. D., No. 4 Bulfinch st., Boston, Mass., chief consulting physician of the PEABODY MEDICAL INSTITUTE, [illegible]

CURES [illegible] SELF-PRESERVATION, THE PRIZE ESSAY, [illegible] STRONG, VIGOROUS and MANLY. HEAL THYSELF.—Medical Review

1yr6

## The Yankee Girl.

BY JOHN G. WHITTIER.

She sings by her wheel at that low cottage-door,
Which the long evening shadow is stretching before,
With a music as sweet as the music which seems
Breathed softly and faint in the ear of our dreams!

How brilliant and mirthful the light of her eye,
Like a star glancing out from the blue of the sky!
And lightly and freely her dark tresses play
O'er a brow and a bosom as lovely as they!

Who comes in his pride to that low cottage-door,—
The haughty and rich to the humble and poor?
'Tis the great Southern planter,—the master who waves
His whip of dominion o'er hundreds of slaves.

"Nay, Ellen,—for shame! Let those Yankee fools spin,
Who would pass for our slaves with a change of their skin;
Let them toil as they will at the loom or the wheel,
Too stupid for shame, and too vulgar to feel!

But thou art too lovely and precious a gem
To be bound to their burdens and sullied by them,—
For shame, Ellen, shame,—cast thy bondage aside,
And away to the South, as my blessing and pride.

O, come where no winter thy footsteps can wrong,
But where flowers are blossoming all the year long,
Where the shade of the palm-tree is over my home,
And the lemon and orange are white in their bloom!

O, come to my home, where my servants shall all
Depart at thy bidding and come at thy call;
They shall heed thee as mistress with trembling and awe,
And each wish of thy heart shall be felt as a law."

O, could ye have seen her—that pride of our girl's—
Arise and cast back the dark wealth of her curls,
With a scorn in her eye which the gazer could feel,
And a glance like the sunshine that flashes on steel!

"Go back, haughty Southron! thy treasures of gold
Are dim with the blood of the hearts thou hast sold;
Thy home may be lovely, but round it I hear
The crack of the whip and the footsteps of fear!

And the sky of thy South may be brighter than ours,
And greener thy landscapes, and fairer thy flowers;
But dearer the blast round our mountains which raves,
Than the sweet summer zephyr which breathes over slaves!

"Full low at thy bidding thy negroes may kneel,
With the iron of bondage on spirit and heel;
Yet know that the Yankee girl sooner would be
In fetters with them, than in freedom with thee!"

## No Protection for Little Girls.

The Boston *Herald* of the 21st inst. reports a case brought before the criminal court in this city on the 19th inst., in which Martin Rafferty was held for alleged felonious assault on a little girl, said to be four years old, but who may, according to her testimony, be five next month. The counsel for Rafferty, George W. Searle, raised the question of the competency of so young a child to be a witness, because she could not understand the obligation of an oath.

The judge said that a child of one year certainly could not be a competent witness, and he "intimated that he thought the same rule would probably apply to a child of the immature age of the one in question; at any rate, he would not, as then advised, without looking more thoroughly into the authorities, be the first judge to rule her competent, unless the government could produce a binding precedent by way either of decision or practice, which should control him to the contrary." At this stage the case was suspended until 9.30 o'clock on Monday, the 22nd.

A similar case occurred in Natick a few years ago. There was abundant evidence of the assault. The child, when asked who the culprit was, did not hesitate, but at once pointed him out. The child's father was a hard-working day laborer. He went at once to a lawyer and stated the case, and asked to have the cowardly ruffian arrested. But the lawyer said, "It is of no use. The testimony of such a child would not be taken in any court." There was no doubt of the facts, but the criminal was not even arrested. There was no protection for the child.

The last number of the *Woman's Standard*, of Des Moines, Iowa, says:

"The need of a protective alliance for women and children has been very strongly felt in this city of late, in view of recent crimes. Three outrages have occurred, in which the victims were very young girls, and in one case where the perpetrator was brought to trial he received a sentence of only thirty days! Not as much as would have been given him if he had been guilty of cruelty to an animal!

When the third case occurred, and the motherless girl was to be brought into court, some of the most respectable women of Des Moines went to the trial "to protect, as far as possible, by their presence, the little girl who must testify before a court of men." She appeared to be about ten years old. A mixed crowd of men and boys filled the court-room. The *Standard* says:

"Those present will not forget the terrible ordeal through which this little girl was compelled to pass. For four mortal hours she was questioned and cross-questioned by men, until we groaned in spirit, and cried inwardly—Oh, for a woman lawyer with a little tact and delicacy! We felt our respect for the majesty of the law slowly oozing away."

