# RECORD

OF

# American and Foreign Shipping,

FROM

# SURVEYS

MADE AND COMPILED UNDER THE DIRECTION OF THE

# American Shipmasters' Association,

WITH THE SANCTION OF

# THE NEW YORK BOARD OF UNDERWRITERS,

TO  PROVIDE

## A STANDARD AMERICAN CLASSIFICATION OF VESSELS.

---

NEW YORK:
JANUARY 1st, 1873.

| Vessel's Name and Master | Rig. L'ngth Br'th | Nation | Port Belonging to. Depth. | Tons and Decks | Draft | Built When | Built Where | Owners | Remarks | Years | Rate | Last Survey |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Delaware<br>Burroughs, J. | Sch | Am | Baltimore | 38 | 6 | '42 rb66 | Dorchester, Md. | Capt. & O. | O;If;S | | .... | Blto 9, '69 |
| Delaware<br>Cruse, W. H. | Bk 112.5 25.2 15.6 | Br | Biddeford | 287 B | 14 9 | '63 | P. E. Island | E. H. Down | M;Icf;YM7,69 | | .... | Lvpl 7, '72 |
| Delft<br>Kettel, J. G. | Bk | Hol | Rotterdam. | 735 DD | 17½ | '50 | Elshout, Hol. | Bonke & Co. | O;Icf;YM8,67; l rps65 | | .... | N Y 6, '64 |
| Delft Haven<br>*Freese, A. J. | S 169 34.1 21 | Am | Boston | 975 DD | 19 | '54 11 | Brewer, Me. | Jno. S. Jennings. | O,M;Icf;YM7,70 | | .... | Bost 6, '72 |
| Delhi<br>Hammond, N. | ½ B 115 25.8 14 | Br | Yarmouth | 305 B | 14 | '57 | Yarmouth, N. S. | A. F. Stoneman. | M;If;Z3,63;rps 63,67 | | .... | N Y 9, '66 |
| *Delhi<br>Emerson, Samuel. | Sch 113.1 28 8.1 | Am | Saco | 204 | 10 | '72 | Saco, Me. | R. C. F. Hartley. | M,HW;Icf;S | 10 8,72 | 1 | Port 8, '72 |
| Delia Hinds<br>Wells. | Sch | Am | Calais | 98 | 9 | '63 9 | Calais, Me. | W. Hinds & O. | M;If;S | | 2 | Bost 11, '68 |
| Delia Hodgkins<br>Barnett. | Sch 81.1 23.2 8.1 | Am | Provincetown. | 95 | 10 | '70 5 | Bath | E. M. Dyer & O. | O,Hk;Icf;S (Fishing) | | 1½ | Port 3, '71 |
| Delmar<br>*Farrow, James H. | Sch C B | Am | Vienna | 105 | 7 | '64 8 | Com'n Cr'k, Del. | W. W. Wright. | P,O;Gif;S | | 2 | N Y 4, '69 |
| Delmira<br>Sherwan, W. | Bk 130 24 15.9 | Br | Liverpool | 338 B | 14 | '64 1 | Chester, Eng. | T. Ismay & Co. | I;2BlkH | | 1¼ | * 1, '64 |
| Delmont<br>Gales, John. | Sch | Am | Portland | 175 | 10½ | '58 | Bucksport, Me. | C. P. Ingraham. | M;Icf;S;l rps,O, 12,70 | 2 12,70 | 2 | Port 12, '70 |
| Delmont Locke<br>Cochrane, C. M. | ½ B 96 24.5 9 | Am | Bangor | 140 | 12 | '49 | Bucksport, Me. | G. A. Upton & O. | M,Hk;Icf;l rps, Wsh10,68 | | 2 | N Y 7, '69 |
| Delphi<br>Allen, J. | Sch 74 18.2 8 | Am | Harwich | 71 | 9 | '38 | Essex, Mass. | Capt. & O. | O;Icf;S(Fishing) | | .... | N Y 7, '69 |
| Delphin<br>Nyman, J. W. | Bk 148 31 16 | Rus | Nicolist'd | 662 B | 17 | '64 9 | Nicolistad, Rus. | C. G. Wolff | F;If;Z2,65 | | 1½ | N Y 4, '69 |
| Delphine<br>Delony. | Bkt | Fr | Narbonne | 189 | 11 | '60 10 | La Nouvelle, Fr. | Francesca & O. | O;If;Z8,64 | | .... | N Y 11, '65 |
| Delphine<br>Hulfer, Aug. | Bg 103.7 24.11 11.1 | N G | Bremen | 223 | 12½ | '65 10 | Brake, Brm. | Jno. F. Arens | O;Icf;YM5,69 | | 1½ | N Y 8, '67 |
| Delphine<br>Norberg, P. E. | Bg | Swd | Hernosand | 230 | 11 | '64 | Hernosand, Swd. | F. Ulander | F;Icf;S | | 2 | N Y 3, '68 |
| Delphine<br>Ross, H. | Sch x C B | Am | Providence. | 53 | 7 | '55 6 | Bellport, L. I. | Stone & Dewing. | O,Ch;Icf;S;s rps 63 | | .... | N Y 9, '63 |
| Delphine<br>Schmidt, C. M. | Bg | N G | Hadersleben. | 181 | 12 | '48 | Had'rsleb'n, Den. | E. A. Petersen. | O;Icf;S;rbt,YM 10,63 | | .... | N Y 3, '63 |
| Delphine<br>Lichsty. | Bk | Nor | Arendal | 413 B | 15 | '71 8 | Arendal, Nor. | A. D. Weslinger. | F,O;Icf;YM12,71 | | 1½ | N Y 4, '72 |

The ✱ signifies that the Vessel has been built under Supervision. Rating in Red signifies that the Vessel holds a Certificate. All other ratings are from superficial Surveys only.

183