# LLOYD'S REGISTER OF BRITISH AND FOREIGN SHIPPING.

## RETURNS OF VESSELS TOTALLY LOST, CONDEMNED, &c.

### 1st APRIL to 30th JUNE, 1893.

List of total losses of Merchant Vessels of 100 tons and upwards between the above dates, of which information was received up to the 12th August, 1893.

### EXPLANATION OF CONTRACTIONS.

*NATIONALITY.*

Amr. = U.S. of America.
Arg. = Argentine.
Aus. = Austro-Hungarian.
Blg. = Belgian.
Brz. = Brazilian.
Chl. = Chilian.
Chn. = Chinese.
Col. = British (Colonies).
Dan. = Danish.
Dut. = Dutch.
Fre. = French.
Ger. = German.
Grk. = Greek.
Haw. = Hawaian.
Itl. = Italian.
Jap. = Japanese.
Mex. = Mexican.
Mon. = Montenegrin.
Nor. = Norwegian.
Per. = Peruvian.
Ptg. = Portuguese.
Rus. = Russian.
Sia. = Siamese.
Sp. = Spanish.
Swd. = Swedish.
Trk. = Turkish.
U.K. = British (United Kingdom)
Urg. = Uruguay.

*DESCRIPTION.*

Bg. = Brig.
Bk. = Bark.
Bkn. = Barkentine.
Bn. = Brigantine.
C. = Composite.
I. = Iron.
m. = Masts.
Pad. = Paddle Steamer.
S. = Ship.
Sc. = Screw Steamer.
Sr. = Schooner.
Stl. = Steel.
W. = Wood.

## I.—STEAMERS.

### (a.) Abandoned at Sea.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Nanking | 982 | 1304 | Nor. | Stl. Sc. | Samarang—Hong Kong. | Sugar | Off Hainan; subsequently wrecked on the Triton Shore. | 26th May. |

*TOTALS:—STEEL, 1—1,304 tons. IRON, Nil. WOOD AND COMPOSITE, Nil. TOTAL, 1—1,304 tons.*

### (b.) Broken up, Condemned, &c.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 578 | Andean | 1375 | 2147 | U.K. | I. Sc. | | | Broken up | June. |
| 1010 | Australia | 1455 | 2252 | U.K. | I. Sc. | | | Broken up | May. |
| 48 | Magdala | 1358 | 2134 | U.K. | I. Sc. | | | Broken up at Troon | — |
| 429 | Mayfly | 105 | 241 | U.K. | I. Pad. | | | Converted into a hospital at Dartmouth. | April. |
| 179 | Oriental | 939 | 1496 | U.K. | I. Sc. | | | Broken up | April. |
| 541 | Sidonian | 850 | 1391 | U.K. | I. Sc. | | | Broken up | — |
| 965 | Storm King | 26 | 199 | U.K. | I. Pad. | | | Broken up | — |
| 288 | Wisconsin | 2386 | 3700 | U.K. | I. Sc. | | | Being broken up on Tranmere Beach. | June. |
| 487 | Boomerang | 446 | 655 | Col. | I. Sc. | | | Converted into a hulk | June. |
| 235 | Elispondos | 102 | 152 | Grk. | I. Sc. | | | Broken up at Sulina | — |
| 521 | Guipuzcoa | 1377 | 1927 | Sp. | I. Sc. | | | Converted into a hulk at Cadiz | — |

*TOTALS:—STEEL, Nil. IRON, 11—16,294 tons. WOOD AND COMPOSITE, Nil. TOTAL, 11—16,294 tons.*

## (c.) Burnt.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 146 | Khiva | 1452 | 2642 | Col. | I. Sc. | Bombay—Jeddah | ............ | Off Ras Marbet | April. |
| 285 | Winthrop | 1019 | 1433 | Amr. | W. Sc. | St. John, N.B.—Eastport, Me. | ............ | At Eastport, Me. | 13th June. |

*TOTALS:—STEEL, Nil. IRON, 1—2,642 tons. WOOD AND COMPOSITE, 1—1,433 tons. TOTAL, 2—4,075 tons.*

