UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JJM, LLC,<br><br>    Plaintiff<br><br>v.<br><br>*THE ABANDONED AND SUBMERGED VESSEL*, *DELHI*<br>    her engines, boilers, tackle, appurtenances, cargo, and her other equipment, etc.,<br><br>    *in rem*,<br><br>    Defendant. | Civil Action<br>Docket No.: 1:24-cv-00072-JCN |

**CLAIMANT STATE OF MAINE'S STATEMENT OF MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56(b), Claimant the State of Maine (State) submits this Statement of Material Facts in support of its Motion for Summary Judgment.

1. The defendant is the shipwrecked vessel *Delhi* ("*Delhi*"). ECF 77.

2. The *Delhi* was constructed in 1872-1873 by Captain Richard F.C. Hartley of Saco, Maine. McBrian Decl. Ex. 1 at 18-20; McBrian Decl. Ex. 4.

3. The *Delhi* was a wooden-hulled, two-masted, single-decked, schooner-rigged vessel. McBrian Decl. ¶ 15; McBrian Decl. Ex. 1 at 17, 20.

4. As initially constructed, the *Delhi* was 204 tons, 113.1 feet long, 28 feet beam, and 8.1 feet deep. McBrian Decl. Ex. 4.

5. The *Delhi* shipped coal. McBrian Decl. Ex. 1 at 20.

6. In or around 1879, the *Delhi* was retrofitted. McBrian Decl. Ex. 1 at 20.

7. The retrofit added a second deck to the *Delhi* and increased the vessel's depth to 12.5 feet and tonnage to 266 tons. McBrian Decl. Ex. 1 at 20.

8. After the American Civil War, "Maine became a center of the granite industry in New England." Mohney Decl. Ex. 2 at SOM 2578; McBrian Decl. Ex. 1 at 13.

9. Around the turn of the twentieth century, there were upwards of 44 granite quarries in Hancock County. Mohney Decl. Ex. 2 at SOM 2578; McBrian Decl. Ex. 1 at 13.

10. ████████ was on the western side of ████████. ECF 7-1; McBrian Decl. Ex. 1 at 13; Simon Dep. Ex. 4 at 3.

11. ████████ was in Hancock County. ECF 7-1; McBrian Decl. Ex. 1 at 13.

12. At the location of ████████ the water in ████████ is deep right up to the shore. ECF 7-1; Simon Dep. Ex. 4 at 3.

13. Granite quarrying likely began at ████████ around 1875 and ended by the Great Depression. McBrian Decl. Ex. 1 at 13.

14. Countless schooners were loaded with tens of thousands of granite blocks and pavers at ████████ while it was open. McBrian Decl. Ex. 1 at 13.

15. The primary carriers of granite from New England ports were two- and three-masted schooners that began life as general traders and were rebuilt/retrofitted for the stone trade. Mohney Decl. Ex. 2 at SOM 2578.

16. "It was a common remark that when a vessel got too old for even lumber coasting out of Bangor, or carrying wood for the Rockland lime kilns, she was considered none too ripe for the stone business and was often loaded to the scuppers with paving or huge blocks of granite." Mohney Decl. Ex. 2 at SOM 2582.

17. Due to the weight of granite cargo, vessel loss was relatively common. Mohney Decl. Ex. 2 at SOM 2581-82.

18. "The most common vessel lost was a wooden-hulled 2 or 3-masted schooner ranging from 70 to 130 feet." Mohney Decl. Ex. 2 at SOM 2581-82.

19. On or about April 14, 1893, the *Delhi* was loaded with approximately 32,000 granite paving stones by Campbell & Macomber of Quarryville. McBrian Decl. Ex. 3 at SOM 4267.

20. A granite paver removed from the *Delhi* shipwreck by JJM measures approximately 6 inches by 3.5 inches x 10 inches and weighs approximately 25 pounds. JJM Tr. 35:24-36:3, 36:6, 36:13-14.

21. On or about April 14, 1893, shortly after leaving port, the *Delhi* struck ice and promptly sank in ▬▬▬▬ within view of shore. McBrian Decl. Ex. 3 at SOM 4267; McBrian Decl. Ex. 5; Parker Decl. Ex. 3.