The case was very clear. All attempts to break down the child's testimony failed, and William Dunn, the ruffian who had wronged the child, a man fifty-eight years old, was bound over to the grand jury under $5,000 bail. The final outcome remains to be heard.

Cases of wrong like those cited here, are of almost daily occurrence. Our little girls are not safe anywhere. How clear it is that women must help to make the laws to secure protection for their children.—*Lucy Stone in Woman's Journal.*

## Many People Interested

Arrangements Being made to Witness the Solar Eclipse April 15.

The total solar eclipse of April 15-16, 1893, is not only one of the longest of the century but it is the last of the century from which we are likely to get any additions to our knowledge of solar physics. The longest duration of totality of this eclipse is four minutes forty-six seconds, and as the path of the moon's shadow lies to a great extent on land, there is a considerable choice of possible stations with long durations of totality.

Two expeditions will be sent from England: one to Africa, the other to Brazil, the expense being defrayed by the Royal Society. The United States will send an expedition to Chili, and there will probably be two or three American parties at Pasa Cura. A Brazilian party will also observe. The Bureau des Longitudes, Paris, is sending a complete expedition to Joal, in Africa. At present we have not heard of an Italian expedition, but it is hoped that Prof. Tacchini will be able to make arrangements to observe the eclipse.

—The wild freedom of the dog rushing through choice beds in the garden after the cat is not soothing to the nerves.

## How to Care for Clothing.

When a lady takes a heavy dress off, she should shake the skirt lightly, pass a brush through its silk ruffles and remove every particle of dust from both material and trimmings. It is then slipped over a wire rack to prevent limpness in hanging, a big violet sachet is suspended inside and the whole enveloped in a long, loose, white cotton bag that draws up with strings and keeps it clean, crisp and perfumed for future use. As to the waists of frocks, have roomy pasteboard boxes for every one of them, lined with cotton batting that has been liberally sprinkled with sachet powder and incased in pink or blue muslin. A slip pasted on the end shows which bodice is in the box, and consequently there is never the least confusion.

After brushing a waist lay it at full length, pull out its bows, pass the lace through the fingers and smooth every inch of ribbon. Next stuff the sleeves and shoulders with tissue paper, crushed lightly, to hold the garment in good shape. Unless you have tried this scheme you have no idea how it preserves the fine lines and freshness of basque or jacket. Another important rule is never to put a bodice away with a tarnished neck ruche or stained shields. One is always less hurried when disrobing than dressing, and it is impossible to infuse clothing with that delicious subtle fragrance every woman covets unless she is fastidiously dainty in these details. After every two or three wearings wash the shields in water, clouded with ammonia, dry them in the sun, and they will last for years.

Never take off a pair of boots without immediately lacing or buttoning them on their trees and rubbing them thoroughly with a soft flannel cloth. Treated thus shoes will wear six months longer than ordinarily and are always shapely and brightly polished. Use cast off evening gloves to protect the toes of patent leathers. By cutting off the fingers and slipping the suede up over the foot of the shoes they are protected from sudden changes of temperature and dust, both of which cause them to crack badly. French women preserve the forms of their slippers by binding a strip of whalebone to fit in heels and toes and spring in the center; an easy, inexpensive contrivance, and when used the slipper never loses its narrowness of outline.

Bonnets and hats should rest upon upright wooden pegs, with flat, flaring tops that hold them firmly and are not so apt to allow crushing as when they are kept in boxes. Immediately one is taken off dust with a soft velvet brush, smarten the trimmings between the fingers, straighten and roll the strings in smooth, tight wads, so when unpinned again they are fresh and free of wrinkles. With paste and scissors make huge tissue paper caps to sit over hats that are big enough not to touch them and yet exclude flying dust.

## Luscious Strawberries.

Hints as to the Care of the Plants, and What They Shall Eat and Drink.

Good soil, deep ploughing, thorough culture and liberal feeding make the strawberry plant laugh and grow fat, says the *New England Farmer*. They are very thirsty, at fruiting time, but don't like beer; simply "stand there speechless" crying water, water, and it will pay to give it to them in some way if you are after the most and largest berries.

Well-rotted stable manure is a good fertilizer, but fine ground bone and wood ashes are better. Early spring is the best time to plant in the northern states, but it may be done most any month of the year that the ground is free from frost; narrow rows, three feet apart, will give more and better fruit than thickly matted rows or solid beds.