## (d.) Collision.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 746 | Bwllfa | 516 | 812 | U.K. | I. Sc. | Dieppe–Sunderland. | Ballast | Off Flamborough Head | 3rd May. |
| 1067 | Countess Evelyne. | 864 | 1354 | U.K. | I. Sc. | Bilbao—Newport, Mon. | Iron Ore | Off Trevose Head | 14th May. |
| 382 | Duchess | 1191 | 1881 | U.K. | I. Sc. | Bilbao–Sunderland. | Iron Ore | Off the Casquets | 23rd April. |
| 265 | Glen Holme | 532 | 826 | U.K. | I. Sc. | Windau—Ardrossan | Sleepers | In the Sound of Islay | 28th May. |
| 2 | L. E. Charlwood. | 496 | 784 | U.K. | I. Sc. | Cardiff—Ferrol | Coal | Off the Longships | 8th June. |
| 441 | Londoner | 659 | 1513 | U.K. | Stl. Sc. | London—Newcastle | General | Off North Hasboro' Light | 14th May. |
| 474 | Rougemont | 988 | 1525 | U.K. | I. Sc. | Blyth—Stockholm. | Coal | 7 miles from Koppargrundet. | 10th June. |
| 277 | Albert | 240 | 445 | Fr. | I. Sc. | Bayonne, Rouen & Havre—Dunkirk. | General | Off Boulogne | 6th April. |
| 31 | Falke | 526 | 728 | Ger. | I. Sc. | Antwerp–Hamburg. | General | Off Schelling | 6th April. |

*TOTALS:—STEEL, 1—1,513 tons. IRON, 8—8,355 tons. WOOD AND COMPOSITE, Nil. TOTAL, 9—9,868 tons.*

## (e.) Foundered.

*NIL.*

## (f.) Lost.

**(Under this heading are included total losses which for want of sufficient information cannot be definitely classified.)**

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 865 | Comercio | 192 | 305 | Arg. | I. Sc. | .................. | ............ | Off Isla de los Espinillos, in the Parana. | 27th May. |

*TOTALS:—STEEL, Nil. IRON, 1—305 tons. WOOD AND COMPOSITE, Nil. TOTAL, 1—305 tons.*

## (g.) Missing.

**(Under this heading are included only vessels Posted or Reported during the quarter as missing)**

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 271 | Dogger Bank | 55 | 135 | U.K. | I. Sc. | Hull—Fishing grounds. | Fishing | Sailed from Hull on 12th April, 1893, and not since heard of. | |
| 293 | Noranside | 596 | 969 | U.K. | I. Sc. | Blyth—Neufahrwasser. | Coal | Sailed from Blyth on 11th April, 1893, and not since heard of. | |

*TOTALS:—STEEL, Nil. IRON, 2—1,104 tons. WOOD AND COMPOSITE, Nil. TOTAL, 2—1,104 tons.*

## (h.) Wrecked.

(Under this heading are included vessels lost through stranding, or striking rocks, sunken wrecks, &c.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. Net. | Tons. Gross. | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|---|
| 282 | Albert Edward .. | 207 | 454 | U.K. | I. Pad. | Channel Service .. | ............ | At Grisnez.................. | 7th April. |
| 304 | Castanos ........ | 1081 | 1663 | U.K. | I. Sc. | Braila—Gibraltar .. | Maize .... | Struck sunken wreck in River Ismail Chatal. | 18th June. |
| 1095 | Cragside ........ | 1278 | 1974 | U.K. | Stl. Sc. | Matanzas-Montreal | Sugar .... | Off White Head. W. of Cape Canso. | 20th May. |
| 263 | Formoso.......... | 328 | 461 | U.K. | I. Sc. | Sierra Leone—Savannah. | ............ | Beached at Savannah, being leaky, and subsequently became a total wreck. | 15th June. |
| 481 | Rowena .......... | 841 | 1353 | U.K. | I. Sc. | Bilbao—Glasgow .. | Iron ore .. | On the Smalls .............. | 13th May. |
| 285 | Dominion ........ | 410 | 594 | Col. | W. Sc. | .................. | ............ | Off Duck Island, near Lunenburg, N.S. | 24th April. |
| 545 | Lucy P. Miller .. | 425 | 549 | Amr. | W. Sc. | New York—Eastport, Me., & St. John, N.B. | General.... | Off Petit Manan. ............ | 4th April. |
| 80 | Felicia .......... | 840 | 1125 | Ger. | I. Sc. | Burntisland—Kiel | Coal ...... | Struck an unknown object and sank near Fornæs Light. | 15th April. |
| 653 | Mino Maru ...... | 556 | 897 | Jap. | I. Sc. | Coasting .......... | General.... | Near Tsurugu Straits........ | 30th May. |
| 745 | Arctic............ | 175 | 244 | Nor. | W. Sc. | Christiania—Greenland. | Whaling .. | On Jan Meyen .............. | 8th June. |
| 952 | Atlas ............ | 614 | 962 | Nor. | I. Sc. | Blyth—Cronstadt .. | Coal ...... | At Dagerot ................ | 27th June. |
| 56 | Balto ............ | 342 | 463 | Nor. | W. Sc. | Kragerö—Aron Island. | Ice........ | On Cape Wrath ............ | 19th May. |
| 392 | Toldinspector Thué | 282 | 392 | Nor. | I. Sc. | Riga—Arbroath .. | Flax ...... | Sunk by ice in Riga Bay .... | 15th May. |
| 505 | Louise .......... | 455 | 744 | Rus. | I. Sc. | St. Petersburg—Drangsund. | Ballast .... | In Bjorkosund .............. | 22nd May. |
| 699 | Ciudad de Barcelona | 2325 | 3536 | Sp. | I. Sc. | Barcelona—Havana | General.... | Near Loiza.................. | 20th April. |
| 191 | Aghios Vlassios.. | 1265 | 1932 | Trk. | I. Sc. | Eupatoria—St. Louis & Marseilles | Wheat .... | On R. Smyth Rock, Rabbit Islands. | 12th April. |