22. The *Ellsworth American* covered the story of the *Delhi's* sinking in an article dated April 20, 1893, that reads:

> – The two-masted schooner Delhi of Saco, with 32,000 Baltimore paving, sank in ▬▬▬▬, Sunday of last week. The vessel was loaded by Campbell & Macomber of Quarryville. In beating out of ▬▬▬▬ she struck a heavy cake of ice and foundered almost immediately, the crew having barely time to escape in their boat. There is about twenty-five fathoms of water where she went down. Fortunately the cargo was insured; but it is not known whether there was any insurance on the vessel. – *Enterprise*.

McBrian Decl. Ex. 3 at SOM 4267.

23. The *Delhi*'s casualty was reported in Lloyd's Register of British and Foreign Shipping: Returns of Vessels Totally Lost, Condemned, & c. (July 29, 1893). McBrian Decl. Ex. 5.

24. Were the cargo on the *Delhi* insured, the insurance policy may have been written by Western Assurance Company of Canada. McBrian Decl. Ex. 3 at SOM 4267; JJM Tr. 60:25-61:5, 61:21-24; 61:25-62:3, Parker Decl. Ex. 5 & 6.

25. Intact Insurance Company may be the corporate successor to Western Assurance Company of Canada. JJM Tr. 60:25-61:2; Parker Decl. Ex. 5 & 6.

26. The commercial diving industry and underwater salvage was well formed and established by 1893. Mohney Decl. Ex. 2 at SOM 2573-74.

27. In the winter of 1877-78, the schooner *Joseph Farewell* sank in deep water with a granite cargo valued at $23,681.87. Mohney Decl. Ex. 2 at SOM 2573-74.

28. In the winter of 1877-78, wreckers salvaged *Joseph Farewell's* cargo. Mohney Decl. Ex. 2 at SOM 2573-74.

29. Were it economically viable, it is possible that the cargo and possibly the entirety of the *Delhi* could have been recovered from ▮▮▮▮▮▮ in the 1890s. Mohney Decl. Ex. 2 at SOM 2573-74.

30. Granite pavers for road construction were less valuable than granite cut for buildings and bridges. Mohney Decl. Ex. 2 at SOM 2561, 2581-2582.

31. By 1930, New England's granite industry was in severe decline precipitated by the use of cheaper construction materials for buildings and streets (e.g., structural steel, concrete, and asphalt). Mohney Decl. Ex. 2 at SOM 2583.

32. The *Delhi*'s sinking is discussed in Susan O'Neill's 1978 article titled ▮▮▮▮▮▮: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Parker Decl. Ex. 3; McBrian Decl. Ex. 1 at 18.

33. An oral tradition of the *Delhi*'s sinking has developed.[1] Parker Decl. Ex. 3; McBrian Decl. Ex. 1 at 18; JJM Tr. 11:4-10; 17:5-9; 42:8-12; 63:8-11, 74:10-19.

34. According to oral tradition, the *Delhi*'s masts protruded above the water at low tide until World War II, when the Coast Guard cut the masts. Parker Decl. Ex. 3.

35. JJM began looking for the *Delhi* around 2023. ECF 1-1; JJM Tr. 9:11-10:7; 21:13-23; 23:2-6; 74:19-75:1.

36. In 2023, JJM discovered the *Delhi* using side scan sonar. ECF 1; JJM Tr. 21:18-19.

37. Side-scan sonar is a remote sensing technique that is used to detect shipwreck sites. JM Tr. 18:8-9; Simon Dep. Ex. 4 at 4.

38. The *Delhi* lies under approximately 120 feet of water about 492 feet off the coast in ▮▮▮▮▮▮. ECF 1, 1-1, 7-1; Simon Dep. Ex. 4 at 5, 23.

39. The waters in ▮▮▮▮▮▮ are tidal and navigable. ECF 7-1, McBrian Decl. Ex. 1 at Annex 1.

40. The submerged lands in ▮▮▮▮▮▮ are owned by the State of Maine in trust for the public. ECF 1 at ¶ 6, ECF 32 at ¶ 6; 1 M.R.S. §§ 2, 3 (2025); *McGarvey v. Whittredge*, 2011 ME 97, ¶ 14, 28 A.3d 620 (Saufley, C.J., concurring).

---

[1] Although not material, the O'Neill article contains an interesting account of the *Delhi*'s sinking:

An' the next morning the vessel left an' went down to the narrows, an' she struck the ice – run into this big ice cake – that's the Spring of the year, you know, ▮▮▮▮▮▮ had been frozen an' it come down amongst there . . . This vessel the three-master an' the two-master went out at the same time, an' when they got down there, the captain (of the three-master) shouted to the old captain on the two-master: 'You gonna strike right into that?' an' he shouts back: 'I'm gonna let her go –' The three-master swung up and didn't go into it, but the old two-master, she went and struck right into it above the water level—what they call the port hole . . . well, this porthole was rotten, an' that pushed it right in. Everything was lost. The people got out; that's all—everything went down.