Many make the mistake of allowing too many runners to take root, overcrowding never pays.

Careless planting often results in a stunted growth of plants early in the season that it is impossible to remedy later.

In any but a stiff clay soil, if it has been properly prepared, a man crawling along on his hands and knees can, with one hand, scoop out a hole three or four inches deep, and, with the fingers of the other hand, spread out the roots of the plant, place in position, and rapidly cover it with earth with both hands; then, as he makes a jump forward for the next plant, bring nearly the whole weight of his body down on his hands, close up above the newly set plant, and it is well planted.

## No More Brandy Drops.

City Marshal Wells of Lynn Prohibits the Sale of This Confection.

"Brandy drops" must be banished from Lynn.

For some time past City Marshal Wells has been receiving complaints from parents of school children that their sons and daughters were purchasing brandy drops in large quantities, and in some cases that the children had suffered from the effects of the brandy.

City Marshal Wells purchased a large quantity of the drops at a Lynn store this week and sent them to Boston where they were analyzed by a chemist.

The report showed that the liquid in the interior of the confections contained 2.40 per cent. of alcohol. Possessed with the knowledge City Marshal Wells has commenced an effective and thorough crusade against their sale. Most of the confectioners seen by him expressed their willingness to discontinue the sale of the drops.

Marshal Wells states that after all the dealers have been notified of the order to stop their sale he will cause the arrest of all who do not obey the order.

## Frozen Eggs.

In the winter season quantities of eggs are frozen, and it is generally considered that such eggs are worth but little, or to say the least, are much injured for cooking purposes. This, however, is not strictly true, for if properly treated they are but little injured. Instead of putting them into cold water to take out the frost and waiting several hours for the thawing to take place, as was the custom, and then finding the yolks in such a solid state that they can be used with no satisfaction in cooking, try the following method: Place them in boiling water and leave them there from 5 to 20 minutes, according to the amount of frost in them, when, upon their being opened, the yolks will be found in such a state that they can be used for almost any culinary purpose.—*Poultry World.*

## Snow and Hail.

Snow and hail are frozen forms of atmospheric moisture. In the case of snow, the minute particles of moisture are frozen as they form, and arrange themselves about each other in beautiful crystals, producing the snowflake. Hailstones are often formed by whirling currents of wind, which carry rain-drops or minute snowballs first in to the upper, cold regions, where they are frozen, then downward through a warmer section, where more water is added, and then upward again. The size of the stone is thus gradually increased until they become too heavy to be carried upward again, and are flung to the earth.—*Winslow's Principles of Agriculture.*

# Caution!

Don't be deceived by ignorant, unscrupulous fakirs and confidence men, assuming to offer "Indian Remedies," and who pretend that their nostrums are made by the Indians.

# KICKAPOO Indian Sagwa

and other Kickapoo Indian Remedies are THE ONLY GENUINE INDIAN REMEDIES MADE AND SOLD IN AMERICA. The word "Kickapoo" is copyrighted and they dare not steal that.

Be sure you get "Kickapoo Remedies," and see that every bottle or package bears this fac-simile signature thus:

Healy & Bigelow

Distributing Agents, 521 Grand Ave., New Haven, Ct. These genuine Indian Remedies are not peddled but are sold at all drug stores.

FREE! Send three 2-c. stamps to pay postage, and we will mail you free a thrilling and intensely interesting book of 176 pages, entitled "LIFE AND SCENES AMONG THE KICKAPOO INDIANS." Tells all about the Indians.

WM. L. LADD.

## Muscular Rheumatism OF LONG STANDING Cured!

A Dutiful Son Rejoices!

The Kind that Never Fails

*Gentlemen*:—I have had Rheumatism for a long time in my arms, legs and shoulders. It seemed to travel about, sometimes in one place, and sometimes in another. It often affected my stomach, and my whole system got out of order. I became reduced in flesh, and at times could not work. My aged parents were pretty dependent on me for support, and my failing health was more than a serious matter. Less than a bottle of Leon's Sarsaparilla has cured me, and I am now well and strong. I cannot say too much in praise of your medicine, and thank you for what your medicine has done for me. WM. L. LADD.

EACH BOTTLE GUARANTEED.

# Large Stock

of Hard Rubber, Celluloid, Elastic and Leather Covered Trusses, Supporters, Shoulder Braces, Elastic Hosiery, Abdominal Belts, Suspensories, Etc., Etc., at

Parcher's Drug Store.