*TOTALS:—STEEL, 1—1,974 tons. IRON, 11—13,519 tons. WOOD AND COMPOSITE, 4—1,850 tons. TOTAL, 16—17,343 tons.*

# II.—SAILING VESSELS.

## (a.) Abandoned at Sea.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net.) | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 227 | Derbyshire | 1163 | U.K. | I. S. | Talcahuano–England | Wheat | In the South Atlantic | 1st May. |
| 145 | Magnificent | 1283 | U.K. | W. S. | Barrow—Quebec | Ballast | In the North Atlantic | 3rd May. |
| 573 | Bonanza | 1079 | Col. | W. S. | Buenos Ayres — Falmouth. | Grain | Near Santa Catalina | Prior to 29th June. |
| 1189 | Eugenie | 699 | Col. | W. Bk. | East London — Port Elizabeth. | Ballast | Off Fish River | 3rd May. |
| 615 | Alaska | 1250 | Amr. | W. S. | New Whatcom —San Francisco. | Coal | In the Pacific | 22nd April. |
| 810 | Mary A. Power | 472 | Amr. | W.3m. Sr. | Fernandina–New Bedford, Mass. | Lumber | In the Atlantic | 18th June. |
| 20 Z | Rapida (*ex* Zarapito) | 465 | Chl. | W. Bk. | —Quemchi.. | ............ | In the Pacific | 16th April. |
| 330 | Bernardina | 196 | Ger. | W.Bkn. | Emden—Copenhagen | Coal | In the North Sea | 13th April. |
| 465 | Johann Wilhelm | 779 | Ger. | W. Bk. | Sapelo Sound — Antwerp. | Pitch pine | In the North Atlantic | 2nd April. |
| 261 | Victoria | 804 | Ger. | W. Bk. | Brunswick — Rotterdam. | Turpentine & Spirits. | In the North Atlantic | 4th April. |
| 64 | Baltic | 118 | Nor. | W.Sr. | Bristol—St. John,N.B. | Bricks | In the North Atlantic | 1st June. |
| 1314 | Corona | 1422 | Nor. | W. S. | Mobile — Amsterdam | Pitch pine & Oak. | In the North Atlantic | 28th April. |
| 740 | Emil | 191 | Nor. | W. Bg. | Saundersfoot–Dantzic | Coal | In the North Sea | 26th May. |
| 356 | Nightingale | 657 | Nor. | W. Bk. | Liverpool — Halifax, N.S. | Salt | In the North Atlantic | 5th April. |
| 208 | Patrie | 283 | Nor. | W. Bg. | Ghent–Neufahrwasser | Phosphate | Off Smyge | 7th May. |
| 525 | Scotia | 413 | Nor. | W. Bk. | Liverpool—Schelpino | Salt | 12 miles off Lofoden Isles | 26th June. |
| 909 | Mary Lee | 459 | Swd. | W. Bk. | Cardiff—Santos | Coal | In the North Atlantic | 7th June. |

TOTALS:—STEEL, Nil. IRON, 1—1,163 tons. WOOD AND COMPOSITE, 16—10,570 tons. TOTAL, 17—11,733 tons.