Parker Decl. Ex. 3.

41. Whether a vessel will become embedded in submerged lands depends on site formation processes: vessel construction, wrecking event, vessel resting location. McBrian Decl. Ex. 1 at 15-16.

42. Over time, heavier vessels will sink into less resistant sediments up to their waterline. McBrian Decl. Ex. 1 at 15-16.

43. Vessels that sink in protected locations will be better preserved. McBrian Decl. Ex. 1 at 15-16.

44. The seafloor in this location is flat and the seafloor sediments are silty and less resistant than hard-alluvial substrate (e.g., granite, gravel, bedrock). McBrian Decl. Ex. 1 at 15-16; Simon Dep. Ex. 4 at 10.

45. There is a layer of suspended mud sediment near the seafloor. Simon Tr. 62:24-63:6, Simon Dep. Ex. 4 at 10.

46. Visibility at the site is limited. McBrian Tr. 51:5-6; Simon Tr. 64:6-7; McBrian Decl. Ex. 1 at 3.

47. JJM and the State each assembled a survey team to examine the wreck. McBrian Decl. Ex. 1 at 1; Simon Dep. Ex. 4 at 2.

48. Technical and wreck diver Captain Richard Simon of Shoreline Diving led JJM's survey team. Simon Tr. 39:19-22, 40:12-15, 41:2-14; Simon Dep. Ex. 4 at 4.

49. To examine the *Delhi*, JJM's survey team used side scan sonar and human divers. Simon Dep. Ex. 4 at 5, 10.

50. JJM's survey team took additional side scan images of the *Delhi* and its dive team conducted two dives and took video footage during those dives. Simon Dep. Ex. 4 at 5, 10, 18.

6

51. JJM's sonar images of the *Delhi* depict the *Delhi's* stern. ECF 7-1; JJM Tr. 18:7-10, 47:9-13; Simon Dep. Ex. 4 at 11-15, 17.

52. JJM's sonar images of the *Delhi* do not depict what is on the seafloor versus what is beneath the seafloor. JJM Tr. 67:12-14, 67:17-19; Simon Dep. Ex. 4 at 11-15, 17.

53. JJM's team measured the overall wreck site. Simon Tr. 64:8-18; Simon Dep. Ex. 4 at 19.

54. JJM's team observed the stern post extending from the seafloor but did not measure it. Simon Tr. 67:18-68:1; 90:10-20.

55. JJM's team observed other visible timbers, including timbers that join at perpendicular angles and thousands of granite pavers. Simon Tr. 78:19-21; 79:15-80:4; 107:21-108:10; 110:14-17.

56. JJM video recorded less than half of Dive 1 because once they started working visibility became poor and very poor. Simon Tr. 64:3-7.

57. JJM's survey team probed the mud at the wreck site with their hands and arms and felt scattered timbers. Simon Tr. 74:19-20.

58. After examining the wreck, Simon authored a report titled Mount Desert Island Shipwreck Investigation and Identification ("Simon Report"). Simon Tr. 19:2-25, 40:12-15, 41:9-14; Simon Dep. Ex. 4.

59. Maritime archaeologist Connor McBrian led the State's survey team. McBrian Decl. ¶¶ 5, 7-8.

60. To examine the *Delhi*, the State's survey team used a remotely operated vehicle ("ROV") and video recorded its examination. McBrian Decl. ¶ 8; McBrian Decl. Ex. 1 at Annex 1.

61. The State's field examination consisted of five individual ROV dives over two days. McBrian Decl. ¶ 8; McBrian Decl. Ex. 1 at 3, Annex 1.

62. To deal with visibility limitations, the State's team either kept the ROV off the seafloor or set the ROV on the seafloor and waited for the resulting sediment to clear. Jarrett Tr. 24:12-15, 25:4-10; McBrian Tr. 55:16-21.

63. Based on ROV footage of the *Delhi* shipwreck, McBrian saw the *Delhi*'s stern post and timbers attached to the *Delhi*'s stern post near the mudline. McBrian Tr. 29:16-17; McBrian Decl. Ex. 1 at 5, 17.