## The Perfect Flour

CHOICE GRAINS OF GOLD ROLLER PATENT

FANCY PATENT, $6.00 Per Barrel.

SNOW DRIFT, Fancy St. Louis Roller, $5.00 Per Barrel.

Perhaps the reason you are not using "Grains of Gold" is because it costs 25c. more than many other good brands of flour. Did you ever think how small a sum it is that prevents your getting THE BEST.

WHITING BROTHERS.

USE MISS BEECHER'S

## Hair and Whisker Dye!

It contains no lead or sulphur. Washing not required after dyeing as in other dyes. Whole sale or single preparations in the best single preparation ever brought to their notice. The largest bottle and best dye in the market. Used extensively by ladies. Price, 50c. Prepared by G. W. THOMPSON, Rockland, Me. Sold by all dealers.

## Experienced Nurse.

Mrs. A. H. Walker, of Lamoine Beach, offers her services to the public as an experienced nurse. Terms reasonable. Apply early. 1113

# ADAMSON'S BOTANIC COUGH BALSAM

Is composed of pure and wholesome ingredients, and is the most reliable remedy in the market for COUGHS, COLDS and ASTHMA. 10c. & 35cts.

1yr15thorm&J.A.

# Indigestion.

*HORSFORD'S Acid Phosphate.*

Promotes digestion without injury and thereby relieves diseases caused by indigestion of the food. The best remedy for headache proceeding from a disordered stomach.

Trial bottle mailed on receipt of 25 cents in stamps. Rumford Chemical Works, Providence, R. I.

1yr24thporm

# None Such CONDENSED Mince Meat

Makes an every-day convenience of an old-time luxury. Pure and wholesome. Prepared with scrupulous care. Highest award at all Pure Food Expositions. Each package makes two large pies. Avoid imitations—and insist on having the NONE SUCH brand.

MERRELL & SOULE, Syracuse, N. Y.

1yr21stnorm4tp

B·L

## Well Seated

in public opinion.

# B-L

Tobacco is popular because it is the greatest chew or smoke for least money.

1yr23norm4tp

## WANTED!

Reliable and Energetic men to solicit orders for Trees, Shrubs and Vines, on Salary and Expenses from the start. [illegible]

R. T. CANNON, Nurseryman, AUGUSTA, MAINE

## The Maine Central Railroad.

COMMENCING JAN. 1, 1893.

TRAINS RUN AS FOLLOWS:

BAR HARBOR TO BANGOR.

[illegible]

BANGOR TO BAR HARBOR.

[illegible]

*Stop only at signal or notice to Conductor.

V—Weather permitting, ferry passage.

These Trains connect at Bangor, with through trains on Main Line to and from Portland, Boston and St. John.

Passengers are earnestly requested to procure tickets before entering the train, and especially Ellsworth to Falls and Falls to Ellsworth.

Tickets for All Points South and West on sale at the M. C. R. R. ticket office, Ellsworth, G. W. CLIFFORD, Agent.

PAYSON TUCKER, Vice Pres. and Gen'l Manager.

F. E. BOOTHBY, Gen'l Pass. and Ticket Ag't.

Dec. 28, 1892. 1yr25

# DO YOU COUGH

DON'T DELAY. TAKE KEMP'S BALSAM THE BEST COUGH CURE

It Cures Colds, Coughs, Sore Throat, Croup, Influenza, Whooping Cough, Bronchitis and Asthma. A certain cure for Consumption in first stages, and a sure relief in advanced stages. Use at once. You will see the excellent effect after taking the first dose. Sold by dealers everywhere. Large bottles, 50 cents and $1.00.

1yrnol

BE SURE AND WORK THE HORSE.

## STRANGE ADVICE

that, to give a horse-owner; for if the horse is well you would naturally work him according to your needs.

## HOW MUCH STRANGER

such advice sounds when you understand that it applies to any horse suffering from

## Calls, Cuts, Scratches, Sore Shoulders, or any kindred troubles,

PROVIDING GALL CURE, (Bickmore's) is first applied. Of Druggists and Harness Dealers.

BICKMORE GALL CURE CO. OLD TOWN, MAINE.

1yr24

# 12 PER CENT PER ANNUM

Investors Guaranteed

W. RODMAN WINSLOW, 139 NASSAU ST. (Vanderbilt Building), NEW YORK CITY.

[illegible]

1yr49

## Ellsworth Real Estate Co.,

CHAS. H. EMERY, President and Manager.

Office in the First National Bank Building, Main Street, Ellsworth.