## (b.) Broken up, Condemned, &c.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net). | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 354 | Thomas Hamlin | 688 | U.K. | I. Bk. | .................. | ............ | Broken up at Glasgow | — |
| 466 | Tit Bit | 134 | U.K. | W. Bn. | .................. | ............ | Condemned and broken up | May. |
| 229 | Jane E. Hala | 107 | Col. | W. Bn. | Demerara—Halifax, N.S. | Sugar | Put into St. Thomas dismasted about 19th March, and subsequently condemned. | 11th April. |
| 369 | Percy H. Reed | 148 | Col. | W. Sr. | .................. | ............ | Towed into Havana dismasted on 14th March, and subsequently condemned. | April. |
| 425 | Jireh Perry | 316 | Amr. | W. S. | .................. | ............ | Dismantled | June. |
| 50 | Nancy Pendleton | (gross.) 1385 | Amr. | W. S. | .................. | ............ | Converted into a barge | April. |
| 837 | Progress | 359 | Amr. | W. Bk. | .................. | ............ | On exhibition at Chicago; to be afterwards broken up. | — |
| 415 | Sarah Cullen | 201 | Amr. | W. Sr. | .................. | ............ | Converted into a hulk | — |
| 1255 | Conte Oscar L. | 925 | Aus. | W. Bk. | Philadelphia—Naples | Petroleum | Put into Bermuda in distress; condemned. | April. |
| 1188 | Amstelstroom | 645 | Dut. | W.3m. Sr. | .................. | ............ | Broken up | April. |
| 345 | Bertha | 651 | Dut. | W. Bk. | .................. | ............ | Broken up | May. |
| 588 | Cesare Augusto | 150 | Itl. | W. Bn. | .................. | ............ | Broken up at Sampierdarena | — |
| 934 | Luigia R. | 449 | Itl. | W. Bk. | .................. | ............ | Broken up at Sampierdarena | — |
| 125 | Ole Bull | 549 | Nor. | W. Bk. | Antwerp—Charleston | Cement | Put into Madeira leaky on 24th March, and subsequently condemned. | — |
| 231 | Vesta | 215 | Nor. | W. Bg. | Port Natal — Delagoa Bay. | Coal | Arrived Delagoa Bay leaky on 22nd April; condemned. | 10th May. |
| 367 | Willie | 358 | Nor. | W. Sr. | Drammen–Cape Town | Deals | Condemned at Cape Town | May. |
| 363 | Maria | 310 | Swd. | W.Bk. | Barbadoes—St. Croix. W.I. | ............ | Put into St. Thomas, W.I. in distress; condemned. | 16th May. |

TOTALS:—STEEL, Nil. IRON, 1—688 tons. WOOD AND COMPOSITE, 16—6,902 tons. TOTAL, 17—7,590 tons.

## (c.) Burnt.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net). | Nation-ality. | Descrip-tion. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 868 | Lucania .......... | 1774 | Col. | W. S. | Calcutta—New York | ............ | Towed into Simon's Town on fire and scuttled; subsequently taken to Cape Town, and considered irreparable. | 31st May. |
| 628 | Bozidar .......... | 480 | Aus. | W. Bk. | Genoa—Buenos Ayres | ............ | In the North Atlantic ........ | 21st June. |
| 1042 | Ernesta F. ...... | 563 | Itl. | W. Bk. | Whilst loading .... | Coal ...... | Off Portixedda................ | 22nd June. |

TOTALS:—STEEL, Nil. IRON, Nil. WOOD AND COMPOSITE, 3—2,817 tons. TOTAL, 3—2,817 tons.

## (d.) Collision.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net.) | Nation-ality. | Descrip-tion. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 1287 | Cordova .......... | 1111 | U.K. | I. Bk. | Sunderland—Iquique | Coal ...... | Off Souter Point .............. | 3rd May. |
| 230 | George B. Balfour | 169 | U.K. | I. & Stl. 3m. Sr. | London—Barrow .... | Cement .... | Off Beachy Head .............. | 3rd May. |
| 389 | Helen Burns .... | 139 | U.K. | W. Bn. | Teignmouth-Antwerp | Clay ...... | Off St. Catherine's Point ...... | 21st April. |
| 28 | A. McCallum .... | 1878 | Amr. | W. S. | London—New York.. | Chalk .... | In the North Atlantic ........ | 7th June. |
| 576 | Ellen Maria...... | 192 | Amr. | W. Bn. | New York—Lynn. Mass. | Coal ...... | Dragged anchors; fouled another vessel and sank off Nahant. | 21st April. |
| 595 | John Holland .... | 1108 | Amr. | W. 4m. Sr. | Norfolk—Providence | Coal ...... | 10 miles E. of Cape Henry .... | 16th June. |
| 310 | Nicolaas ........ | 321 | Dut. | W. Bk. | Harlingen — Hernosand. | Ballast .... | Near Gothland................ | 27th May. |
| 298 | Ora .............. | 119 | Ger. | W. Sr. | Morrisonshaven — Hamburg. | Coal ...... | In Cuxhaven Roads .......... | 17th April. |
| *1630 | Mustang ........ | 375 | Nor. | W. Bk. | Santa Cruz, Cuba — Rotterdam. | Logwood .. | 30 miles S.W.½S. of Beachy Head. | 3rd April. |
| 70 | Napoleon III. .... | 741 | Nor. | W. Bk. | London—Husum .... | Ballast .... | In the North Sea.............. | 13th May. |