64. McBrian determined that the *Delhi*'s stern post extends approximately two meters off the sea floor, which is about half its approximate original height of 4 meters. McBrian Tr. 27:16-22; McBrian Decl. Ex. 1 at 21; Simon Tr. 67:21-23, 90:10-20.

65. Based on ROV footage, McBrian saw continuity of the ship's hold from the stern post and around the sides. McBrian Tr. 29:17-18.

66. Based on ROV footage, McBrian observed that the interior of the shipwreck is mostly filled with sediment, obscuring the floor frames and the keel and keelson of the vessel. McBrian Decl. ¶ 16.

67. Past midship, no part of the *Delhi* is visible above the mudline. McBrian Tr. 31:23-24.

68. McBrian also observed growing on the silty seafloor in a location where he would except the bow to be a type of kelp that attaches only to hard substrate, such as buried portions of the bow or the *Delhi*'s cargo. McBrian Decl. Ex. 1 at 5, 17.

69. Based on what was visible, the *Delhi*'s dimensions, and site formation processes, McBrian concluded that the bottom portion of the stern post, timbers that connect the stern post to

the keel, the keel, and the keelson are buried in the seabed.  McBrian Decl. ¶ 16; McBrian Decl. Ex. 1 at 5, 15-17.

70. After examining the wreck, McBrian authored a report titled Mount Desert Island Shipwreck Investigation: Maritime Archaeological Assessment ("McBrian Report").  McBrian Decl. ¶ 8.

71. Some portion of the *Delhi* is visible above the sea floor.  Simon Tr. 71:18-20; McBrian Tr. 29:1-5, 15-18, 25; Mc Brian Decl. Ex. 1 at 6.

72. Some portion of the *Delhi* is not visible above the sea floor.  Simon Tr. 71:21-23.

73. Some portion of the *Delhi* is stuck in the mud.  Simon Tr. 68:24-69:2, 93:10-14.

74. There are upwards of 30,000 granite pavers at the *Delhi* wreck site.  JJM Tr. 39:16-23.

75. More than 1,000 but fewer than 5,000 granite pavers are visible above the mudline at the wreck site.  McBrian Tr. 20:3-7, 21:17-22:5; Simon Tr. 107:21-108:8.

76. Up to more than half the total number of pavers are buried in the mud.  Simon Tr. 113:7-10; McBrian Tr. 20:16, 20:24-21:3.

77. It may be possible to remove by hand all the granite pavers—but only the pavers—from the *Delhi* wreck site.  Simon Tr. 136:8-13.

78. Removing all the pavers from the wreck site by hand—so, without any special equipment—could not be done safely.  Jarrett Tr. 63:21-64:8.

79. To excavate all that remains of the *Delhi*, you would need more than hand tools.  Simon Tr. 136:2-18; McBrian Decl. Ex. 2 at 29.

80. Maine's State Historic Preservation Officer ("SHPO") reviewed all relevant information in his possession, including the McBrian Report.  Mohney Decl. ¶ 7.

81.     The SHPO determined the *Delhi* shipwreck is eligible for listing on the National Register under criteria A and D at the local level of significance.  Mohney Decl. ¶ 7; Mohney Decl. Ex. 3.

82.     On June 12, 2025, pursuant to 43 U.S.C. § 2105(b), the SHPO requested that the Keeper of the National Register of Historic Places ("Keeper") determine whether the *Delhi* shipwreck is eligible for listing in the National Register of Historic Places ("National Register"). Mohney Decl. ¶ 8; Mohney Decl. Ex. 3.

83.     By letter to the National Register dated July 7, 2025 ("JJM's Objection Letter"), JJM requested that the Keeper dismiss from consideration the SHPO's request that the Keeper determine whether the *Delhi* shipwreck is eligible for listing in the National Register.  Parker Decl. Ex. 1.

84.     JJM's Objection Letter states: "Under the Abandoned Shipwreck Act, the Keeper may make a determination as to the eligibility of the wreck site for listing on the National Register of Historic Places."   Parker Decl. Ex. 1.

85.     On July 23, 2025, in response to a request from the Keeper, the SHPO provided the Keeper's Office with a redacted copy of the Simon Report.  Mohney Decl. ¶ 9; Mohney Decl. Ex. 5 at SOM 310.

86.     On July 25, 2025, the Keeper's Office asked the SHPO to address contradictions between information contained in the SHPO's eligibility determination request and the Simon Report.  Mohney Decl. ¶ 10; Mohney Decl. Ex. 6, pt. 1 at SOM 351-352.