House lots for sale on easy terms. Shall be pleased to show same to parties contemplating buying. 1f16

## FARM TO RENT OR SELL!

[illegible]

# FIRE, LIFE & ACCIDENT INSURANCE AGENCY.

## Old and Reliable Companies!

MORE THAN $168,000,000.00 ASSETS REPRESENTED.

—WE REPRESENT SOME OF THE—

**Largest and Best American and Foreign Companies, Among Which May be Found:**

The American of New York; Liberty of New York; National of Hartford; Fireman's Fund of California; California of California; Commercial Union of London; Guardian of London; Lancashire of England; North British and Mercantile of London; Western of Toronto; Employes Liability Assurance Corporation of London; Mutual Life Insurance Company of New York.

—*Our Rates are as Low as the Lowest.*—

Losses Promptly Adjusted and Paid at this Office.

☞ CORRESPONDENCE PROMPTLY ATTENDED TO.

Office in First National Bank Building, { MAIN ST., ELLSWORTH.

## Chas. C. Allen & Co., Agents,

Ellsworth, - - Maine.

# GREAT SACRIFICE!

## LEWIS FRIEND & CO'S

OLD STAND IS STILL CONTINUING AND WILL CONTINUE UNTIL THE NEW STAND IS READY.

Reducing the Surplus!

That is the Motto Now!

If there is any mother who needs to buy a BOY'S or CHILD'S SUIT, or if there is any man who needs an OVERCOAT, ULSTER or HEAVY SUIT, or anything in our line, it is wise to call at once and buy it, as it is a rare chance for SUCH BARGAINS.

Sincerely Yours,

LEWIS FRIEND & CO.

# CARPETINGS!

• 1893.—SPRING—1893. •

Bought Direct of Manufacturers.

Buy them of us if you want

"CORRECT STYLES," "NOVELTIES," "STANDARD QUALITY."

Brussels, Ingrains, Art Squares, Rugs, Straw Mattings, Floor Oil-Cloths and Carpet Linings.

We cut, match and line them for you and guarantee prices to be the lowest. Also

## 10,000 Rolls Wall Paper,

With Borders to match. All new stock. Prices from 5 cts. to 25 cts. per roll.

## WHITING BROTHERS,

37 MAIN ST., -:- ELLSWORTH, MAINE.

## HAVE YOU TRIED DRUGS AND FAILED

TO FIND A CURE FOR

RHEUMATISM, LUMBAGO, SCIATICA, KIDNEY, LIVER and BLADDER COMPLAINTS, DYSPEPSIA, LAME-BACK, &c.

DR. SANDEN'S ELECTRIC BELT with Electro Magnetic Suspensory will cure without medicine [illegible]

DR. SANDEN'S ELECTRIC BELT

Our 200 page book "THREE CLASSES OF MEN," [illegible]

WE HAVE CURED THESE—WE CAN CURE YOU!

NERVOUS DEBILITY AND WEAKNESS. RHEUMATISM—LOST VIGOR.

[illegible]

RHEUMATISM AND LOST POWER. GENERAL DEBILITY, &c.

[illegible]

## THE DR. SANDEN ELECTRIC BELT

[illegible]

SANDEN ELECTRIC CO., 826 Broadway, New York.

## I WILL TELL EVERY MAN

YOUNG OR OLD, who is suffering from the effects of youthful errors or excesses of later years how to get cured and be a man at once. [illegible]

1yr7

## FAT FOLKS REDUCED

[illegible]

PATIENTS TREATED BY MAIL. CONFIDENTIAL.

[illegible]

DR. O. W. F. SNYDER, M'VICKER'S THEATER, CHICAGO, ILL.

## For Women Only.

Great Discovery.

"A friend in need is a friend indeed."

More Reliable than either Tansy or Pennyroyal.

[illegible]

1yr7

## Save $49 on your Ticket to California.

Great Central Route Overland Excursions to California. [illegible]

[illegible]

# HANOVER Fire Insurance Company

OF NEW YORK.

Incorporated in 1852. Commenced business in 1852.

I. REMSEN LANE, President.

Secretary, CHARLES L. ROE.

Capital paid up in cash, . . $1,000,000.00.

ASSETS DEC. 31, 1892.

[illegible]

LIABILITIES DEC. 31, 1892.

[illegible]

## C. C. Burrill & Son, AGENTS, ELLSWORTH, MAINE.

## Liverpool & London —AND— GLOBE INS. COMPANY

OF LIVERPOOL, ENGLAND.