TOTALS:—STEEL, 1—169 tons. IRON, 1—1,111 tons. WOOD AND COMPOSITE, 8—4,873 tons. TOTAL, 10—6,153 tons.

## (e.) Foundered.

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net). | Nation-ality. | Descrip-tion. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 928 | Enigma .......... | 649 | Col. | W. Bk. | Barbadoes—NewYork | Ballast .... | In the Atlantic .............. | 12th May. |
| 913 | Just in Time .... | 102 | Col. | W.Sr. | Sydney—Tweed River | ............ | 13 miles N. of Smoky Cape, N.S.W. | 3rd April. |
| 623 | Elnorah .......... | 136 | Amr. | W. 3m. Sr. | .................... | ............ | Capsized off Mill Rock ........ | 30th April. |
| 438 | Noel Henry ...... | 258 | Fre. | W. Bg. | St. Martin de R.—St. Pierre, Miq. | ............ | On the banks of Newfoundland | Prior to 12th May. |
| 174 | Harmonia ........ | 1454 | Ger. | W.S. | Penarth—Batavia .. | Coal ...... | In the Indian Ocean .......... | 12th April. |
| 495 | Lina.............. | 142 | Ger. | W.Sr. | Antwerp—Dantzic .. | Tiles ...... | 40 miles E.S.E. of Lowestoft .. | 17th May. |
| 1022 | Erling............ | 308 | Nor. | W. Bk. | Grangemouth—Skien | Coal ...... | Off Langesund................ | 3rd June. |

TOTALS:—STEEL, Nil. IRON, Nil. WOOD AND COMPOSITE, 7—3,051 tons. TOTAL, 7—3,051 tons.

## (f.) Lost.

(Under this heading are included total losses which for want of sufficient information cannot be definitely classified.)

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons. (Net.) | Nation-ality. | Descrip-tion. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 172 | Bay State ........ | 185 | Amr. | W.Sr. | .................... | ............ | At Two Rivers, N.S. .......... | 7th June. |
| 151 | Camponez ........ | 178 | Brz. | W.Bn. | .................... | ............ | At Laguna .................... | — May. |
| 1313 | Angelita ........ | 101 | Sp. | W.Sr. | .................... | ............ | Near Anclote Key ............ | 23rd May. |

TOTALS:—STEEL, Nil. IRON, Nil. WOOD AND COMPOSITE, 3—464 tons. TOTAL, 3—464 tons.

## (g.) Missing.

(Under this heading are included only vessels **Posted** or **Reported** during the quarter as missing.)