87.     On July 30, 2025, the SHPO responded to the Keeper's inquiry dated July 25, 2025. Mohney Decl. ¶ 11; Mohney Decl. Ex. 6, pt. 1 at SOM 350-351.

88. On August 12, 2025, the Keeper's Office requested that the SHPO provide to the Keeper a copy of the McBrian Report. Mohney Decl. ¶ 12; Mohney Decl. Ex. 6, pt. 1 at SOM 348.

89. On August 14, 2025, the SHPO provided to the Keeper's Office a redacted copy of the McBrian report. Mohney Decl. ¶ 13; Mohney Decl. Ex. 6, pt. 1 at SOM 348.

90. On August 21, 2025, Michael Roller, Ph.D, exercising the delegated authority of the Keeper, notified the SHPO of his determination that, based upon his review of the information in his possession, the *Delhi* shipwreck is eligible for listing in the National Register under criterion D at the local level of significance. Mohney Decl. ¶ 14; Mohney Decl. Ex. 7.

91. Regarding whether the *Delhi* shipwreck is eligible for listing under criterion A, Dr. Roller determined that more information is needed. Mohney Decl. Ex. 7.

92. Aside from Intact Insurance Company, no other person or entity that may have a claim to the *Delhi* or the *Delhi's* cargo has been identified. JJM Tr. 61:25-62:12.

93. JJM has not located any insurance policies or evidence of a payout on the *Delhi* or the *Delhi*'s cargo. JJM Tr. 61:10-12, 61:13-15.

94. This Court suggested that JJM directly contact Intact Insurance Company. ECF 47; Conf. Tr. 15:5-16:6, 22:16-19 (Mar. 21, 2025).

95. On March 21, 2025, JJM notified Intact Insurance Company in writing of the pending lawsuit, the possibility that Intact Insurance Company "might still have a claim to the vessel," and the possibility that the Court may "issue a default that would make it more difficult for your company to enter an appearance." Parker Decl. Ex. 6.

96. On March 24, 2025, JJM spoke with Intact Insurance Company. Parker Decl. Ex. 7.

97. On April 10, 2025, JJM emailed Intact Insurance Company. Parker Decl. Ex. 7.

98. In May of 2025, Intact Insurance Company was reviewing the captioned matter internally. Parker Decl. Ex. 7.

99. On May 27, 2025, JJM informed Intact Insurance Company that the name of the defendant shipwreck had been made public. Parker Decl. Ex. 7.

100. On July 25, 2025, the State subpoenaed "Intact Insurance Group USA LLC; Intact Insurance Holdings Group USA LLC" for documents related to the *Delhi*. Parker Decl. Ex. 8 & 9.

101. On July 25, 2025, JJM asked Intact Insurance Company whether it had found any company records relevant to the *Delhi*. Parker Decl. Ex. 11.

102. On July 25, 2025, JJM informed Intact Insurance Company that "the State would like to move for summary judgment to exclude Intact, or any other loss payor, from the case." Parker Decl. Ex. 11.

103. By letter dated August 7, 2025, Coverage Counsel for Intact Insurance Specialty Solutions informed the State that: "Intact Insurance Company has no insurance policies or records of documents related to *Delhi* as referenced in your subpoena." Parker Decl. Ex. 10.

104. On August 20, 2025, JJM again reached out to Intact Insurance Company. Parker Decl. Ex. 11.

105. On August 25, 2025, JJM informed Intact Insurance Company of the Keeper's eligibility determination and the implications of that determination. Parker Decl. Ex. 11.

106. On August 29, 2025, Intact Insurance Company's outside counsel requested that JJM share, among other documents, the current scheduling order, deposition dates, and pending motions. Parker Decl. Ex. 11.

107. On September 2, 2025, JJM informed Intact Insurance Company of the upcoming deadlines in this matter. Parker Decl. Ex. 11.

108. Since September 18, 2025, there has been no further communication between JJM and Intact Insurance Company. Parker Decl. Ex. 12; *see* ECF 76.

Dated: Augusta, Maine
November 21, 2025

Respectfully submitted,

AARON M. FREY
Attorney General of the State of Maine

*/s/ Lauren E. Parker*
Lauren E. Parker, AAG
lauren.parker@maine.gov
Timothy E. Steigelman, AAG
timothy.steigelman@maine.gov
Carey J. Gustanski, AAG
carey.gustanski@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
207-626-8878

Attorneys for Claimant the State of Maine, including the Maine State Museum