Incorporated in 1836. Commenced Business in U. S. 1848.

[illegible]

Chas. C. Burrill & Son, AGENTS.

Ellsworth, -:- Maine.

—THE—

## Imperial Insurance Co.

OF LONDON, ENGLAND.

United States Branch Statement, January 1st, 1893.

[illegible]

Chas. C. Burrill & Son, Agents, ELLSWORTH, MAINE

THE ONLY HAND MADE PLASTER IN THE WORLD
SOLD BY ALL DRUGGISTS
CAMDEN

PREVENTS —AND— CURES [illegible]

"IT WORKS LIKE A CHARM"

# RENNE'S PAIN KILLING MAGIC OIL

CURES

Rheumatism, Neuralgia, Lameness, Headache, Toothache, Sore Throat, Diphtheria, Burns, Sprains, Cramps, Colic, Cholera Morbus, Dysentery, Sore Stomach, &c.

Sold Everywhere. 25 cents.

1yr51

## JOHNSON'S MAGNETIC OIL!

INSTANT KILLER OF PAIN. Internal and External. For Man or Beast.

[illegible]

## THE HORSE BRAND.

[illegible]

JAPANESE LIVER PELLETS [illegible]

Sold by all Druggists.

# Patents

Caveats, and Trade Marks obtained, and all Patent business conducted for Moderate Fees. [illegible]

C. A. SNOW & CO.,

Opposite Patent Office, Washington, D. C.

## Pauper Notice.

The undersigned hereby gives notice that he has contracted with the City of Ellsworth for the support of the poor during the ensuing year and has made ample provision for their support. He therefore forbids all persons from furnishing supplies to any pauper on his account, as without his written order, he will pay for no goods so furnished. HARRY S. JONES.

## A. F. Burnham,

U. S. Pension Attorney,

prosecutes all classes of claims for pensions against the United States, and respectfully solicits the patronage of all persons having claims for pension under the [illegible] All correspondence promptly answered.

Ellsworth, February 15th, 1892. A. F. BURNHAM. 1f7

# BOSTON BRANCH

Full Assortment of Ladies', Misses' & Children's

Outside Garments

Now Open.

# C. L. MORANG.

A. P. TAPLEY & CO.
BREAD WINNER

Farmers, Laborers, Teamsters

## Bread Winner

[illegible]

AMOS P. TAPLEY & CO., BOSTON, MASS.

## WESTERN TICKET AGENCY.

Tickets to Chicago and all points West.

Weekly excursions to California, Oregon, Washington, Kansas, Colorado, Arizona, Texas, New and Old Mexico, &c.

Sleeping accommodations secured for first and second class passengers at Lowest Rates. For all information call upon or correspond with

## C. W. CLIFFORD,

Ellsworth, Me.

# GREAT BARGAINS

FOR THE NEXT THIRTY DAYS IN

## FLOUR, CORN, SHORTS,

AND FEED OF ALL KINDS.

Also a full line of Teas, Coffee and Provisions, Low as the Lowest.

Get prices and be convinced.

## D. H. Eppes & Son,

20 Main Street.

## 12 foot Galvanized GEARED AERMOTOR $50

AND FREIGHT FROM CHICAGO.

[illegible]

## SMITH & WINCHESTER,

19-37 Wendell St. 2-12 Hartford St. BOSTON, MASS.

R. J. Leach. Maurice Dowsey.

## R. J. LEACH & CO.

Marketmen and Dealers in

## Meat and Canned Goods,

## Fruit and Vegetables,

IN THEIR SEASON.

Cash Paid for Hides, Calf and Wool Skins.

COOMBS' BLOCK, MAIN ST., - ELLSWORTH.

## HANCOCK COUNTY Savings Bank,

16 State Street.

COMMENCED BUSINESS MAY 1st, 1873.

JAS. F. DAVIS, Pres. C. C. BURRILL, Treas.

TRUSTEES:

Jas. F. Davis. N. B. Coolidge.
Mirick Avery. John F. Whitcomb.
E. B. Richards.

Money deposited in this Bank is by law exempt from taxation to its depositors and goes on interest 1st, Sept. 1st and Dec. 1st, and March 1st, June 1st, Sept. 1st and Dec. 1st. Dividends are payable on the 10th day of June and December payable on the 10th day of those months. All dividends as soon as declared are added to the principal of the depositors and thereby interest the same as the original deposit.

Money to loan on first-class real estate and personal security.

Ellsworth, Maine, Sept. 24, 1892.