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net). | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 1158 | Colwyn | 1160 | U.K. | I. Bk. | Newcastle, N.S.W.—Valparaiso. | Coal | Sailed from Newcastle, N.S.W., on 5th Dec., 1892, and not since heard of. | — |
| 713 | Gowanburn | 1999 | U.K. | Stl. 4m. Bk. | Newcastle, N.S.W.—San Francisco. | Coal | Sailed from Newcastle, N.S.W., on 15th Feb., 1893, and not since heard of. | — |
| 1534 | Morayshire | 1428 | U.K. | I. S. | Samarang—Vancouver, B.C. | Sugar | Sailed from Samarang on 22nd Oct., 1892, and not since heard of. | — |
| 18 | Pacific | 379 | U.K. | I. Bk. | Mauritius—Bombay | Sugar | Sailed from Mauritius on 16th Feb., 1893, and not since heard of. | — |
| 167 | Maile | 237 | Col. | W. 3m. Sr. | Launceston—Whangaroa, N.Z. | Ballast | Sailed from Launceston on 15th Feb., 1893, and not since heard of. | — |
| 125 | Maggie Thompson | 555 | Col. | W. Bkn. | Sagua—Delaware Breakwater | Sugar | Sailed from Sagua on 28th Jan., 1893, and not since heard of. | — |
| 572 | Rosevear | 167 | Col. | W. Bn. | Trapani—Harbour Grace, N.F.L. | Salt | Sailed from Trapani on 29th Dec., 1892, and not since heard of. | — |
| 19 | G. M. Stanwood | 522 | Amr. | W. Bk. | Cienfuegos—New York. | ............ | Sailed from Cienfuegos, on 21st Mar., 1893, and not since heard of. | — |
| 73 | Rajpoot | 1261 | Ger. | I. S. | Blyth—Valparaiso | Coal | Sailed from Blyth on 29th Aug., 1892, and not since heard of. | — |
| 177 | Bayard | 580 | Nor. | W. Bk. | Wilmington, N.C.—Antwerp. | Resin | Sailed from Wilmington, N.C., on 21st Sept., 1892, and not since heard of. | — |
| 795 | Byfoged Christensen | 339 | Nor. | W. 3m. Sr. | Lucea, Ja.—Queenstown. | ............ | Sailed from Lucea, on 19th Nov., 1892, and not since heard of. | — |
| 1203 | Congo | 194 | Nor. | W. Sr. | Grimsby—Fredrikstad. | Coal | Sailed from Grimsby on 24th Dec., 1892, and not since heard of. | — |
| 468 | Johanna | 558 | Nor. | W. Bk. | Apalachicola—Trouville. | Pitch pine | Sailed from Apalachicola on 20th Nov., 1892, and not since heard of. | — |
| 937 | Mary Stewart | 996 | Nor. | W. Bk. | Savannah—Antwerp | Resin | Sailed from Savannah on 5th Dec., 1892, and not since heard of. | — |
| 117 | Olbers | 866 | Nor. | W. Bk. | Cardiff—Santos | Coal | Sailed from Cardiff on 30th Dec., 1892, and not since heard of. | — |
| 480 | Otus | 567 | Nor. | W. Bk. | Savannah—Liverpool | Naval stores | Sailed from Savannah on 6th Dec., 1892, and not since heard of. | — |
| 693 | Sestri | 497 | Nor. | W. Bk. | Santa Anna—English Channel. | Mahogany | Sailed from Santa Anna on 29th July, 1892, and not since heard of. | — |
| 653 | Trofast | 481 | Nor. | W. Bk. | Trinidad—Dieppe | Asphalt | Sailed from Trinidad on 23rd Nov., 1892, and not since heard of. | — |
| 389 | Wimmera | 941 | Nor. | W. Bk. | Mobile—Terneuze | Pitch pine | Sailed from Mobile on 8th Feb., 1893, and not since heard of. | — |

*TOTALS:—STEEL, 1—1,999 tons. IRON, 4—4,228 tons. WOOD AND COMPOSITE, 14—7,500 tons. TOTAL, 19—13,727 tons.*

## (h.) Wrecked.

(Under this heading are included vessels lost through stranding, or striking rocks, sunken wrecks, &c.)

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net.) | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date |
|---|---|---|---|---|---|---|---|---|
| 623 | Bowdon | 1624 | U.K. | I. S. | San Francisco—English Channel. | Wheat | On Oeno Reef | 27th April. |
| 64 | Earl of Shaftesbury | 1988 | U.K. | I. 4m. S. | Bombay—Burmah | Ballast | At Amblangoda | 8th May. |
| 155 | Edith Maud | 114 | U.K. | W. 3m. Sr. | Mossoro—Porto Alegre. | Salt | Off coast of Brazil | About 18th May. |
| 854 | Horsa | 1128 | U.K. | I. S. | New Zealand—U.K. | Oats | Stranded in Bread and Cheese Cove, St. Martins; towed off and subsequently abandoned 20 miles S.W. of Scilly. | 4th April. |
| 179 | Regent | 363 | U.K. | I. Bk. | Martinique—Belize | Ballast | 2 miles E.S.E. of Northern Two Cayes. | 9th June. |
| 16 | Ulidia | 2378 | U.K. | I. S. | Fremantle—Liverpool. | Ballast | On Straggler's Reef, Fremantle | 18th May. |
| 105 | Acadia | 241 | Col. | W. Bn. | Apalachicola—Sagua | Hard pine | At Tortugas | 24th April. |
| 1067 | Amanda | 350 | Col. | W. 3m. Sr. | New York—Halifax, N.S. | Coal | At Spectacle Island | 19th April. |
| 1300 | Angelia | 124 | Col. | W. Sr. | Halifax, N.S.—Sydney, C.B. | ............ | At Scattarie, C.B. | 10th May. |
| 1603 | Annie Wilson | 150 | Col. | W. Sr. | ..................... | ............ | South side of Oeo River, Canterbury, N.Z. | 22nd April. |
| 289 | Havre | 642 | Col. | W. Bk. | Cienfuegos—Philadelphia. | Sugar | At Pine Island | 19th June. |

*Continued.*

## (h.) Wrecked—*continued.*

| No. in Reg. Book. (1893-4) | Vessel's Name. | Tons (Net). | Nationality. | Description. | Voyage. | Cargo. | Circumstances and place. | Date. |
|---|---|---|---|---|---|---|---|---|
| 266 | Inglewoode ...... | 124 | Col. | W. Sr. | Halifax, N.S.—Cow Bay, C.B. | Ballast .... | On Sable Island ............. | 13th May. |
| 827 | Louise ........... | 149 | Col. | W. Bn. | Caplin—Boston, U.S. | Sleepers .. | At Caplin, Bay Chaleur........ | 26th May. |
| 1545 | Morien .......... | 136 | Col. | W. Sr. | Kingston (Ja.)—Chester (Pa.) | Logwood .. | At Brandywine ............. | 12th May. |
| 483 | Saucy Jack ...... | 156 | Col. | W. Bn. | Newcastle, N.S.W.—Johnstone River. | Coal and General. | 1 mile S. of Coff's Head, N.S.W. | 12th June. |
| 595 | Booth Brothers .. | 330 | Amr. | W. 3m. Sr. | Tennant's Harbor—Philadelphia. | Paving stones. | On Brigantine Shoal, near Barnegat. | 4th May. |
| 182 | Delhi ............ | 189 | Amr. | W. Sr. | —New York | ........... | Sunk by ice on [redacted] Mount Desert. | 14th April. |
| 204 | Edward H. Williams | 387 | Amr. | W. Bn. | Cano Colorado—New York. | Asphalt .. | At Trinidad.................. | Prior to 1st May. |
| 274 | Hattie S. Williams | 853 | Amr. | W. 3m. Sr. | Baltimore—FallRiver | Coal ...... | At Squan Beach, N.J. ........ | 20th April. |
| 558 | Henry R. Congdon | 356 | Amr. | W. 3m. Sr. | New Bedford, Mass.—Northport, Va. | Coal ...... | On Deal Beach, N.J. .......... | 20th April. |
| 198 | Index ........... | 318 | Amr. | W. 3m. Sr. | Philadelphia — Saco, Me. | Anthracite coal. | 1 mile from Fletcher's Station, Me. | 20th April. |
| 179 | James M. Flanagan | 259 | Amr. | W. Sr. | St. John, N.B.—New York. | ........... | At Chatham, Mass...... ...... | 24th April. |
| 1164 | Melville.......... | 108 | Amr. | W. Sr. | Boston, Mass. — Bangor, Me. | Corn ...... | At Phillips' Cove, Ogunquit, Me. | 18th May. |
| 529 | Pilgrim .......... | 918 | Amr. | W. Bk. | Philadelphia — Cienfuegos. | Coal ...... | At Turk's Island.............. | 20th May. |
| 328 | Richard Peterson | 192 | Amr. | W. Sr. | St. John, N.B. — Boston, Mass. | Lumber .. | At Indian Point, near Bath, Me. | 19th May. |
| 475 | Rogers .......... | 253 | Amr. | W. 3m. Sr. | New York — Boston, Mass. | Coal ...... | On Handkerchief Shoal........ | 6th April. |
| 570 | Sea Ranger ...... | 259 | Amr. | W. Bk. | Whaling........... | ........... | 3 miles W. of Kyak Island .... | 24th May. |
| 371 | Thomas W. Haven | 299 | Amr. | W. 3m. Sr. | Baltimore — Orient, L.I. | Coal ...... | At Long Bravet, N.J. ......... | 26th June. |
| 348 | Heemse .......... | 710 | Dut. | W. Bk. | Amsterdam — Cronstadt. | Coke ...... | Sunk by ice W. of Nurgo ...... | 25th May. |
| 642 | Franklin ........ | 553 | Fre. | W. Bk. | St. Denis (Reu.) — Calcutta. | Ballast .... | Drove ashore S.S.E. of Sangor Light. | Prior to 21st June. |
| 232 | Paul Marie ...... | 325 | Fre. | W. Bk. | Port de Bouc — St. Pierre, Miq. | ........... | At Porto Santo ............. | 9th April. |
| 1104 | Solide ........... | 103 | Ger. | I. Sr. | .................. | ........... | On coast of Greenland ........ | Prior to 23rd June. |
| 1306 | Angeliki ........ | 146 | Grk. | W. Bn. | Catania—Catacolo & Maratho. | Sulphur .. | Between Cacovate & Chiparissia | 1st May. |
| 1355 | Stella Mattutina . | 292 | Itl. | W. Bg. | Marseilles—Rosario.. | ........... | At Piedras Point.............. | — June. |
| 206 | Teresina.......... | 322 | Itl. | W. Bg. | Baia—Trieste ...... | Pozzolana.. | Near Cape Spartivento ........ | 13th April. |
| 1083 | Amaranth....... | 356 | Nor. | W. Bk. | Kingston, (Ja)—Hamburg. | Logwood .. | On Beach Cay, Florida ........ | 18th May. |
| 255 | Belle Vue ........ | 621 | Nor. | W. Bk. | Christiania—Garston | Timber .... | On Graabensfluen, S.E. of Thorbjornskjœr. | 2nd April. |
| 418 | Beta.............. | 845 | Nor. | W. Bk. | Christiania—Bathurst | Ballast .... | At Magdalen Islands .......... | 19th May. |
| 828 | Christiane ...... | 204 | Nor. | W. Bg. | Lynn—Odense ...... | Coal ...... | Stranded at Naveren, and capsized. | 5th May. |
| 1327 | Corsair ......... | 338 | Nor. | W. Bk. | —White Sea.. | Ballast .... | Driven ashore by ice at Katchfski Bay, Lapland, and became a wreck. | Prior to 25th June. |
| 24 | Dæmring ........ | 287 | Nor. | W. Bk. | .................... | Salt ...... | 90 miles N. of Rio Grande...... | 26th June. |
| 85 | Daniel............ | 361 | Nor. | W. Bk. | Barbadoes—Campeachy. | Ballast .... | At Alacranes, 40 miles N. of Yucatan. | 10th April. |
| 321 | Dido............. | 372 | Nor. | W. 3m. Sr. | Kragerö—London .. | Ice ........ | 1 mile W. of Kragerö.......... | 27th June. |
| 528 | Ella ............. | 440 | Nor. | W. Bk. | Glasgow—Christiania | Coal ...... | Beached at Port Ellen, having sprung a leak; became a wreck. | 23rd June. |
| 553 | Fram ............ | 239 | Nor. | W. Bg. | Lyngoer—Sundsvall | Ballast .... | Sunk by ice at Sondre Qvarken | 17th May. |
| 652 | Gna .............. | 399 | Nor. | W. Bk. | Hamburg—Para .... | General .. | At Braganca ................ | 5th June. |
| 294 | Ophir ............ | 259 | Nor. | W. Bg. | .................... | ........... | In the White Sea.............. | Prior to 28th June. |
| 750 | Prince Arthur .. | 990 | Nor. | W. Bg. | Sydney, C.B.—Quebec | Coal ...... | At Red Island ............... | 28th June. |
| 196 | Regnbuen ....... | 279 | Nor. | W. Bg. | Liverpool—Para .... | General .. | At Maguary ................. | About 29th April. |
| 343 | Riga ............ | 334 | Nor. | W. Bk. | Havre—Tybee ...... | Ballast .... | Off Bay Point ............... | 11th April. |
| 832 | Sigrlinn.......... | 221 | Nor. | W. Bg. | Mossoro—Bahia .... | ........... | At Mossoro ................. | About 6th April. |
| 67 | Vanadis.......... | 1046 | Nor. | W. Bk. | Malmo—Canada .... | Ballast .... | On Hasboro' Sands........... | 11th April. |
| 295 | Vidar ............ | 223 | Nor. | W. Bg | Blyth—Archangel .. | Coal ...... | Sunk by ice in the White Sea .. | 29th June. |
| 317 | Vikedal .......... | 118 | Nor. | W. Sr. | Ekersund-Trondhjem | Ballast .... | On Jæderen ................ | 9th April. |
| 356 | Heimdal......... | 129 | Swd. | W. Sr. | Kalmar—Lubeck.... | Sawn timber. | Parted chains and stranded in Neustadt Bay. | 8th May. |
| 1073 | Sofia Fredrika .. | 116 | Swd. | W. Bn. | —Svendborg | Wood...... | Outside Katthammarsvik (Island of Gotland.) | — May. |

*TOTALS:—STEEL, Nil. IRON, 6—7,584 tons. WOOD AND COMPOSITE, 50—17,432 tons. TOTAL, 56—25,016 tons.*